

Steven Art <steve@loevy.com>

## RE: ESI Production and supplemental documents, IM printout

**Mark Holloway** <mholloway@stephlaw.com>  Fri, Jan 19, 2018 at 10:17 AM
To: Sam Heppell <sam@loevy.com>, Caren Pollack <cpollack@pollacklawpc.com>
Cc: Steve Art <Steve@loevy.com>, Pamela Schneeman <pschneeman@stephlaw.com>, Jim Stephenson <jstephenson@stephlaw.com>

Sam -

I'm not sure what you and Caren agreed upon.  Your discussions I thought pertained to Lt. Blackwell's personal ESI.  GPD did not issue Lt. Blackwell a cell phone.  His cell phone is his personal phone and GPD does not have a way to download text messages from his personal cell phone.

Regarding more ESI from GPD, the city attorney and IT are producing more ESI material:        All emails sent to or from Elizabeth Laut, Brian Blackwell, Renee Elliott, Matthew Fillenwarth, John Laut and James Ison for 60 days after the event.

And searches for the words autopsy, Charlie, Todero, tase*, taz, taze, and tazer not limited by the 60 days.

I expect to have those records next week but I will have to review them to identify emails protected by attorney client privilege and insurance company communications, possibly work product privilege.  My understanding was that when we discussed ESI production you took issue with holding back work product after the tort claim notice, requesting a privilege log.  Since then I produced additional documents (more than 90 pages).  Accordingly, the only emails I did not produce are attorney client communications and the City's communications with its insurance company.  My understanding is that the privilege log we discussed was for work product, not attorney communications and insurance communications.

Accordingly, I need to know whether you are insisting on a privilege log for attorney-client communications and insurance company communications.  If so, it will take some time to prepare a privilege log for all ESI including the next batch of ESI we are gathering.  I am willing to reach an agreement by which you do not need to prepare a privilege log provided I do not need to provide a privilege log for attorney client communications and insurance company communications.  If any documents are work product I will provide a privilege log for those nevertheless.  Please let me know your position regarding this issue.

Attached are additional documents as follows (271 pages) in "supplemental documents from GPD" and the instant messaging log.  Included are the previous use of force and taser policies.  Also, included are the additional training rosters for the officers involved dating back to 2010.  As of the date of the incident Lt. Blackwell had only been issued one taser.  Attached are the 3 taser downloads for his taser and the taser Manufacturer's manual.  Here is an itemization of the supplemental documents:

1) Use of force incients list

2) Use of force reports for the officers involved

3) GPD General Order regarding use of force and vehicle operation effective date 1999.

4) SOP regarding use of taser m26 and x26 from 2005

5) Lt. Blackwell and officer Elliott's training roster in 2010

6) Taser instruction slides

7) Rosters

8) 2011 defensive tactics outline

9) Roster

10) Physical tactics in service training april 2014

11) Rosters

12) 2016 defensive tactics

13) Roster

14) 2017 defensive tactics

15) Elizabeth Laut prebasic training affidavit 2016

16) Defensive tactis 2010

17) Taser download for Lt. Blackwell

18) Operating manual for x26c



There are additional documents we will identify for production once I can review my notes from the discovery conference we had with Judge Dinsmore and determine what is available at GPD.   Mark H.



**From:** Sam Heppell [mailto:sam@loevy.com]
**Sent:** Thursday, January 18, 2018 9:05 PM
**To:** Mark Holloway; Caren Pollack
**Cc:** Steve Art; Pamela Schneeman
**Subject:** Re: ESI Production


Counsel,

We have not heard back from you regarding the agreement on the timeframe for ESI materials. We need to confirm that we are all on the same page on this before we can make our ESI production.

Aside from this issue, the ESI materials that we have to search are more voluminous than we understood them to be. For Teresa, we have to hand review more than 2900 pages of Facebook messages. We are finding hits to the search terms in these documents, and it is likely that we will have to complete a fulsome privilege review and produce a privilege log for some of these hits once we've reviewed them all. Although we are making progress, we are not able to produce the materials on the timeline we thought possible yesterday.

Unfortunately, we will need to postpone the depositions of Teresa and James so that we can complete this production in a proper manner prior to their depositions. We can produce the documents and our clients again on the same schedule that we establish for producing Defendant Blackwell's ESI and producing him at his rescheduled deposition.

Thank you for your ongoing cooperation in this matter.

Best,

Sam




Sam Heppell

-------------------

Loevy & Loevy

311 N. Aberdeen Street, 3rd Floor

Chicago, Illinois 60607

(312) 243-5900
sam@loevy.com


On Thu, Jan 18, 2018 at 2:43 PM, Sam Heppell <sam@loevy.com> wrote:

Hi Mark and Caren,


Further to our conversation at the discovery dispute conference yesterday, I'm writing to confirm some issues related to ESI discovery.


Based on Caren's representation about the searches that have already taken place of Blackwell's ESI, and Judge Dinsmore's indication of his views on the issue, my understanding is that all parties are in agreement that the ESI searches will cover a span of time from the date of the incident to the present. Please let me know if you disagree.


We are continuing to work on putting together the ESI materials for James and Teresa in advance of their depositions and will have those materials for you today.


Additionally, I'm writing to follow-up on Steve's email of January 15 regarding ESI. My understanding is that there has been a mutual agreement that both sides are searching ESI based on the search terms we have each provided, and as set out in Steve's email, we did not hear anything back prior to the conference yesterday. Mark, when can we expect to receive additional ESI materials from the City based on our search terms? Caren, can you let us know when the production of Blackwell's ESI materials will take place?

Thank you for your ongoing cooperation in this matter.

Best,
Sam



Sam Heppell

-------------------

Loevy & Loevy

311 N. Aberdeen Street, 3rd Floor

Chicago, Illinois 60607
(312) 243-5900
sam@loevy.com



**2 attachments**


**supplemental documents from GPD.pdf**
8046K


**May 29, 2016 Instant Msg's & Call Log.pdf**
4071K