# Mark Holloway

**From:** James Ison <isonj@greenwood.in.gov>
**Sent:** Tuesday, August 02, 2016 10:37 AM
**To:** Ballew, Alfie T
**Subject:** Re: Charles Todero
**Attachments:** image001.jpg

Thank you. I will not release this information to the public.

Sent from my iPhone

On Aug 2, 2016, at 10:15 AM, Ballew, Alfie T <Alfie.Ballew@indy.gov> wrote:

Deputy Chief Ison,

I am in receipt of your questions regarding the autopsy report and the findings. Please keep in mind that while I have sent you the report, it is NOT public information at this time. Additionally, it has not been shared with the family because I still had questions about the case. I will also ask about this section of the autopsy report. It could be some other reason for the fractures that are consistent with non trauma events. I plan to meet with the pathologist in the next few days for clarification.

Please do NOT release any information on this death investigation!

Alfie

*Alfarena T. Ballew, MBA*
*Chief Deputy Coroner*
*Marion County Coroner's Office*
*Ph 317-327-4769   Fax 317-327-4563*


**From:** Willis, Michelle
**Sent:** Tuesday, August 02, 2016 9:34 AM
**To:** James Ison <isonj@greenwood.in.gov>
**Cc:** Ballew, Alfie T <Alfie.Ballew@indy.gov>
**Subject:** RE: Charles Todero

Good morning,
I will forward these questions to my Chief Deputy as she is reviewing the case now.

Thank you,

Michele L Willis, MDI
Senior Deputy Coroner
Marion Co Coroners Office
521 W. McCarty St.
Indianapolis, IN 46225

1

O (317) 327-4744
F (317) 327-4563


**From:** James Ison [mailto:isonj@greenwood.in.gov]
**Sent:** Monday, August 01, 2016 5:20 PM
**To:** Willis, Michelle <Michelle.Willis@indy.gov>
**Subject:** RE: Charles Todero

Ms. Willis,

Thank you very much for the report. I do have a question. On page 6 it states "The dura is stripped revealing fractures of the basilar skull." I spoke to our detective that attended the autopsy and he was unaware of any head trauma found. Could you shed some light on this statement please? Also, would it be possible to obtain the autopsy photos? Thanks again.

<image001.jpg>

**From:** Willis, Michelle [mailto:Michelle.Willis@indy.gov]
**Sent:** Monday, August 01, 2016 3:35 PM
**To:** James Ison
**Subject:** RE: Charles Todero

Dear sir,
Attached you will find the final report as requested. If there is anything else you need please let us know.

Thank you,

Michele L Willis, MDI
Senior Deputy Coroner
Marion Co Coroners Office
521 W. McCarty St.
Indianapolis, IN 46225
O (317) 327-4744
F (317) 327-4563


**From:** James Ison [mailto:isonj@greenwood.in.gov]
**Sent:** Monday, August 01, 2016 2:41 PM
**To:** Willis, Michelle <Michelle.Willis@indy.gov>
**Subject:** Charles Todero

Ms. Willis,

Please consider this email a formal request from our agency to receive a copy of the Autopsy report for Charles Todero (DOB: 08/23/85). Thank you in advance for your assistance.

<image001.jpg>

2