## Mark Holloway

**From:** James Ison <isonj@greenwood.in.gov>
**Sent:** Friday, August 12, 2016 1:15 PM
**To:** Alfie.Ballew@indy.gov
**Subject:** Charles Todero Autopsy
**Attachments:** James Ison.vcf

Hello,

I am following up on the Charles Todero Autopsy Report. Have you had an opportunity to speak to the pathologists to get an explanation on the skull fracture?



**James Ison**
Greenwood Police Department
Deputy Chief

(317) 882-9191 Work
(317) 887-5865 Fax
isonj@greenwood.in.gov
186 Surina Way
Greenwood IN 46143

1