# Mark Holloway

**From:** James Ison <isonj@greenwood.in.gov>
**Sent:** Thursday, November 03, 2016 12:09 PM
**To:** England, Carrie
**Subject:** Re: Amended autopsy report

Thank you

Sent from my iPhone

On Nov 3, 2016, at 10:50 AM, England, Carrie <Carrie.England@indy.gov> wrote:

Good morning,

Alfie spoke with Dr. Geller about the autopsy report of Charles Todero and there were errors on the report. I the report has been amended and a corrected copy is attached to this email. Please let me know if you have any questions or concerns.

Sincerely,

Carrie England AS, MDI
Marion County Coroner's Office

<AR.pdf>