Chief John Laut,

It should be noted that during the course of my investigation I found Lt. Blackwell's taser usage log to be approximately 3:52 faster than the Spillman time stamp. This was calculated by subtracting the Spillman time at which Lt. Blackwell advised that his taser had been deployed from the first trigger pull on the taser usage log. I was informed by Sgt. Jason Holtzleiter that upon each data download the taser will sync with Spillman time. Sgt. Holtzleiter informed me that when he downloaded the data from Lt. Blackwell's taser on May 31, 2016 he did not verify that the taser time was the same as the Spillman time. On June 21, 2016 I requested Sgt. Holtzleiter re-sync Lt. Blackwell's taser time with Spillman time. Sgt. Holtzleiter advised that since the last down load and sync on May 31st, the taser had gained 45 seconds on Spillman time.

TODERO 00024