# Training History Report

Indiana Department of Homeland Security (IDHS)
Indiana Law Enforcement Academy (ILEA)

For: Blackwell, William Brian

PSID  2755-2288

## Blackwell, William Brian

### Certifications

| Name | Issued | Expiration | Status |
|---|---|---|---|
| HAZMAT 1ST RESPONDER AWARENESS | 05/03/2004 | Never Expires | Active |
| HAZMAT 1ST RESPONDER OPERATION | 05/03/2004 | Never Expires | Active |
| FIRST RESPONDER | 10/01/1991 | 10/01/1994 | Inactive |

### Training

#### Upcoming, Ongoing, & Unconfirmed

No upcoming & ongoing training data exists.

#### Current Period to Date (01/01/2018 - 06/19/2018)

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| May Firearms In-Service | 05/22/2018 | 05/23/2018 | N/A | Complete | LETB Firearms | 1h 0m |
| Firearms In-Service | 03/02/2018 | 03/20/2018 | N/A | Complete | LETB Firearms | 2h 0m |
| Breath Test Operator Re_Cert | 03/01/2018 | 03/25/2018 | N/A | Complete | LETB General In-service | 2h 0m |
| Taser In-Service Training | 02/14/2018 | 02/14/2018 | N/A | Complete | LETB General In-service | 6h 0m |
| State Mandatory Training | 02/12/2018 | 03/08/2018 | N/A | Complete | LETB Mandated Training | 8h 0m |
| Emergence Vehicle Operations | 02/12/2018 | 03/08/2018 | N/A | Complete | LETB EVO | 2h 0m |
| Physical Tactics | 02/12/2018 | 03/08/2018 | N/A | Complete | LETB PT/Use of Force | 2h 0m |
| Firearms | 02/12/2018 | 02/12/2018 | N/A | Complete | LETB Firearms | 2h 0m |
| Firearms In-Service | 01/22/2018 | 01/25/2018 | N/A | Complete | LETB Firearms | 1h 0m |
| | | | | | **Total Hours** | **(26h 0m)** |

#### Previous Period (01/01/2017 - 12/31/2017)

| Course/Title (Course No.) | Training Dates | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|



For Official Use Only

# Training History Report

Indiana Department of Homeland Security (IDHS)
Indiana Law Enforcement Academy (ILEA)

For: Blackwell, William Brian
PSID  2755-2288

| Course/Title | Start Date | End Date | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| November Firearms in-Service | 11/09/2017 | 12/04/2017 | N/A | Complete | LETB Firearms | 1h 0m |
| Firearms In-Service | 10/18/2017 | 11/09/2017 | N/A | Complete | LETB Firearms | 1h 0m |
| Patrol Rifle Re-Cert | 09/11/2017 | 09/18/2017 | N/A | Complete | LETB Firearms | 8h 0m |
| firearms In-Service | 06/13/2017 | 06/15/2017 | N/A | Complete | LETB Firearms | 1h 0m |
| Firearms In-Service | 05/18/2017 | 05/23/2017 | N/A | Complete | LETB Firearms | 1h 0m |
| Taser X2 Transition | 04/24/2017 | 05/09/2017 | N/A | Complete | LETB General In-service | 4h 0m |
| Firearms In-Service | 04/17/2017 | 04/20/2017 | N/A | Complete | LETB Firearms | 1h 0m |
| EVO In-Service | 03/13/2017 | 03/16/2017 | N/A | Complete | LETB EVO | 2h 0m |
| State mandated In-Service Training | 02/08/2017 | 03/01/2017 | N/A | Complete | LETB General In-service | 12h 0m |
| Physical Tactics | 02/08/2017 | 03/01/2017 | N/A | Complete | LETB PT/Use of Force | 2h 0m |
| Firearms In-Service | 01/23/2017 | 01/25/2017 | N/A | Complete | LETB Firearms | 1h 0m |
| Glock Disassembly and Maintenance | 01/22/2017 | 01/22/2017 | N/A | Complete | LETB Firearms | 1h 0m |

