```
Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date                Narrative
  5 Elliott R         17:06:23 05/29/16
Supplemental Reporting Officer: Elliott R   Date: Sun May 29 17:06:35 EDT 2016
```

I was riding with Officer E. Laut northbound on Madison Ave.  Lt. Blackwell was investigating a mental subject walking in front of vehicles on Madison Ave., and he reported that he deployed his taser and wanted assistance.  We stopped about 30 seconds after his request.

I saw Lt. Blackwell standing in the northbound lane and the male, Todero had the taser prongs in his back.  He was laying on his stomach and he was not complying with Lt. Blackwell's commands to get his hands out and place them behind his back.  I immediately grabbed my handcuffs and I was able to get Todero's right arm and place a handcuff on the wrist, leaving an area open the width of my thumb.  Todero was yelling that he was Jesus Christ, and a prophet.  He was being ordered to place his other hand behind his back, and he kept it under his body, so Lt. Blackwell tased him a few more times.  I was then able to roll Tadero with the help of Officer E. Laut, and get the handcuff on his other wrist, leaving an area the width of my thumb.  Once Todero was handcuffed, he rolled over on his back, and we waited for paramedics.

The paramedics tried to take the prong from the Taser out, but it was deep, and it was left in until he arrived at the hospital.  He was placed on the gurney, lying on his left side, and transported to the hospital.  end of report


EXHIBIT A