```
Law Supplemental Narrative:
                          Supplemental Narratives
Seq Name              Date                  Narrative
  4 Laut E            16:45:29 05/29/16
Supplemental Reporting Officer: E. Laut     Date: Sun May 29 16:46:17 EDT 2016
```

At approximately 11:50 am I was north bound on Madison Ave and Officer Blackwell said he had a resister and that a Taser was deployed. When I arrived on scene I spoke with a witness, Holly Walters. Holly stated that she had pulled over when she saw that Officer. Blackwell was talking to Charles Todero. Holly stated that she got out of her car in order to help Blackwell because she noticed that he was alone. Holly then said "I heard him [Blackwell] tell him to stop walking in the road several times. He [Blackwell] said that he was going to taser him and told him to stop moving. When the guy kept goin he got him with the Taser"

I then assisted Officer Blackwell and Officer Elliott with the apprehension of Charles. Charles was on the ground and refusing to give his hands to the any of the officers. Blackwell kept instructing Charles to give him his hands while Elliott and I tried to pull his hands out from underneath him. Once all three of us were attempting to handcuff him we were able to get his hands out from underneath him.

After Charles was handcuffed we had him sit on his back, against the curb and waited for paramedics to arrive. Once the paramedics were on the scene Charles `s placed on a stretcher and put in the ambulance.

EOR


EXHIBIT A