UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO , | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 1:17-cv-1698-TWP-MJD |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, and AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS, | ) ) ) ) ) ) | |
| Defendants | ) | |

## DEFENDANT BRIAN BLACKWELL'S DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Comes now Defendant, Brian Blackwell, by counsel, and tenders the following Designation of Evidence on which he relies in support of his Motion for Summary Judgment:

1.    Deposition of Deborah McNaughton, pp. 10, 13, 14, 37, 40, 41, 42 and 45.

2.    Deposition of Roger Poynter, pp. 12, 14, 16, 42, 54 and 55.

3.    Deposition of Teresa Todero, pp. 25, 43, 139, and 202.

4.    Deposition of Aaron Crowe, pp. 21, 22, 77, and 83.

5.    Deposition of Brian Blackwell, pp. 7, 18, 29, 32, 40, 42, 43, 44, 45, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 69, 70, 71, 72, 75, 81, 83, 89, 93, 97, 104, 105, 109, 110, 205, 209, 210, 318, 319 and 320.

6.    Deposition of Tyler Todero, pp. 24, 28 and 29.

7.      Deposition of Holly Walters, pp. 17, 21, 24, 25, 26, 27 and 33.

8.      Deposition of Jason Holtzleiter, pp. 22, 23, 24 and 100.

9.      Deposition of Elizabeth Laut, pp. 108, 182, 187, 195, 196, 210, 218, 219, 241, and 261.

10.     Deposition of Renee Elliott, pp. 112, 113, 114, 117, 118, 119, 120, 121, 128, 129, 130, 134, 151, 152, 163, 164, 165 and 167.

11.     Deposition of Ian Godfrey, pp. 25, 28, 29, 31, 32, 33, 34, 35, 40, 41, 52, 141, 147, 148, and 149.

12.     Deposition of Chris Hartman, pp. 16, 17, 31, 41, 54, 55, 81, 82, 83, 84, 85, 95, 96, 103 and 111.

13.     Plaintiff's Amended Complaint, ¶¶ 13 and 18.

14.     Defendant Blackwell's Answer to Amended Complaint, ¶¶ 13 and 18.

15.     City of Greenwood's Answer to Amended Complaint, ¶ 13.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

s/Caren L. Pollack
Caren L. Pollack Attorney No. 11897-49
*Attorney for Defendant, Brian Blackwell*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was filed electronically on July 13, 2018.   Notice of this filing will be sent to the following parties by operation of the Court's ECF system:

D. Samuel Heppell
Steven E. Art
Jonathan I. Loevy
Arthur Loevy
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
*Attorneys for Plaintiff*

James S. Stephenson
Mark A. Holloway
Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
*Attorneys for Defendants, City of Greenwood, Renee Elliot, and Elizabeth Laut*

s/Caren L. Pollack
Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888
cpollack@pollacklawpc.com