IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | )<br>)<br>) |
| | ) Case No. 1:17-cv-1698-TWP-MJD |
| *Plaintiff*, | )<br>) |
| | ) Judge Tanya Walton Pratt |
| v. | )<br>) |
| | ) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, | )<br>)<br>) JURY TRIAL DEMANDED |
| | )<br>) |
| *Defendants*. | )<br>) |

# EXHIBIT 35

**Use of Force Report**

BY:    /s/ Steve Art
             *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

USE OF FORCE REPORT

Incident Number:   G16L11930

Date:  May 30, 2016

Location of Incident:    Madison Avenue and Camby Street

Reporting Officer:  Lt. Brian Blackwell    Officer Injured:   NO

Officer Deploying Taser:  Lt. Brian Blackwell

Officer(s) Involved:

1.   R. Elliott

2.   E. Laut

3.   R. Eck

Reason for officer(s) response to the location:

Multiple calls to dispatch of a man attempting to commit suicide by walking into traffic.

Criminal charges against suspect:

None at this time. It is priority that the suspect get medical and mental assistance before evaluating criminal charges.

Suspect's Name:  Charles A. Todero
DOB:
SSN:
Race:   white

Suspect Impaired: YES    Alcohol: ____    Narcotics: XXX    UNKNOWN: ____

Suspect injured prior to officer's arrival:  YES (minor bruising on knees)

Suspect injured during arrest:  No signs of injuries other than taser prong entries into skin.

Was suspect transported to hospital:  YES

Was Taser used:  YES

Was cartridge deployed: YES

Who removed probes:  Emergency Room Personal

Was drive stun technique used:  NO

Witnesses to incident:

Name:       Holly L. Walters
Address:    1224 N Capital, Indpls, 46227
Telephone:

TODERO 00021

Name:      Deborah Macnaughton
Address:   1342 Hamilton Drive, Greenwood, 46143
Telephone:

Name:      Roger W. Poynter
Address:   455 E. Broadway, Greenwood, 46143
Telephone:

Name:      Ian Godfrey
Address:   Greenwood Fire Station 92 Medic

List specifically all statements or actions by suspect before officer action was taken. list specifically what actions were taken by the officer(s) in response to the suspects actions:

On May 29, 2016 I responded to the area of Madison Avenue, south of Fry Road, reference a subject wearing a white t-shirt "attempting suicide" by walking into traffic. Two recorded calls were made from Roger Poynter and Deb Macnaughton who both reported the man's strange and dangerous behavior. Macnaughton advised me later that the man crossed the road directly in front of her and she had to swerve to keep from striking him. She also stated that the car behind her had to brake and then honked their horn at the man. When I arrived, I observed the man sitting on the roadside curb just north of Camby Street. The moment I pulled drove up to the man, that I knew to be Charles Todero, he held up a bible in front of him as if he was reading it. I asked Charles if he was alright and he replied, "I am Jesus Christ." Charles had no emotion and his face was void of any expression. I asked Charles again if was okay and if he needed assistance. Charles then replied that he was Jesus Christ the Profit.

He then stood up began walking northbound on Madison Avenue next to the curb. I ordered Charles to sit down on the curb to avoid an vehicular traffic but he continued walking with the Bible out in front of him. I then extracted my Taser X26 from my holster and order him again to get out of the roadway and sit on the curb or I would tase him. Charles began stating his name was Jesus Christ and continued walking but this time he angled towards his left into the northbound traffic. I placed my left hand on his left shoulder and again told him to sit down or he would be tased. He continued walking and I then deployed my Taser X26. Charles went down to his knees and while struggling with the Taser deployment, held the bible
Up in front of him and stated again that he was Jesus Christ the Profit. I have used the Taser X26 in the past and thought this to be an unusual reaction due to lack of
compliance and the continued ability to move his arms voluntarily. I gave Charles verbal orders to do to the ground But he refused. I gave another 5 second application and continued with verbal direction with no Compliance. Charles still would not lay face down as directed and attempted to stand up. I told Charles that he was going to get tased again of he didn't lay on the

TODERO 00022

ground with his hands
Behind his back. He stated that he was Jesus Christ again and another application was administered. This failure to comply continued. Moments later, I observed that
one of the prongs was caught up in his shirt and was not actually making contact with his skin and therefore the Taser was not working to its full potential to cause compliance. Charles continued to refused orders and attempted to stand up again. Due to his suicidal and erratically behavior, along with greater than normal strength, I applied another application, this time Connecting the Taser to his thigh so the circuit could be completed and the Taser was more effective. This time Charles went to the ground but placed his arms underneath his chest. A female motorist, Holly Walters, pulled over and asked if she could assist me in any way. I asked Holly to please stand by and just observe to assist in witnessing Charles' behavior in the event someone questioned our police response to this incident.

Officer Renee Elliott and Officer Elizabeth Laut arrived and Officer Elliott attempted to handcuff Charles. Elliott gave Charles verbal instructions to give her his hands but he refused and rather stiffened his arms in resistance. I administered another application with the taser but this had little effect on Charles. Elliott was able to get one arm out from under Charles but he would not give her the other arm. Charles continued to resist by stiffening his arm and leaving it under his chest. I told Charles that he was going to get tased again if he didn't comply. He refused and another application was given. This continued for about a minute or 2 before the other hand was retrieved and Charles was secured. Medics arrived and
Ian Godfrey, Medic 92 AMR (513-649-5169) was witness to Charles' behavior. Charles had to be lifted onto the cot and secured with safety belts. He was then transported to St. Francis Hospital where he was under Care of Dr. Chris Hartman, MD. Godfrey stated that Charles was verbally abusive most of the trip and calling them all fucking pussies and other Profanity.

Shift Supervisor:
Date/Time: