IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | ) ) ) |
| *Plaintiff*, | ) Case No. 1:17-cv-1698-TWP-MJD ) ) Judge Tanya Walton Pratt |
| v. | ) ) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, | ) ) ) JURY TRIAL DEMANDED |
| *Defendants*. | ) ) ) |

# EXHIBIT 36

Ambulance Report

**[FILED UNDER SEAL]**

BY:  /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900