IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT,<br><br>*Defendants*. | Case No. 1:17-cv-1698-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 39

**Indiana State Police Report**

BY:    /s/ Steve Art
                *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900



## Indiana State Police
### Incident Report
8620 East 21st Street  Indianapolis, IN 46219
Phone: (317) 899 - 8577 Fax: (317) 899 - 8299

Indianapolis District

| ORI | County | Venue | Report # |
|---|---|---|---|
| INISP5200 | MARION | INDIANAPOLIS | 16ISPN000286 |
| Report Date / Time | Occurrence Date / Time | | File Class |
| 06/22/2016 12:31 Hrs (US/Eastern) | 05/28/2016 12:18 Hrs - 05/28/2016 13:18 Hrs (US/Eastern) | | 910-320 |

**Nature of Incident:** Incidents Against Law Enforcement/Public Safety   **Supplements:** Initial Report (1)

**Summary:** Dispatched to traffic hazard of a person on the interstate at the 105.2mm. Transported subject off the interstate.

### Incident Location

**Address:** 105.2 Mm I65 Nb
**City:** Indianapolis   **County:**    **State:** Indiana
**ZIP:**   **Country:** United States of America
**Township of Occurrence:** PERRY

**Latitude:** 39.69161505820463   **Longitude:** -86.10482316929783

**Sub-Beat:** P49I

### Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 910-320 - Traffic Investigation (Non-Criminal Event) | CLOSED- NO ADDITIONAL LEADS TO PURSUE | 05/28/2016 12:18 Hrs |

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | TROOPER (SENIOR) H. KALINA (#ISP6812) | Indianapolis District | 0 |
|  | TROOPER S. RELIFORD (#ISP7712) | Indianapolis District | 0 |
| Reporting | TROOPER S. CUNNINGHAM (#ISP7689) | Indianapolis District | 0 |

### Incident Narratives

**Title: Original Narrative**

**Author:** SHANE CUNNINGHAM   **Date / Time:** 06/22/2016 12:39 Hrs   **Supp #:** 0

On Saturday May 28th at 1222 hours I Trp. S. Cunningham 7689 responded to a call from Indiana State Police dispatch of a traffic hazard, a man walking on the interstate at I65 at the 105mm. I encountered the subject, a white male wearing a white t-shirt and white pants walking Southbound in the median at the 104mm of I65, at 12:30 PM. I stopped and began a conversation with the subject, later identified as Charlie Todero, of Greenwood In. I asked Todero what he was doing and he stated that he was just walking and talking to his Lord and savior Jesus Christ. Todero was sweating like crazy and holding a bible, and the way he looked, talked and was behaving there was just something off about him, in my opinion. After running Todero's ID and it came back ok, I then asked what he was doing out there on the Interstate again. By this time, I had been joined by two other Troopers at the scene, Sgt. Reliford and M/Trp. Kalina. I, along with the other Troopers, determined that Todero did not

Report Run On: WEDNESDAY JUNE 22, 2016 12:50:36 PM   By: SC

TODERO 00030

16ISPN000286 - Indianapolis District - ISP (ISP)

pose a threat to himself and did not warrant an immediate detention, or further action. After several minutes of questions and no real answers to a solution to what we were going to do with Todero, I made the decision to give him a ride off the Interstate. He wanted to go to Greenwood area and talk to a Priest or Godly man to discuss the passing of his father a week prior. I told Todero I would give him a ride, but with his behavior and such out on the Interstate I was going to have to put him in handcuffs as I transported him to his destination. Todero agreed apprehensively, and would not let go of his bible. So I walked Todero to my commission with the bible wedged between his legs. Once in the car and buckled in, I tried to once again have a conversation. I ask about what he was doing out on the interstate, same reaction and answer as before… just walking and talking to God. Todero was somewhat calm during the ride to Greenwood, still very agitated but somewhat calm talking to himself and praying out loud. I dropped Todero off at the Vineyard Church at 512 S Madison Ave in Greenwood. As I took the handcuffs off and released him from my control, he was still talking to himself, praying out loud, and just acting a little off. At no time did Todero get combative or resist in any way, or threaten to hurt himself, thus eliminating the need for an Immediate Detention and evaluation. I dropped Todero off and saw him walking toward the front doors of the church, then I left the area and cleared myself from the run at 1318 hours. Later that night I happened to drive by the area of the Church and observed Todero walking from the church. He had his bible in one hand and a visitor's bag from the Church in the other.

It was not until several days later that I learned of his passing and the incident with the Greenwood Police. I thought it best to inform them of Indiana State Police's dealings with Todero. They requested an incident report to document my interaction with Todero.

**Signed:** TROOPER S. CUNNINGHAM (#ISP7689)   **Reviewed By:**

Report Run On: WEDNESDAY JUNE 22, 2016 12:50:36 PM        By: SC

TODERO 00031