## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | ) ) ) | |
| | ) | Case No. 1:17-cv-1698-TWP-MJD |
| *Plaintiff*, | ) ) | |
| | ) | Judge Tanya Walton Pratt |
| v. | ) ) | |
| | ) | Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, | ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) ) ) ) | |

# **EXHIBIT 50**

**Taser Deployment Timeline**

BY**:**   /s/ Steve Art_____
          *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

# Timeline of Taser Deployments

