IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, <br><br> *Defendants*. | Case No. 1:17-cv-1698-TWP-MJD <br><br> Judge Tanya Walton Pratt <br><br> Magistrate Judge Mark J. Dinsmore <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 51

**Medical Records of Charlie Todero**

**[UNDER SEAL]**

**FILED MANUALLY WITH THE COURT**

BY:  /s/ Steve Art
     *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900