IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | ) ) ) |
| *Plaintiff*, | ) Case No. 1:17-cv-1698-TWP-MJD ) ) Judge Tanya Walton Pratt |
| v. | ) ) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, and AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS, | ) ) ) JURY TRIAL DEMANDED ) |
| *Defendants*. | ) ) ) |

# EXHIBIT 59

**Instant Messages**

BY: /s/ Steve Art
  *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900



g0renel
Elliott

# Greenwood Police Department

Electronic Communications
Report by Conversation

**17:28:31 05/29/16 from g0elila; to:** g0renel
HEY JUST WANTED TO REMIND YOU IF YOU WANTED TO DO A DOR TODAY, AND IF I DON'T SEE YA, HAVE A GOOD COUPLE DAYS OFF!

**17:09:15 05/29/16 from j9shase; to:** g0aarky , g0braco , g0brasa , g0bribl , g0elila , g0erimc , g0jasyo , g0jefmc , g0ranec , g0renel , g0ronde
43 we are in site trunking

**15:20:20 05/29/16 from g0bribl; to:** g0aarky , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec , g0renel
Densmore is coming in as soon as he can

**14:43:05 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
k

**14:43:00 05/29/16 from g0jefho; to:** g0aarky , g0bribl , g0doumu , g0elila , g0jasho1 , g0jefmc , g0ranec
they both are gone from here

**14:41:49 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
she left?

**14:41:33 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
10-8

**14:41:22 05/29/16 from g0jefho; to:** g0aarky , g0bribl , g0doumu , g0elila , g0jasho1 , g0jefmc , g0ranec
they have aledy left here

**14:39:31 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
you just met Jesus on madison ave....how closer do u want

**14:38:54 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0jasho1 , g0jefho , g0jefmc , g0ranec
ok, got to potty first. oh, haven't gone to church today yet.

**14:38:30 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec

Electronic Communications Report by Conversation                                                                 Page 2

you ought to run over there and meet satan's wife

**14:38:27 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0jasho1 , g0jefho , g0jefmc , g0ranec
lol

**14:38:07 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
wait.....you havent met kimberly EB.....

**14:37:43 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0jasho1 , g0jefho , g0jefmc , g0ranec
yea!

**14:37:27 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
26th run on her this year!!!!

**14:14:16 05/29/16 from g0elila; to:** g0bribl
clr

**14:14:08 05/29/16 from g0bribl; to:** g0elila
just have her come on station in a bit

**14:14:05 05/29/16 from g0elila; to:** g0bribl
haha

**14:13:56 05/29/16 from g0bribl; to:** g0elila
Me too........we'll all go to Disney Land on our disability

**14:13:26 05/29/16 from g0elila; to:** g0bribl
She hurt her back while we were trying to handle that guy.

**14:12:36 05/29/16 from g0bribl; to:** g0elila
what did she do?

**14:12:16 05/29/16 from g0elila; to:** g0bribl
Renee is going to file out an injury report. She's hurt her shoulder and it's not due to my driving.

**14:11:40 05/29/16 from g0bribl; to:** g0elila
lol....ty

**14:11:34 05/29/16 from g0elila; to:** g0bribl
Capitol, my hand writting is bad. It's in Indianapolis

**14:10:51 05/29/16 from g0bribl; to:** g0elila
do you remember the street name fro the witness????? Looks like Cophol or Lophel

**14:10:44 05/29/16 from g0elila; to:** g0bribl
? Sorry closed out the old messages

**14:10:17 05/29/16 from g0bribl; to:** g0elila
there

**13:56:04 05/29/16 from g0elila; to:** j9adaph
k

**13:51:00 05/29/16 from j9adaph; to:** g0elila
INFO: Jim Hughes (the caller) is requesting an update when you're complete with the welfare check.
317-502-7046. I told him I'd pass on the request

**13:30:28 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0erimc , g0jasho , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec
Brian, the doctor said it may be from what ever drug(s) he took also. Not necessary the struggle

