**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | ) )  )  |
| *Plaintiff*, | ) Case No. 1:17-cv-1698-TWP-MJD ) ) Judge Tanya Walton Pratt |
| v. | ) ) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, | ) ) ) JURY TRIAL DEMANDED |
| *Defendants*. | ) ) ) ) |

# EXHIBIT 60

**Greenwood Police Department Press Release**

BY: /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900




**MARK W. MYERS**
*Mayor*

**JOHN H. LAUT**
*Chief of Police*

## Media Release

On May 29, 2016, at approximately 11:45 a.m., the Greenwood Police Department responded to multiple calls indicating a man, exhibiting strange and dangerous behavior, walking in and out of traffic near the intersection of Madison Ave. and Camby St. in Greenwood. Responding Officers identified the subject as 30 year old Greenwood resident Charles Todero.

Based upon a review of evidence to date, we are confident the responding officers followed all standard operating procedures in dealing with this matter. The incident is currently under internal investigation, as is standard practice for the department.

Final autopsy and toxicology reports are expected in the coming weeks, and we will provide further comment at that time.

Greenwood Police Department  •  186 Surina Way  •  Greenwood IN 46143  •  317-887-5210

D 003147