**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, <br><br> *Defendants*. | Case No. 1:17-cv-1698-TWP-MJD <br><br> Judge Tanya Walton Pratt <br><br> Magistrate Judge Mark J. Dinsmore <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 61

**Blackwell Email, June 12, 2016**

BY:   /s/ Steve Art
       *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

James Ison

| | |
|---|---|
| From: | Brian Blackwell |
| Sent: | Sunday, June 12, 2016 10:44 AM |
| To: | James Ison |
| Subject: | Additional information on Charles Todero |
| Importance: | High |

As usual, time elapses and a person remembers more about details in an incident or other thoughts come to mind to justify actions taken during an incident....

*As I arrived on the scene I immediately recognized the "suicidal subject" as Charles Todero. I have known Mr. Todero through my police career for approximately 25 years. I have known Mr. Todero and his brothers to have an interest for fighting and boxing. Days after the incident I researched Mr. Todero's Facebook page and copied 2 photos of him, one with James Todero at a training center for fighting and another photo of Mr. Todero taking a "selfie" of himself without a shirt on.

*When I approached Mr. Todero I observed that his pants were torn from his ankle to just below his groin area. I observe what I believed to be urine stains in the crotch area of his pants. His knees could be seen through the tear in his pants and he had bruises and scratches on both knees prior to any contact with police.

*Due to the fact that Mr. Todero was walking northbound on Madison I was unable to observe any vehicular traffic coming from behind me. I knew that My police car was providing "some" protection but Mr. Todero and myself were still in the roadway with our back to traffic. This expedited my actions.

TODERO 00044