**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | )<br>)<br>) |
| *Plaintiff*, | ) Case No. 1:17-cv-1698-TWP-MJD<br>)<br>) Judge Tanya Walton Pratt |
| v. | )<br>) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, | )<br>)<br>) JURY TRIAL DEMANDED |
| *Defendants*. | )<br>)<br>) |

# **EXHIBIT 62**

**Greenwood Police Department Internal Investigation Findings**

                                                                                           **BY:** /s/ Steve Art
                                                                                                   *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

To: Chief John Laut
From: Deputy Chief James Ison
Date: 06/17/2016
Ref. G16L11930 (Summary of Facts)

- Charles Todero's actions on May 29, 2016 posed a risk of injury and/or death to himself, officers, and motorists. Witnesses Roger Poynter and Deborah MacNaughton both stated that they nearly struck Todero with their vehicles, and MacNaughton reported that she would have been involved in a motor vehicle crash if another vehicle would have been in the lane next to her when she swerved to avoid colliding with Todero. The officers involved in this case were also placed at risk of being struck by a vehicle while attempting to take Todero into custody for a psychiatric evaluation.

- Lt. Blackwell was on the seen without backup for 3 minutes and 1 second. He confronted a delusional Todero who was claiming to be Jesus Christ and walking in the roadway. Lt. Blackwell gave Todero multiple, loud verbal commands to stop walking in the roadway and placed his hand on Todero's shoulder in an attempt to stop him. Todero continued walking further into the roadway and ignored Lt. Blackwell's commands. Lt. Blackwell warned Todero that he would deploy his taser if he did not stop his dangerous behavior. Todero again failed to comply with Lt. Blackwell's commands. Lt. Blackwell requested additional units to assist him with Todero.

- Due to Todero's unsafe, delusional actions and non-compliance to Lt. Blackwell's commands to stop, Lt. Blackwell deployed his Taser striking Todero in the upper and lower back.

- Witness Holly Walters a motorist, stopped and asked Lt. Blackwell if he needed help. Lt. Blackwell requests that Walters stay to be a witness.

- According to Lt. Blackwell and Holly Walters, Todero was tased multiple times during the 1 minute and 3 seconds time frame between the first taser deployment and the arrival of the first back-up units.

- Lt. Blackwell and Holly Walters both stated that Todero was given loud verbal commands to lie on the ground and put his hands behind his back, and that he was given adequate time to respond to these commands prior to each taser application. Lt. Blackwell and Holly Walters both stated that Todero refused to comply and that the taser did not seem to have much of an effect on Todero.

- Holly Walters stated that she and Lt. Blackwell were actually "pleading" with Todero to stop resisting and comply with commands to put his hands behind his back."

- Lt. Blackwell stated that he observed that the taser prong that struck Todero's lower back was "dangling" from his shirt, creating a clothing disconnect, and resulting in less effective results.

- Approximately 1 minute and 39 seconds after Lt. Blackwell requested assistance, Officers Renee Elliott and Elizabeth Laut arrived on the scene.

- Lt. Blackwell, Officer Renee Elliott, Officer Elizabeth Laut, and Holly Walters all stated that Todero was lying flat on the ground, in the roadway, with his hands under his body upon the arrival of Officers Elliott and Laut. They further reported that Todero was given several verbal commands to put his hands behind his back. They stated that Todero not only refused to comply but physically rolled and pulled away from Officer's Elliott and Laut as they attempted to secure him in handcuffs. Officer Elliott reported that she attempted to apply digital pressure to Todero's mandibular angle "pressure point", but that it had no effect on him. During the struggle to gain control of Todero's hands, Lt. Blackwell delivered approximately two to four drive stuns to Todero's leg.

- Officer Elliott advised that immediately following the final tase, she and Officer Laut where able to secure Todero in handcuffs. It is noticed at this time that the taser prong that Lt. Blackwell observed "dangling" in Todero's shirt was now lodged in Todero's left hand.

- There was no additional use of force after Todero was secured in handcuffs.

- Lt. Blackwell, Officer Renee Elliott, Officer Elizabeth Laut, and Holly Walters all advised that prior to each tase administered throughout this incident, Todero was given verbal commands, did not comply, and at times physically resisted. They also stated that Todero was given adequate time between tases to comply with the officers commands.

- Lt. Blackwell's taser log indicated that the taser was activated 16 times in a 3 minute and 10 second time span. The total duration of time that the taser was activated during this time span was 1 minute and 38 seconds (Taser usage report attached).

- After being successfully handcuffed, Todero was sat upright and against the curb of the north bound lanes of Madison Ave.

- Officer Randy Eck arrived on the scene and reminded Officer Elliott to activate her body worn camera. Officer Eck also called for paramedics as required after any taser usage, by the Greenwood Police Department Taser Use policy.

- Upon the arrival of the paramedics, Todero was still claiming to be Jesus Christ. Paramedics tied Todero's legs together with a blanket to refrain him from kicking.

- Paramedic Ian Godfrey stated that Todero was stable at the scene, and that he observed no signs that Todero was having a medical emergency. Godfrey stated that due to there being no indication of a medical emergency the ambulance was routed away from the closest hospital (Community South) and to St. Francis Hospital, because Community South Hospital was on psychiatric diversion. Godfrey reported that while enroute to St. Francis Hospital, Todero became combative inside the ambulance. Godfrey stated that Todero was kicking, thrashing, and banging his head against the gurney. Godfrey advised that he gave Todero 5mg of Midazolam to "chemically restrain" him. Godfrey reported that Todero's heartrate dropped significantly and that he began breathing agonally. Godfrey further reported that Todero went into Cardiac Arrest at 12:19pm.

- Dr. Chris Hartman advised Lt. Blackwell, Officer Renee Elliott, Officer Elizabeth Laut, and Ian Godfrey that the use of the taser on Todero was not the cause of his cardiac arrest. Dr. Hartman further advised Deputy Chief James Ison via telephone on June 15, 2016 that if the taser would have contributed to Todero's heart stopping, it would have occurred immediately after he was tased and not in the ambulance nearly 25 minutes later.

- Todero died at St. Francis Hospital on June 11, 2016 at 11:48pm.

- Autopsy was preformed on June 13, 2016. Preliminary results indicate Todero died of natural causes stemming from liver disease.

To: Chief John Laut
From: Deputy Chief James Ison
Ref: Case # G16L11930 (Findings)
Date: 06/27/2016

Chief Laut,

After conducting a thorough internal review of incident G16L11930, I find that Lt. Brian Blackwell, Officer Renee Elliott, Officer Elizabeth Laut, and Officer Randy Eck all preformed their duties within the scope of the law, and in accordance with Greenwood Police Department Policies and Procedures.

*[signature]*

TODERO 00068