IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT,<br><br>*Defendants*. | Case No. 1:17-cv-1698-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 65

**Emails from Ison**

BY: /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

# Mark Holloway

**From:** James Ison <isonj@greenwood.in.gov>
**Sent:** Friday, August 12, 2016 1:15 PM
**To:** Alfie.Ballew@indy.gov
**Subject:** Charles Todero Autopsy
**Attachments:** James Ison.vcf

Hello,

I am following up on the Charles Todero Autopsy Report. Have you had an opportunity to speak to the pathologists to get an explanation on the skull fracture?



**James Ison**
Greenwood Police Department
Deputy Chief

(317) 882-9191 Work
(317) 887-5865 Fax
isonj@greenwood.in.gov
186 Surina Way
Greenwood IN 46143

1