IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | )<br>)<br>) |
| *Plaintiff*, | ) Case No. 1:17-cv-1698-TWP-MJD<br>)<br>) Judge Tanya Walton Pratt |
| v. | )<br>) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, | )<br>)<br>) JURY TRIAL DEMANDED |
| *Defendants*. | )<br>)<br>) |

# EXHIBIT 67

**Second Autopsy Report, with Handwritten Correction**

BY: /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

Decedent: Charles Todero                                                                                   Case: MC-16-1209

thickness with no evidence of osteoporosis. The dura mater is intact. No epidural or subdural hematoma is identified. There is no antemortem thrombosis of the venous sinuses. The dura is stripped revealing fractures of the basilar skull.

BRAIN: The weight of the fresh brain is 1360 grams. The brain has a normal configuration and normal size. The leptomeninges are delicate. There is no cortical atrophy. The brain shows evidence of edema with flattening of gyri and narrowing sulci. The cortical surface in the occipital area is unremarkable. The vessels of the Circle of Willis show no severe atherosclerosis. No aneurysm formation is identified. The cranial nerves are of normal distribution and configuration. Serial sections through the cerebrum and cerebellum reveal normal anatomic architecture with well-defined junction between cortex and white matter. The ventricles are of normal size.

TOXICOLOGY: Samples of peripheral blood, urine and vitreous humor are sent for a "Comprehensive Drug" panel. See the AIT Laboratory report.

HISTOLOGY: Representative specimens of all major organs have been obtained at autopsy and retained in formalin solution.

MG/wjpl

**Note: Representative tissue sections and specimens for the case will be retained in formalin for one year and then discarded, unless requested otherwise or a homicide.**