IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT,<br><br>*Defendants*. | Case No. 1:17-cv-1698-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

# **EXHIBIT 68**

**Blackwell Incident Report G15L22079**

BY: /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

```
01/03/18                   Greenwood Police Department                      606
15:32                       Deputy Supplemental Report            Page:       1

Incident Number: G15L22079     Nature: Shoplifting      Incident Date: 10/12/15

Name: Blackwell B        Date: 01:46:02 10/11/15
```

D 000064

```
01/03/18                    Greenwood Police Department                        606
15:32                        Deputy Supplemental Report           Page:          2
```

USE OF FORCE REPORT

Incident Number: G15L22079

Date: 10-10-2015

Location of Incident:    550 W Fry Road (Kohl's and Taco Bell)

Reporting Officer: Lt. Brian Blackwell    Officer Injured: NO

Officer Deploying Taser: Yes (Lt. Blackwell)

Officer(s) Involved:

1. Officer Brett Weaver

2. Lt. Brian Blackwell

Reason for officer(s) response to the location: Shoplifter at Kohl's with large amount of merchandise with car waiting outside for her. Possibly on meth or heroin.

Criminal charges against suspect: Theft, resisting, marijuana, attempted battery on officer.

Suspect's Name:   Rachael Mains
DOB:   10-29-1986
SSN:   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
Race:  White

Suspect Impaired:  Y/N     Alcohol: ____    Narcotics: ____    UNKNOWN: XXXX

Suspect injured prior to officer's arrival:  NO

Suspect injured during arrest:  YES

Was suspect transported to hospital:  YES

Was Taser used:  YES

Was cartridge deployed: YES

Who removed probes:  Medic

Was drive stun technique used:  NO

Witnesses to incident:

Deputy Chief Doug Roller
Officer Aaron Wehnert
Officer Chris Reed

List specifically all statements or actions by suspect before officer action was taken. list specifically what actions were taken by the officer(s) in

D 000065

```
01/03/18                Greenwood Police Department                    606
15:32                   Deputy Supplemental Report           Page:       3
```

response to the suspects actions:

Several listed officers and I responded to the Kohl's Department Store, 550 Fry Rd., reference a female in the fitting room with "lots of merchandise." Loss prevention informed dispatch she believed the female was on "meth or heroin." Loss prevention also informed police there was a green Mercury with a male driver waiting outside the south exit door for suspect. Once we set up a perimeter I informed dispatch to tell the loss prevention officer that the police were only there for support if the suspect ran but she had to attempt the apprehension.

At 2011 hours, police were notified that the suspect, later identified as Rachael Mains, was running out the front doors with unpaid merchandise and entered the green car. Police observed the suspect vehicle driving westbound through the parking lot and entering the Taco Bell lot. Officer Weaver, Officer Wehnert, and I exited our cars as Rachael exited the parked car with multiple marked police cars surrounding the suspect vehicle. All cars (4-5) had emergency lights activated and were fully visible. Officer Weaver had his K9 (Odin) with him and gave loud vocal orders for the female to return to the car and warned her of the K9. Rachael turned around and said something to the officers and walked towards the south side entrance to the Taco Bell. Officer Weaver continued loud verbal orders for Rachael to return to the car but she refused and began to enter the restaurant.

Officer Weaver ran up to the door with K9 Odin. Rachael attempted to shut the door on Officer Weaver but he made entry into the double door entry way with the Rachael still inside the double doors. I ran up behind Officer Weaver and heard him yelling out orders for Rachael to get down on the ground. Rachael refused and began physically resisting by pulling away from Officer Weaver. Officer Weaver tried to take Rachel down to the ground but she kept pulling away and bending her arms. At one time she attempted to bite Officer Weaver. At that time K9 Odin followed his training and began to subdue Rachel. Officer Weaver again attempted to restrain Rachael with K9 Odin but she continued to resist. At that time I administered my X26 Taser in an attempt to bring the physical confrontation to an end. The first burst of the Taser ended with Rachael still refusing orders to place her hands behind her back. The second burst ended with Rachael complying and surrendering to police.

Rachael was given medical treatment on the scene by medics but began complaining of chest pains and wanted to do to the hospital. She was transported to Community South and given a complete medical exam by doctors including CT Scan, X-rays, etc. She was later released with a good bill of health.

Shift Supervisor:  Lt. Blackwell
Date/Time:  Sun Oct 11 02:00:36 EDT 2015

---

D 000066

```
01/03/18                  Greenwood Police Department                         606
15:32                      Deputy Supplemental Report              Page:        4

Incident Number: G15L22079     Nature: Shoplifting       Incident Date: 10/12/15

Name: Weaver B          Date: 03:12:30 10/11/15
```

D 000067

```
01/03/18              Greenwood Police Department                      606
15:32                  Deputy Supplemental Report           Page:        5
```

USE OF FORCE REPORT

Incident Number: G15L22079

Date: 10/10/2015

Location of Incident: 550 Fry Road

Reporting Officer: Weaver B 3211        Officer Injured: N/A

Officer Deploying Taser: Lieutenant Blackwell

Officer(s) Involved:

1. Officer B. Weaver

2. Lieutenant B. Blackwell

3.

