IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT,<br><br>*Defendants*. | Case No. 1:17-cv-1698-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 69

**Blackwell Incident Report G15L09369**

BY:   /s/ Steve Art
        *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

```
01/03/18                  Greenwood Police Department                      606
15:27                      Deputy Supplemental Report           Page:        2
```

USE OF FORCE REPORT

Incident Number:    G15L09369

Date: May 10, 2015

Location of Incident:     1251 N US 31, Greenwood Park Mall

Reporting Officer:   Lt. Blackwell     Officer Injured:    NO

Officer Deploying Taser:   YES

Officer(s) Involved:

1. Lt. Blackwell

2. Sgt Klinkowski

3.

Reason for officer(s) response to the location:   LOCKOUT

Criminal charges against suspect:   Public Intox, Battery on LE, Battery, Resisting LE, Disorderly Conduct.

Suspect's Name:    Chastity Dawn Martin
DOB:    07-09-1996
SSN:    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
Race:   White

Suspect Impaired:  Y/N    Alcohol: ____    Narcotics: YES    UNKNOWN: ____

Suspect injured prior to officer's arrival:   NO

Suspect injured during arrest:   YES

Was suspect transported to hospital:   YES

Was Taser used:   YES

Was cartridge deployed:  YES

Who removed probes:   Medic called but suspect pulled them out against orders.

Was drive stun technique used:   NO

Witnesses to incident:

Name:   Mall Security Officer Evan Glassburn
Address:  1251 N US 31, Greenwood
Telephone:  887-8604

List specifically all statements or actions by suspect before officer action was taken.  list specifically what actions were taken by the officer(s) in

D 000053

```
01/03/18                    Greenwood Police Department                          606
15:27                       Deputy Supplemental Report                  Page:      3
```

response to the suspects actions:

After I had asked Chastity about the vehicle she said she wanted to go home and began to walk away. I told her to stop because she was too impaired to cross County Line Road, which is where she was walking towards. I also wanted to confirm she owned the vehicle or had permission to have control over it. I began walking toward Chastity and when I again asked her to come back, she stopped, turned around, and lunged at me with both fists clinched. At that time I told her she was under arrest. She then turned around and began walking away. I grabbed her left hand and she began to pull away from me, yelling something inaudible. She then pushed my left hand off of her with her right hand and began backing up. I then displayed my Taser and ordered her to stop. She continued walking backwards as I verbally warned her to "stop or be tased." She continued to walk away and I deployed my Taser which made a good connection with the front upper chest area. Chastity fell to the ground and I was able to handcuff her hands behind her back. She then urinated herself.

Shift Supervisor: Lt. Blackwell
Date/Time: Mon May 11 03:23:38 EDT 2015

------------------------------------------------------------------------

------------------------------------------------
Responsible LEO:

------------------------------------------------
Approved by:

------------------------------
Date