IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT,<br><br>*Defendants*. | Case No. 1:17-cv-1698-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 72

**Use of Force Summary**

BY: /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

## Record List - Total:175

| Incident number | Sequence number | Name | Date | Narrative |
|---|---|---|---|---|
| G12L01816 | 5 | Ison J | 14:43:51 01/28/12 | USE OF FORCE REPORT |
| G12L02185 | 1 | Houchins J | 22:30:58 02/01/12 | USE OF FORCE REPORT |
| G12L02682 | 2 | Lengerich G | 04:14:06 02/10/12 | USE OF FORCE REPORT |
| G12L02805 | 3 | Cottongim S | 05:17:14 02/12/12 | USE OF FORCE REPORT |
| G12L04254 | 1 | Dine N | 15:35:32 03/05/12 | USE OF FORCE REPORT |
| G12L05120 | 4 | Lengerich G | 01:16:20 03/17/12 | USE OF FORCE REPORT |
| G12L06408 | 1 | Homan J | 20:15:14 04/03/12 | USE OF FORCE REPORT |
| G12L07365 | 2 | Houchins J | 22:28:31 04/17/12 | USE OF FORCE REPORT |
| G12L10478 | 1 | Kyle A | 20:41:20 05/29/12 | USE OF FORCE REPORT |
| G12L10751 | 29 | Hagist A | 12:35:43 06/12/12 | Supplemental Reporting Officer: Hagist    Date: Tue Jun 12 12:35:54 EDT 2012 |
| G12L15193 | 2 | Wehnert A | 21:15:17 07/28/12 | USE OF FORCE REPORT |
| G12L15895 | 3 | Vincent Z | 15:51:39 08/07/12 | USE OF FORCE REPORT |
| G12L16971 | 3 | McCorkle J | 14:49:06 08/21/12 | USE OF FORCE REPORT |
| G12L17407 | 3 | Rodriguez J | 22:30:40 08/25/12 | USE OF FORCE REPORT |
| G12L17970 | 3 | Dine N | 14:40:09 09/05/12 | USE OF FORCE REPORT |
| G12L18336 | 5 | Burrello K | 22:29:44 09/06/12 | ARREST AFFIDAVIT FOR PROBABLE CAUSE |
| G12L18336 | 8 | Rodriguez J | 00:03:44 09/07/12 | USE OF FORCE REPORT |
| G12L14191 | 10 | Wood T | 14:17:52 09/14/12 | USE OF FORCE REPORT |
| G12L19504 | 3 | Slone K | 01:04:13 09/22/12 | USE OF FORCE REPORT |
| G12L22448 | 2 | Homan J | 20:55:58 10/30/12 | USE OF FORCE REPORT |
| G12L24163 | 5 | Trimble J | 21:47:32 11/21/12 | USE OF FORCE REPORT |
| G12L25089 | 3 | Reed C | 18:33:24 12/03/12 | USE OF FORCE REPORT |
| G12L25662 | 6 | Hagist A | 13:01:09 12/12/12 | USE OF FORCE REPORT |
| G12L25854 | 2 | Leppert W | 22:06:22 12/13/12 | USE OF FORCE REPORT |
| G12L26216 | 6 | Long J | 19:48:32 12/18/12 | USE OF FORCE REPORT |
| G12L26954 | 4 | Kyle A | 00:08:01 12/28/12 | USE OF FORCE REPORT |
| G12L26994 | 2 | York J | 14:48:18 12/28/12 | USE OF FORCE REPORT |
| G13L00099 | 2 | York J | 16:07:34 01/02/13 | USE OF FORCE REPORT |
| G13L00520 | 5 | Kyle A | 20:51:03 01/08/13 | USE OF FORCE REPORT |
| G13L01016 | 5 | York J | 17:07:47 01/14/13 | USE OF FORCE REPORT |