**Total Hours** (35h 0m)

## Other Periods (through 12/31/2016)

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| Firearms In-Service | 10/24/2016 | 10/27/2016 | N/A | Complete | | 1h 0m |
| Mobile Data Operator Re-Certification | 09/01/2016 | 09/13/2016 | N/A | Complete | | 1h 0m |
| Firearms In-Service | 08/04/2016 | 08/05/2016 | N/A | Complete | | 1h 0m |
| EVO In-Service | 06/06/2016 | 06/28/2016 | N/A | Complete | | 2h 0m |
| Autism | 06/01/2016 | 06/01/2016 | N/A | Complete | | 0h 30m |
| Human Trafficking | 06/01/2016 | 06/01/2016 | N/A | Complete | | 0h 30m |
| May Firearms In-Service | 05/04/2016 | 05/11/2016 | N/A | Complete | | 1h 0m |
| Patrol Rifle Re-Cert | 04/28/2016 | 05/13/2016 | N/A | Complete | | 8h 0m |
| Firearms In-SErvice | 03/17/2016 | 03/18/2016 | N/A | Complete | | 1h 0m |
| Breath Test Operator Re-Cert | 03/01/2016 | 03/21/2016 | N/A | Complete | | 2h 0m |

# Training History Report

Indiana Department of Homeland Security (IDHS)  
Indiana Law Enforcement Academy (ILEA)

For: Blackwell, William Brian  
PSID 2755-2288

| Training | Start | End | % | Status | Hours |
|---|---|---|---|---|---|
| 2016 State Mandated Training | 02/10/2016 | 03/02/2016 | N/A | Complete | 12h 0m |
| Glock 43 Qualification | 12/01/2015 | 12/31/2015 | N/A | Complete | 1h 0m |
| Emergency Vehicle Operations | 11/16/2015 | 11/20/2015 | N/A | Complete | 2h 0m |
| Firearms In-Service | 11/10/2015 | 11/22/2015 | N/A | Complete | 1h 0m |
| Street Survival Seminar | 10/14/2015 | 10/15/2015 | N/A | Complete | 16h 0m |
| Blue Indy Car First Responder | 10/02/2015 | 10/30/2015 | N/A | Complete | 1h 0m |
| Firearms In-Service | 09/01/2015 | 09/30/2015 | N/A | Complete | 1h 0m |
| Firearms In-Service | 08/26/2015 | 08/26/2015 | N/A | Complete | 1h 0m |
| Glock Transistion | 07/27/2015 | 08/10/2015 | N/A | Complete | 1h 0m |
| NARCAN Training | 07/14/2015 | 08/18/2015 | N/A | Complete | 1h 0m |
| In-Service Firearms | 07/07/2015 | 07/14/2015 | N/A | Complete | 1h 0m |
| Firearms In-Service | 06/03/2015 | 06/18/2015 | N/A | Complete | 1h 0m |
| Tactical Rifle Training | 05/06/2015 | 05/27/2015 | N/A | Complete | 8h 0m |
| Firearms In-Service | 04/06/2015 | 04/25/2015 | N/A | Complete | 1h 0m |
| State Mandated Training | 02/09/2015 | 02/20/2015 | N/A | Complete | 12h 0m |
| MEGGITT FATS training | 01/29/2015 | 01/29/2015 | N/A | Complete | 1h 0m |
| Ebola Awareness | 10/13/2014 | 10/13/2014 | N/A | Complete | 0h 30m |
| IDACS Operator Re-Certification | 10/01/2014 | 10/06/2014 | N/A | Complete | 1h 0m |
| Mobile Data Operator Certification | 10/01/2014 | 10/29/2014 | N/A | Complete | 1h 0m |
| Juvenile Probation Procedures | 09/14/2014 | 09/14/2014 | N/A | Complete | 1h 0m |
| Firearms In-Service | 09/10/2014 | 09/19/2014 | N/A | Complete | 1h 0m |
| Worker Visibility/Reflective Clothing Rule | 08/28/2014 | 08/28/2014 | N/A | Complete | 0h 30m |
| Emergency Vehicle Operations | 08/15/2014 | 08/15/2014 | N/A | Complete | 2h 0m |
| Active Shooter In-Service | 07/07/2014 | 07/19/2014 | N/A | Complete | 2h 0m |
| In-Service Firearms | 07/01/2014 | 07/23/2014 | N/A | Complete | 1h 0m |
| Physical Tactics-Handcuffing | 06/07/2014 | 06/07/2014 | N/A | Complete | 1h 0m |
| Firearms - Rifle Certification | 05/12/2014 | 05/20/2014 | N/A | Complete | 8h 0m |
| Defensive Tactics | 04/14/2014 | 04/30/2014 | N/A | Complete | 2h 0m |
| ILETB Breath Test Operator Recertification - 2014414 PM | 03/18/2014 | 03/18/2014 | 0.00% | Graduated - 01/18/2015 | 4h 0m |
| Firearms Training | 03/18/2014 | 03/30/2014 | N/A | Complete | 1h 0m |
| In Service State Mandated Training | 02/10/2014 | 03/17/2014 | N/A | Complete | 12h 0m |
| Domestic and Child Abuses (Family Violence) | 12/01/2013 | 12/20/2013 | N/A | Complete | 2h 0m |
| Mental Illness & Autism | 12/01/2013 | 12/20/2013 | N/A | Complete | 2h 0m |
| Physical Tactics | 11/01/2013 | 12/15/2013 | N/A | Complete | 2h 0m |
| In-service Firearms | 10/22/2013 | 10/23/2013 | N/A | Complete | 2h 0m |
| CPR/ Heimlich/ STAT Pack | 10/08/2013 | 10/09/2013 | N/A | Complete | 2h 0m |
| Disabilities/ mental illness/ addiction | 10/01/2013 | 10/20/2013 | N/A | Complete | 1h 0m |