**13:28:44 05/29/16 from g0elila; to:** g0bribl
ok

**13:24:02 05/29/16 from g0bribl; to:** g0elila
......we will do them but he wants it blocked so noone can go back in and change or add things that were not involved

**13:23:10 05/29/16 from g0bribl; to:** g0elila
Jimmy said hold off of on supplements

**13:19:35 05/29/16 from g0bribl; to:** g0elila
there

**13:04:09 05/29/16 from g0jefmc; to:** g0brasa , g0bribl , g0doumu , g0elila , g0erimc , g0jasho , g0jasyo , g0jefho , g0joste , g0ranec
was that idiot on something?

**13:03:24 05/29/16 from g0bribl; to:** g0brasa , g0doumu , g0elila , g0erimc , g0jasho , g0jasyo , g0jefho , g0jefmc , g0joste , g0ranec
Excteme acid build up from resisting

**12:11:11 05/29/16 from g0bribl; to:** g0brasa , g0doumu , g0elila , g0erimc , g0jasyo , g0jefho , g0jefmc , g0joste , g0ranec , g0renel
"OH MY BACK, MY BACK!!!!!!"



g0bribl
Blackwell

# Greenwood Police Department

Electronic Communications
Report by Conversation

---

**18:09:56 05/29/16 from g0ruscr; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0renel , g0ronde , g0scoco , g0stees , j9adaph
checking on it

**18:06:16 05/29/16 from j9adaph; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0renel , g0ronde , g0ruscr , g0scoco , g0stees
INFO: There is a female named Lacy Taylor in the lobby to pick up Marcus Rush who she believes was being questioned at GPD.

**18:05:43 05/29/16 from g0erisc; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0renel , g0ronde , g0ruscr , g0scoco , g0stees , j9erito
clr

**18:01:13 05/29/16 from j9erito; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0ronde , g0ruscr , g0scoco , g0stees
i'll be more than happy to run anything you guys need just bear with me if we start to get busy.

**18:00:19 05/29/16 from g0ronde; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0jasyo , g0ruscr , g0scoco , g0stees , j9erito
outstanding

**18:00:19 05/29/16 from g0bruca; to:** g0aarky , g0braco , g0brasa , g0bribl , g0erimc , g0erisc , g0jasyo , g0ronde , g0ruscr , g0scoco , g0stees , j9erito
k

**18:00:15 05/29/16 from g0scoco; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0jasyo , g0ronde , g0ruscr , g0stees , j9erito
K

**18:00:12 05/29/16 from g0stees; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0jasyo , g0ronde , g0ruscr , g0scoco , j9erito
K

copyright 2005 Spillman Technologies
All Rights Reserved

**18:00:00 05/29/16 from j9erito; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0jasyo , g0ronde , g0ruscr , g0scoco , g0stees
FYI, Dispatch radios are currently in site trunking. Franklin tower is down. HQ is 10-0 until further notice.

**17:09:15 05/29/16 from j9shase; to:** g0aarky , g0braco , g0brasa , g0bribl , g0elila , g0erimc , g0jasyo , g0jefmc , g0ranec , g0renel , g0ronde
43 we are in site trunking

**16:46:10 05/29/16 from g0bribl; to:** g0ronde
I am up here still typing my novel

**16:46:00 05/29/16 from g0bribl; to:** g0ronde
thanks man!

**16:45:56 05/29/16 from g0ronde; to:** g0bribl
happy to help

**16:45:34 05/29/16 from g0bribl; to:** g0ronde
3133, 3152, and 3188 mae 3 arrests on a $30,000 burglary and are still working it.....just been a nightmare

**16:45:20 05/29/16 from g0ronde; to:** g0bribl
lol nice

**16:44:50 05/29/16 from g0bribl; to:** g0ronde
I had to tase a guy a dozen times today for trying to commit suicide by walking into traffic and he ended up coding when he arrived at the hospital...so the cheif wants a thorough report