Reason for officer(s)response to the location: Fleeing shoplifter

Criminal charges against suspect: Theft, resisting law enforcement, possession of marijuana, possession of paraphernalia, and battery on a police officer

Suspect's Name: Rachael C. Mains
DOB: 10/29/1986
SSN: 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
Race: White

Suspects' Name: Harold R. Mains
DOB: 06/20/1980
SSN: 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
Race: White

Suspect Impaired:  Y/N    Alcohol: ____   Narcotics: ____    UNKNOWN: XXXX

Suspect injured prior to officer's arrival:  N

Suspect injured during arrest:  Y

Was suspect transported to hospital:  Y

Was Taser used:  Y

Was cartridge deployed: Y

Who removed probes:  Medic

Was drive stun technique used:  N

Witnesses to incident:

```
01/03/18                    Greenwood Police Department                      606
15:32                       Deputy Supplemental Report              Page:      6
```

Name:
Address:
Telephone:

List specifically all statements or actions by suspect before officer action was taken. list specifically what actions were taken by the officer(s) in response to the suspects actions:

On the above date, I was dispatched to Kohl's Department Store located at 550 Fry Road on a report of a possible theft in progress. Loss prevention advised a female had been in the store for over and hour and gone into the fitting rooms with "a lot of merchandise." Loss prevention also stated there was a green Mercury or Ford that had been in the parking lot driving around and changing spots periodically that the female had exited. Other officers and I set up a make shift perimeter around the parking lot of Kohl's in order to stop the female if she ran from loss prevention. Dispatch then advised me that loss prevention had attempted apprehension, but the female fled to the green vehicle. Loss prevention advised the female had gotten into the green vehicle and they fled west toward the Taco Bell in the same parking lot.

At this time I was able to get behind the vehicle and make a stop on it using my lights and siren. The vehicle pulled into a spot, and I could see the female passenger, later identified as Rachael Mains, start to exit the vehicle. I yelled for the female to stop, but she continued to exit the vehicle. At this time other officers were arriving on scene. I then retrieved my K-9 partner Odin from my vehicle and brought him to the front of my vehicle. Rachael by now was up by the door to Taco Bell, but could clearly see me and K-9 Odin. I again gave loud verbal commands for Rachael to stop, and at first she complied and stopped from entering the restaurant. I told Rachael to get on the ground, but she stated she would not. Rachael then moved to enter Taco Bell so I released Odin, but he was unable to get to Rachael before she shut the door to the restaurant. I then followed K-9 Odin to the door, and opened the door as she attempted to hold it closed. Once I was able to get inside the first set of doors, Rachael attempted to go into the second door to enter into Taco Bell's restaurant part. I was able to grab Rachael before she entered into the restaurant part and pulled her back into the entry way. At this time, K-9 Odin, Rachael and I were inside the entry way to Taco Bell. I attempted to get Rachael on the ground but she resisted me. Rachael struck me in the chest, and even attempted to bite my arm as I was attempting to get her to the ground. K-9 Odin also assisted in apprehension of Rachael by biting her on her right side and back. As K-9 Odin had ahold of Rachael I was attempting to get her arms behind her back. Rachael was still fighting me at this point so Lieutenant Blackwell then deployed his X26 Taser to finally subdue Rachael. I then pulled back K-9 Odin and held him at bay, while another officer was able to handcuff Rachael. I then advised Lieutenant Blackwell to call for a medic to have Rachael looked at because she sustained a dog bite and had been tased.

I then returned K-9 Odin to my police vehicle, and secured him. I returned to the other officers who were next to the vehicle involved. The officers had the driver, later identified as Harold Mains, out of the vehicle and handcuffed. I was advised they had found two baggies of marijuana, and a "tooter straw" in his pant's pocket. I was also advised the straw had a white powdery substance in it.

I then noticed Loss Prevention Officer Krystle Miller was now on scene and asked her what all was missing. Miller advised me she was still missing a purse, and possibly some clothing. I was able to locate clothing with tags, and

```
01/03/18                    Greenwood Police Department                        606
15:32                       Deputy Supplemental Report              Page:        7
```

a brand new purse inside the vehicle where Rachael was sitting. The items were then secured and handed back to Miller. Miller stated she had all that she suspected the female took. Miller also stated to me she had watched the vehicle as well and noticed the vehicle had been moving around in the parking lot. Miller stated this happens a lot, and that the driver is acting as a "get away driver." Miller then left the scene to return to Kohl's to work on paperwork.

After Miller left, I was advised by medics that Rachael was complaining of chest pains, and requested to go to the hospital. I then followed the ambulance to the hospital and Rachael was checked and cleared by the hospital staff. After being treated for her injuries and ailments, Rachael was transported to the Johnson County Jail and remanded to her custody.

While I was at the hospital, Officer Reed transported Harold (the driver) to the Greenwood Police Station to be transported to the Johnson County Jail. While at the Greenwood Police Station, Harold complained of chest pains and was also transported to the hospital. Once Harold was cleared by the hospital staff he too was transported to the Johnson County Jail.

Shift Supervisor:
Date/Time:

---------------------------------------------------------------------------

------------------------------------------------
Responsible LEO:

------------------------------------------------
Approved by:

------------------------------
Date