| | | | | |
|---|---|---|---|---|
| G13L02145 | 1 | York J | 02:45:22 01/29/13 | USE OF FORCE REPORT |
| G13L03502 | 4 | Ison J | 07:16:31 02/16/13 | USE OF FORCE REPORT |
| G13L06627 | 2 | Homan J | 03:03:55 04/02/13 | USE OF FORCE REPORT |
| G13L07072 | 6 | Ison J | 04:37:28 04/09/13 | USE OF FORCE REPORT |
| G13L07428 | 8 | Goebel B | 18:11:02 04/13/13 | USE OF FORCE REPORT |
| G13L07974 | 2 | Homan J | 04:45:07 04/20/13 | USE OF FORCE REPORT |
| G13L08222 | 1 | York J | 09:26:33 04/23/13 | USE OF FORCE REPORT |
| G13L08337 | 1 | Arnold J | 11:06:27 04/25/13 | USE OF FORCE REPORT |
| G13L08615 | 5 | Ison J | 01:18:19 04/28/13 | USE OF FORCE REPORT |
| G13L08886 | 2 | Goebel B | 15:38:33 05/01/13 | USE OF FORCE REPORT |
| G13L09231 | 5 | Rodriguez J | 20:55:20 05/05/13 | USE OF FORCE REPORT |
| G13L11061 | 2 | Goebel B | 18:18:45 05/26/13 | USE OF FORCE REPORT |
| G13L11155 | 7 | Estrada S | 05:34:43 05/28/13 | USE OF FORCE REPORT |
| G13L11203 | 1 | Roller D | 00:51:26 05/29/13 | ARREST AFFIDAVIT FOR PROBABLE CAUSE |
| G13L11932 | 3 | Kyle A | 07:10:36 06/06/13 | USE OF FORCE REPORT |
| G13L11887 | 2 | York J | 10:57:23 06/06/13 | USE OF FORCE REPORT |
| G13L12420 | 1 | Rodriguez J | 15:30:28 06/12/13 | USE OF FORCE REPORT |
| G13L12743 | 3 | Weaver B | 23:49:04 06/16/13 | USE OF FORCE REPORT |
| G13L13195 | 4 | Vincent Z | 01:01:05 06/22/13 | USE OF FORCE REPORT |
| G13L13725 | 2 | Blackwell B | 23:37:00 06/27/13 | USE OF FORCE REPORT |
| G13L13959 | 4 | Campbell B | 00:14:41 07/01/13 | USE OF FORCE REPORT |
| G13L14437 | 9 | Long J | 01:11:35 07/07/13 | USE OF FORCE REPORT |
| G13L15591 | 2 | Wehnert A | 04:50:30 07/21/13 | USE OF FORCE REPORT |
| G13L15799 | 2 | York J | 23:53:31 07/23/13 | USE OF FORCE REPORT |
| G13L16045 | 2 | Weaver B | 03:26:26 07/27/13 | USE OF FORCE REPORT |
| G13L16426 | 2 | Weaver B | 23:57:03 07/31/13 | USE OF FORCE REPORT |
| G13L16845 | 3 | McElhaney E | 16:57:08 08/06/13 | USE OF FORCE REPORT |
| G13L17027 | 5 | Klinkowski E | 22:01:42 08/08/13 | USE OF FORCE REPORT |
| G13L19141 | 2 | Densmore R | 19:43:45 09/04/13 | USE OF FORCE REPORT |
| G13L19145 | 5 | Schenck E | 01:28:58 09/05/13 | USE OF FORCE REPORT |
| G13L19242 | 2 | Trimble J | 22:26:17 09/05/13 | USE OF FORCE REPORT |
| G13L20605 | 2 | York J | 15:10:06 09/23/13 | USE OF FORCE REPORT |
| G13L21284 | 8 | Kelly R | 23:39:54 10/03/13 | USE OF FORCE REPORT |