# Training History Report

Indiana Department of Homeland Security (IDHS)  
Indiana Law Enforcement Academy (ILEA)

For: Blackwell, William Brian  
PSID  2755-2288

| | | | | | |
|---|---|---|---|---|---|
| Taser Refresher | 09/30/2013 | 10/15/2013 | N/A | Complete | 1h 0m |
| Human Trafficking | 09/01/2013 | 09/15/2013 | N/A | Complete | 1h 0m |
| Storm Water Training | 09/01/2013 | 09/30/2013 | N/A | Complete | 1h 0m |
| Basic DNA Evidence Collection | 09/01/2013 | 10/01/2013 | N/A | Complete | 1h 0m |
| Basic Evidence Packaging | 09/01/2013 | 09/30/2013 | N/A | Complete | 1h 0m |
| STOPS | 08/01/2013 | 09/05/2013 | N/A | Complete | 2h 0m |
| Breath Test Recertification (ISDT 2013-15) | 08/01/2013 | 08/31/2013 | N/A | Complete | 2h 0m |
| In-service Firearms | 08/01/2013 | 08/31/2013 | N/A | Complete | 2h 0m |
| EVO | 06/25/2013 | 07/09/2013 | N/A | Complete | 2h 0m |
| Policy Review 99-G-99 | 06/06/2013 | 06/26/2013 | N/A | Complete | 1h 0m |
| Prosecutor Update | 05/06/2013 | 05/31/2013 | N/A | Complete | 1h 0m |
| Patrol Rifle Re-cert | 05/01/2013 | 06/12/2013 | N/A | Complete | 8h 0m |
| Firearms Quals | 03/07/2013 | 03/07/2013 | N/A | Complete | 2h 0m |
| General Orders | 02/21/2013 | 02/28/2013 | N/A | Complete | 1h 0m |
| EVO Simulator | 01/08/2013 | 02/12/2013 | N/A | Complete | 2h 0m |
| Emergency Vehicle Operations | 12/01/2012 | 12/31/2012 | N/A | Complete | 2h 0m |
| Mobile Data Operator Certification | 10/01/2012 | 11/05/2012 | N/A | Complete | 3h 0m |
| MS4 Storm Water Training | 08/13/2012 | 08/21/2012 | N/A | Complete | 1h 0m |
| CJIS Security Training | 08/01/2012 | 12/17/2012 | N/A | Complete | 3h 0m |
| Firearms | 05/14/2012 | 05/31/2012 | N/A | Complete | 8h 0m |
| In Service Mandated State Training | 02/20/2012 | 03/01/2012 | N/A | Complete | 16h 0m |
| Firearms In-Service | 10/17/2011 | 10/17/2011 | N/A | Complete | 1h 0m |
| NIMS/Mall Disaster Drill | 09/18/2011 | 09/18/2011 | N/A | Complete | 3h 0m |
| Domestic Violence/Protective Orders | 09/06/2011 | 09/09/2011 | N/A | Complete | 2h 0m |
| Breath Test Recertification School | 08/01/2011 | 08/31/2011 | N/A | Complete | 2h 0m |
| Storm Water Pollution Prevention | 07/06/2011 | 07/30/2011 | N/A | Complete | 2h 0m |