**16:44:09 05/29/16 from g0ronde; to:** g0bribl
ok can do

**16:43:48 05/29/16 from g0bribl; to:** g0ronde
this is our last day on and we were slammed....we just need assistance with pending runs

**16:43:18 05/29/16 from g0ronde; to:** g0bribl
hey sir do yall need help with anything specific?

**15:53:37 05/29/16 from g0jefmc; to:** g0bribl
Dont forget anything said on a felony has to b recorded to b admissable

**15:20:20 05/29/16 from g0bribl; to:** g0aarky , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec , g0renel
Densmore is coming in as soon as he can

**15:14:27 05/29/16 from j9patbr; to:** g0bribl
(H)

Electronic Communications Report by Conversation                                                           Page 3

---

**15:14:22 05/29/16 from g0bribl; to:** j9patbr
thank you!

**15:14:12 05/29/16 from j9patbr; to:** g0bribl
Natasha Bowman is on station for you

**14:55:20 05/29/16 from j9margal; to:** g0bribl
ok ty

**14:55:14 05/29/16 from g0bribl; to:** j9margal
I'll call.....ty

**14:54:40 05/29/16 from j9margal; to:** g0bribl
np u want me call her back

**14:54:27 05/29/16 from g0bribl; to:** j9margal
ty

**14:53:36 05/29/16 from j9margal; to:** g0bribl
2nd caller was female 317-341-5247..i can call her back and get her information, at that time we had numerous calls

**14:51:11 05/29/16 from j9shase; to:** g0bribl
ok ill ask the call takers..its all good

**14:51:05 05/29/16 from g0bribl; to:** j9shase
I keep calling it a wlfare....sorry

**14:50:54 05/29/16 from g0bribl; to:** j9shase
yes

**14:50:47 05/29/16 from j9shase; to:** g0bribl
okay the mental subject

**14:50:39 05/29/16 from g0bribl; to:** j9shase
ok

**14:50:33 05/29/16 from g0bribl; to:** j9shase
welfare check on madison'

**14:50:14 05/29/16 from j9shase; to:** g0bribl
i was trying to figure out which call it was to look at it.

**14:49:48 05/29/16 from g0bribl; to:** j9shase

copyright 2005 Spillman Technologies
All Rights Reserved

Electronic Communications Report by Conversation                                                                 Page 4

Justjust wanted to put them down as witness too

**14:49:30 05/29/16 from g0bribl; to:** j9shase
so the second callers phone number or anything isn't known?

**14:43:05 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
k

**14:43:00 05/29/16 from g0jefho; to:** g0aarky , g0bribl , g0doumu , g0elila , g0jasho1 , g0jefmc , g0ranec
they both are gone from here

**14:41:49 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
she left?

**14:41:33 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
10-8

**14:41:22 05/29/16 from g0jefho; to:** g0aarky , g0bribl , g0doumu , g0elila , g0jasho1 , g0jefmc , g0ranec
they have alredy left here

**14:39:31 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
you just met Jesus on madison ave....how closer do u want

**14:38:54 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0jasho1 , g0jefho , g0jefmc , g0ranec
ok, got to potty first. oh, haven't gone to church today yet.

**14:38:30 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
you ought to run over there and meet satan's wife

**14:38:27 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0jasho1 , g0jefho , g0jefmc , g0ranec
lol

**14:38:07 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
wait.....you havent met kimberly EB.....

**14:37:43 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0jasho1 , g0jefho , g0jefmc , g0ranec
yea!

**14:37:27 05/29/16 from g0bribl; to:** g0aarky , g0doumu , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec
26th run on her this year!!!!