| | | | | |
|---|---|---|---|---|
| G13L24072 | 6 | Blackwell B | 20:02:28 11/09/13 | USE OF FORCE REPORT |
| G13L24545 | 5 | Rodriguez J | 01:31:20 11/16/13 | USE OF FORCE REPORT |
| G13L25011 | 2 | Densmore R | 03:04:36 11/22/13 | USE OF FORCE REPORT |
| G13L24886 | 6 | Redd P | 09:03:49 11/25/13 | USE OF FORCE REPORT |
| G13L25793 | 2 | Ison J | 19:20:24 12/03/13 | USE OF FORCE REPORT |
| G13L25793 | 3 | Trimble J | 19:48:09 12/03/13 | USE OF FORCE REPORT |
| G13L26827 | 2 | York J | 09:46:35 12/18/13 | USE OF FORCE REPORT |
| G13L27187 | 1 | Slone K | 10:34:13 12/22/13 | USE OF FORCE REPORT |
| G13L27416 | 6 | Long J | 23:16:29 12/25/13 | USE OF FORCE REPORT |
| G13L27696 | 5 | Weaver B | 04:02:26 12/30/13 | USE OF FORCE REPORT |
| G14L00059 | 1 | Densmore R | 04:14:01 01/02/14 | USE OF FORCE REPORT |
| G14L00645 | 2 | York J | 12:45:47 01/10/14 | USE OF FORCE REPORT |
| G14L01010 | 2 | Trimble J | 21:47:18 01/14/14 | USE OF FORCE REPORT |
| G14L01027 | 6 | Trimble J | 05:21:47 01/15/14 | USE OF FORCE REPORT |
| G14L04192 | 0 | Densmore R | 00:45:47 03/04/14 | USE OF FORCE REPORT |
| G14L03692 | 3 | Guinan T | 17:57:05 02/24/14 | USE OF FORCE REPORT |
| G14L04165 | 2 | House J | 12:56:10 03/03/14 | USE OF FORCE REPORT |
| G14L04482 | 1 | McElhaney E | 12:37:31 03/08/14 | ARREST AFFIDAVIT FOR PROBABLE CAUSE |
| G14L04714 | 1 | Reed C | 22:50:44 03/11/14 | USE OF FORCE REPORT |
| G14L05480 | 2 | Elliott R | 15:17:40 03/23/14 | USE OF FORCE REPORT |
| G14L06082 | 3 | Elliott R | 05:56:23 04/02/14 | USE OF FORCE REPORT |
| G14L06529 | 5 | Vincent Z | 04:03:29 04/09/14 | USE OF FORCE REPORT |
| G14L07007 | 12 | Kelly R | 17:15:47 04/16/14 | USE OF FORCE REPORT |
| G14L07903 | 4 | Holtzleiter J | 18:01:03 04/27/14 | USE OF FORCE REPORT |
| G14L11116 | 1 | Kelly R | 01:20:32 06/08/14 | USE OF FORCE REPORT |
| G14L12094 | 5 | Campbell B | 03:48:57 06/20/14 | USE OF FORCE REPORT |
| G14L12300 | 3 | Ison J | 23:42:33 06/22/14 | USE OF FORCE REPORT |
| G14L13017 | 3 | Wehnert A | 01:12:34 07/02/14 | USE OF FORCE REPORT |
| G14L13041 | 4 | McElhaney E | 13:51:44 07/03/14 | USE OF FORCE REPORT |
| G14L13553 | 1 | York J | 01:06:23 07/09/14 | USE OF FORCE REPORT |
| G14L14320 | 2 | Goebel B | 13:43:26 07/18/14 | USE OF FORCE REPORT |
| G14L14350 | 3 | Trimble J | 00:28:48 07/19/14 | USE OF FORCE REPORT |
| G14L14523 | 8 | Ison J | 06:16:12 07/21/14 | USE OF FORCE REPORT |