| Patrol Rifle Re-Cert | 05/25/2011 | 06/22/2011 | N/A | Complete | 8h 0m |
| PELA Module 2 | 04/25/2011 | 04/29/2011 | N/A | Complete | 30h 0m |
| Firearms In-Service | 03/21/2011 | 03/21/2011 | N/A | Complete | 1h 0m |
| 2011 State Mandated In-Service Training | 02/10/2011 | 03/01/2011 | N/A | Complete | 16h 0m |
| Physical Tactics | 12/27/2010 | 12/27/2010 | N/A | Complete | 1h 0m |
| Autism | 12/01/2010 | 12/31/2010 | N/A | Complete | 1h 0m |
| Theft of Precious Metals | 12/01/2010 | 12/31/2010 | N/A | Complete | 1h 0m |
| Physical Tactics | 11/17/2010 | 11/17/2010 | N/A | Complete | 2h 0m |
| Physical Tactics | 11/17/2010 | 11/17/2010 | N/A | Complete | 2h 0m |
| EVO Law Enforcement Driver Training | 10/20/2010 | 10/21/2010 | N/A | Complete | 5h 0m |
| Domestic Violence In Service | 10/11/2010 | 10/26/2010 | N/A | Complete | 3h 0m |

# Training History Report

Indiana Department of Homeland Security (IDHS)
Indiana Law Enforcement Academy (ILEA)

For: Blackwell, William Brian

PSID 2755-2288

| Course | Start | End | Grade | Status | Hours |
|---|---|---|---|---|---|
| Domestic Violence | 10/11/2010 | 10/11/2010 | N/A | Complete | 3h 0m |
| Emergency vehicle Operations | 10/04/2010 | 10/05/2010 | N/A | Complete | 2h 0m |
| Hazardous Materials | 10/01/2010 | 12/23/2010 | N/A | Complete | 4h 0m |
| Blood Borne Pathogens | 10/01/2010 | 12/23/2010 | N/A | Complete | 4h 0m |
| In Service Firearms July | 07/07/2010 | 07/07/2010 | N/A | Complete | 1h 0m |
| Glock Transistion | 06/10/2010 | 07/28/2010 | N/A | Complete | 1h 0m |
| SFST Refresher (05262010) | 05/10/2010 | 05/26/2010 | N/A | Complete | 2h 0m |
| Patrol Rifle Course | 04/06/2010 | 04/08/2010 | N/A | Complete | 24h 0m |
| Patrol Rifle Class | 04/06/2010 | 04/08/2010 | N/A | Complete | 24h 0m |
| Police and People with Disabilities | 02/25/2010 | 12/23/2010 | N/A | Complete | 2h 0m |
| Human Trafficking | 02/01/2010 | 12/31/2010 | N/A | Complete | 2h 0m |
| 2009 Greenwood Police Annual Training | 12/31/2009 | 12/31/2009 | N/A | Complete | 24h 0m |
| 2008 Greenwood Police Annual Training | 12/31/2008 | 12/31/2008 | N/A | Complete | 16h 0m |
| | | | | **Total Hours** | **(378h 0m)** |

A grade of ## indicates that the weights for this class are not valid and grades cannot be calculated.