**14:20:08 05/29/16 from j9shase; to:** g0bribl
im having trouble finding it do you know the address or what strret it was on by chance

Electronic Communications Report by Conversation                                                                 Page 5

---

**14:14:16 05/29/16 from g0elila; to: g0bribl**
clr

**14:14:08 05/29/16 from g0bribl; to: g0elila**
just have her come on station in a bit

**14:14:05 05/29/16 from g0elila; to: g0bribl**
haha

**14:13:56 05/29/16 from g0bribl; to: g0elila**
Me too........we'll all go to Disney Land on our disability

**14:13:26 05/29/16 from g0elila; to: g0bribl**
She hurt her back while we were trying to handle that guy.

**14:12:36 05/29/16 from g0bribl; to: g0elila**
what did she do?

**14:12:16 05/29/16 from g0elila; to: g0bribl**
Renee is going to file out an injury report. She's hurt her shoulder and it's not due to my driving.

**14:11:40 05/29/16 from g0bribl; to: g0elila**
lol....ty

**14:11:34 05/29/16 from g0elila; to: g0bribl**
Capitol, my hand writting is bad. It's in Indianapolis

**14:10:51 05/29/16 from g0bribl; to: g0elila**
do you remember the street name fro the witness????? Looks like Cophol or Lophel

**14:10:44 05/29/16 from g0elila; to: g0bribl**
? Sorry closed out the old messages

**14:10:17 05/29/16 from g0bribl; to: g0elila**
there

**13:41:24 05/29/16 from j9shase; to: g0bribl**
oh okay

**13:38:58 05/29/16 from g0bribl; to: j9shase**
alot of it depends on type of speakers you have and all that

**13:38:19 05/29/16 from j9shase; to: g0bribl**

im gonna get fired working with your' shift, im not sure if im the one who can't hear well or they are talking fast and its muffled. i hate to make them repeat and get angry

**13:30:28 05/29/16 from g0elila; to:** g0aarky , g0bribl , g0doumu , g0erimc , g0jasho , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec
Brian, the doctor said it may be from what ever drug(s) he took also. Not necessary the struggle

**13:28:44 05/29/16 from g0elila; to:** g0bribl
ok

**13:25:58 05/29/16 from j9shase; to:** g0bribl
ahh gorcha

**13:24:02 05/29/16 from g0bribl; to:** g0elila
......we will do them but he wants it blocked so noone can go back in and change or add things that were not involved

**13:23:10 05/29/16 from g0bribl; to:** g0elila
Jimmy said hold off of on supplements

**13:22:53 05/29/16 from g0bribl; to:** j9shase
he wont remember a thing

**13:20:53 05/29/16 from j9shase; to:** g0bribl
well that should teach him not to resist again..maybe

**13:20:20 05/29/16 from j9shase; to:** g0bribl
good deal

**13:20:18 05/29/16 from g0bribl; to:** j9shase
acid buil-up from physically resisting

**13:19:56 05/29/16 from g0bribl; to:** j9shase
yes, but back w/ us

**13:19:44 05/29/16 from j9shase; to:** g0bribl
did that mental subject go 10-0

**13:19:35 05/29/16 from g0bribl; to:** g0elila
there

**13:04:09 05/29/16 from g0jefmc; to:** g0brasa , g0bribl , g0doumu , g0elila , g0erimc , g0jasho , g0jasyo , g0jefho , g0joste , g0ranec
was that idiot on something?

**13:03:24 05/29/16 from g0bribl; to:** g0brasa , g0doumu , g0elila , g0erimc , g0jasho , g0jasyo , g0jefho , g0jefmc , g0joste , g0ranec
Excteme acid build up from resisting

**12:11:11 05/29/16 from g0bribl; to:** g0brasa , g0doumu , g0elila , g0erimc , g0jasyo , g0jefho , g0jefmc , g0joste , g0ranec , g0renel
"OH MY BACK, MY BACK!!!!!!"