| | | | | | |
|---|---|---|---|---|---|
| G14L15460 | 1 | Blackwell B | 01:00:25 08/03/14 | USE OF FORCE REPORT | |
| G14L16217 | 2 | Klinkowski E | 03:02:54 08/13/14 | USE OF FORCE REPORT | |
| G14L16641 | 3 | Campbell B | 00:09:21 08/19/14 | USE OF FORCE REPORT | |
| G14L16607 | 3 | Eck R | 14:37:19 08/19/14 | USE OF FORCE REPORT | |
| G14L17705 | 7 | Schenck E | 02:21:45 09/02/14 | USE OF FORCE REPORT | |
| G14L18198 | 4 | Weaver B | 02:25:24 09/08/14 | USE OF FORCE REPORT | |
| G14L18257 | 2 | York J | 18:34:49 09/08/14 | USE OF FORCE REPORT | |
| G14L18198 | 6 | Cottongim S | 03:12:32 09/08/14 | ARREST AFFIDAVIT FOR PROBABLE CAUSE | |
| G14L18595 | 2 | Dine R | 17:45:42 09/12/14 | USE OF FORCE REPORT | |
| G14L21109 | 6 | Smith N | 01:13:55 10/17/14 | USE OF FORCE REPORT | |
| G14L22475 | 5 | Ison J | 03:41:25 11/04/14 | USE OF FORCE REPORT | |
| G14L23944 | 2 | Vincent Z | 00:57:17 11/24/14 | USE OF FORCE REPORT | |
| G14L24203 | 3 | Wright M | 06:11:59 11/28/14 | USE OF FORCE REPORT | |
| G14L24515 | 1 | York J | 15:21:07 12/02/14 | USE OF FORCE REPORT | |
| G14L25157 | 4 | Trimble J | 18:41:33 12/11/14 | USE OF FORCE REPORT | |
| G14L26395 | 4 | Long J | 06:29:25 12/30/14 | USE OF FORCE REPORT | |
| G15L00138 | 2 | Wehnert A | 00:57:29 01/03/15 | USE OF FORCE REPORT | |
| G15L02029 | 4 | Guinan T | 20:37:34 01/30/15 | USE OF FORCE REPORT | |
| G15L01990 | 3 | Campbell B | 04:25:06 01/30/15 | USE OF FORCE REPORT | |
| G15L04698 | 1 | Dine R | 14:18:29 03/10/15 | USE OF FORCE REPORT | |
| G15L02977 | 5 | Prior J | 00:29:01 02/14/15 | USE OF FORCE REPORT | |
| G15L05734 | 7 | Ison J | 05:50:31 03/24/15 | USE OF FORCE REPORT | |
| G15L06426 | 1 | Kelly R | 18:23:01 04/02/15 | USE OF FORCE REPORT | |
| G15L07522 | 4 | Klinkowski E | 03:08:39 04/17/15 | USE OF FORCE REPORT | |
| G15L07768 | 5 | Richardson M | 05:13:22 04/20/15 | USE OF FORCE REPORT | |
| G15L08566 | 2 | Weaver B | 02:50:35 05/01/15 | USE OF FORCE REPORT | |
| G15L09217 | 6 | Vincent Z | 00:10:16 05/09/15 | USE OF FORCE REPORT | |
| G15L09369 | 2 | Blackwell B | 03:16:04 05/11/15 | USE OF FORCE REPORT | |
| G15L09852 | 5 | Sanspree B | 01:20:48 05/17/15 | USE OF FORCE REPORT | |
| G15L10324 | 8 | Blackwell B | 20:31:17 05/27/15 | USE OF FORCE REPORT | |
| G15L12516 | 5 | Goebel B | 00:44:02 06/17/15 | USE OF FORCE REPORT | |
| G15L13221 | 4 | Weaver B | 01:53:34 06/25/15 | USE OF FORCE REPORT | |
| G15L13284 | 2 | Blackwell B | 02:33:13 06/26/15 | USE OF FORCE REPORT | |