**11:01:15 05/29/16 from g0bribl; to:** j9patbr
k

**11:01:04 05/29/16 from j9patbr; to:** g0bribl
nope to callers one male one female

**11:00:13 05/29/16 from g0bribl; to:** j9patbr
any idea who it was?

**10:59:57 05/29/16 from j9patbr; to:** g0bribl
please check your voicemail

**08:16:19 05/29/16 from g0bribl; to:** g0erimc
I heard that

**08:16:11 05/29/16 from g0bribl; to:** g0erimc
2 syllables max

**08:16:08 05/29/16 from g0erimc; to:** g0bribl
remember VU wasnt a real collage

**08:15:21 05/29/16 from g0bribl; to:** g0erimc
remember, I only have an Associate degree so can you keep the words down to no more than 7 letters

**08:15:12 05/29/16 from g0erimc; to:** g0aarha , g0bribl , g0brisw , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
ok

**08:14:39 05/29/16 from g0erimc; to:** g0bribl
killed

**08:13:16 05/29/16 from g0bribl; to:** g0erimc
I have never eternized a deer.....

**08:12:36 05/29/16 from g0bribl; to:** g0erimc

Electronic Communications Report by Conversation					Page 8

eternized????

**08:10:04 05/29/16 from g0bribl; to:** g0douro
vocally

**08:10:00 05/29/16 from g0bribl; to:** g0douro
None of these people "Vovally" ask for money, they hold signs.....isn't this kind of useless?

**08:09:38 05/29/16 from g0bribl; to:** g0douro
what's your take on this.......However, panhandling shall not include the act of passively standing or sitting nor performing music, singing, or other street performance with a sign or other indication that a donation is being sought, without any vocal request other than in response to an inquiry by another person.

**08:09:24 05/29/16 from g0bribl; to:** g0douro
there?

**08:07:17 05/29/16 from g0bribl; to:** g0jefmc
Roller is showing on the IM.....FYI

**08:07:06 05/29/16 from g0bribl; to:** g0jefmc
I IM'ed him to NOT interview the 10 year old, just ask mom what she knows. If the juvenile is safe and no physical evidence needs to be collected....pass it on to detecives

**08:06:17 05/29/16 from g0jefmc; to:** g0bribl
theres a whole protocall how these have 2 b handled not sure hooch knows it

**08:05:14 05/29/16 from g0bribl; to:** g0jefmc
Det. Kyle is available because I woke him up at 0600 to varify he was offi duty

**08:05:11 05/29/16 from g0jefmc; to:** g0bribl
ill figure it out

**08:04:48 05/29/16 from g0bribl; to:** g0jefmc
ok....I told him unless there was some type of time crunch just take the initial report and send to Roller. It sounds like the family might be visiting from out of town so that might be an issue to if they leave before Tuesday.

**08:03:39 05/29/16 from g0jefmc; to:** g0bribl
im gonna head to juniper

**08:00:15 05/29/16 from g0ranec; to:** g0aarha , g0bribl , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0renel
clr

**07:59:55 05/29/16 from g0bribl; to:** g0aarha , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho ,

g0jefmc , g0ranec , g0renel
unknown the actual dates

**07:59:48 05/29/16 from g0bribl; to:** g0aarha , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
Sounds like something I would try to do for a little extra cash....

**07:59:40 05/29/16 from g0jefmc; to:** g0aarha , g0bribl , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0ranec , g0renel
do they have it this weekend?

**07:59:00 05/29/16 from g0bribl; to:** g0aarha , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
FYI, the Burmese citizens have rented the Freedom Park Shelter House for several events this summer. Last year they were charging people to park in the parking lot. Just FYI should we get any calls. They are renting the shelter not the parking lot. They also parked people in the grass and tore up the grounds.