| | | | | |
|---|---|---|---|---|
| G15L13374 | 1 | Leppert W | 21:34:23 06/26/15 | USE OF FORCE REPORT |
| G15L13705 | 2 | Lengerich G | 18:11:21 06/30/15 | USE OF FORCE REPORT |
| G15L14453 | 4 | Long J | 18:19:04 07/09/15 | USE OF FORCE REPORT |
| G15L16985 | 1 | McElhaney E | 16:37:53 08/07/15 | USE OF FORCE REPORT |
| G15L16506 | 3 | Trimble J | 19:54:58 08/02/15 | USE OF FORCE REPORT |
| G15L17370 | 6 | Reed C | 03:54:15 08/17/15 | USE OF FORCE REPORT |
| G15L19646 | 3 | Sanspree B | 05:01:52 09/10/15 | USE OF FORCE REPORT |
| G15L19684 | 8 | Hagist A | 15:11:22 09/23/15 | USE OF FORCE REPORT |
| G15L21453 | 3 | Sanspree B | 03:28:45 10/03/15 | USE OF FORCE REPORT |
| G15L22079 | 5 | Weaver B | 03:12:30 10/11/15 | USE OF FORCE REPORT |
| G15L22136 | 1 | Weaver B | 00:52:48 10/12/15 | USE OF FORCE REPORT |
| G15L22136 | 5 | Blackwell B | 03:33:29 10/12/15 | USE OF FORCE REPORT |
| G15L22079 | 3 | Blackwell B | 01:46:02 10/11/15 | USE OF FORCE REPORT |
| G15L22477 | 1 | Trimble J | 03:01:41 10/16/15 | USE OF FORCE REPORT |
| G15L22477 | 2 | Weaver B | 03:39:18 10/16/15 | USE OF FORCE REPORT |
| G15L22505 | 1 | McElhaney E | 07:53:01 10/17/15 | McElhaney @ Sat Oct 17 07:53:17 EDT 2015 |
| G15L22505 | 2 | McElhaney E | 08:24:06 10/17/15 | USE OF FORCE REPORT |
| G15L22505 | 3 | McElhaney E | 08:33:49 10/17/15 | ARREST WARRANT AFFIDAVIT FOR PROBABLE CAUSE |
| G15L23374 | 4 | Sanspree B | 01:37:03 10/27/15 | USE OF FORCE REPORT |
| G15L23561 | 4 | Fillenwarth M | 17:06:33 10/29/15 | USE OF FORCE REPORT |
| G15L23603 | 1 | Arnold J | 21:13:49 10/29/15 | USE OF FORCE REPORT |
| G15L23956 | 5 | Arnold J | 22:49:07 11/03/15 | USE OF FORCE REPORT |
| G15L24252 | 3 | Blackwell B | 19:29:21 11/07/15 | USE OF FORCE REPORT |
| G15L21956 | 2 | Campbell B | 07:08:58 10/09/15 | USE OF FORCE REPORT |
| G15L26602 | 3 | Wehnert A | 01:53:00 12/07/15 | USE OF FORCE REPORT |
| G16L00090 | 3 | Folco B | 15:44:27 01/02/16 | USE OF FORCE REPORT |
| G16L00876 | 2 | Trimble J | 22:00:27 01/12/16 | USE OF FORCE REPORT |
| G16L01788 | 2 | Sanspree B | 08:33:10 01/24/16 | USE OF FORCE REPORT |
| G16L02140 | 11 | Weaver B | 19:50:26 01/28/16 | USE OF FORCE REPORT |
| G16L01875 | 7 | Kelly R | 15:15:58 01/30/16 | USE OF FORCE REPORT |
| G16L04897 | 3 | Bandy A | 03:37:20 03/03/16 | USE OF FORCE REPORT |
| G16L08055 | 2 | York J | 07:36:26 04/13/16 | USE OF FORCE REPORT |
| G16L06299 | 1 | Schenck E | 03:01:47 03/19/16 | USE OF FORCE REPORT |

| ID | # | Officer | Time/Date | Report |
|---|---|---|---|---|
| G16L06299 | 2 | Schenck E | 03:35:51 03/19/16 | Officer E. Schenck   Date: Sat Mar 19 03:36:04 EDT 2016 |
| G16L06489 | 6 | Bandy A | 05:22:27 03/22/16 | USE OF FORCE REPORT |
| G16L06951 | 3 | Estrada S | 00:47:46 03/29/16 | USE OF FORCE REPORT |
| G16L07490 | 5 | Folco B | 08:53:03 04/05/16 | USE OF FORCE REPORT |
| G16L08019 | 3 | McElhaney E | 17:37:42 04/12/16 | USE OF FORCE REPORT |
| G16L08876 | 2 | Weaver B | 02:47:11 04/23/16 | USE OF FORCE REPORT |
| G16L09890 | 2 | Oakley, M | 21:35:47 05/05/16 | IDACS/NCIC Information follows: |
| G16L10095 | 2 | Goebel B | 10:18:49 05/08/16 | USE OF FORCE REPORT |
| G16L10865 | 3 | Weaver B | 04:11:42 05/18/16 | USE OF FORCE REPORT |
| G16L11695 | 5 | Weaver B | 04:47:20 05/27/16 | USE OF FORCE REPORT |
| G16L11930 | 7 | Blackwell B | 13:02:25 06/01/16 | USE OF FORCE REPORT |
| G16L12782 | 2 | Densmore R | 02:10:48 06/08/16 | USE OF FORCE REPORT |
| G16L12864 | 4 | Tompkins J N | 03:46:39 06/09/16 | USE OF FORCE REPORT |