**07:58:18 05/29/16 from g0jefho; to:** g0bribl
okay

**07:58:08 05/29/16 from g0bribl; to:** g0jefho
Please have Houchins get his training certificate showing that he successfully completed the last accident investigator school, to Sgt. Holtzleiter ASAP. Thanks

**07:41:37 05/29/16 from g0erimc; to:** g0bribl
np

**07:41:08 05/29/16 from g0bribl; to:** g0erimc
ok, just making sure

**07:41:02 05/29/16 from g0erimc; to:** g0bribl
yes

**07:40:55 05/29/16 from g0bribl; to:** g0erimc
16 hours of OPO?

**07:32:45 05/29/16 from j9margal; to:** g0bribl
yeah well nwpd had a domestic asked for fire dept and then few min later asked if they had been started lol

**07:32:18 05/29/16 from g0bribl; to:** j9margal
she said non-emergent

**07:31:59 05/29/16 from j9margal; to:** g0bribl
lol

*Electronic Communications Report by Conversation*                                          *Page 10*

---

**07:30:07 05/29/16 from g0bribl; to:** g0jefho
....out of state

**07:30:05 05/29/16 from g0jefho; to:** g0bribl
okay

**07:29:58 05/29/16 from g0bribl; to:** g0jefho
only if the family will be leaving by tuesday

**07:29:29 05/29/16 from g0jefho; to:** g0bribl
yep,,,, do you want detectives notifiedtoday ?

**07:29:15 05/29/16 from g0bribl; to:** g0jefho
roller has fits oer that

**07:29:00 05/29/16 from g0bribl; to:** g0jefho
remember get basic facts and dont interview child



g0elila
Elizabeth
Laut

# Greenwood Police Department

Electronic Communications
Report by Conversation

**18:09:56 05/29/16 from g0ruscr; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0renel , g0ronde , g0scoco , g0stees , j9adaph
checking on it

**18:06:16 05/29/16 from j9adaph; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0erisc , g0renel , g0ronde , g0ruscr , g0scoco , g0stees
INFO: There is a female named Lacy Taylor in the lobby to pick up Marcus Rush who she believes was being questioned at GPD.

**18:05:43 05/29/16 from g0erisc; to:** g0aarky , g0braco , g0brasa , g0bribl , g0bruca , g0erimc , g0renel , g0ronde , g0ruscr , g0scoco , g0stees , j9erito
clr

**17:28:31 05/29/16 from g0elila; to:** g0renel
HEY JUST WANTED TO REMIND YOU IF YOU WANTED TO DO A DOR TODAY, AND IF I DON'T SEE YA, HAVE A GOOD COUPLE DAYS OFF!

**17:09:15 05/29/16 from j9shase; to:** g0aarky , g0braco , g0brasa , g0bribl , g0elila , g0erimc , g0jasyo , g0jefmc , g0ranec , g0renel , g0ronde
43 we are in site trunking

**15:20:20 05/29/16 from g0bribl; to:** g0aarky , g0elila , g0jasho1 , g0jefho , g0jefmc , g0ranec , g0renel
Densmore is coming in as soon as he can

**12:11:11 05/29/16 from g0bribl; to:** g0brasa , g0doumu , g0elila , g0erimc , g0jasyo , g0jefho , g0jefmc , g0joste , g0ranec , g0renel
"OH MY BACK, MY BACK!!!!!!"

**08:15:12 05/29/16 from g0erimc; to:** g0aarha , g0bribl , g0brisw , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
ok

**08:00:15 05/29/16 from g0ranec; to:** g0aarha , g0bribl , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo ,

copyright 2005 Spillman Technologies
All Rights Reserved

01/17/18

D 000014

*Electronic Communications Report by Conversation*                                    *Page 2*

---

g0jefho , g0jefmc , g0renel
clr

**07:59:55 05/29/16 from g0bribl; to:** g0aarha , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
unknown the actual dates

**07:59:48 05/29/16 from g0bribl; to:** g0aarha , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
Sounds like something I would try to do for a little extra cash....

**07:59:40 05/29/16 from g0jefmc; to:** g0aarha , g0bribl , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0ranec , g0renel
do they have it this weekend?

**07:59:00 05/29/16 from g0bribl; to:** g0aarha , g0brisw , g0douro , g0erimc , g0jasho1 , g0jasyo , g0jefho , g0jefmc , g0ranec , g0renel
FYI, the Burmese citizens have rented the Freedom Park Shelter House for several events this summer. Last year they were charging people to park in the parking lot. Just FYI should we get any calls. They are renting the shelter not the parking lot. They also parked people in the grass and tore up the grounds.

## Record List - Total: 66

| Incident | Nature | Area | Agency | Reported | Disposition |
|---|---|---|---|---|---|
| G16L11911 | Checking Area | LPL4 | GPD | 00:10:04 05/29/16 | CLO |
| G16L11912 | Suspicious-Pers | LPL39 | GPD | 00:20:30 05/29/16 | CLO |
| G16L11913 | Domestic | LPL40 | GPD | 00:45:30 05/29/16 | CLO |
| G16L11914 | Warrant Service | LPL28 | GPD | 01:07:54 05/29/16 | CLO |
| G16L11915 | Threatening | LWR31 | GPD | 02:45:45 05/29/16 | CAA |
| G16L11916 | Traffic Invest | LWR31 | GPD | 03:33:12 05/29/16 | CLO |
| G16L11917 | Lockout | LPL32 | GPD | 05:05:18 05/29/16 | CLO |
| G16L11918 | Citizen Assist | LPL9 | GPD | 05:09:01 05/29/16 | CLO |
| G16L11919 | Check | LWR11 | GPD | 06:17:03 05/29/16 | CLO |
| G16L11920 | Investigation | LPL14 | GPD | 07:17:20 05/29/16 | CAA |
| G16L11921 | Crim Mischief | LPL27 | GPD | 07:22:02 05/29/16 | CLO |
| G16L11922 | Burglary All | LPL40 | GPD | 07:36:36 05/29/16 | CWA |
| G16L11923 | Theft | LPL9 | GPD | 08:44:10 05/29/16 | SPL |
| G16L11924 | Agency Assist | LPL22 | GPD | 10:11:10 05/29/16 | CLO |
| G16L11926 | Theft | LPL39 | GPD | 10:12:16 05/29/16 | SPL |
| G16L11925 | Theft | LPL9 | GPD | 10:13:30 05/29/16 | SPL |
| G16L11927 | Incomplete 911 | LPL38 | GPD | 10:19:24 05/29/16 | CLO |
| G16L11928 | Animal Problem | LWR31 | GPD | 10:35:15 05/29/16 | CLO |
| G16L11929 | Found Child | LPL38 | GPD | 10:55:09 05/29/16 | CLO |
| G16L11930 | Mental Subject | LPL23 | GPD | 11:45:38 05/29/16 | CLO |
| G16L11931 | Accident PD | LPL6 | GPD | 11:50:38 05/29/16 | CLO |
| G16L11932 | Suspicious-Pers | LPL9 | GPD | 12:10:59 05/29/16 | CLO |
| G16L11933 | Animal Problem | LPL32 | GPD | 13:03:07 05/29/16 | CLO |
| G16L11934 | Agency Assist | LPL20 | GPD | 13:30:59 05/29/16 | CLO |
| G16L11935 | Welfare Check | LPL9 | GPD | 13:37:29 05/29/16 | CLO |
| G16L11936 | Accident PD | LPL37 | GPD | 14:11:18 05/29/16 | ACT |
| G16L11937 | Lockout | LPL15 | GPD | 14:16:33 05/29/16 | CLO |
| G16L11938 | Domestic-w/Batt | LPL27 | GPD | 14:30:33 05/29/16 | CLO |
| G16L11939 | Narcotics | LPL3 | GPD | 14:52:51 05/29/16 | CLO |
| G16L11940 | Shoplifting | LPL13 | GPD | 14:56:16 05/29/16 | CLS |
| G16L11943 | Theft | LPL15 | GPD | 15:06:30 05/29/16 | CLO |
| G16L11941 | Traffic Invest | LWR11 | GPD | 15:13:54 05/29/16 | CLO |
| G16L11942 | Alarm-Business | LPL8 | GPD | 15:43:25 05/29/16 | FAL |
| G16L11945 | Abandoned Vehic | LPL35 | GPD | 15:55:27 05/29/16 | CLO |
| G16L11944 | Agency Assist | LPL27 | GPD | 16:15:59 05/29/16 | CLO |
| G16L11946 | Lockout | LWR31 | GPD | 16:38:43 05/29/16 | CLO |
| G16L11947 | Traffic Invest | LPL14 | GPD | 16:44:40 05/29/16 | CLO |
| G16L11948 | Suspicious | LPL27 | GPD | 16:59:55 05/29/16 | CLO |
| G16L11949 | Custodial Int | LPL6 | GPD | 17:44:00 05/29/16 | CLO |
| G16L11950 | Suspicious-Pers | LWR11 | GPD | 17:52:10 05/29/16 | CLO |
| G16L11951 | Trouble With/ | LPL15 | GPD | 18:35:50 05/29/16 | CLO |
| G16L11952 | Investigation | LPL39 | GPD | 19:17:45 05/29/16 | CLO |
| G16L11953 | Citizen Dispute | LPL13 | GPD | 19:21:54 05/29/16 | CLO |
| G16L11954 | Noise | LPL22 | GPD | 19:40:39 05/29/16 | CLO |
| G16L11956 | Trespassing | LPL6 | GPD | 20:01:14 05/29/16 | CLO |
| G16L11955 | Traffic Offense | LWR11 | GPD | 20:01:42 05/29/16 | CAA |
| G16L11957 | Traffic Invest | LPL13 | GPD | 20:07:29 05/29/16 | CLO |
| G16L11958 | Accident PD | LPL20 | GPD | 20:18:06 05/29/16 | CLO |
| G16L11959 | Misdialed 911 | LPL20 | GPD | 20:19:46 05/29/16 | CLO |
| G16L11960 | Burg Atmpt Res | LPL39 | GPD | 20:29:46 05/29/16 | PRO |
| G16L11961 | Disturbance | LPL38 | GPD | 20:43:39 05/29/16 | CLO |
| G16L11962 | Fight | LWR11 | GPD | 21:35:55 05/29/16 | CLO |
| G16L11963 | Property Damage | LPL32 | GPD | 21:53:26 05/29/16 | CLO |
| G16L11964 | Checking Area | LPL32 | GPD | 21:59:21 05/29/16 | CLO |
| G16L11965 | Lockout | LPL15 | GPD | 22:20:01 05/29/16 | CLO |
| G16L11969 | Threatening | LPL15 | GPD | 22:23:04 05/29/16 | CLO |
| G16L11966 | Traffic Offense | LPL13 | GPD | 22:23:22 05/29/16 | CAA |

| | | | | | |
|---|---|---|---|---|---|
| G16L11967 | Suspicious-Veh | LWR5 | GPD | 22:23:56 05/29/16 | CAA |
| G16L11968 | Traffic Invest | LPL6 | GPD | 22:24:04 05/29/16 | CLO |
| G16L11971 | Animal Problem | LPL14 | GPD | 22:26:20 05/29/16 | CLO |
| G16L11970 | Traffic Offense | LPL27 | GPD | 22:28:47 05/29/16 | CAA |
| G16L11972 | Trespassing | LPL20 | GPD | 22:30:28 05/29/16 | CLO |
| G16L11973 | Disturbance | LWR11 | GPD | 22:39:53 05/29/16 | CLO |
| G16L11974 | Traffic Invest | LPL6 | GPD | 23:34:10 05/29/16 | CLO |
| G16L11975 | Traffic Invest | LPL13 | GPD | 23:39:02 05/29/16 | CLO |
| G16L11976 | Juvenile Prob | LPL15 | GPD | 23:41:03 05/29/16 | CLO |