**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | ) ) ) ) | Case No. 1:17-cv-1698-TWP-MJD |
| *Plaintiff,* | ) ) | Judge Tanya Walton Pratt |
| v. | ) ) | Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOT, ELIZABETH LAUT, and AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

# EXHIBIT 51

**Medical Records of Charlie Todero**

**[UNDER SEAL]**

**FILED MANUALLY WITH THE COURT**

BY**:**   /s/ Steve Art_____
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900



| | CHNW SBO SA<br>Inpatient Record | TODERO,CHARLES A<br>MRN: 002267993<br>DOB: 8/23/1985, Sex: M<br>Adm: 2/3/2012, D/C: 2/3/2012 |
|---|---|---|

**Community**
Health Network

COMMUNITY HEALTH NETWORK  /  INDIANA SURGERY & ENDOSCOPY CENTERS *
* as of 10/1/2014 CHVH is a facility of Community Hospital East

# FACESHEET

| Financial Class:<br>**No info available** | | Private:<br>**No** | CSN:<br>**6842366** | | Medical Record No:<br>**002267993** | |
|---|---|---|---|---|---|---|
| Smoking<br>Cessation Advice<br>Given: **Yes** | HIPAA Notice of<br>Privacy:<br>**Not Received** | Date Notice<br>Given: | Pt Class:<br>**EDC-Emergency<br>Department** | Adm Source: | | Adm Type: |
| Outpatient Location:<br>**COMMUNITY SOUTH EMERGENCY DEPARTMENT** | | | Bed No: | Accom: | | Admit Date/Time:<br>**2/3/2012 2012** |
| Accident:<br>- | | | | | Accident Date/Time: | |
| Patient Name:<br>**Todero,Charles A** | | Patient Address:<br>**166 S WASHINGTON ST** | | | City, State, Zip:<br>**GREENWOOD IN 46143** | |
| Religion:<br>**No Preference -** | | | Patient Home<br>Phone:<br>**317-800-1465** | Patient Mobile Phone: | | County:<br>**JOHNSON** |
| SSN:<br>**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** | Date of Birth:<br>**8/23/1985** | Sex:<br>**Male** | Age:<br>**26Y** | Marital Status:<br>**Single** | | Advance Directive:<br>**Not Received** |
| Patient Employer: | | Employed Since: | | Emergency Contact:<br>**Todero,Teresa** | | Relationship: |
| Patient Employer Address: | | | | Emergency Contact Address:<br>**151 WATER ST** | | |
| Employer City, State, Zip: | | | | Emergency Contact City, State, Zip:<br>**GREENWOOD Indiana 46142** | | |
| Employer Phone: | | Patient Occupation: | | Emergency Contact Phone:<br>**317-529-3921** | | Emergency Contact Alt. Phone: |
| Patient Alternate Address: | | | | Guarantor Name: | | Relationship: |
| City, State, Zip: | | | | Guarantor Address: | | |
| Start Date: | | End Date: | | City, State, Zip: | | |
| Alternate Phone: | | | | Guarantor Phone: | | Guarantor SSN: |
| Admitting Physician:<br>**No admitting provider for patient encounter.** | | | | Guarantor Employer: | | Employed Since: |
| Primary Care Physician:<br>**No primary care provider on file.** | | | | Guarantor Employer Address: | | |
| Referring Physician:<br>**No ref. provider found** | | | | City, State, Zip: | | |
| Admitting Diagnosis and Complaint:<br>**There are no admission diagnoses documented for this<br>encounter.** | | | | Guarantor Employer Phone: | | Guarantor Occupation: |

Coverage Info:

| Payor/Plan | Subscr | DOB | Sex | Relation | Sub. Ins. ID | Effective | Group Num |
|---|---|---|---|---|---|---|---|

| Admitted By: | Printed:<br>**December 13, 2017 3:05 PM** |
|---|---|

**Charles A Todero**
32 y.o. / Male (8/23/1985)

## Admission Information - Patient Record Only

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 02/03/2012 2012 | IP Adm. Date/Time: |
| Admission Type: | Point of Origin: | | Admit Category: |
| Means of Arrival: | Primary Service: | Ers-emergency | Secondary Service: N/A |
| Transfer Source: | Service Area: | CHNW SBO SA | Unit: Community South<br>Emergency Department |
| Admit Provider: | Attending Provider: | | Referring Provider: |

## Discharge Information - Hospital Account/Patient Record

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Discharge Information - Hospital Account/Patient Record (continued)**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| | | | | |

**Treatment Team**

Not on file

**Allergies as of 2/3/2012**                                                                 Never Reviewed

Not on File

**Patient History**

**Medical** **\*\*None\*\***
**as of 2/3/2012**
**Not reviewed.**

**Surgical** **\*\*None\*\***
**as of 2/3/2012**
**Not reviewed.**

**Family** **\*\*None\*\***
**as of 2/3/2012**
**Not reviewed.**

**Family Status** **\*\*None\*\***
**as of 2/3/2012**
**Not reviewed.**

| Tobacco Use | Smoking Status | Source | Types | Packs/Day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **as of 2/3/2012** **Not reviewed.** | Never Assessed | | | | | | | | Unknown | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|
| **as of 2/3/2012** **Not reviewed.** | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments |
|---|---|---|---|---|---|---|
| **as of 2/3/2012** **Not reviewed.** | | | | | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments |
|---|---|---|---|---|---|---|
| **as of 2/3/2012** **Not reviewed.** | | | | | | |

| Social ADL | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| **as of 2/3/2012** **Not reviewed.** | **\*\*None\*\*** | | | |

**Social Doc** **\*\*None\*\***
**as of 2/3/2012**
**Not reviewed.**

**Occupational** **\*\*None\*\***

| | CHNW SBO SA | TODERO,CHARLES A |
|---|---|---|
| **Community** Health Network | Inpatient Record | MRN: 002267993 DOB: 8/23/1985, Sex: M Adm: 2/3/2012, D/C: 2/3/2012 |

**as of 2/3/2012**
**Not reviewed.**

| **Socioeconomic** as of 2/3/2012 | Marital Status Single | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Preferred Language English | Ethnicity Not Hispanic or Latino | Race White | | |

**Not reviewed.**

## ED Records

**ED Arrival Information**

Patient not seen in ED

**ED Disposition Edit Trail**

None

| Community Health Network | CHNW SBO SA Inpatient Record | TODERO,CHARLES A MRN: 002267993 DOB: 8/23/1985, Sex: M Adm: 2/3/2012, D/C: 2/3/2012 |
|---|---|---|

**ED Notes**

**ED Notes signed by Doctor Autosign at 8/15/2012 5:29 AM**

| Author: Doctor Autosign Filed: 8/16/2012 2:02 PM Editor: Doctor Autosign (Physician) | Service: (none) Date of Service: 2/3/2012 12:00 AM | Author Type: Physician Status: Signed |
|---|---|---|

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

Community Health Network

EMERGENCY ROOM REPORT

DICTATED BY: Bryan R. Benedict, MD
DICTATED: 02/03/2012 9:13 P 134774
TRANSCRIBED: 02/04/2012 1:47 A cn C ADDENDUM

PATIENT NAME: CHARLES A TODERO
HEALTH RECORD NO.: 2267993
BILLING NO.: 1203401650

DATE OF BIRTH: 08/23/1985

DATE OF SERVICE: 02/03/2012

CHIEF COMPLAINT: Withdrawal symptoms.

HISTORY OF PRESENT ILLNESS: A 26-year-old male who states his girlfriend became concerned that he took 4 Vicodin, did drink two large beers about three hours ago. He states he feels fine. He is awake and alert, and states he does not want to pursue any more medical care. He admits that he does have a prescription narcotic problem, states he has been taking Vicodin regularly for at least 6 months. He states that when he does quit taking them he gets some withdrawal symptoms. He would like information for that he may pursue for referral for drug detoxification. He states at this point he wants to go home. Again, he declines any further medical care.

OBJECTIVE:
GENERAL: The patient is awake and alert. He appears well nourished. His mental status is normal. He appears very capable of making his own decisions reliably at this point. The patient is awake and alert.
HEENT: PERRL. EOMI. Cranial nerves intact. Speech is normal.
CHEST: Clear.
HEART: Normal.
ABDOMEN: Flat, soft, and nontender. No rebound, guarding or masses.
SKIN: Clear.

ASSESSMENT: History of drug use.

PLAN: The patient will be discharged in stable condition with referral to detox centers. We will give him a prescription for clonidine should he need it for withdrawal symptoms.

ELECTRONICALLY
SIGNED BY
BENEDICT, BRYAN
M.D. - 2771
02/10/2012
09:14:17

Bryan R Benedict MD

CC:

DOCUMENT #: 281240

Page 1

Electronically Signed by Doctor Autosign on 8/15/2012 5:29 AM


**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**ED Notes (continued)**

**ED Notes signed by Doctor Autosign at 8/15/2012  5:23 AM**

| | | |
|---|---|---|
| Author: Doctor Autosign | Service: (none) | Author Type: Physician |
| Filed: 8/16/2012 12:19 PM | Date of Service: 2/3/2012 12:00 AM | Status: Signed |
| Editor: Doctor Autosign (Physician) | | |

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

COMMUNITY HOSPITALS OF INDIANA, INC.
☐ Community Hospital East
☐ Community Hospital North
☐ Community Hospital South
**OUTPATIENT TREATMENT RECORD**

MRN 002267993  FT TYPE: QEC AF 12034-01650
TODERO,CHARLES A
M 08/23/1985  AGE 26Y DR. SOUTHSIDE,EMERG AS  02/03/2012 20:12

PRIMARY CARE PHYSICIAN  DR.

☐ _____ PATIENT SEEN AND EVALUATED BY ME, AND AGREE WITH THE DOCUMENTATION EXCEPT AS NOTED.
☐ _____ I HAVE SUPERVISED THE CARE AND AGREE WITH THE DOCUMENTATION EXCEPT AS NOTED.

**ORDERS ENTERED: TIME:** _____ **INITIALS:** _____  ☐ LAB DRAW  ☐ ECF/EMR REVIEWED  ☑ EKG  ☐ EKG
☐ CBC WITH DIFF   ☐ BMET
☐ CBC W/O DIFF
☐ Cardiac Markers   ☐ U/rialys's   ☐ DNA Probe   ☐ POC Urine: hemo
☐ PT _____   ☐ CX, Urine _____   ☐ BV/Trich _____   : nitrite _____
☐ BNP _____   ☐ Amylase _____   ☐ Preg. Quant. _____   : leuk _____
☐ Q-Dimer _____   ☐ Lipase _____   ☐ Rh _____   ☐ POC Urine Preg
☐ CK: MB Fraction _____   ☐ Hep.Function _____   ☐ Alcohol, Blood _____   ☐ POC Strep
☐ Sed Rate _____   ☐ Rapid Strep _____   ☐ ASA Level _____   Culture II Neg
☐ CX, Blood _____   ☐ Monospot _____   ☐ APAP Level _____   ☐ POC HSix _____
☐ Other _____   ☐ Other _____   ☐ Drug Screen _____   ☐ POC ISTAT BMET
☐ XRAY _____
☐ CT/MRI _____ INDICATION: _____   ☐ US _____ INDICATION: _____

B ___ P ___ H ___ M ___
☐ ABG ___ pH ___ pCO2 ___ pO2 ___ HCO3 ___ FiO2 ___

| PHYSICIAN ORDERS: | TIME: | ORDERS: | SIGN OFF (First initial, complete last name, title) |
|---|---|---|---|
| ☐ ORTHOSTATIC VS | | | |
| O— ___ P ___ P ___ | | | |
| ☐ O2 @: _____ | | | |
| ☐ O2 SAT ON _____ | | | |
| ☐ PEAK FLOW _____ / _____ | | | |
| ☐ SALINE LOCK _____ | | | |
| ☐ IV FLUID WITH SUPERVISION____ @____ ml/hr | | | |
| ☐ MONITOR _____ | | | |

**DISCHARGE: ACUITY:** _____   DX CODE: _____   SURGICAL PROCEDURE CODE: _____
☐ AMA: TIME: _____   ☐ ELOPEMENT, TIME: _____   ☐ RHC TIME: _____
☐ TRANSFER TIME: _____ TO: _____   ☐ DISCHARGE TIME: _____
**ADMISSION:** ROOM #: _____   ☐ INPATIENT ☐ OBSERVATION ☐ TELEMETRY ☐ HARDWIRE ☐ PEDS ☑ PSYCH ☐ OTHER _____
TIME BED ORDERED BY PHYSICIAN: _____   TIME BED ENTERED INTO PREMISE: _____
TIME TO BED: _____   TIME TO SURGERY: _____

**PHYSICIAN DOCUMENTATION**
TIME SEEN BY PHYSICIAN: _____   DISPOSITION TIME: _____   PHYSICIAN OPINION:TIME CALLED: _____   TIME RESPONDED: _____
☑ DISCHARGE IN STABLE CONDITION   PHYSICIAN CONSULTED (Names): _____
☐ CHART DICTATED   TIME CALLED: _____   TIME RESPONDED: _____
☐ CHART COMPLETED   TIME ARRIVED: _____   / _____
☐ T-SHEET COMPLETED   ☐ MD CALLED TO: _____

**PROVISIONAL DIAGNOSIS:** Rx Withdrawal Symptoms
House Staff/Scribe: _____   E.P.: _____
Insurance: _____   Employer: **UNEMPLOYED/DISABLED**
Patient's Name:  **TODERO,CHARLES A**   Admit Date/Time: **02/03/2012 20:12**
14562  C710

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

### ED Notes (continued)

**ED Notes signed by Doctor Autosign at 8/15/2012 5:23 AM (continued)**

Electronically Signed by Doctor Autosign on 8/15/2012 5:23 AM

### Hospital Encounter Notes

**Advance Care Planning Notes**

No notes found

**Encounter Notes**

No notes of this type exist for this encounter.

**Cath/PCI**

No data filed

**ICD Registry**

CUP ICD REGISTRY
CUP ICD REGISTRY GENERATOR CHANGE
CUP ACC EP/DEVICES REG DISCHARGE MEDS

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

## Surgery Report

### Anesthesia Notes

No notes of this type exist for this encounter.

## ECG - Clinical Orders

### ECG PROCEDURE [63197649]

| | | |
|---|---|---|
| Electronically signed by: **Interface, Transcription Incoming on 02/03/12 0000**<br>Ordering user: Interface, Transcription Incoming 02/03/12 0000<br>Ordering mode: Standard<br>Frequency: - | Authorized by: Doctor Autosign | Status: **Completed** |

### ECG PROCEDURE [63198596]

| | | |
|---|---|---|
| Electronically signed by: **Interface, Transcription Incoming on 02/03/12 0000**<br>Ordering user: Interface, Transcription Incoming 02/03/12 0000<br>Ordering mode: Standard<br>Frequency: - | Authorized by: Doctor Autosign | Status: **Completed** |

### ECG PROCEDURE [63198632]

| | | |
|---|---|---|
| Electronically signed by: **Interface, Transcription Incoming on 02/03/12 0000**<br>Ordering user: Interface, Transcription Incoming 02/03/12 0000<br>Ordering mode: Standard<br>Frequency: - | Authorized by: Doctor Autosign | Status: **Completed** |

### Other Orders

N/A

## Clinical Lab Results

### Laboratory Results

N/A

## Point of Care Results

### All POCT Testing

N/A

## Radiology Results

### Imaging Results

No results found

### Imaging Order Questionnaires

No orders found for this encounter

## ECG/EMG Results

### ECG/EMG Results

N/A

## All Cardiac Results

### ECG PROCEDURE [63197649]

Resulted: 02/03/12 0000, Result status: Final result

| Order status: | Completed | Filed on: | 08/16/12 1210 |
|---|---|---|---|
| Result details | | | |

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**All Cardiac Results (continued)**

ECG PROCEDURE [63197649] (continued)                                Resulted: 02/03/12 0000, Result status: Final result

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|------|----|--------------|--------------------| 
| EKG | 38592058 | 2/3/2012 12:00 AM | Doctor Autosign |

Signed by Doctor Autosign on 08/15/12 at 0523

**Document Text**

**Associated Documents:**
Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)



**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**All Cardiac Results (continued)**



ECG PROCEDURE [63197649] (continued)                    Resulted: 02/03/12 0000, Result status: Final result



ECG PROCEDURE [63198596]                                Resulted: 02/03/12 0000, Result status: Final result

| Order status: | Completed | Filed on: | 08/16/12 1236 |
| --- | --- | --- | --- |
| Result details | | | |

Transcription

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

## All Cardiac Results (continued)

ECG PROCEDURE [63198596] (continued)                                    Resulted: 02/03/12 0000, Result status: Final result

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| EKG | 38691878 | 2/3/2012 12:00 AM | Doctor Autosign |

Signed by Doctor Autosign on 08/15/12 at 0524
**Document Text**

**Associated Documents:**
Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)



Community
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**All Cardiac Results (continued)**

ECG PROCEDURE [63198596] (continued)                              Resulted: 02/03/12 0000, Result status: Final result





ECG PROCEDURE [63198632]                                          Resulted: 02/03/12 0000, Result status: Final result

| Order status: | Completed | Filed on: | 08/16/12 1237 |
|---|---|---|---|
| Result details | | | |

Transcription

**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

### All Cardiac Results (continued)

ECG PROCEDURE [63198632] (continued)                                    Resulted: 02/03/12 0000, Result status: Final result

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| EKG | 38693473 | 2/3/2012 12:00 AM | Doctor Autosign |

Signed by Doctor Autosign on 08/15/12 at 0524

**Document Text**

**Associated Documents:**
Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)


**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**All Cardiac Results (continued)**

ECG PROCEDURE [63198632] (continued)                 Resulted: 02/03/12 0000, Result status: Final result



**Sleep Study Results**

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Sleep Study Results (continued)**

<u>Sleep Study Results</u>

N/A

**Pathology Reports**

<u>Pathology Results</u>

N/A

**Community**
**Health Network**

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

## Medications

### Prior to Admission Medications

| | Taking? | Last Dose | Informant | Start Date | End Date | LT |
|---|---|---|---|---|---|---|
| ibuprofen (ADVIL,MOTRIN) 600 MG tablet | | | | -- | -- | |

### Facility Administered Medications
No medications found

### All Meds and Administrations
(There are no med orders for this encounter)

### Charge Transaction Supplemental Report

Charges Posted Between: 03/13/12 12:00 AM - 12/13/17 3:05 PM
For Patient: TODERO,CHARLES A

### Historical Medications Entered This Encounter

This print group is not available in inpatient encounters. Please contact a system administrator.

## Patient Education

### Education
No education to display

### Discharge Instructions
Todero, Charles A (MR # 002267993)
None

### Encounter-Level Scanned Documents - 02/03/2012:
Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

Community
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Patient Education (continued)**

**Encounter-Level Scanned Documents - 02/03/2012: (continued)**

Community Hospitals Indianapolis

Discharge Instructions

Patient Name:                        Attending Provider:
TODERO, CHARLES A                    Benedict, M.D., Bryan R.

Visit Number:          MRN:
1203401650             002267993

------------------------------------------------------------

Current patient of record information for this document is:
CHARLES A TODERO
PatID: 002267993   Age: 26
Acct#: 1203401650  DOB: 8/23/1985

Report including patient information as it appeared at the time this document
was generated and provided to the patient is as follows below.
------------------------------------------------------------

CHARLES A TODERO
PatID: 002267993   Age: 26
Acct#: 1203401650  DOB: 8/23/1985
Printed: 02/03/2012 9:20 PM
By: Bryan R. Benedict, M.D., MD

After Care Instructions
INSTRUCTIONS

Instructions For: Opiate Withdrawal

1. After your evaluation, you have been diagnosed with opiate (narcotic)
   withdrawal.

2. Opiate (narcotic) withdrawal is a condition caused by stopping or
   significantly reducing the use of an opiate (narcotic) drug after heavy and
   prolonged use (several weeks or more).

3. The word "opiate" is an all-inclusive term for drugs (pain medications and
   street drugs like heroin) that act like morphine. In medicine, the term
   "narcotic" is frequently used to refer to opiate drugs. In other settings
   (police, legal), the word "narcotic" may be used to refer to any drug of
   abuse. The following is a list of drugs that are opiates:
   - PRESCRIPTION-High Potency Pain Medications: MORPHINE (MSIR, MS Contin,
     Kadian, Avinza, Oramorph, Roxanol, Astramorph, Duramorph, others),
     HYDROMORPHONE (Dilaudid), MEPERIDINE (Demerol), METHADONE (Methadose,
     Dolophine), FENTANYL (Actiq, Sublimaze), LEVORPHANOL (Levo-Dromoran).
   - PRESCRIPTION-High Potency Pain Medications (Transdermal-Skin Patches):
     FENTANYL (Duragesic).
   - PRESCRIPTION-Lower Potency Pain Medications: HYDROCODONE (Vicodin,
     Norco, Lortab, Lorcet, others), OXYCODONE (Percocet, Roxicodone, Tylox,
     Roxicet, Endocet, OxyContin-long acting), CODEINE (T3, T4, Tylenol with
     codeine), and DIHYDROCODEINE (Panlor, Synalgos).
   - PRESCRIPTION-Other Opiates (These drugs partially stimulate the opiate
     receptors): BUTORPHANOL (Stadol), BUPRENORPHINE (Buprenex), NALBUPHINE
     (Nubain), and PENTAZOCINE (Talwin NX, Talacen).
   - PRESCRIPTION-Opiate Relatives (similar to opiates with addiction and
     withdrawal potential): PROPOXYPHENE (Darvocet, Darvon, Wygesic), and
     TRAMADOL (Ultram, Ultracet).
   - STREET DRUGS-Illegal drugs of abuse: Heroin (Smack, Horse, H, Crank,

Page 1

**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Patient Education (continued)**

Encounter-Level Scanned Documents - 02/03/2012: (continued)

Community Hospitals Indianapolis

Discharge Instructions

Patient Name:
TODERO, CHARLES A

Attending Provider:
Benedict, M.D., Bryan R.

Visit Number:        MRN:
1203401650           002267993

---------------------------------------------------------------

   Jive, Dope, Junk, Shag, and others).
 - STREET DRUGS-Drugs of abuse: OxyContin/Oxycodone (Hillbilly Heroin,
   Oxy, Oxy-cotton): This drug is a prescription drug but is now commonly
   abused and sold on the street.

4. Withdrawal from opiate drugs happens when a person has been using the drugs
   for a while, and then stops suddenly or decreases the dose significantly.
   The body becomes "used to" the drugs and there are changes in the way body
   reacts. The amount of time it takes for someone to become physically
   dependent varies with each individual.

5. Although acute narcotic (opiate) withdrawal can be extremely uncomfortable,
   it IS NOT life-threatening unless the person has a medical condition that
   compromises health (for example, if someone has severe heart disease).

6. The withdrawal syndrome from narcotics includes signs and symptoms opposite
   of the drug's intended medical effects. The severity of the withdrawal
   syndrome increases as the drug dose increases. The longer a person has been
   addicted to a narcotic (opiate), the more severe the withdrawal syndrome.
 - Symptoms of HEROIN withdrawal generally appear 12-14 hours after the
   last dose. The withdrawal peaks within 36-72 hours and may last 7-14
   days.
 - Symptoms of METHADONE withdrawal appear 24-36 hours after the last dose.
   The withdrawal peaks at 3-5 days and may last 3-4 weeks.
 - Withdrawal from shorter-acting narcotics is briefer, but more intense.

7. Symptoms of Narcotic (Opiate) Withdrawal: Not every patient will have all
   of the symptoms listed below:
 - Anxiety, irritability, craving for the drug, sweating, confusion,
   enlarged (dilated) pupils, tremors (shakes), gooseflesh, and muscle
   aches.
 - Increased respiratory rate (rapid breathing), yawning, runny nose, and
   nasal stuffiness.
 - Salivation, lack of appetite, vomiting, abdominal (belly) cramping, and
   diarrhea.

8. Treatment for narcotic (opiate) withdrawal is very complicated and usually
   involves counseling, support groups, narcotics anonymous, and even medical
   therapies. Some medical treatments are designed to decrease the symptoms of
   withdrawal. Others are designed to give doses of other narcotics that
   produce milder withdrawal symptoms. The details of treatment are beyond the
   scope of this document. Three common medical treatments are described
   below:
 - BUPRENORPHINE: This is a man-made drug that blocks withdrawal and
   craving without producing a strong narcotic high. It has a milder
   withdrawal phase than methadone or heroin. Buprenorphine is given by
   mouth 12 to 24 hours after a person has stopped using heroin or
   morphine.
   METHADONE: This is a long-acting, man-made drug used during withdrawal

Page 2

 **Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Patient Education (continued)**

**Encounter-Level Scanned Documents - 02/03/2012: (continued)**

Community Hospitals Indianapolis

Discharge Instructions

Patient Name:                    Attending Provider:
TODERO, CHARLES A                Benedict, M.D., Bryan R.

Visit Number:        MRN:
1203401650           002267993

--------------------------------------------------------------------

treatment for morphine and heroin addicts. Methadone is given by mouth every 4
to 6 hours until symptoms are gone.
     - CLONIDINE:  Clonidine helps addiction to both smoking and narcotics.
       Clonidine is generally taken several times a day for 10 to 14 days.

9. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST
   EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
     - Feelings of wanting to hurt yourself, or others, or thoughts of
       committing suicide.
     - Uncontrolled vomiting and or diarrhea.
     - Overwhelming anxiety.


FOLLOW UP

Follow up with Adult & Child Center Inc.. at 8320 Madison Avenue, Indianapolis,
IN  46227, Phone: 317-882-5122 In  2-3 days.  Call as soon as possible to
arrange.


PRESCRIPTIONS WRITTEN

Continue regular medicines unless specified below.  New medications by the
emergency physician will also be stated below.

Clonidine (Catapres) 0.2mg Tab, Dispense: Sixty (60), How To Use: Take one (1)
tablet by mouth two times per day, Refills: None (0)
Instructions:
 1. You have been given a medication to help control your blood pressure.  These
    medications are called Antihypertensives.
      - This medication is used to treat high blood pressure, heart failure and
        other heart conditions.  As with any blood pressure medication, do not
        take if you have a low blood pressure, or other symptoms such as
        dizziness or passing out.
      - DO NOT take if you have an unusual or allergic reaction to this
        medication, other medicines like this one, foods, dyes, or
        preservatives, or if you are pregnant or trying to get pregnant, or are
        breast feeding.
      - Tell your doctor about all other medicines you are taking, including
        non-prescription medicines, nutritional supplements, or herbal products.
        This will allow your doctor to make a good decision about which
        medication is best for you.
      - You may feel dizzy or lightheaded.  DO NOT drive, use machinery, or do
        anything that needs mental alertness until you know how the medication
        will affect you.  To reduce the risk of dizzy or fainting spells, do not
        sit or stand up quickly, especially if you are elderly.
      - If you are going to have surgery, tell your doctor that you are taking
        this medication.
      - CAUTION:  DO NOT suddenly stop taking this medication.  Ask your doctor
--------------------------------------------------------------------
Page 3

 **Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Patient Education (continued)**

Encounter-Level Scanned Documents - 02/03/2012: (continued)

Community Hospitals Indianapolis

Discharge Instructions

Patient Name:                          Attending Provider:
TODERO, CHARLES A                      Benedict, M.D., Bryan R.

Visit Number:        MRN:
1203401650           002267993

-------------------------------------------------------------------

        how to gradually reduce the dose.
    - Keep this medication out of the reach of children. Always keep this
      medication in child-proof containers. DO NOT give your medication to
      anyone else.
  2. THESE INSTRUCTIONS ARE NOT COMPREHENSIVE (complete): Ask your pharmacist
     for additional information and precautions for this medication.


For referral to family doctor call 1-800-966-2422 or go online at
www.ecommunity.com.

Note  If you are being discharged after September 30th, 2011 you will be able to
access an electronic copy of your health information and discharge instructions
by following these instructions. Go to http:"www.ecommunity.com. Sign into
your account (or register for an account if you don't have one). Click the
following link on your dashboard and follow the instructions from there:
Hospital Discharge Instructions & Inpatient Clinical Record"

STATEMENT

I certify that I have received a copy of the above after-care instructions; that
these instructions have been explained to me; and that all of my questions
pertaining to these instructions have been answered in a satisfactory manner.

Patient/Representative Signature: _____  Staff Signature:
_____ Date: 02/03/2012


DCI: 20120203211417

-------------------------------------------------------------------

Page 4


**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

Page: 1


Community
Health Network

Emergency
Department

Community Hospital South
Emergency Department
1402 East County Line Road South
Indianapolis, In 46227
317-887-7200

CHARLES A TODERO
PatID: 002267993 Age: 26
AcctI: 1203401650 DOB: 8/23/1985
Printed: 02/03/2012 9:20 PM
By: Bryan R. Benedict, M.O., MD

## Patient Receipt

STATEMENT:  The examination and treatment you have received in the Emergency Department have been rendered on an emergency basis only, and are not intended to substitute for continuing medical care. Your family doctor will receive a copy of your records and all test results.  If you have any new or remaining problems, it is important that you let your doctor check you again, as it is not always possible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  If your condition worsens, please contact your family doctor, return to Community Hospital or go to the nearest emergency department.

I have read and understand the above and received a copy of this form and will arrange follow-up.

DECLARACIÓN:  La examinación y el tratamiento que usted ha recibido en el departamento de la emergencia se ha rendido sobre una base de la emergencia solamente, y no se piensan para substituir para continuar asistencia médica. Su médico de cabecera recibirá una copia de sus expedientes y de todos los resultados de la prueba. Si usted tiene cualesquiera nuevos o restantes problemas, es importante que usted deja a su doctor comprobarle otra vez, pues no es siempre posible reconocer y tratar todos los elementos de lesión o de la enfermedad en una sola visita del departamento de la emergencia. Si su condición empeora, satisfaga entran en contacto con a su médico de cabecera, vuelven al hospital de la comunidad o van al departamento más cercano de la emergencia.

He leído y entiendo el antedicho y recibido una copia de esta forma y arreglaré carta recordativa.
=============================

Patient/Representative Signature:
Firma paciente/representativa:

Staff Signature:
Firma del personal:

Date/Time:
Fecha/Tiempo:

02/03/2012

If you are being discharged after September 30th, 2011 you will be able to access an electronic copy of your health information and discharge instructions by following these instructions.  Go to http://www.ecommunity.com.  Sign into your account (or register for an account if you don't have one). Click the following link on your dashboard and follow the instructions from there: Hospital Discharge Instructions & Inpatient Clinical Record"

DCI: 20120203211417

**MEDICAL RECORDS COPY**

| Community Health Network | CHNW SBO SA Inpatient Record | TODERO,CHARLES A MRN: 002267993 DOB: 8/23/1985, Sex: M Adm: 2/3/2012, D/C: 2/3/2012 |
|---|---|---|

**Patient Lines/Drains/Airways Status**

**Active Central Line Bundle**

None

**Inactive Central Line Bundle**

None

**Encounter-Level E-Signatures:**

There are no encounter-level e-signatures.

**Hospital Account-Level E-Signatures:**

There are no hospital account-level e-signatures.

**Encounter-Level Documents:**

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

| Community Health Network | CHNW SBO SA Inpatient Record | TODERO,CHARLES A MRN: 002267993 DOB: 8/23/1985, Sex: M Adm: 2/3/2012, D/C: 2/3/2012 |
|---|---|---|

**Encounter-Level Documents: (continued)**

COMMUNITY HOSPITALS OF INDIANA, INC.
☐ Community Hospital East
☐ Community Hospital North
☐ Community Hospital South

MRN 002267993 PT TYPE QEC AF 12034-01650
TODERO,CHARLES A
M 08/23/1985 AGE 26Y DR. SOUTHSIDE,EMERG AS 02/03/2012 20:12

C

**PATIENT CONSENT AGREEMENT**
(PAGE 1 OF 2)

**1. HOSPITAL AND MEDICAL TREATMENT**

Knowing that I or the patient named on this registration am/is suffering from a condition requiring Hospital care, I do hereby voluntarily consent to such Hospital care encompassing diagnostic procedures, anesthesia, medical and/or surgical treatment rendered under the general and special instructions of my or the registered patient's physician and/or his designee. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantees have been made to me by either the attending physician or the Hospital as to the result of any treatments, examinations and/or operative procedures performed in the Hospital.

I authorize the Hospital to dispose of any severed or amputated member, tissue and/or part removed in connection with said procedures.

I understand that it is solely the responsibility of the physician to explain to me the nature of any diagnostic, medical, and/or surgical procedures necessary to treat me or the registered patient and to explain risks and consequences associated with the procedures.

**2. PATIENT RIGHTS AND ADVANCE DIRECTIVES**

I have been given written materials on my rights and responsibilities as a patient of Community Hospitals of Indiana, Inc. I understand that one of my rights as a patient is the right to an advance directive. I understand that information about advance directives is available upon request.

**3. CONSENT TO RELEASE MEDICAL RECORDS**

I understand Community Hospitals of Indiana, Inc. follows Indiana and Federal regulations about the use and disclosure of my health information. I also agree to the release and disclosure of my health information, otherwise required to be kept confidential by Federal law, 42 CFR, Part 2, as changed or renumbered, about mental health and substance abuse health information, and/or IC 16-41-8, as changed or renumbered, about communicable disease and other diseases that are a danger to health, including Human Immunodeficiency Virus (HIV). While I understand such release may contain information that may be harmful to me or others, I agree to such release only for treatment, payment and health care operations purposes as defined under federal regulations.

**4. LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN, AND CENTER AND PHYSICIAN**

Many of the physicians furnishing services to the patient, including but not limited to, surgeons, radiologists, pathologists and anesthesiologists, are independent contractors and **are not** employees or agents of the Hospital. None of the physicians providing care at this facility (the Center) are employees or agents of the Center. When a patient is under the care and supervision of a physician who is an independent contractor, it is the responsibility of the Hospital and the Center, through their respective staffs, to carry out the instructions of such physicians. *Neither the Hospital nor the Center is responsible for the medical decisions or actions of such physicians.* Your bill from the Hospital will not include charges for the services of these physicians. These physicians will send you a separate bill.

**5. ASSIGNMENT OF INSURANCE BENEFITS**

I/We hereby assign, transfer and convey to the Hospital and/or Hospital based physicians, including but not limited to, anesthesiologists, pathologists, radiologists, or emergency physicians, all Hospital, medical, surgical and related benefits payable under my insurance policy so that they may be applied to my Hospital and/or Hospital based physicians' accounts. I/we understand that the Hospital obtains verification of benefits and/or renders billing to insurance company as a courtesy to me/us. Further I/we understand that a verification of benefits is not a guarantee that the insurance company will pay those benefits and that I am responsible for obtaining any pre-authorization that is required by the insurance carrier. This Assignment does not apply to patients with insurance that is not accepted by Hospital.

In addition, I hereby appoint the Hospital and its employees and agents as my representative to file grievances and appeals for me with my insurance plan/HMO as allowed by Indiana Code, Title 27, Chapters 8 and 13.

Patient/Representative Initials _____        Guarantor Initials _____

14561  1009  ESH 23929  PAGE 1 OF 2                MEDICAL RECORDS

| Community Health Network | CHNW SBO SA Inpatient Record | TODERO,CHARLES A MRN: 002267993 DOB: 8/23/1985, Sex: M Adm: 2/3/2012, D/C: 2/3/2012 |

**Encounter-Level Documents: (continued)**

COMMUNITY HOSPITALS OF INDIANA, INC.
- ☐ Community Hospital East
- ☐ Community Hospital North
- ☐ Community Hospital South

MRN 002267993  PT TYPE: QEC AF 12034-01650
TODERO,CHARLES A
02/03/2012 20:12
M 08/23/1985  AGE: 26Y  DR. SOUTHSIDE,EMERG AS

**PATIENT CONSENT AGREEMENT**
(PAGE 2 OF 2)

**6. RESPONSIBILITY FOR PAYMENT**

In consideration of services rendered or to be rendered by the Hospital, its agents, or Hospital based physicians, I agree to pay all accumulated charges not paid by Insurance. Charges are defined as those charges, for services rendered or to be rendered to me, in effect on the date(s) such services are rendered. I understand that I may request and receive an estimate of such charges. I further understand and acknowledge that said estimate is not a guarantee; is not binding upon the Hospital and; that actual charges will be determined based on the services I receive and may be more or less than such estimate. In the event that I do not pay such charges within thirty (30) days of receiving a bill, I agree to pay costs of collection, including attorney fees and interest.

**7. RELEASE OF RESPONSIBILITY FOR VALUABLES**

I hereby release and hold the Hospital harmless from all responsibility relative to the loss of or damage to money and/or valuables and/or property which are taken to the patient's room. I understand that the Hospital does not assume responsibility for personal possessions.

**8. STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS AND PATIENT(S):**

Beneficiary Name: _____    Medicare Claim Number: _____

I request payment of authorized medicare benefits to me or on my behalf for any Services furnished to me by Community Hospitals of Indiana, Inc., including Physician services. I authorize any holder of medical and other information about me to release to Medicare and its agents any information needed to determine these benefits for related services.

**9. RECEIPT OF NOTICE OF PRIVACY PRACTICES:**

____ I acknowledge that I have received the Community Health Network Notice of Privacy Practices.

(If patient did not sign or initial, give reason and initial.) _____

____ Acknowledgement of receipt on file.

THIS INSTRUMENT IS IMPORTANT. READ CAREFULLY! BY YOUR SIGNATURE, YOU ACKNOWLEDGE THAT YOU UNDERSTAND THE INFORMATION IN THIS DOCUMENT AND AGREE TO CERTAIN OBLIGATIONS. A HOSPITAL REPRESENTATIVE WILL EXPLAIN ANYTHING YOU DO NOT UNDERSTAND, HOWEVER, THIS FORM IS NO WAY AMENDED BY OTHER ORAL STATEMENTS MADE BY ANYONE.

YOU ARE ENTITLED TO A COPY OF THIS DOCUMENT UPON REQUEST.

Patient/Representative Signature _Charles Todero_   Date: _2-3_   Time: _8:45pm_

Guarantor Signature _____   Date: _____   Relationship: _____

Witness Signature _____   Date: _2-3-12_

14561 1009  ES# 23528  PAGE 2 OF 2          MEDICAL RECORDS

**Community**
**Health Network**

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

2/3/2012 9:44 PM FROM: Fax Rural Metro TO: +1(317) 351-7728 PAGE: 002 OF 007

### Patient Care Report

**Rural Metro Ambulance**
3450 DEVELOPERS RD
INDIANAPOLIS, IN 46227
(800) 539-2614 Ext.

Cost Center Location: CI EMS

Run Number: 7347
Date of Service: 02-03-12
Patient Name: charles todero

12034 -01650

| PATIENT DISPOSITION | RESPONSE INFO | CREW INFO | TIMES |
|---|---|---|---|
| Outcome: Transported by Rural Metro | Med/Trauma: Medical | Vehicle : 694 | Rcvd: 19:33 02-03-12 |
| Dest. Reason: | Cad ALS Type: | Crew #1: Hendricksen, David | Dispatch: 19:34 02-03-12 |
| | Response Emergency Priority: | Employee # 55961 | En route: 19:38 02-03-12 |
| | | Level: EMT-Paramedic | |
| | | Crew #2: Head, Chris | |
| Condition at Dest.: Unchanged | Nature Of Convulsions / Call: Seizures | Employee #: 53785 | At scene: 19:38 02-03-12 |
| | | Level: EMT-Basic | At patient: |
| Level of care: | Pt. In Bed Found: | | |
| Pt. Transported Semi-Fowlers - Stretcher | | Decl'd By: Hendrickson, David | Transport: 18:51 02-03-12 |
| Destination: Community Hospital South Dept: EMERGENCY ROOM 1402 E COUNTY LINE RD S INDIANAPOLIS, IN 46227 | Location: <Greenwood> 482 COSTA MASA DR e GREENWOOD, IN 46143 | Start Mileage: At Scene Mileage: 27,617.0 At Dest. Mileage: 27,622.0 | At dest.: 20:04 02-03-12 |
| Weight : 190 lbs | Location type: Home/Residence | Response mileage: Transport mileage: 5.00 | In service: 20:24 02-03-12 |

| PRE BILLING TICKET REVIEW SECTION | | | |
|---|---|---|---|
| Patient Self (unassisted) Moved On Cot | Reason for 911 emergency Stretcher | SKGed Bed? | Transfer Reason/Diagnosis |
| Patient Moved Assisted Off Cot | Physical Limitations None | Admit Date | |
| | Ambulatory Status Walks without assistance | | |
| | | Destination Re: | |

| PATIENT INFORMATION | | | |
|---|---|---|---|
| Name : charles todero | Phone : (317) 863-1465 | Marital Status: Single | |
| SSN: 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 | DOB 08/23/1985 (26 yrs) | | |
| Sex : Male | Home Addr. : 482 COSTA MESA DR APT C | Mailing Addr. : 482 COSTA MESA DR APT C | |
| Race : Caucasian | GREENWOOD, IN 46143 | GREENWOOD, IN 46143 | |

| NEXT OF KIN | | | |
|---|---|---|---|
| Name : | Phone : | Relationship: | |
| SSN : | DOB: | | |
| Sex : | Home Addr. : | | |

| INSURANCE | | | |
|---|---|---|---|
| Work Related: No | | | |
| Provider: | | | |
| Ins Company: Self Pay | Policy #: | Group #: | |
| Guarantor: Self | | | |

---



Community
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012



2/3/2012 8:44 PM FROM: Fax Rural Metco TO: +1(317) 351-7728   PAGE: 003 OF 007

**Patient Care Report**

**Rural Metro Ambulance**
3492 DEVELOPERS RD
INDIANAPOLIS, IN 46227
(800) 539-2614 Ext.

Run Number: 7347
Date of Service: 02-03-12
Patient Name: charles todero

Cost Center Location:   CI EMS

**HISTORY**

Allergies
NKDA

Cause of Injury
Not Applicable

Chief Complaint
Other

Medications
None -

Past Medical History
Drug Abuse

**ASSESSMENTS**

*03/03/2012 19:43:00* 'By: Hendrickson, David'

| Body Area | Assessment | Body Area | Assessment |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| | Patent | | Normal Respirations |
| Circulation | Radial Pulse - Normal | Estimated Blood Fluid Loss | None Noted |
| | Radial Pulse - Normal | | None Noted |
| Mental Status | Oriented to Person, Place, Time, and Event | Neurological | Normal |
| | Oriented to Person, Place, Time, and Event | | Normal |

**IMPRESSIONS**

Primary Impression    SICK PERSON

**TRAUMA**

no trauma entered

Community Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012



2/3/2012 8:44 PM FROM: Fax Rural Metro  TO: +1(317) 351-7728     PAGE: 004 OF 007

**Patient Care Report**

**Rural Metro Ambulance**
3450 DEVELOPERS RD
INDIANAPOLIS, IN 46227
(800) 539-2914 Ext.

Cost Center Location:   CI EMS

Run Number:  7347
Date of Service:  02-03-12
Patient Name:  charles todero

**VITAL SIGNS**

| Time | BP | Pulse | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|
| 19:41 | 180/78 Ausculated Cuff | 148, Strong, Regular | 24, Normal | 89%, Source: Room Air | | | E4 + V5 + M6 = 15 |

Skin Temp=Warm  Skin Color=Flushed  Skin Moisture=Diaphoretic  Lung Sounds Left=Normal  Lung Sounds Right=Normal  Cap. Refill=Normal
Pupil Reacts: Left=Reactive, Right=Reactive  Pupil Dilation: Left=Normal, Right=Normal
Level of Consciousness: Alert; Pain Scale=0; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous

Completed By:  EMS / Fire Provider

| 20:02 | 148/78 Ausculated Cuff | 114, Strong, Regular | 22, Normal | 99%, Source: Supplemental | | | E4 + V5 + M6 = 15 |

Skin Temp=Warm  Skin Color=Flushed  Skin Moisture=Diaphoretic  Lung Sounds Left=Normal  Lung Sounds Right=Normal  Cap. Refill=Normal
Pupil Reacts: Left=Reactive, Right=Reactive  Pupil Dilation: Left=Normal, Right=Normal
Level of Consciousness: Alert; Pain Scale=0; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous

Completed By:  Hendrickson, David

**PEDIATRIC SCORES**

no Pedatric scores entered

**TREATMENT SUMMARY**

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 19:41 | | Oxygen | Head, Chris | |
| | | Indication=Per Protocol | Response=Unchanged | Route=Nasal Cannula |
| | | Dosage=4 LPM | | |

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 19:46 | | Cardiac Monitor | Hendrickson, David | sinus tach with st depression |
| | | ECG Rhythm=SinusTach | Ectopics=None | |

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 19:46 | | IV | Hendrickson, David | |
| | | Rate=Less than 50ml/hr | Site=Antecubital-Left | Solution=0.9% NSS |
| | | Volume=50 ML | Size=18 G | Type=IV-Peripheral |
| | | Successful=Yes | Response=Unchanged | # of Attempts=1 |

**NARRATIVE**

dispatched emergent to above for sz.  uta found 26yowm lying on bed cao x4, c/o general illness.  pts family states pt has been using heroin and crack.  pt denies w drugs today, admits to 2 40oz beers and 4 vicodin tabs 7.5mg. pt very hot flushed and diaphoretic.  pt ambulated to cot -> ambulance.  pt vs as above.  pl on monitor to show sinus tach with st depression, lv 18gauge l ac with 0.9% NaCl @ tko.  o2 4l ac.  pcrf, bbs clear =, +pms x4 ewew.  pt admits to having a drug problem, would like to get help for stopping.  pt transported to chs where report given and care transferred without change or incident.
EOR


**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012





**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

2/3/2012 8:44 PM  FROM: Fax Rural Metro  TO: +1(317) 351-7728   PAGE: 006 OF 007

## Patient Care Report



**Rural Metro Ambulance**

3450 DEVELOPERS RD
INDIANAPOLIS, IN 46227
(803) 536-2614 Ext.

Run Number: 7347

Date of Service: 03-03-12

Patient Name: charles todero

Cost Center Location:     CI EMS

Accept Treatment and Transport

I charles todero the undersigned, hereby authorize all benefits to be made payable directly to RuralMetro Ambulance. If I have Medicare, I permit a copy of this authorization to be used in place of the original, and request that payment of authorized Medicare benefits be made on my behalf to RuralMetro for any ambulance services provided to me by RuralMetro Ambulance. I authorize any holder of medical information or documentation about me to release to the Centers for Medicare and Medicaid Services and its agents and carriers, as well as to RuralMetro Ambulance, any information or documentation needed to determine these benefits payable for related services or any services provided to me by RuralMetro Ambulance now or in the future. I hereby approve release of information including diagnosis, to RuralMetro Ambulance, from any hospital, doctor, or other health care provider, for claims of insurance benefits. I authorize any holder of medical information or documentation about me to release it to the Medical Director of RuralMetro Ambulance or their authorized agent for purpose of quality assurance or research. I understand I am financially responsible to RuralMetro Ambulance for charges not covered by this authorization or denied by insurance carrier and do hereby guarantee payment in full of this bill. I have been advised that this transport may be deemed not medically necessary and I accept responsibility for payment. I have been advised that I may be responsible for any unpaid portion of these charges not covered by Medicare, Medicaid, or other insurance. I further agree that if collection is made by suit or otherwise, I agree to pay all collection costs including reasonable attorney's fees. I also acknowledge that I have been provided with a copy of RuralMetro Corporation's Notice of Privacy Practices.

I agree, in order for you to service my account or to collect any amounts I may owe, you may contact me by telephone at any telephone number associated with my account, or telephone numbers found from other sources, including wireless telephone numbers, which could result in charges to me. You may also contact me by sending text messages or emails, using any email address I provide. Methods of contact may include using prerecorded or artificial voice messages and/or use of an automatic telephone dialing system or other dialing device, as applicable.

RuralMetro Billing Authorization and Privacy Acknowledgment Form

I request that payment of authorized Medicare, Medicaid, or any other insurance benefits be made on my behalf to RuralMetro Ambulance ("RuralMetro") for any services provided to me by RuralMetro today, in the past, and in the future. I understand that I am financially responsible for the services provided to me by RuralMetro, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to RuralMetro any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to RuralMetro. I authorize RuralMetro to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of medical information or documentation about me to release such information to RuralMetro and its billing agents, and/or the Centers for Medicare and Medicaid Services and its carriers and agents, and/or any other payers or insurers as may be necessary to determine these or other benefits payable for any services provided to me by RuralMetro, today, in the past, and in the future. A copy of this form is as valid as an original.

Privacy Practices Acknowledgment: by signing below, I acknowledge that I have received RuralMetro's Notice of Privacy Practices.

Patient Signature: charles todero
Nurse - gail                                   <Not applicable>

Receiving Facility Signature:

charles todero was received by this facility at the date and time indicated above.

Representative Signature gail

02/03/2012 20:12    Facility Receipt and Acceptance of pt.

 **Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

2/3/2012 9:44 PM  FROM: Fax Rural Metro  TO: +1(317) 351-7728  PAGE: 007 OF 007



**Community**
**Health Network**

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

## Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

### ED Triage 2/3/2012 20:14:00

| | | | |
|---|---|---|---|
| **Chief Complaint:** Withdrawal symptoms(d) | **Exam Room:** Community South:19(d) | Triage to Xray: | **Family Physician:** no PCP(d) |

**Data:**
Took 4 vicodin 7.5 mg with 2 40 oz beers(d)

Female:

**RN Triage Time:**
2/3/2012 08:15(d)

Pain:

**Informant:**
Patient(d)

<u>Triage Status: :</u>
Level 3(d)

**EDM Immunizations:**
Tetanus0-5 years(d)

**Temperature:** Oral(d)
98.9(d)

**Emotional Status:**
Calm(d)

**Pulse:**
98(d)

**Skin Moisture::**
Dry(d)

**Mental Status:**
Appropriate(d)

Blood Glucose:

**Respirations:**
20(d)

**Skin Color:**
Normal(d)

**Weight (kg):**
72.60(c)

**BP Systolic:**
120(d)

**Height (cm):**
173.0(b)

**Weight (lb) -:**
160(d)

**Height (in) -:**
68(d)

**BP Diastolic:**
73(d)

**Skin Temperature:**
Warm(d)

Vital Signs - O2 Sat:

*Visual Acuity L::

**Weight - stated/weighed:**
stated(d)

**Height- stated/measured:**
stated(d)

*Visual Acuity R::

**Medical Conditions:**
Denies Known Medical Conditions: No Known Medical Conditions(d)

**Previous Surgery:**
None(d)

Printed @    2/7/2012 04:28

Staff Legend:   1. a BMI  2. b CHN - Height in to cm  3. c CHN - Weight lb to kg  4. d Nicole Newton, RN

 **Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

### Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

#### ED Triage 2/3/2012 20:14:00

**Allergies:**
_NKA()

**Latex Allergies:**
Allergic to Latex?: no   (d)

**Current Medications:**
no medications(d)

Significant Information: Last Dosage:

Pharmacist Review:

Printed @        2/7/2012 04:28

Staff Legend:   1. a BMI   2. b CHN - Height in to cm   3. c CHN - Weight lb to kg   4. d Nicole Newton, RN



**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

## Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

ED Triage 2/3/2012 20:14:00

**\*Morse Fall Scale:**
Has the patient fallen at home
anytime in the past 2 months or in
the hospital?: 0 = No   Is there
more than one medical conditions
listed on patient's chart?: 0 = No
Ambulatory Aid (Visual assessment
required): 0 =

**Morse Fall Score Total:**
10()

**Humpty Dumpty Scale:**

**Morse Fall Scale Action:**

**\*Domestic violence screening:**
Have you been hit, kicked, punched, or otherwise hurt
by someone in the past year?: No   Do you feel safe
in your current relationship?: Yes   Does a previous

Humpty Dumpty Total Humpty Dumpty
Action:

Humpty Dumpty
Post Fall
Intervention:

**Advanced Directive & Contacts:**
Advanced Directive: No Advance Directive & Not Interested.  Emergency Contact  (Name/Phone #): Mother : Teresa
Todero 317.529.3921(d)

**Suicide Screen:**
Do You Have Thoughts of Harming Yourself Now?: No   Have
You Attempted to Harm Yourself in the Past?: No   Do You
Have a Suicide Plan Now?: No(d)

**Pain Fever Protocol:**

**Source of Admission:**
Home(d)

Cincinnati Stroke Scale:

**Action:**
Oxygen, Siderails Up(d)

**TB Screen:**
Do you have any of the following?: Denies signs/symptoms of
TB(d)

**Diabetes Patients Only:**

**Admit Checklist:**
Treatment Consent: Yes   ID Bracelet On?: Yes   Oriented to Unit?:
Yes   Allergy Band On: Yes   Infection Control Practices:
Hand/Respiratory hygiene, Standard Precautions discussed(d)

Printed @   2/7/2012 04:28

Staff Legend:   1. a BMI  2. b CHN - Height in to cm  3. c CHN - Weight lb to kg  4. d Nicole Newton, RN



**Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

## Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

**ED Triage 2/3/2012 20:14:00**

**Morse Fall Scale**

Has the patient fallen at home anytime in the past 2 months or in the hospital?: 0 = No   Is there more than one medical conditions listed on patient's chart?: 0 = No   Ambulatory Aid (Visual assessment required): 0 = None/bedrest/wheelchair dependent/stand by assist   Is the patient receiving IV medications or fluids?: 0 = No   Gait (Visual assessment required) Does this match the mobility assessment above?: 10 = Weak   Does the patient know that they need help to go to the bathroom?: 0 = Oriented to own ability or not applicable for pts unable to respond(d)

**Domestic violence screening**

Have you been hit, kicked, punched, or otherwise hurt by someone in the past year?: No   Do you feel safe in your current relationship?: Yes   Does a previous partner make you feel unsafe?: No(d)

Printed @    2/7/2012 04:28

Staff Legend:   1. a BMI  2. b CHN - Height in to cm  3. c CHN - Weight lb to kg  4. d Nicole Newton, RN

 **Community**
Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

ED Triage 2/3/2012 20:14:00

**Comments**
No Comments
**Data History**
No deleted/modified data.
**Staff List**

1. a    BMI
2. b    CHN - Height in to cm
3. c    CHN - Weight lb to kg
4. d    Nicole Newton, RN

Printed @    2/7/2012 04:28

Staff Legend:   1. a BMI   2. b CHN - Height in to cm   3. c CHN - Weight lb to kg   4. d Nicole Newton, RN

 **Community**
**Health Network**

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)

### Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

### Flowsheet : 2/3/2012 : Printed @ 2/7/2012 04:28

#### Flowsheet

| | 20:45 2/3/2012 | 21:15 |
|---|---|---|
| Emergency Department | | |
| Primary Nurse | nnewton (d) | gb(b) |
| Patient rights available | 1(d) | 1(b) |
| Bedrails Up: | For safety(d) | For safety(b) |
| Family/SO at bedside | | |
| Isolation | None(d) | None(b) |
| Call light in reach | 1(d) | 1(b) |
| Purposeful Rounding Completed | 1(d) | 1(b) |
| Vital Signs | | |
| Temperature Route | | |
| Temp | | |
| Pulse | 100(d) | |
| BP Sys | 120(d) | |
| BP Dias | 73(d) | |
| Resp Rate | 36(d) | |
| SpO2 (O2Sat) | 98(d) | |
| Mean Arterial Pressure | | |
| Oxygen Delivery Device | | |
| Continuous Oximetry | | |
| Respiratory character | | |
| Weight (kg) (Stated) | | |
| Weight (kg) (Weighed) | | |
| Cardiac rhythm | | |
| BP Sys (Lying) | | |
| BP Dias (Lying) | | |
| Pulse (Lying) | | |
| BP Sys (Sitting) | | |
| BP Dias (Sitting) | | |
| Pulse (Sitting) | | |
| BP Sys (Standing) | | |
| BP Dias (Standing) | | |
| Pulse (Standing) | | |
| GI/GU | | |
| NPO since | | |
| Abdominal pain | | |
| Emesis | | |
| Bowel Movement | | |
| Bowel Sounds | | |
| Incontinent of Urine | | |
| Bladder Scan (ml) | | |
| Vaginal Bleeding | | |
| FHT | | |
| I & O | | |
| Intake | | |
| Output | | |
| Documentation Complete? | | |
| Documentation Complete | | |

Page 1 of 5      Staff Legend:   1. a Bryan Benedict, M.D.  2. b Gayle Busch, RN  3. c Tambra Gee, RN  4. d Nicole Newton, RN  5. e Station Nursing



**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

Flowsheet : 2/3/2012 : Printed @ 2/7/2012 04:28

## Code Stroke Protocol

| | 2043 2/3/2012 |
|---|---|
| Onset of Symptoms | |
| Stroke Team Response | |
| Procedure | |
| Temp | |
| Pulse | 100(d) |
| Resp Rate | 30(d) |
| BP Sys | 125(d) |
| BP Dias | 70(d) |
| BP Mean | |
| SpO2 (O2Sat) | 96(d) |
| Oxygen Delivery Device | |
| Time Neurologist Contacted | |
| Name of Neurologist Contacted | |
| Neurologist Present/Returned Page | |
| Cardiac Monitor | |
| Cardiac rhythm | |
| Glucose (Point of Care) | |
| IV access - two sites recommended | |
| In non-affected extremity | |
| IV Access | |
| Labs Drawn, Sent with Purple Label | |
| Initiate NPO Status | |
| Complete Screening Tool for Stroke tPA Administration | |
| Initial tPA Administration | |
| Initial tPA Dose | |
| Weight (kg) (Stated) | |
| Weight (kg) (Weighed) | |
| Initial tPA Dose | |
| Initial tPA Dose Given @ | |
| Remainder of tPA Infusion | |
| Remainder tPA Dose | |
| Remainder tPA Dose Given @ | |
| Patient Disposition | |
| Patient Disposition | |
| Time of Transfer | |
| GCS | |
| GCS Eye | |
| GCS Verbal | |
| GCS Motor | |
| GCS Total | |
| Pupils | |
| Pupil R Reaction | |

 **Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

---

Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

Flowsheet : 2/3/2012 :  Printed @ 2/7/2012 04:28

| | 20h0 2/3/2012 |
|---|---|
| Pupil Rt. Size | |
| Pupil L Reaction | |
| Pupil Lt. Size | |
| NIHSS | |
| **1a. Level of Consciousness | |
| **1b. LOC Questions | |
| **1c. LOC Commands | |
| 2. Best Gaze | |
| 3. Visual | |
| 4. Facial Palsy | |
| Motor Arm | |
| **5a. Left arm | |
| **5b. Right arm | |
| Motor Leg | |
| **6a. Left leg | |
| **6b. Right leg | |
| 7. Limb Ataxia | |
| 8. Sensory | |
| 9. Best Language | |
| 10. Dysarthria | |
| 11. Extinction and Inattention | |
| Total | |

### ED Disposition

| | 21h0 2/3/2012 |
|---|---|
| ED Acuity | |
| ED Discharge | |
| Disposition from ED | Discharged 21:30 (g) |
| Discharged by | (f)a(c) |
| Discharge Mental Status | Appropriate(d) |
| ED Discharge Skin Color | Normal(b) |
| ED Discharge Skin Temperature | Warm(b) |
| ED Discharge Skin Moisture | Dry(b) |

---

Page 3 of 5        Staff Legend:  1. a Bryan Benedict, M.D.  2. b Gayle Busch, RN  3. c Tambra Gee, RN  4. d Nicole Newton, RN  5. e Station Nursing

Generated on 12/13/2017  3:05 PM

 **Community** Health Network

| CHNW SBO SA<br>Inpatient Record | TODERO,CHARLES A<br>MRN: 002267993<br>DOB: 8/23/1985, Sex: M<br>Adm: 2/3/2012, D/C: 2/3/2012 |
|---|---|

Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

Flowsheet : 2/3/2012 :  Printed @ 2/7/2012 04:28

| | 2159 1920CS |
|---|---|
| Intravenous Fluids | IV Discontinued-angio intact-no signs of swelling or bleeding |
| ED Discharge Mode | Ambulatory/rt |
| ED Discharge Instructions | Written and verbal instructions given, P rescription given/st |
| Electronic Record Request Admission | |
| Bed ordered (Time) | |
| Report Called/Faxed (Time) | |
| Transported Time | |
| Transport Mode | |
| Transported With: | |
| Transfer | |
| Transfer Destination Facility | |
| Transfer Transport Arranged | |
| Transfer Report Called | |
| Transfer Form Completed | |
| Transfer Depart Time | |
| Transfer Depart Mode | |
| Transported With: | |

**Event Flowsheet**

| Entered By | Date | Event |
|---|---|---|
| Gee, RN, Tambra | 2/3/2012 20:14 | Room Changed: Todero, Charles A to Rm 19:1 |
| Nursing, Station | 2/3/2012 20:15 | Nurse changed to: Busch, RN, Gayle |
| Newton, RN, Nicole | 2/3/2012 20:30 | Nursing Interventions: 12 lead EKG |

Page 4 of 5     Staff Legend:   1. a Bryan Benedict, M.D.  2. b Gayle Busch, RN  3. c Tambra Gee, RN  4. d Nicole Newton, RN  5. e Station Nursing



| | CHNW SBO SA | TODERO,CHARLES A |
| --- | --- | --- |
| **Community**<br>Health Network | Inpatient Record | MRN: 002267993<br>DOB: 8/23/1985, Sex: M<br>Adm: 2/3/2012, D/C: 2/3/2012 |

### Community Health Network - CHS

Todero, Charles A : M : DOB 8/23/1985  Med Rec# 002267993:1203401650 UNIT: EDC : Rm 19 : 1 Admitted: 2/3/2012

**Flowsheet: 2/3/2012 : Printed @ 2/7/2012 04:28**

| Newton, RN, Nicole | 2/3/2012 20:45 | Patient admitted to room 19 with complaint of withdrawal symptoms per patient.  Patient diaphoretic upon arrival and shaking intermittently.  Stated took 4 Vicodin 7.5 and 2 40 oz beers in an effort to avoid taking heroine which he states he stopped using 2 weeks ago.  Breathing non-labored with lungs clear.  O2 sat WNL. |
| --- | --- | --- |
| Newton, RN, Nicole | 2/3/2012 20:45 | Patient alert and oriented. |
| Benedict, M.D., Bryan | 2/3/2012 20:46 | Attending Physician changed to: Benedict, M.D., Bryan |
| Newton, RN, Nicole | 2/3/2012 20:50 | Nursing Interventions: Peripheral Intravenous Lock started with_20 gauge,site LFA_, 2attempt,pt. tolerated_well_ |
| Newton, RN, Nicole | 2/3/2012 20:51 | Nursing Interventions: Labs: Obtained from IV site and held |
| Busch, RN, Gayle | 2/3/2012 21:30 | 5: Todero, Charles A |

**Comments**
No Comments
**Data History**

Events  2/3/2012 8:45:00 PM
Deleted Value: Nursing Interventions: Peripheral Intravenous Lock started with_20gauge,site_LFA, 2_attempt,pt. tolerated_well___      Newton, RN, Nicole  @ 2/3/2012 21:05

**Staff List**

1. a   Bryan Benedict, M.D.
2. b   Gayle Busch, RN
3. c   Tambra Gee, RN
4. d   Nicole Newton, RN
5. e   Station Nursing

---

Page 5 of 5     Staff Legend:  1. a Bryan Benedict, M.D.  2. b Gayle Busch, RN  3. c Tambra Gee, RN  4. d Nicole Newton, RN  5. e Station Nursing



**Community Health Network**

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

Scan on 2/3/2012 12:00 AM by Doctor Autosign (below)



**Community** Health Network

CHNW SBO SA
Inpatient Record

TODERO,CHARLES A
MRN: 002267993
DOB: 8/23/1985, Sex: M
Adm: 2/3/2012, D/C: 2/3/2012

**Order-Level Documents:**
There are no order-level documents.

## Upcoming Tests and Follow Up

No orders found for display

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

| Local No | EDR No 000000516816 | DTP 0 | State No |
|---|---|---|---|

**1. Decedent's Legal Name (First, Middle, Last)**
CHARLES ARTHUR TODERO

**1a. Maiden Name Last Name (if female)**

**2. Sex** MALE

**3. Time Of Death** 23:48 PM

**4. Date Of Death (Month/Day/Year)** 06/11/2016

**5. Social Security Number** 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

**6a. Age - Yrs** 30

**6b. Under 1 Year** Months

**6c. Under 1 Month** Days

**6d. Under 1 Day** Hours

**6e. Under 1 Hour** Minutes

**7. Date of Birth (Month/Day/Year)** 08/23/1985

**8. Birthplace (City and State or Foreign Country)** INDIANAPOLIS, INDIANA

**9. Ever In U.S. Armed Forces?** Yes ☒ No ☐ Unknown

**10. If Death Occurred In A Hospital:** ☒ Inpatient ☐ Emergency Department Outpatient ☐ Dead on Arrival

**10a. If Death Occurred Somewhere Other Than A Hospital** ☐ Hospice Facility ☐ Decedent's Home ☐ Nursing Home/Long-term Care Facility ☐ Other (Specify)

**11. Facility Name (If Not Institution, Give Street and Number)** ST FRANCIS HOSPITAL AND HEALTH CENTERS- INDIANAPOL

**12. City Or Town, State, And Zip Code** INDIANAPOLIS ,INDIANA ,46237

**13. County Of Death** MARION

**14. Marital Status At Time Of Death** ☐ Married ☐ Married, But Separated ☐ Divorced ☐ Widowed ☒ Never Married ☐ Unknown

**15. Surviving Spouse's Name**

**15a. (If Wife)Give Maiden Last Name**

**16. Decedent's Usual Occupation** INDEPENDENT CONTRACTOR

**17. Kind of Business/Industry** BUILD TRADES

**18. Residence - State** INDIANA

**18a. County** JOHNSON

**18b. City Or Town** TRAFALGAR

**18c. Street And Number** 8172 SOUTH PEOGA ROAD

**18d. Apt. No.**

**18e. Zip Code** 46181

**18f. Inside City Limits?** ☒ Yes ☐ No

**19. Decedent's Education** HIGH SCHOOL GRADUATE OR GED COMPLETED

**20. Decedent Of Hispanic Origin** Not Hispanic

**21. Decedent's Race** White

**22. Father's Name (First, Middle, Last)** CHARLES  CROWE

**23. Mother's Name (First, Middle, Last)** TERESA  TODERO

**23a. Mother's Maiden Last Name**

**24. Informant's Name** JAMES TODERO

**24a. Relationship To Decedent** BROTHER

**24b. Mailing Address (Street And Number, City, State, Zip Code)** 1065 VICKSBURG DRIVE SOUTH,GREENWOOD,INDIANA ,46143

**25. Place Of Disposition**

**25a. Method Of Disposition** ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal From State ☐ Other (Specify):

**25b. Place of Disposition (Name of Cemetery, Crematory, Other Place)** GREATER SOUTHSIDE CREMATORY

**25c. Location - City, Town And State** GREENWOOD INDIANA

**26. Was Coroner Contacted?** ☒ Yes ☐ No

**27. Name And Complete Address Of Funeral Facility** SIMPLICITY FUNERAL & CREMATION CARE  P.O. BOX 33045, 7520 MADISON AVENUE,INDIANAPOLIS,INDIANA ,46227

**27a. Funeral Home License Number:** FH10500031

**27b. Signature of Indiana Funeral Service Licensee:** ALISHA D ADAMS , SIGNATURE ON FILE

**27c. License Number (Of Licensee):** FD20200059

**28. Part I. Enter The Chain Of Events** - Diseases, Injuries, Or Complications - That Directly Caused The Death, Do Not Enter Terminal Events Such As Cardiac Arrest, Respiratory Arrest, Or Ventricular Fibrillation Without Showing The Etiology. Do Not Abbreviate. Enter Only One Cause On A Line. Add Additional Lines If Necessary.

**Approximate Interval: Onset To Death**

Immediate Cause (Final Disease or Condition Resulting In Death)
A. COMPLICATIONS OF MULTI-ORGAN SYSTEM FAILURE

Due To (Or As A Consequence Of):

Sequentially List Conditions, If Any, Leading To The Cause Listed On Line A. Enter The Underlying Cause (Disease Or Injury That Initiated The Events Resulting In Death) Last
B.

Due To (Or As A Consequence Of):

C.

Due To (Or As A Consequence Of):

D.

**Part II. Enter Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I**

**29. Was An Autopsy Performed?** ☒ Yes ☐ No

**30. Were Autopsy Findings Available To Complete The Cause Of Death?** ☒ Yes ☐ No

**31. Did Tobacco Use Contribute To Death?** ☐ Yes ☐ Probably ☒ No ☐ Unknown

**32. If Female:** ☐ Not Pregnant Within Past Year ☐ Pregnant At Time Of Death ☐ Not Pregnant, But Pregnant Within 42 Days Of Death ☐ Not Pregnant, But Pregnant 43 Days To 1 year Before Death ☐ Unknown If Pregnant Within The Past Year

**33. Manner Of Death** ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could Not Be Determined

**34. Date Of Injury (Month/Day/Year)**

**35. Time Of Injury**

**36. Place Of Injury (E.G., Decedent's Home, Construction Site, Restaurant, Wooded Area)**

**37. Injury At Work?** ☐ Yes ☐ No

**38. Location Of Injury - State**

**38a. City Or Town**

**38b. Street & Number**

**38c. Apt. No.**

**38d. Zip Code**

**39. Describe How Injury Occurred**

**40. If Transportation Injury, Specify:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

**41. Signature, Of Person Certifying Cause Of Death:** ALFARENA T BALLEW , BY ELECTRONIC SIGNATURE 10/19/2016 1:25:06 PM

**42. Certifier (Check Only One)** ☐ Certifying Physician ☐ Coroner ☐ Health Officer

**43. Name, Address And Zip Code Of Person Certifying Cause Of Death:** ALFARENA T BALLEW  521 WEST MCCARTY STREET,INDIANAPOLIS,INDIANA ,46225

**44. License Number** NONE

**45. Date Certified** 10/19/2016

**46. Additional Funeral Service Provider:**

**47. *Akas:**

**48. Signature of Local Health Officer:**

**49. For Registrar Only   - Date Filed (Month/Day/Year):**

## AMENDMENT TO CERTIFICATE OF DEATH (ENTRY ON ORIGINAL)

State Form 53395   ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue its statutory responsibility. Disclosure is voluntary and there will be no penalty for refusal.

D 002146

101916

## MARION COUNTY CORONER'S OFFICE
### CASE REVIEW SHEET FOR ELECTRONIC DEATH CERTIFICATION (IDRS)

DECEDENT'S LEGAL NAME: *Charles Todero*   CASE NUMBER: *16-1209*

TIME OF DEATH (hh:mm AM/PM): *11:48 pm*   DATE OF DEATH: *6/11/16*

REVIEWED BY: *M. Malczewski*   DATE OF REVIEW: *9/30/16*

---

SELECT PLACE OF DEATH TYPE: ☐ Decedent's Home  ☒ Inpatient  ☐ ER/Outpatient  ☐ Hospice
☐ Nursing Home/Long Term Care Facility  ☐ Unknown  ☐ Other: Specify:

HEALTHCARE FACILITY NAME & LOCATION: *St. Francis Hospital*

IF NOT FACILITY, PROVIDE ADDRESS WITH ZIP CODE:

---

### SELECT CASE TYPE

☒ AUTOPSY   ☐ EXTERNAL   ☐ STORAGE   ☐ SOS   ☐ GREENSHEET

### CAUSE OF DEATH [Immediate cause and contributory causes]

A. *Complication of Multi-Organ System Failure*

B.

C.

OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:

### MANNER OF DEATH

☒ NATURAL   ☐ ACCIDENT   ☐ SUICIDE   ☐ HOMICIDE   ☐ UNDETERMINED   ☐ PENDING

IF NOT NATURAL, THEN PROVIDE INFORMATION IN THE BOXES BELOW:

| DATE OF INJURY: | TIME OF INJURY (hh:mm AM/PM): |
|---|---|

PLACE OF ACCIDENT/INJURY: ☐ Decedent's Residence  ☐ Work Site  ☐ Other (Specify):

COUNTY NAME: ☐ Marion  ☐ Other (Specify):

COMPLETE ADDRESS WITH CITY & ZIP CODE:

---

### ACCIDENT INFORMATION (Transportation Related)

Select: ☐ Driver  ☐ Passenger  ☐ Pedestrian  ☐ Other  ☐ Unknown

Restrained: Yes|No  Helmeted: Yes|No  Vehicle type: ☐ Car  ☐ Truck  ☐ Semi  ☐ Other:

DESCRIBE HOW INJURY OCCURRED (In ONE sentence. Include weapon info, ligature type/place, etc):

---

### SUPERVISORY REVIEW

COMMENTS:

SENIOR DEPUTY REVIEW: *Miller*   DATE: *10-6-16*


salesforce.com.

• Close Window
• Print This Page

## AUTOPSY-000730

| | | | |
|---|---|---|---|
| Case Number | 16-1209 | | |
| Date & Time of Exam | 6/13/2016 8:30 AM | Performed for | Marion |
| Pathologist Name | Mirfrida Geller MD | Assisting Autopsy Techs | Amanda Isbell |
| Examination Type | Full Autopsy | Specimen Collected | Blood; Urine; Vitreous |
| Tox Requested? | Yes | Tox Results | |
| Tox Sent To | AIT Labs | Tox Requested Type | Comprehensive |
| Histology Requested? | | # of Tissue Cassettes | |
| Histology Sent To | | Histology Sent On | |
| Evidence Taken by Crime Lab | | | |
| Height (in inches) | | | |
| Manner of Death | Natural | Weight (in lbs) | |
| Cause of Death | Complications of Multi-Organ System Failure | | |
| Examination Summary | | Contributory Cause(s) | |
| Full Exam Report | | | |
| Report Transcribed By | | | |
| Created By | Heather Fultz, 6/13/2016 4:15 PM | Last Modified By | Amanda Isbell, 7/29/2016 9:45 AM |

Copyright © 2000-2016 salesforce.com, inc. All rights reserved.

D 002148

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski      Charles Todero      Case Number: MC-16-1209

| Deceased - Name (First, Middle, Last) | | | Sex | Time Pronounced | Date of Death |
|---|---|---|---|---|---|
| Charles Todero | | | Male | 11:48 PM | 06/11/2016 |

| Date Notified | Time Notified | Time Arrived |
|---|---|---|
| 06/12/2016 | 12:22 AM | 12:45 AM |

| Social Security Number | Age | Date of Birth | Birthplace (City and State or Foreign Country) |
|---|---|---|---|
| | 30 years, 10 months, 19 days | 08/23/1985 | Indiana |

| Marital Status | Surviving Spouse (if wife, give maiden name) | Decedent Usual Occupation | Kind of Business/Industry |
|---|---|---|---|
| Never Married | | unknown | |

| Address Line 1 | Address Line 2 |
|---|---|
| 8172 S. Peoga Raod | |

| City | State | Zip Code | County of Residence | Citizen of What Country? |
|---|---|---|---|---|
| Trafalgar | Indiana | 46181 | Johnson | United States |

| Decedent's Race | Decedent's Ethnicity | Decedent's Education |
|---|---|---|
| White | No, not Spanish/Hispanic/Latino | High School |

| Place of Death? | Place of Death (Addl Info) | Armed Forces Service Member? |
|---|---|---|
| Hospital - Inpatient | | Inactive |

| Facility Name | City, Town, or Location of Death | County of Death |
|---|---|---|
| ST. FRANCIS HOSPITAL - INDIANAPOLIS | Indianapolis | Marion |

| Father's Name (First, Middle, Last) | Mother's Name (First, Middle, Maiden Surname) |
|---|---|
| unknown | Teresa Todero |

| Informant's Name | Informant's Address |
|---|---|
| | |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| | | | |

| Next-of-Kin's Name | Next-of-Kin's Address |
|---|---|
| Teresa Todero | 8172 S. Peoga Raod |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| Trafalgar | Indiana | 46181 | Mother |

| Notification Made? | Notified Person's Name | Notified Person's Phone | Notification Time | Notification Date |
|---|---|---|---|---|
| Yes | Teresa Todero | (317) 529-3921 | 11:48 PM | 06/11/2016 |

| Notified Person's Address Line 1 | Notified Person's Address Line 2 | Notification Made By |
|---|---|---|
| 8172 S. Peoga Raod | | Hospital Staff |

| Degree of Rigor | Position Found |
|---|---|
| Full Body | |
| Livor Location | Decedent was found lying face up on a hospital bed. |
| Posterior | |

| Describe How Deceased Was Dressed |
|---|
| Decedent was observed clad in a hospital gown. |

| Identification Method | Vehicle(s) Towed? |
|---|---|
| Family on Scene | No |

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski

Charles Todero

Case Number: MC-16-1209

## Injury Information

| Date & Time of Injury | | Place of Injury | | | |
|---|---|---|---|---|---|
| 5/29/2016 11:44 AM | | Roadway | | | |
| Address | City | County | State | | Zip Code |
| Madison Avenue & Camby Street | Greenwodd | Johnson | Indiana | | 46142 |
| Description of How Injury Occurred | | | | | |
| Decedent went into cardiac arrest in the back of an ambulance after being tasered by police officers. | | | | | |

## On Scene Personnel

| Type | Name | Unit Number | Case Reference # | Phone # |
|---|---|---|---|---|
| Deputy Coroner | Mallory Malczewski | Coroner 15 | G16L11930 | |

## Criteria

| Criteria for Case | Additional Information |
|---|---|
| Undeterminable | |

## Circumstantial

On 6/12/2016 at approximately 12:22 AM, Deputy Coroner Mallory Malczewski was notified via onramp to respond to the ICU at St. Francis Hospital to conduct a death investigation on a W/M/30 who had expired from unknown circumstances after being tasered by police officers.

## Identification and Notification

The decedent was POSITIVELY identified at hospital bedside by his mother, as: Charles Todero, W/M/30, DOB: 8/23/1985, residing at: 8172 S. Peoga Road, Trafalgar, IN 46181.

NOTIFICATION

The decedent's NOK, mother Teresa Todero, was notified at time of death pronounced at hospital bedside at approximately 11:48 PM on 6/11/2016.

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski                    Charles Todero                    Case Number: MC-16-1209

## Past Medical History

***At time of on scene investigation, the hospital information management system was not working for routine maintenance. As a result, a complete set of medical records from date of admission could not be obtained. Deputy Malczewski prepared a subpoena for medical records.

According to hospital staff, the decedent had the following medical history:

Hepatitis C
Marijuana Use

According to hospital staff, the decedent's urinalysis on date of admission showed marijuana in his system. Per hospital staff, following the decedent's admission to the hospital on 5/29/2016, the decedent was found to have tricuspid valve vegetation and endocarditis. Per hospital staff, the decedent's family was adamant he did not have a history of heroin use. Per hospital staff, they do not test for spice or other additional substances. Per hospital staff, the decedent's reported no familial history of cardiac problems.

**\*\*At time of report, no admission blood remained at the hospital for testing\*\***

## Social History

An extensive social history is not known at time of report. The decedent's mother could not be reached. According to medical staff, the decedent's family had reported he had a history of marijuana abuse and drank approximately ½ gallon of vodka daily. Per hospital staff, the decedent's family had reported the decedent's father died law month and the decedent had been relying heavily on religion to get through his grief. According to the Johnson Co. Sheriff Dept, the decedent had a previous history of run-in's with their law enforcement agency.

## Physical Exam

The decedent was observed to be a white male lying face up on a hospital bed. The decedent was observed to be covered with a white blanket and clad in a hospital gown. Rigor was beginning to present in the extremities and lividity was posterior. The decedent was observed to have tattoos along both of his arms. The decedent was observed to have the following articles of medical intervention present, including: IV's in both the right and left side of the neck, heart monitor pads, defibrillator pads, IV's in right and left side of groin region, blood pressure cuff around right bicep, pressure wrap around right calf and a fecal tube. The decedent was observed to have a bruise along the inside of his left bicep. The decedent was observed to have a scabbed abrasion on his right knee. The decedent was observed to have six small healing abrasion on the right lower side of his back. Hospital staff identified the marks as being from a taser. The decedent was observed to have

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski                    Charles Todero                    Case Number: MC-16-1209

a large imprint of an 'x' across his back from a back board on the hospital bed underneath him.


## Terminal Episode

On 6/12/2016 at approximately 12:22 AM, Deputy Coroner Mallory Malczewski was notified via onramp to respond to the ICU at St. Francis Hospital to conduct a death investigation on a W/M/30 who had expired from unknown circumstances after being tased by police officers. According to the Johnson Co. Sheriff Dept., on 5/29/2016 at approximately 11:44 AM, they received a 911 call for a possible suicidal person who was trying to step out in front of traffic. Per the deputy, officers arrived at the intersection to find the decedent with a bible in his hand claiming to be jesus. Per the deputy, the decedent attempted to step into traffic a second time in what appeared to be a suicide attempt. Per the deputy, the responding officer tasered the decedent in the back but full contact was not made. Per the deputy, the decedent dropped to his knees but continue to no comply with the responding deputy's commands. Per the deputy, the responding deputy tasered the decedent again in the leg in order to gain compliance and eventually was able to get the decedent subdued. Per the deputy, the decedent was loaded into an ambulance and transported from the scene for evaluation.

According to hospital staff, the decedent coded in the ambulance shortly after receiving versed administered through the nose. Per hospital staff, the decedent was resuscitated by EMS workers and had to be intubated in the ER. Per hospital staff, the decedent was transferred to the ICU on 5/29/2016. Per hospital staff, shortly after arrival to the ICU the decedent's liver enzyme count was extremely high they were considering transferring the decedent for a possible transplant. The hospital staff reported the decedent also went into kidney failure and was placed on dialysis. Hospital staff reported the decedent continued to deteriorate but then seemed to improve. Per hospital staff, the decedent was never able to be weaned off of the ventilator and could slightly respond to commands. Per hospital staff, on 6/10/2016 the decedent began to code while on the ventilator throughout the day. Per hospital staff, the decedent's family were given his grim prognosis and they decided to wean him off of life support. Per hospital staff, the decedent was pronounced nonviable on 6/11/2016 at approximately 11:48 PM.


## Disposition

Digital photographs were taken; identification tag placed on decedent; decedent was placed in a labeled transport bag and transported to MCCO via DMS.

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski

Charles Todero

Case Number: MC-16-1209

## Scene Investigation

The decedent was found in room P306 of the Adult ICU at St. Francis Hospital in Indianapolis, IN

## Additional Comments

Johnson Co. Sheriff Deputies will be present at autopsy

Case #: G16L11930

## Medication Information

| Med. Type | Description, if loose | Med. Name | Dosage Units | Amount Prescribed | Amount Remaining | Date on Label |
|-----------|----------------------|-----------|--------------|-------------------|------------------|---------------|

## MARION COUNTY CORONER'S OFFICE
### CASE REVIEW SHEET FOR ELECTRONIC DEATH CERTIFICATION (IDRS)

DECEDENT'S LEGAL NAME: Charles Todero     CASE NUMBER: 16-1209

TIME OF DEATH: 11:48 pm     DATE OF DEATH: 06/11/2016

REVIEWED BY: Jenn Suarez     DATE OF REVIEW: 07/29/2016

**SELECT PLACE OF DEATH TYPE:** ☐ Decedent's Home ☑ Inpatient ☐ ER/Outpatient ☐ Hospice ☐ Nursing Home/Long Term Care Facility ☐ Unknown ☐ Other: Specify:

**HEALTHCARE FACILITY NAME & LOCATION: IF NOT FACILITY, PROVIDE ADDRESS WITH ZIP CODE:**
ST Francis Hosp. 1451 E. SouthPort Rd Indianapolis IN 46227

### SELECT CASE TYPE

☐ AUTOPSY     ☐ EXTERNAL     ☐ STORAGE     ☐ SOS     ☐ GREENSHEET

### CAUSE OF DEATH [Immediate cause and contributory causes]

A. Complications of Multi Organ System FAILURE

B.

C.

OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:

### MANNER OF DEATH

☑ NATURAL     ☐ ACCIDENT     ☐ SUICIDE     ☐ HOMICIDE     ☐ UNDETERMINED     ☐ PENDING

**IF NOT NATURAL, THEN PROVIDE INFORMATION IN THE BOXES BELOW:**

DATE OF INJURY:     TIME OF INJURY (hh:mm AM/PM):

PLACE OF ACCIDENT/INJURY: ☐ Decedent's Residence ☐ Work Site ☐ Other (Specify):

COUNTY NAME: ☐ Marion ☐ Other (Specify):

COMPLETE ADDRESS WITH CITY & ZIP CODE:

### ACCIDENT INFORMATION (Transportation Related)

Select: ☐ Driver ☐ Passenger ☐ Pedestrian ☐ Other ☐ Unknown

Restrained: ☐ Yes | ☐ No   Helmeted: ☐ Yes | ☐ No   Vehicle type: ☐ Car ☐ Truck ☐ Semi ☐ Other:

DESCRIBE HOW INJURY OCCURRED (In ONE sentence. Include weapon info, ligature type/place, etc):

### SUPERVISORY REVIEW

COMMENTS:

SENIOR DEPUTY REVIEW:     DATE: Click here to enter a date.

CORONER/CHIEF DEPUTY REVIEW:     DATE: Click here to enter a date.

D 002154



# Marion County Coroner's Office

## 521 W McCarty St, Indianapolis, IN 46225
## Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent:  Charles Todero

Age:  30

Sex: Male, White

Performed By: Mirfrida Geller, M.D.

Case:  MC-16-1209

Date:  06-13-2013

Time: 8:30 a.m.

Performed for: MCCO

☒ **Autopsy**          ☐ **External Exam**

### AMENDED 11-02-2016

## CAUSE OF DEATH

Complications of Multi- Organ System Failure

## MANNER OF DEATH

Natural

_Mirfrida Geller_ _____          11/2/2016

Mirfrida Geller, M.D., Forensic Pathologist                        Date

_____          _____

Reviewed by:  Joye M. Carter, M.D., Chief Forensic Pathologist          Date

D 002155

Decedent: Charles Todero                                      Case: MC-16-1209

## ANATOMIC/CLINICAL FINDINGS

1. Complications of liver fibrosis:
    - Encephalopathy
    - Ascites
    - Jaundice
    - Kidneys failure
    - Splenomegaly,
    - Hepatomegaly
2. Clinical history:
    - ETOH abuse
    - Hepatitis C
    - Heart - right ventricular dysfunction
    - Heparin induced thrombocytopenia
    - Liver prophile: ALT 882, AST 3911, bilirubin 3.1
    - Secondary anemia RBC 2.9; Hct 27.2; HgB 8.4, plt 121; WBC - 47.01, hyperkalemia 6.1
    - Kidneys failure: BUN 84, CR 4.8 PTT 123.45, PT - 14.5, INR -1.4
    - Respiratory failure
    - Endocarditis
3. Hepatomegaly, 1970 gms
4. Spleen cystic mass (3.5 cm in diameter)
5. Mild coronary atherosclerosis
6. No evidence of penetrating trauma
7. Evidence of recent medical intervention
8. Pulmonary edema
    - Combined lung weight ~1550 grams
9. Brain edema
10. Toxicology results are positive for Cannabinoids, Ethanol, Fentanyl, Lorazepam and Recuronium
    See AIT Lab report

Decedent: Charles Todero                                            Case: MC-16-1209

A complete postmortem examination is performed on June 13, 2016 beginning at 8:30 a.m., at the request of the Marion County Coroner's Office.

IDENTIFICATION:  The decedent was positively identified at hospital bedside by his mother as "Charles Todero", a 30-year-old white male, DOB: 8/23/1985, residing at 8172 S. Peoga Road, Trafalgar, IN 46181.

HISTORY AND CIRCUMSTANCES OF DEATH:  According to the investigative report, the decedent had hepatitis C and he also had marijuana use.  According to the hospital staff, the decedent urinalysis showed marijuana in his system.  He was admitted to the hospital on May 29, 2016.  The decedent was found to have tricuspid valve vegetation and endocarditis.  According to hospital staff, the decedent family stated that he did not have a history of heroin use.  On June 12, 2016, deputy coroner responded to St. Francis Hospital to conduct a death investigation of a 30/W/M who had expired from unknown circumstances.  According to the Johnson County Sheriff's Department, on May 29, 2016 at approximately 11:44 a.m. they received a call for possible suicidal person who was trying to step out in front of traffic.  Officers arrived at the intersection to find the decedent with a bible in his hand claiming to be Jesus.  Per the deputy, the decedent attempted to step into traffic a second time in what appeared to be suicidal attempts.

According to the hospital staff, the decedent arrived to the hospital on May 29, 2016.  According to the hospital staff, the decedent went into kidney failure and was placed on dialysis.  He was pronounced dead on June 11, 2016 at approximately 11:48 p.m.

In attendance for the autopsy is Doug Roller (Greenwood Police Department) and Patti Cummings (Greenwood Police Department.

EXTERNAL EAMINATION:  The body is received in a white plastic cadaver containment pouch with the decedent's name marked on the outside.

Upon opening the bag there is an adult white male body undressed covered with hospital sheet.

There is evidence of recent medical intervention including central lines with double lumen in the right lateral neck, central line with triple lumen in the left lateral neck.  There are EKG leads on the anterior aspect of the chest.  There is a white sponge on the right inguinal area covering the area with five needle marks.  There is also an IV line in the left inguinal area. There is also a rectal tube in place.

On the right lower extremity there is a MCCO tag on the body bearing the name Charles Todero, 30/W/M.  There is also a hospital tag with the name Todero, Charles ACCT#: 118135322, DOB: 08/23/1985, 30 years, MRN: E4272986, admission date 05-29-2016.There is a red bracelet on the left wrist with mark "taking heparin" and there are hospital bracelets on both wrists.

Marks and Scars: There are tattoos on the upper aspect of the bilateral shoulders and there is a tattoo on the right forearm.  There is no evidence of trauma.  There is contusion in the medial aspect of the left shoulder.

The head is normocephalic, atraumatic.  There is brown hair 6 cm in length.  Facial hair is a beard and mustache.  The periorbital soft tissue has mild edema.  There is jaundice to the sclera.  The conjunctiva has no hemorrhages.  The nose is of normal position and configuration.  There is no bloody fluid in the nose.  The ears are of normal position and configuration.  There is no bloody fluid in the ears.  The oral cavity mucosa is pale.  There is no evidence of trauma.  The dentition is natural.

D 002157

Decedent: Charles Todero                                                      Case: MC-16-1209

The neck is midline. There is no evidence of trauma.

The chest is of normal position and configuration. There is no increase in anterior-posterior diameter. There is no evidence of trauma.

The abdomen is flat. The umbilicus is inverted. The external genitalia are those of normal mature male configuration.

The back and buttocks are symmetrically formed with no evidence of trauma. The rectum is without evidence of trauma. There is a rectal tube in the anus.

The upper and lower extremities are symmetrically formed with no deformities, no evidence of trauma, and no absence of digits.

INTERNAL EXAMINATION: The torso is surgically opened by means of the standard "Y"-shaped anterior vertical midline thoracoabdominal incision. The skin is reflected laterally and superiorly exposing the anterior rib cage and abdominal cavity. The anterior chest is removed exposing the chest cavities. The pericardium contains ~80 ml fluid. The body cavities, internal organs and tissue structures are examined in-situ. Samples of body fluids are obtained by direct visualization. The organs are removed for examination and dissection. The head is opened by means of the standard posterior biparietal intermastoid incision. The scalp is reflected revealing the calvarium. The skull cap is removed revealing the intracranial contents. The brain is removed for examination and dissection. The dura mater is stripped from the inner surface of the skull. The structures of the neck are examined and dissected in-situ in laminar layer wise fashion after removal of the thoracoabdominal viscera and brain. The larynx and tongue are examined en bloc.

PRIMARY INCISION: There is minimal postmortem autolysis. There is no evidence of multiple blunt trauma injuries. The panniculus adiposis consist of yellow fatty tissue 2 inches in depth. There is no evidence of adhesions in the body cavities. The right pleural cavity contains ~200 ml fluid; left pleural cavity ~150 ml fluid. The internal organs are in normal anatomic position and maintain normal anatomic relationships. The mediastinal structures are midline and not distended. The diaphragm is intact and of normal configuration with no fibrotic plaques.

CARDIOVASCULAR SYSTEM: The weight of the heart is 400 grams. The epicardium is moist, delicate and glistening, with a normal amount of fatty tissue. The coronary arteries arise from their usual origins and follow normal courses. Serial cross sections through the coronary arteries show mild atherosclerosis. The cardiac chambers right atrium and right ventricle are dilated. The cardiac valves are of normal configuration, thin and pliable with no vegetations or calcifications. The myocardium is homogenous red-brown. There is no antemortem thrombus formation of the right atrium, right ventricle or pulmonary arteries. The thickness of the left ventricle wall is 1.6 cm, interventricular septum 1.6 cm and right ventricle wall is 0.5 cm. The heart valves are unremarkable and have the following measurements: Tricuspid valve is 12.0 cm, pulmonary valve 7.5 cm, mitral valve is 11.0 cm, and aortic valve 8.5 cm. The aorta shows no severe atherosclerosis and no thrombosis and ulceration. The major vessels show no severe atherosclerosis.

RESPIRATORY SYSTEM: The cartilaginous structures of the trachea and bronchi are intact present in their usual position and are of normal configuration. The lungs are present in their usual position and of normal configuration. The weight of the right lung is 820 grams; left lung 730 grams. The pleura is smooth and

D 002158

Decedent: Charles Todero

Case: MC-16-1209

glistening. The lungs are moist and glistening with minimal anthracosis. No bullous bleb formation is identified. Serial section reveals pulmonary edema and congestion. There is no evidence of scarring or fibrosis.

HEPATOBILIARY SYSTEM: The weight of the liver is 1970 grams. The liver is present in its usual position. The surface shows liver nodularity, multiple different size liver nodules with this internodular septum. Serial sections reveal light brown parenchyma, showing liver fibrosis, fatty changes and evidence of chronic passive congestion. The gallbladder is present and contains 3 ml of green bile. There is no stone formation in the lumen of the gallbladder.

RETICULOENDOTHELIAL SYSTEM: The weight of the spleen is 350 grams. The capsule is smooth and glistening. Serial section reveals pink-purple, brown, soft parenchyma, with no mass lesion or fibrosis. There is round, 3.5 cm in diameter interparenchymal cyst.

PANCREAS: The weight of the pancreas is 150 grams. The capsule is delicate smooth. Serial section through the parenchyma reveals a normal lobulated yellow-tan architecture. The ducts are patent. There is no evidence of scarring or fibrosis.

ADRENAL GLANDS: The adrenal glands are present in their usual position. Serial section reveals normal architectural arrangement of cortex and medulla. There is no evidence of scarring, fibrosis or nodular formation. No hemorrhages are identified.

GASTROINTESTINAL SYSTEM: The GI tract is intact. There is no evidence of trauma. The peritoneal surfaces are delicate smooth, moist and glistening. The esophagus is lined by a gray-tan mucosa. The lumen of the stomach contains up to ~100 ml of brown murky fluid. No pills or pill particles are identified. The duodenum contains a small amount of mucoid material with no pills or pill particles identified and no hemorrhage or ulcer formation is identified. The remainder of the small intestine, large intestine and appendix are unremarkable.

GENITOURINARY SYSTEM: The weight of the right kidney is 220 grams; left kidney- 210 grams. The surface of the kidneys is diffusely granular. The renal capsules strip with difficulty. Longitudinal section reveals well defined junction between cortex and medulla. There is no evidence of cortical scars. The ureters are of normal configuration and caliber. The urinary bladder contains up to 20 ml of clear yellow urine, with no stones.
Mature male internal genitalia are identified. The prostate is normal configuration. No fibrosis or scarring is identified. The seminal vesicles are normal size and configuration. No evidence of calcification. The testes are intact, present in their usual position and of normal configuration, normal size and weight and located in the edematous scrotal sac.

NECK: The soft tissue organs of the anterior neck are in midline. There is no evidence of hemorrhage in the subcutaneous tissue, strap muscles or soft tissue. No injuries to the neck are identified. The cervical spine is with no evidence of fracture. The hyoid bone and thyroid cartilage are intact with no evidence of fracture. The thyroid gland is intact present in its usual position. Serial section reveals homogenous brown tissue with no evidence of scarring or fibrosis.

HEAD (SCALP AND SKULL): Reflection of the scalp reveals no evidence of galeal or subgaleal hematoma. The calvarium is of normal configuration with no evidence of fracture. The bone is of normal

D 002159

Decedent:  Charles Todero                                                    Case:  MC-16-1209

thickness with no evidence of osteoporosis. The dura mater is intact.  No epidural or subdural hematoma is identified.  There is no antemortem thrombosis of the venous sinuses. The dura is stripped revealing no fractures of the basilar skull.

BRAIN:  The weight of the fresh brain is 1360 grams.  The brain has a normal configuration and normal size. The leptomeninges are delicate.  There is no cortical atrophy.  The brain shows evidence of edema with flattening of gyri and narrowing sulci.  The cortical surface in the occipital area is unremarkable.  The vessels of the Circle of Willis show no severe atherosclerosis.  No aneurysm formation is identified.  The cranial nerves are of normal distribution and configuration.  Serial sections through the cerebrum and cerebellum reveal normal anatomic architecture with well-defined junction between cortex and white matter. The ventricles are of normal size.

TOXICOLOGY:  Samples of peripheral blood, urine and vitreous humor are sent for a "Comprehensive Drug" panel.  See the AIT Laboratory report.

HISTOLOGY:  Representative specimens of all major organs have been obtained at autopsy and retained in formalin solution.

MG/wjpl


**Note:  Representative tissue sections and specimens for the case will be retained in formalin for one year and then discarded, unless requested otherwise or a homicide.**

D 002160

JUL 15. 2016 10:78AM    AIT Laboratories 317-243-2789                    NO. 4847  P. 2

# AIT Laboratories
## A HIGHER STANDARD OF SERVICE®

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Case Number: | 3087739 |
|---|---|

| Subject's Name: | TODERO, CHARLES |
|---|---|

| Client Account: | 11050 / MACC02 |
|---|---|
| Physician: | |
| Report To: | Marion County Coroner |
| | ATTN: Marchele Hall |
| | 521 W. McCarty St. |
| | Indianapolis, IN 46225 |
| | FX: 327-4563/ 327-5798 AFF |

| Agency Case #: | MC16-1209 |
|---|---|
| Date of Death: | 06/11/2016 |
| Test Reason: | Not given |
| Investigator: | Dep. Malczewski |
| Date Received: | 06/14/2016 |
| Date Reported: | 07/07/2016 |

| Laboratory Specimen No: | 40579950 | | Date Collected: | 06/13/2016 |
|---|---|---|---|---|
| Container(s): | 01:RTB | Blood,PERIPHERAL | Test(s): 70510 | Comprehensive Drug Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Lorazepam | POSITIVE | | | | |
| Lorazepam, Quant | | 69.8 | ng/mL | 50 - 240 | |
| CANNABINOIDS | POSITIVE | | | | |
| THC | POSITIVE | | | | |
| THC, Quant | | 1.2 | ng/mL | | |
| THC-COOH | POSITIVE | | | | |
| THC-COOH, Quant | | 7.9 | ng/mL | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | POSITIVE | | | | |
| Fentanyl | POSITIVE | | | | |
| Fentanyl, Quant | | 7.4 | ng/mL | 1 - 3 | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |

**TODERO, CHARLES**
**Laboratory Case #: 3087739**
**Printed Date/Time: 07/15/2016, 09:51**

D 002161



**AIT Laboratories**

A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

Laboratory Specimen No:        40579950                    Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| ANESTHETICS | POSITIVE | | | | |
| Rocuronium (Zemuron®) | POSITIVE | | | | |
| Rocuronium, Quant | | 849 | ng/mL | | |
| ANTIBIOTICS | Negative | | | | |
| ANTICONVULSANTS | Negative | | | | |
| ANTIDEPRESSANTS | Negative | | | | |
| ANTIHISTAMINES | Negative | | | | |
| ANTIPSYCHOTICS | Negative | | | | |
| CARDIOVASCULAR AGENTS | Negative | | | | |
| ENDOCRINE AGENTS | Negative | | | | |
| GASTROENTEROLOGY AGENTS | Negative | | | | |
| NARCOTICS | Negative | | | | |
| NEUROLOGY AGENTS | Negative | | | | |
| SEDATIVES/HYPNOTICS | Negative | | | | |
| STIMULANTS | Negative | | | | |
| UROLOGY AGENTS | Negative | | | | |

Specimens will be kept for at least one year from the date of initial report.

TODERO, CHARLES
Laboratory Case #: 3087739
Printed Date/Time: 07/15/2016, 09:51

D 002162

Jul 15 2016 10:29AM  AIT Laboratories 317-243-2789    No. 4842   P. 7

# AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| | | | |
|---|---|---|---|
| Laboratory Specimen No: | 40579951 | Date Collected: | 06/13/2016 |
| Container(s):  01:UR | Urine, Random | Test(s):  70080 | Drugs of Abuse Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ALCOHOL | POSITIVE | | | | |
| Ethanol | POSITIVE | | | | |
| Ethanol, Quant | | 0.044 | % (w/v) | | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Lorazepam | POSITIVE | | | | |
| Lorazepam, Quant | | 397 | ng/mL | | |
| BUPRENORPHINE/METABOLITE | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | POSITIVE | | | | |
| Fentanyl | POSITIVE | | | | |
| Fentanyl, Quant | | 31.8 | ng/mL | | |
| Norfentanyl | POSITIVE | | | | |
| Norfentanyl, Quant | | >100 | ng/mL | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |

**TODERO, CHARLES**
Laboratory Case #: 3087739
Printed Date/Time: 07/15/2016, 09:51

D 002163

# AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| | |
|---|---|
| **Laboratory Specimen No:** 40579952 | **Date Collected:** 06/13/2016 |
| **Container(s):** 01:VIT_CON Vitreous,EYE | **Test(s):** |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

**Laboratory Director**              **TODERO, CHARLES**              **Case Reviewer**
Laboratory Case #:3087739
Andrea Terrell, Ph.D., DABCC          Print Date/Time:07/15/2016, 09:51
Page: 4 of 4

This individual may not have performed any of the analytical work.

D 002164


**AIT Laboratories**
A HIGHER STANDARD OF SERVICE

In accordance with federal aviation guidelines, please complete this *Blood Manifest* by indicating the requisition/case number of each specimen being shipped to AIT Laboratories. The *Blood Manifest* must be used when shipping any blood specimens in a Laboratory Pak/OVERPACK bag to AIT and will help ensure that the specimens being sent match the specimens received.

For questions about forensic cases, please contact FBUCS@aitlabs.com or 800-875-3894. Questions regarding compliance monitoring may be directed to Clientservices@aitlabs.com or 800-875-3894.

04/13/2016

### BLOOD MANIFEST

Number of cases included in Lab Pak/OVERPACK bag: _____   Client's Initials: _____   Account Number: _____

| | Requisition/Case Number | |
|---|---|---|
| 1. | | Daniel P. Smith MC-16-1201 36/w/m 6/11/2016 Dep. Malczewski |
| 2. | | |
| 3. | JASON Breeden MC-16-1203 | FC681153 |
| 4. | Nicole weisgao MC-16-1205 | FC681156 |
| 5. | Charles Tordero  mc 16-1209/FC681154 | |
| 6. | Leopoldo Richardo Villa MC-16-1210 | FC681157 |
| 7. | FC681155 / MC-16-1213  (Conner Filley) | |
| 8. | | |

### INTERNAL LAB USE ONLY

Number of specimens/cases received: _____

```
Invoice: Coroner      Date : 05Feb15
Customer : 11050       Weight : 1 LBS
Phone : (317)243-3894 COD :
Dept :                 DV :              0.00
Svcs: PRIORITY OVERNIGHT  Master 6298 8427 0399
                          TRCK: 6298 8427 0692
```

DATE: _____ / _____ /20_____ TIME: 8 am

CASE #: 16-1209

NAME: Charles Todero

AGE/RACE/SEX: 30/w/m WT: 187 # HT: 71 ” HAIR/EYES: _____

EXAMINATION TYPE: **EXTERNAL ONLY** / **EXTERNAL + PARTIAL AUTOPSY** / (**FULL AUTOPSY**)

DONOR: YES /(NO)/ PRE / POST AUTOPSY; ORGANIZATION: _____

PATHOLOGIST: M. Cellos        ASSISTANT: Amanda

Charles Todero
MC-16-1209
30/w/m
6/ /2016 Dep. Malczewski

| WEIGHTS & MEASURES | |
|---|---|
| PANNICULUS | 2 |
| THYMUS | |
| PERICARDIUM | ≈ 80 ml |
| HEART | 400 g |
| PLEURAL (R/L) CAVITIES | ≈ 200 ml / ≈ 150 ml |
| RIGHT LUNG | 820 g |
| LEFT LUNG | 730 g |
| PERITONEAL CAVITY | |
| LIVER | 1970 g |
| SPLEEN | 350 g c cyst/abscess 3.5 cm |
| PANCREAS | 150 g |
| ADRENALS | |
| RIGHT KIDNEY | 220 g |
| LEFT KIDNEY | 210 g |
| BRAIN | 1360 g |
| STOMACH | 100 ml brown fluid, no pills |
| GALLBLADDER | Y / N |
| APPENDIX | Y / N |
| CIRCUMCISED | Y / N / NA |

TV 12
MV 11
AV 8.5
PV 7.5
LV 1.6
RV 0.5

mild atherosol.
no reflections

} pulm. edema

hepatic fibrosis, ascites

} no scars, no masses
edema

abdom. wall hemor.
scrotum edema

| SAMPLE: | ADMIT BLOOD | ADMIT URINE | DONOR BLOOD | DONOR URINE | DONOR VITREOUS | AUTOPSY VITREOUS | AUTOPSY BLOOD 1 | AUTOPSY BLOOD 2 | AUOPSY BLOOD 3 | AUTOPSY URINE |
|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE: | | | | | | | | | | Bladder |
| VOLUME: | | | | | | 5 ml | 60 | | | 30 ml |
| SENT OUT? | | | | | | | | | | |
| SAVED? | | | | | | | | | | |

**OTHER SPECIMENS COLLECTED**

DNA CARD / STOCK TISSUE / BRAIN / EYES / HEART / LARYNX / PUDENDUM / JAWS / BONE / GASTRIC _____

OTHER: _____

D 002166

**Marion County Coroner's Office**
521 W McCarty St, Indianapolis, IN 46225
Tel: (317) 327-4744; Fax: (317) 327-4563

Charles Todero
MC-16-1209
30/w/m
6/ /2016 Dep. Malczewski

Date: 6/13/2013   Time: 8⁰⁰ am

Case #: 16-1209   Decedent Name: Charles Todero

Age/Race/Sex: 30/w/m   Height/Weight: 71 / 184   Hair/Eyes: brown/brown

Performed by: M. Celler   Performed for: MCCO

☒ FULL AUTOPSY ☐ PARTIAL AUTOPSY ☐ EXTERNAL EXAM ONLY ☐ CONSULT

ANATOMIC/CLINICAL FINDINGS

1. Complications of liver fibrosis, (ascitis, (and/or kidneys failure,) splenomegaly, hepatomegaly)
2. Clinical history:
   - ETOH abuse
   - Hepatitis C                                    liver failure
   - Heart - R. ventricular dysfunction (ALT 882, AST 3911
   - Heparin - induced thrombocytopenia, bili 3.1
   Resp. failure - Secondary anemia RBC 2.9; Hct 27.2; HgB 8.9
   Endocarditis   plt 121; WBC - 47.01, hyperkalemia 6.9
   - kidneys failure BUN 84, CR 4.8  PTT-123.4s
3. Spleen cystic mass (3.5cm in diameter) PT-14.5s
4. No evidence of trauma                         INR-1.4
5. Evidence of recent med. intervention
6. Pulmonary edema

CAUSE OF DEATH - Combined lung weight ~1550 gms

Pulmonary too.

MANNER OF DEATH
☒ Natural ☐ Homicide ☐ Accident ☐ Suicide ☐ Undetermined ☐ Is PENDING due to:
?
   ☐ Investigation by Law Enforcement
   ☐ Investigation by
   ☐ Medical Records
   ☒ Toxicology Results   pending
   ☐ Microscopic Evaluation
   ☐ Specialized test – DNA
   ☐ Specialized test – Identification
   ☐ Specialized test – Anthropology
   ☐ Other:
   ☐ Other:

M. Celler

Forensic Pathologist

# Supplemental Report

DATE: JUNE 14, 2016                    TIME: 12:58 PM

TO: PATHOLOGY                          FROM: GRETCHEN ZOELLER

RE: MC-16-1209 CHARLES TODERO

**ADDITIONAL INFORMATION:**

THE DECEDENT, CHARLES TODERO HAS NO ADMISSION BLOOD AVAILABLE FROM THE ST FRANCIS HOSPITAL LAB.

SPOKE WITH DEBBIE BERNER, THE DIRECTOR OF THE LAB (TX: 528-8187) WHO INDICATED THAT ALL LAB SPECIMEN ARE DESTROYED AFTER 3 DAYS.





# Marion County Coroner's Office
### 521 W McCarty St, Indianapolis, IN 46225
### Tel: (317) 327-4744; Fax: (317) 327-4563

Date: 6/13/2016

Case #: 16-1209

Decedent Name: Charles Todero

Charles Todero
MC-16-1209
30/w/m
6/__/2016 Dep. Malczewski



Male Body, Anterior and Posterior

Forensic Pathologist

D 002169

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski        Charles Todero        Case Number: MC-16-1209

| Deceased - Name (First, Middle, Last) | | Sex | Time Pronounced | Date of Death |
|---|---|---|---|---|
| Charles Todero | | Male | 11:48 PM | 06/11/2016 |

| Date Notified | Time Notified | Time Arrived |
|---|---|---|
| 06/12/2016 | 12:22 AM | 12:45 AM |

| Social Security Number | Age | Date of Birth | Birthplace (City and State or Foreign Country) |
|---|---|---|---|
| | 30 years, 10 months, 19 days | 08/23/1985 | Indiana |

| Marital Status | Surviving Spouse (if wife, give maiden name) | Decedent Usual Occupation | Kind of Business/Industry |
|---|---|---|---|
| Never Married | | unknown | |

| Address Line 1 | Address Line 2 |
|---|---|
| 8172 S. Peoga Raod | |

| City | State | Zip Code | County of Residence | Citizen of What Country? |
|---|---|---|---|---|
| Trafalgar | Indiana | 46181 | Johnson | United States |

| Decedent's Race | Decedent's Ethnicity | Decedent's Education |
|---|---|---|
| White | No, not Spanish/Hispanic/Latino | High School |

| Place of Death? | Place of Death (Addl Info) | Armed Forces Service Member? |
|---|---|---|
| Hospital - Inpatient | | Inactive |

| Facility Name | City, Town, or Location of Death | County of Death |
|---|---|---|
| ST. FRANCIS HOSPITAL - INDIANAPOLIS | Indianapolis | Marion |

| Father's Name (First, Middle, Last) | Mother's Name (First, Middle, Maiden Surname) |
|---|---|
| unknown | Teresa Todero |

| Informant's Name | Informant's Address |
|---|---|
| | |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| | | | |

| Next-of-Kin's Name | Next-of-Kin's Address |
|---|---|
| Teresa Todero | 8172 S. Peoga Raod |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| Trafalgar | Indiana | 46181 | Mother |

| Notification Made? | Notified Person's Name | Notified Person's Phone | Notification Time | Notification Date |
|---|---|---|---|---|
| Yes | Teresa Todero | (317) 529-3921 | 11:48 PM | 06/11/2016 |

| Notified Person's Address Line 1 | Notified Person's Address Line 2 | Notification Made By |
|---|---|---|
| 8172 S. Peoga Raod | | Hospital Staff |

| Degree of Rigor | Position Found |
|---|---|
| Full Body | |
| Livor Location | Decedent was found lying face up on a hospital bed. |
| Posterior | |

| Describe How Deceased Was Dressed |
|---|
| Decedent was observed clad in a hospital gown. |

| Identification Method | Vehicle(s) Towed? |
|---|---|
| Family on Scene | No |

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski                    Charles Todero                    Case Number: MC-16-1209

## Injury Information

| Date & Time of Injury | | Place of Injury | | | |
|---|---|---|---|---|---|
| 5/29/2016 11:44 AM | | Roadway | | | |
| Address | City | County | State | Zip Code | |
| Madison Avenue & Camby Street | Greenwodd | Johnson | Indiana | 46142 | |
| Description of How Injury Occurred | | | | | |
| Decedent went into cardiac arrest in the back of an ambulance after being tasered by police officers. | | | | | |

## On Scene Personnel

| Type | Name | Unit Number | Case Reference # | Phone # |
|---|---|---|---|---|
| Deputy Coroner | Mallory Malczewski | Coroner 15 | G16L11930 | |

## Criteria

| Criteria for Case | Additional Information |
|---|---|
| Undeterminable | |

## Circumstantial

On 6/12/2016 at approximately 12:22 AM, Deputy Coroner Mallory Malczewski was notified via onramp to respond to the ICU at St. Francis Hospital to conduct a death investigation on a W/M/30 who had expired from unknown circumstances after being tasered by police officers.

## Identification and Notification

The decedent was POSITIVELY identified at hospital bedside by his mother, as: Charles Todero, W/M/30, DOB: 8/23/1985, residing at: 8172 S. Peoga Road, Trafalgar, IN 46181.

NOTIFICATION

The decedent's NOK, mother Teresa Todero, was notified at time of death pronounced at hospital bedside at approximately 11:48 PM on 6/11/2016.

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski                    Charles Todero                    Case Number: MC-16-1209

## Past Medical History

***At time of on scene investigation, the hospital information management system was not working for routine maintenance. As a result, a complete set of medical records from date of admission could not be obtained. Deputy Malczewski prepared a subpoena for medical records.

According to hospital staff, the decedent had the following medical history:

Hepatitis C
Marijuana Use

According to hospital staff, the decedent's urinalysis on date of admission showed marijuana in his system. Per hospital staff, following the decedent's admission to the hospital on 5/29/2016, the decedent was found to have tricuspid valve vegetation and endocarditis. Per hospital staff, the decedent's family was adamant he did not have a history of heroin use. Per hospital staff, they do not test for spice or other additional substances. Per hospital staff, the decedent's reported no familial history of cardiac problems.

**At time of report, no admission blood remained at the hospital for testing**

## Social History

An extensive social history is not known at time of report. The decedent's mother could not be reached. According to medical staff, the decedent's family had reported he had a history of marijuana abuse and drank approximately ½ gallon of vodka daily. Per hospital staff, the decedent's family had reported the decedent's father died law month and the decedent had been relying heavily on religion to get through his grief. According to the Johnson Co. Sheriff Dept, the decedent had a previous history of run-in's with their law enforcement agency.

## Physical Exam

The decedent was observed to be a white male lying face up on a hospital bed. The decedent was observed to be covered with a white blanket and clad in a hospital gown. Rigor was beginning to present in the extremities and lividity was posterior. The decedent was observed to have tattoos along both of his arms. The decedent was observed to have the following articles of medical intervention present, including: IV's in both the right and left side of the neck, heart monitor pads, defibrillator pads, IV's in right and left side of groin region, blood pressure cuff around right bicep, pressure wrap around right calf and a fecal tube. The decedent was observed to have a bruise along the inside of his left bicep. The decedent was observed to have a scabbed abrasion on his right knee. The decedent was observed to have six small healing abrasion on the right lower side of his back. Hospital staff identified the marks as being from a taser. The decedent was observed to have

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski        Charles Todero        Case Number: MC-16-1209

a large imprint of an 'x' across his back from a back board on the hospital bed underneath him.

## Terminal Episode

On 6/12/2016 at approximately 12:22 AM, Deputy Coroner Mallory Malczewski was notified via onramp to respond to the ICU at St. Francis Hospital to conduct a death investigation on a W/M/30 who had expired from unknown circumstances after being tased by police officers. According to the Johnson Co. Sheriff Dept., on 5/29/2016 at approximately 11:44 AM, they received a 911 call for a possible suicidal person who was trying to step out in front of traffic. Per the deputy, officers arrived at the intersection to find the decedent with a bible in his hand claiming to be jesus. Per the deputy, the decedent attempted to step into traffic a second time in what appeared to be a suicide attempt. Per the deputy, the responding officer tasered the decedent in the back but full contact was not made. Per the deputy, the decedent dropped to his knees but continue to no comply with the responding deputy's commands. Per the deputy, the responding deputy tasered the decedent again in the leg in order to gain compliance and eventually was able to get the decedent subdued. Per the deputy, the decedent was loaded into an ambulance and transported from the scene for evaluation.

According to hospital staff, the decedent coded in the ambulance shortly after receiving versed administered through the nose. Per hospital staff, the decedent was resuscitated by EMS workers and had to be intubated in the ER. Per hospital staff, the decedent was transferred to the ICU on 5/29/2016. Per hospital staff, shortly after arrival to the ICU the decedent's liver enzyme count was extremely high they were considering transferring the decedent for a possible transplant. The hospital staff reported the decedent also went into kidney failure and was placed on dialysis. Hospital staff reported the decedent continued to deteriorate but then seemed to improve. Per hospital staff, the decedent was never able to be weaned off of the ventilator and could slightly respond to commands. Per hospital staff, on 6/10/2016 the decedent began to code while on the ventilator throughout the day. Per hospital staff, the decedent's family were given his grim prognosis and they decided to wean him off of life support. Per hospital staff, the decedent was pronounced nonviable on 6/11/2016 at approximately 11:48 PM.

## Disposition

Digital photographs were taken; identification tag placed on decedent; decedent was placed in a labeled transport bag and transported to MCCO via DMS.

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski          Charles Todero          Case Number: MC-16-1209

## Scene Investigation

The decedent was found in room P306 of the Adult ICU at St. Francis Hospital in
Indianapolis, IN

## Additional Comments

Johnson Co. Sheriff Deputies will be present at autopsy

Case #: G16L11930



☩ **Franciscan**
ST. FRANCIS HEALTH

## CERTIFICATION OF
## HOSPITAL MEDICAL RECORDS

Patient: _Charles Todero_

Date: _July 27, 2016_   Number of Pages: _10,483_

**PERSONALLY APPEARED,** before me, the undersigned Notary Public, duly authorized by the State of Indiana to administer oaths, __SHARLA HOBBS,__ who being
(Printed Name of Records Custodian)
first duly sworn, stated an oath that the facts contained in the following certification are true and correct:

CARMEL
12188-B N. Meridian St.
Carmel, IN 46032
PH: 317 705 4500

INDIANAPOLIS
8111 South Emerson Avenue
Indianapolis, IN 46237
PH: 317 528 5000

MOORESVILLE
1201 Hadley Road
Mooresville, IN 46158
PH: 317 831 1160

1.   I, SHARLA HOBBS, am a custodian of the records of Franciscan - St. Francis Health (St. Francis), and am authorized to certify those records.
Office located at: ✓ 8111 South Emerson Avenue, Indianapolis, Indiana, 46237
___ 1201 Hadley Road, Mooresville, Indiana 46158
___ 12188B N. Meridian Street, Carmel, Indiana 46032
___ 1600 Albany, Beech Grove, Indiana, 46107

2.   After performing a diligent search, I affirm that, to my knowledge, the attached documents are true and correct copies of all requested records in the possession of St. Francis that are responsive to the request made by Plaintiff, Defendant, and/or Government Agency. This certification is given pursuant to I.C. 34-43-1-5 by the Custodian of the Records in lieu of the Custodian's personal appearance.

3.   The attached pages of records are prepared by the personnel of St. Francis in the ordinary course of business and are recorded at or near the time of the acts, transactions, occurrences or events that the records describe. The records were made from information transmitted by a person with knowledge of those matters. These records were kept in the course of the regularly conducted activity of St. Francis. It is the regular practice of St. Francis to make such records. These records were not created for the purpose of this or any other litigation.

_Sharla Hobbs, RHIA_
Signature of Records Custodian

Place Officer's Seal Here   Subscribed and sworn or affirmed to, before me, this _27_ day
of _July_ , A.D._2016_ . IN TESTIMONY WHEREOF,
I, _Pamela S. Dowell_ have set my hand and official seal.
(printed name of notary)
_Pamela S. Dowell_ , a notary for the county of _Marion_ ,
(signature of notary public)
State of Indiana. My commission expires: _11-7-2018_

PAMELA S. DOWELL
Marion County
My Commission Expires
November 7, 2018

roicertform 2003

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

**FRANCISCAN ALLIANCE**

| ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|
| 8111 South Emerson Av | MRN: E3174503 |
| INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| Facesheet | Adm: 5/29/2016, D/C: 5/29/2016 |

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Todero, Charles | E3174503 | xxx-xx-xxxx | Male | 08/23/85 (DECEASED) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| 8172 S PEOGA RD TRAFALGAR IN 46181-8712 | 317-691-6855 (H) 317-691-6855 (M) | | UNEMPLOYED |

| Race |
|---|
| White or Caucasian |

| Reg Status | PCP |
|---|---|
| Verified | No, Pcp, MD |

| Marital Status | Religion | Alias | Language |
|---|---|---|---|
| Single | None | DOE,JOHN BGV | English |

## Patient Employment

| | | | |
|---|---|---|---|
| **Employer:** | UNEMPLOYED | | |
| **Address:** | NA | | |
| **City:** | NA | **State:** IN | **Zip:** 00000 | **Phone:** |
| **Occupation:** | UNEMPLOYED | | **Employee?:** No |

## Emergency Contact Information

| | | |
|---|---|---|
| **Name:** | TODERO, TERESA | **Relationship:** Mother |
| **Address:** | | |
| **City:** | **State:** **Zip:** | **Phone:** 317-529-3921 |
| | | **Business phone:** |

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Todero, Charles | 118135322 | Inpatient | Billed | MEDICAID - ANTHEM HEALTHY INDIANA PLAN |

## Guarantor Account (for Hospital Account #118135322)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Todero, Charles | Self | FA | Yes | Personal/Family |

| Address | Phone | Gender | DOB |
|---|---|---|---|
| 8172 S PEOGA RD TRAFALGAR, IN 46181-8712 | 317-691-6855(H) | Male | 08/23/85 |

| Emp Name | Emp Status | Occupation |
|---|---|---|
| UNEMPLOYED | Not Employed | UNEMPLOYED |

| Emp Address | Emp Phone |
|---|---|
| NA NA, IN 00000 | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00470

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Facesheet

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## Coverage Information (for Hospital Account #118135322)

| F/O Payor/Plan | | Subscriber DOB | Subscriber Sex | Precert # |
|---|---|---|---|---|
| MEDICAID/ANTHEM HEALTHY INDIANA PLAN | | 08/23/85 | M | |
| Subscriber | | | Relation to Pt | Subscriber # |
| Todero, Charles | | | Self | YRK100486463199 |
| Grp # | | | | |

| Address | | Phone | | |
|---|---|---|---|---|
| PO BOX 6144 INDIANAPOLIS, IN 46206 | | | | |
| Policy Number | | | Status | |
| YRK100486463199 | | | - | |
| Subscriber Emp | | Emp Phone | Emp Address | Auth/Cert |
| UNEMPLOYED | | | NA NA, IN 00000 | |

## Admission Information

| Unit/Bed: | IN EMERGENCY/Waiting | Service: | Emergency Medicine |
|---|---|---|---|
| Admitting provider: | | Phone: | |
| Attending provider: | | Phone: | |
| PCP: | No, Pcp, MD | Phone: | |
| Admission dx: | | Patient class: | Emergency |
| Admission type: | ER | | |

## Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/12/2016 10:42 AM | Expired | None | None | In Emergency |

No documents found

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00471

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 5/29/2016 |

## Table of Contents

### Table of Contents - Legal Medical Record

**The following section titles appear in the medical record but are only populated with clinical information if applicable to the visit.  The order of the chart is as follows:**

| | |
|---|---|
| - Visit Information | This section contains admission information, discharge information, treatment team. |
| - ED Notes | E-signatures will be found at the top and bottom of each note. Urgent Care Notes appear in this section and are labeled as ED Notes. |
| - Notes | This section is in chronological order and contains all clinician notes.  E-signatures will be found at the bottom of each note.  This section also includes discharge summary, H&P, or other dictation. |
| - Surgical Information | This section contains surgical and anesthesia information. |
| - Orders | This section is in chronological order. |
| - Results | This section is grouped by test category (i.e. Lab, Radiology).  The test category is in chronological order. |
| - Medications | This section is in chronological order. |
| - Care Plan Data | |
| - Instructions | This section will contain instructions without patient signature.  The form with patient signature is located under the scanned document section at the end of this chart. |
| - Flowsheets | |
| - Scanned Documents | This section will contain all scanned documents for this record. |

**If a section states "no notes" or "no results", refer to the scanned documents section at the end of the record to determine if there are any scanned documents.**

**If an order displays an order mode with the word 'Transcribed' (for example: Transcribed Patient Access), refer to scanned documents section at the end of the record to locate the signed physician order.**

**The records being provided to you pursuant to your request contain all final reports of the care and treatment provided to the patient.**

## Visit Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | 05/29/2016 12:26 PM | Admit Date/Time: | 05/29/2016 12:24 PM | IP Adm. Date/Time: | 05/29/2016  5:00 PM |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Point of Origin: | Physician Referral | Admit Category: | |
| Means of Arrival: | Indianapolis Ems | Primary Service: | Pulmonology | Secondary Service: | |
| Transfer Source: | | Service Area: | Franciscan Alliance | Unit: | In Emergency |
| Admit Provider: | Skelton, Faron Richard, MD | Attending Provider: | Skelton, Faron Richard, MD | Referring Provider: | |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/12/2016 10:42 AM | Expired | None | None | In Emergency |

### ADT Events

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00472

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## ADT Events (continued)

| | Unit | Room | Bed | Service | Event |
|---|---|---|---|---|---|
| 05/29/16 1226 | IN EMERGENCY | 11 | 11 | Emergency Medicine | Admission-Update |
| 05/29/16 1227 | IN EMERGENCY | 11 | 11 | Emergency Medicine | Transfer Out-Update |
| 05/29/16 1227 | IN EMERGENCY | Waiting | Waiting | Emergency Medicine | Transfer In-Update |
| 05/29/16 1228 | IN EMERGENCY | Waiting | Waiting | Emergency Medicine | Discharge-Update |

**Allergies as of 5/29/2016**

Review Complete On: **8/5/2014** By: **Shirai, Marcie Lynn, RN**

No Known Allergies

**Immunizations**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **Pneumococcal Polysaccharide** | 06/02/16 | 0.5 mL | 4/24/15 | Intramuscular | Left deltoid |

Given By: Plettner, Frank G, RN
Lot#: LO31459

Manufacturer: Merck & Co. Inc

**Patient History**

**Medical**

as of 5/29/2016

**Surgical**

as of 5/29/2016

**Family**          **None**
as of 5/29/2016

**Family Status**          **None**
as of 5/29/2016

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 5/29/2016 | Current Every Day Smoker | Provider | | 1.0 | 0.0 | | | | Unknown | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|
| as of 5/29/2016 | Yes | Provider | | | | |

| Drug Use | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| as of 5/29/2016 | No | Provider | | 0.00 | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00473

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

**Sexual Activity as of 5/29/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| | Provider | | | |

**Social ADL as of 5/29/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| Back Care | Not Asked | | Provider |
| Home Violence | Not Asked | | Provider |
| Piercing | Not Asked | | Provider |
| Special Diet | Not Asked | | Provider |
| Bike Helmet | Not Asked | | Provider |
| Exercise | Not Asked | | Provider |
| Seat Belt | Not Asked | | Provider |
| Spiritual Affiliation | Not Asked | | Provider |
| Blood Transfusions | Not Asked | | Provider |
| Hobbies | Not Asked | | Provider |
| Self-Exams | Not Asked | | Provider |
| Stress Concern | Not Asked | | Provider |
| Caffeine Usage | Not Asked | | Provider |
| Military Service | Not Asked | | Provider |
| Sleep Habits | Not Asked | | Provider |
| Tattoo | Not Asked | | Provider |
| Car Seat | Not Asked | | Provider |
| Occupational Exposure | Not Asked | | Provider |
| Social Activities/Clubs | Not Asked | | Provider |
| Weight Concern | Not Asked | | Provider |

**Social Doc as of 5/29/2016**   **\*\*None\*\***

**Occupational as of 5/29/2016**   **\*\*None\*\***

**Socioeconomic as of 5/29/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Non-Hispanic | White or Caucasian |

**Birth**   **\*\*None\*\***

**Treatment Team**
Not on file

**End of section**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00474

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## ED Notes

**ED Arrival Information**

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|----------|---------|--------|------------------|-------------|---------|----------------|
| - | 5/29/2016 12:26 PM | - | Indianapolis EMS | Self | Emergency Medicine | Emergency |

| Arrival Complaint |
|-------------------|
| - |

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00475

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 5/29/2016 |

## Notes

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00476

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## Surgical Information

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00477

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## Orders

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00478

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 5/29/2016 |

## All Orders

### ARTERIAL O2 SATS [21429038]
Electronically signed by: **Edi, Lab In HIseven on 05/29/16 1255**    Status: **Completed**
Ordering user: Edi, Lab In HIseven 05/29/16 1255    Ordering provider: Provider, Interface
Authorized by: Provider, Interface    Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1255 - 1    Class: Normal
Occurrences
Quantity: 1
Rate:    ONCE

### ARTERIAL BLOOD GAS [21429040]
Electronically signed by: **Edi, Lab In HIseven on 05/29/16 1257**    Status: **Completed**
Ordering user: Edi, Lab In HIseven 05/29/16 1257    Ordering provider: Provider, Interface
Authorized by: Provider, Interface    Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1300 - 1    Class: Normal
Occurrences
Quantity: 1
Rate:    ONCE

### POC GLUCOSE [21429042]
Electronically signed by: **Edi, Lab In HIseven on 05/29/16 1319**    Status: **Completed**
Ordering user: Edi, Lab In HIseven 05/29/16 1319    Ordering provider: Provider, Interface
Authorized by: Provider, Interface    Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1320 - 1    Class: Normal
Occurrences
Quantity: 1
Rate:    ONCE

### ARTERIAL O2 SATS [21429044]
Electronically signed by: **Edi, Lab In HIseven on 05/29/16 1353**    Status: **Completed**
Ordering user: Edi, Lab In HIseven 05/29/16 1353    Ordering provider: Provider, Interface
Authorized by: Provider, Interface    Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1355 - 1    Class: Normal
Occurrences
Quantity: 1
Rate:    ONCE

### ARTERIAL O2 SATS [21429046]
Electronically signed by: **Edi, Lab In HIseven on 05/29/16 1622**    Status: **Completed**
Ordering user: Edi, Lab In HIseven 05/29/16 1622    Ordering provider: Provider, Interface
Authorized by: Provider, Interface    Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1625 - 1    Class: Normal
Occurrences
Quantity: 1
Rate:    ONCE

### ARTERIAL BLOOD GAS [21429048]
Electronically signed by: **Edi, Lab In HIseven on 05/29/16 1626**    Status: **Completed**
Ordering user: Edi, Lab In HIseven 05/29/16 1626    Ordering provider: Provider, Interface
Authorized by: Provider, Interface    Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1630 - 1    Class: Normal

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    TODERO 00479

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

## All Orders (continued)

### ARTERIAL BLOOD GAS [21429048] (continued)
Occurrences
Quantity: 1
Rate:          ONCE

### ARTERIAL BLOOD GAS [21429050]
Electronically signed by: **Edi, Lab In Hlseven on 05/29/16 1626**          Status: **Completed**
Ordering user: Edi, Lab In Hlseven 05/29/16 1626     Ordering provider: Provider, Interface
Authorized by: Provider, Interface                   Ordering mode: Standard
Frequency: Routine Once / Routine 05/29/16 1630 - 1     Class: Normal
Occurrences
Quantity: 1
Rate:          ONCE

### ECG 12-LEAD [21429052]
Administratively closed for: **HIM-HOSP A HIM ADMINISTRATOR**          Status: **Completed**
Mode: Ordering in Per Policy/Protocol mode          Communicated by: Brandenburg, April A, Cardiac Technologist
Additional info: Cosign requirement was administratively closed by Wilder, Autumn R on 06/06/16 1919, Reason - Other (With Comments). Comment - Patient Never Arrived
Ordering user: Brandenburg, April A, Cardiac Technologist   Ordering provider: Moore, Christopher B, MD
05/30/16 0824
Authorized by: Moore, Christopher B, MD                     Ordering mode: Per Policy/Protocol
Cosigning events:
  Administratively closed for HIM-HOSP A HIM ADMINISTRATOR for Ordering
  Cosign requirement was administratively closed by Wilder, Autumn R on 06/06/16 1919. Reason - Other (With Comments). Comment - Patient Never Arrived
Frequency: Routine Once / Routine 05/29/16 1237 - 1     Class: Hospital Performed
Occurrences
Quantity: 1
Questions:
  Reason for Exam XX Other (Reason MUST be specified to avoid testing delays-free text below)
  Other Reason for Exam discharged
Order comments:
  IN ED.Ekg done not ordered.
Rate:          ONCE

### ARTERIAL BLOOD GAS [21429054]
Electronically signed by: **Edi, Lab In Hlseven on 05/30/16 0923**          Status: **Completed**
Ordering user: Edi, Lab In Hlseven 05/30/16 0923     Ordering provider: Provider, Interface
Authorized by: Provider, Interface                   Ordering mode: Standard
Frequency: Routine Once / Routine 05/30/16 0925 - 1     Class: Normal
Occurrences
Quantity: 1
Rate:          ONCE

### POC GLUCOSE [21429056]
Electronically signed by: **Edi, Lab In Hlseven on 05/30/16 0923**          Status: **Completed**
Ordering user: Edi, Lab In Hlseven 05/30/16 0923     Ordering provider: Provider, Interface
Authorized by: Provider, Interface                   Ordering mode: Standard
Frequency: Routine Once / Routine 05/30/16 0925 - 1     Class: Normal

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          TODERO 00480

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

---

**All Orders (continued)**

**POC GLUCOSE [21429056] (continued)**

Occurrences
Quantity: 1
Rate:          ONCE

**POC GLUCOSE [21429058]**

Electronically signed by: **Edi, Lab In Hlseven on 05/30/16 1157**                    Status: **Completed**
Ordering user: Edi, Lab In Hlseven 05/30/16 1157          Ordering provider: Provider, Interface
Authorized by: Provider, Interface                        Ordering mode: Standard
Frequency: Routine Once / Routine 05/30/16 1200 - 1       Class: Normal
Occurrences
Quantity: 1
Rate:          ONCE

---

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00481

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

## Results

### Laboratory Results

Resulted: 05/29/16 1250, Result status: Final result

#### POC GLUCOSE [21429043]

| Ordering provider: | Provider, Interface 05/29/16 1319 | Order status: | Completed |
|---|---|---|---|
| Resulting lab: | ALVERNO CLINICAL LAB | | |

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72950955:3 | Whole Blood | | AUTOV 05/29/16 1250 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POC GLUCOSE | 78 | 70 - 99 mg/dL | | 200055 |

Resulted: 05/29/16 1255, Result status: Final result

#### ARTERIAL O2 SATS [21429039]

| Ordering provider: | Provider, Interface 05/29/16 1255 | Order status: | Completed |
|---|---|---|---|
| Resulting lab: | ALVERNO CLINICAL LAB | | |

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72950925:1 | Whole Blood | | AUTOV 05/29/16 1254 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ARTERIAL O2 SAT | 96.8 | 94.0 - 97.0 % | | 200055 |

Resulted: 05/29/16 1257, Result status: Final result

#### ARTERIAL BLOOD GAS [21429041] (Abnormal)

| Ordering provider: | Provider, Interface 05/29/16 1257 | Order status: | Completed |
|---|---|---|---|
| Resulting lab: | ALVERNO CLINICAL LAB | | |

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72950928:2 | Whole Blood | | AUTOV 05/29/16 1254 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PH ARTERIAL | 6.78 | 7.35 - 7.45 | LL | 200055 |
| PCO2 ARTERIAL | 74 | 32 - 48 mm[Hg] | HH | 200055 |
| Po2 ARTERIAL | 488 | 80 - 100 mm[Hg] | H | 200055 |
| HCO3 ARTERIAL | 10.8 | 22.0 - 26.0 meq/L | L | 200055 |
| BASE EXCESS | -25.3 | -2.0 - 2.0 | L | 200055 |
| SAMPLE SITE | Art Line | | | 200055 |
| SAMPLE TYPE | Arterial | | | 200055 |
| ALLEN'S TEST | N/A | | | 200055 |
| OXYGEN THERAPY | Adult Vent | | | 200055 |
| MODE | AC | | | 200055 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00482

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

## Laboratory Results (continued)

Resulted: 05/29/16 1257, Result status: Final result

### ARTERIAL BLOOD GAS [21429041] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| FIO2 | 100.0 | % | 200055 |
| TIDAL VOLUME | 500 | mL | 200055 |
| PEEP | 5.0 | cm H2O | 200055 |

Resulted: 05/29/16 1353, Result status: Final result

### ARTERIAL O2 SATS [21429045]

Ordering provider:   Provider, Interface  05/29/16 1353       Order status:     Completed
Resulting lab:        ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72950974:4 | Whole Blood | | AUTOV 05/29/16 1353 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ARTERIAL O2 SAT | 95.5 | 94.0 - 97.0 % | | 200055 |

Resulted: 05/29/16 1622, Result status: Final result

### ARTERIAL O2 SATS [21429047]

Ordering provider:   Provider, Interface  05/29/16 1622       Order status:     Completed
Resulting lab:        ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72951126:5 | Whole Blood | | AUTOV 05/29/16 1623 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ARTERIAL O2 SAT | 94.8 | 94.0 - 97.0 % | | 200055 |

Resulted: 05/29/16 1626, Result status: Final result

### ARTERIAL BLOOD GAS [21429049] (Abnormal)

Ordering provider:   Provider, Interface  05/29/16 1626       Order status:     Completed
Resulting lab:        ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72951129:6 | Whole Blood | | AUTOV 05/29/16 1354 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PH ARTERIAL | 7.28 | 7.35 - 7.45 | L | 200055 |
| PCO2 ARTERIAL | 39 | 32 - 48 mm[Hg] | | 200055 |
| Po2 ARTERIAL | 183 | 80 - 100 mm[Hg] | H | 200055 |
| HCO3 ARTERIAL | 18.3 | 22.0 - 26.0 meq/L | L | 200055 |
| BASE EXCESS | -7.9 | -2.0 - 2.0 | L | 200055 |
| SAMPLE SITE | Art Line | | | 200055 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00483

**FRANCISCAN ALLIANCE**

| | | |
|---|---|---|
| | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 5/29/2016 |

## Laboratory Results (continued)

Resulted: 05/29/16 1626, Result status: Final result

### ARTERIAL BLOOD GAS [21429049] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| SAMPLE TYPE | Arterial | | 200055 |
| ALLEN'S TEST | N/A | | 200055 |
| OXYGEN THERAPY | Adult Vent | | 200055 |
| MODE | AC | | 200055 |
| FIO2 | 40.0 | % | 200055 |
| TIDAL VOLUME | 500 | mL | 200055 |
| PEEP | 5.0 | cm H2O | 200055 |

Resulted: 05/29/16 1627, Result status: Final result

### ARTERIAL BLOOD GAS [21429051] (Abnormal)

Ordering provider:   Provider, Interface  05/29/16 1626      Order status:    Completed
Resulting lab:     ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P72951130:7 | Whole Blood | | AUTOV 05/29/16 1623 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PH ARTERIAL | 7.29 | 7.35 - 7.45 | L | 200055 |
| PCO2 ARTERIAL | 37 | 32 - 48 mm[Hg] | | 200055 |
| Po2 ARTERIAL | 117 | 80 - 100 mm[Hg] | H | 200055 |
| HCO3 ARTERIAL | 17.8 | 22.0 - 26.0 meq/L | L | 200055 |
| BASE EXCESS | -7.9 | -2.0 - 2.0 | L | 200055 |
| SAMPLE SITE | Art Line | | | 200055 |
| SAMPLE TYPE | Arterial | | | 200055 |
| ALLEN'S TEST | N/A | | | 200055 |
| OXYGEN THERAPY | Adult Vent | | | 200055 |
| MODE | AC | | | 200055 |
| FIO2 | 30.0 | % | | 200055 |
| TIDAL VOLUME | 500 | mL | | 200055 |
| PEEP | 5.0 | cm H2O | | 200055 |

Resulted: 05/30/16 0923, Result status: Final result

### ARTERIAL BLOOD GAS [21429055] (Abnormal)

Ordering provider:   Provider, Interface  05/30/16 0923      Order status:    Completed
Resulting lab:     ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P73050669:8 | Whole Blood | | AUTOV 05/30/16 0920 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PH ARTERIAL | 7.40 | 7.35 - 7.45 | | 200055 |
| PCO2 ARTERIAL | 43 | 32 - 48 mm[Hg] | | 200055 |
| Po2 ARTERIAL | 96 | 80 - 100 mm[Hg] | | 200055 |
| HCO3 ARTERIAL | 26.7 | 22.0 - 26.0 | H | 200055 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00484

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

## Laboratory Results (continued)

Resulted: 05/30/16 0923, Result status: Final result

### ARTERIAL BLOOD GAS [21429055] (Abnormal) (continued)

| | | meq/L | |
|---|---|---|---|
| BASE EXCESS | 1.6 | -2.0 - 2.0 | 200055 |
| SAMPLE SITE | Art Line | | 200055 |
| SAMPLE TYPE | Arterial | | 200055 |
| ALLEN'S TEST | N/A | | 200055 |
| OXYGEN THERAPY | Adult Vent | | 200055 |
| MODE | AC | | 200055 |
| FIO2 | 30.0 | % | 200055 |
| TIDAL VOLUME | 500 | mL | 200055 |
| PEEP | 5.0 | cm H2O | 200055 |

Resulted: 05/30/16 0923, Result status: Final result

### POC GLUCOSE [21429057] (Abnormal)

Ordering provider:   Provider, Interface  05/30/16 0923      Order status:   Completed
Resulting lab:      ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P73050669:9 | Whole Blood | | AUTOV 05/30/16 0920 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POC GLUCOSE | 126 | 70 - 99 mg/dL | **H** | 200055 |

Resulted: 05/30/16 1151, Result status: Final result

### POC GLUCOSE [21429059] (Abnormal)

Ordering provider:   Provider, Interface  05/30/16 1157      Order status:   Completed
Resulting lab:      ALVERNO CLINICAL LAB

Specimen and Collection Date/Time

| ID | Type | Source | Collected By |
|---|---|---|---|
| P73050834:10 | Whole Blood | | AUTOV 05/30/16 1151 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POC GLUCOSE | 149 | 70 - 99 mg/dL | **H** | 200055 |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **200010 - ACL** | ALVERNO CLINICAL LAB | Unknown | Unknown | 04/24/09 1444 - Present |
| **200055 - Unknown** | ST FRANCIS SOUTH | Unknown | Unknown | 04/24/09 1444 - Present |

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00485

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
| --- | --- | --- |

## Cardiology Results

Resulted: 05/31/16 0934, Result status: Final
result

### ECG 12-LEAD [21429053]

| Ordering provider: | Moore, Christopher B, MD 05/30/16 0824 | Order status: | Completed |
| --- | --- | --- | --- |
| Resulting lab: | FRANCISCAN ALLIANCE MUSE | | |

Specimen Information

| ID | Type | Source | Collected By |
| --- | --- | --- | --- |
| A21429053 | | | 05/29/16 1237 |

Components

| | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| Ventricular Rate | 110 | BPM | | 19 |
| Atrial Rate | 110 | BPM | | 19 |
| P-R Interval | 188 | ms | | 19 |
| QRS Duration | 86 | ms | | 19 |
| Q-T Interval | 352 | ms | | 19 |
| QTC Calculation (Bezet) | 476 | ms | | 19 |
| Calculated P Axis | 77 | degrees | | 19 |
| Calculated R Axis | 82 | degrees | | 19 |
| Calculated T Axis | 26 | degrees | | 19 |
| DIAGNOSIS | Sinus tachycardia | | | 19 |
| DIAGNOSIS | RSR' or QR pattern in V1 suggests right ventricular conduction delay | | | 19 |
| DIAGNOSIS | Marked ST abnormality, possible inferior subendocardial injury | | | 19 |
| DIAGNOSIS | Abnormal ECG | | | 19 |
| DIAGNOSIS | No previous ECGs available | | | 19 |
| DIAGNOSIS | -- | | | 19 |
| DIAGNOSIS | ECG done at South Campus ED Not Admitted | | | 19 |
| DIAGNOSIS | Confirmed by FLEMING MD, JASON (5465), | | | 19 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00486

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 5/29/2016 |

## Cardiology Results (continued)

Resulted: 05/31/16 0934, Result status: Final result

### ECG 12-LEAD [21429053] (continued)

editor
Saylor,
Katelyn
(9630) on
5/31/2016
9:34:49 AM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **19 - Unknown** | FRANCISCAN ALLIANCE MUSE | Unknown | Unknown | 01/18/12 0502 - Present |

Scanned images are located at the end of the chart, if available.

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00487

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## Anti-coagulation Clinic

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00488

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 5/29/2016 |

## Medications

**Prior to Admission Medication Review**

**Prior to Admission medications have not yet been reviewed for this encounter**

**Infusion Orders**

No relevant orders to display.

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00489

| | | |
|---|---|---|
| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |

## Care Plan Data

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00490

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## Instructions

### Learning Assessment
No assessments to display

### Education
No education to display

## Discharge Medication Orders (Discharge Med Rec)

As of 5/29/2016 12:51 PM

### ASK your doctor about these medications
**HYDROcodone-acetaminophen 5-325 mg per tablet**
Commonly known as: NORCO
Take 1-2 Tabs by mouth every 4 (four) hours as needed for Pain

### Discharge Instructions
Todero, Charles (MR # E3174503)

None

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00491

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
| --- | --- | --- |

## Flowsheets

### Recent Review Flowsheet Data

There is no flowsheet data to display.

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00492

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

## Additional Scanned Documents

**Encounter-Level PDF-Documents:**

There are no encounter-level pdf-documents.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00493

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents:**

Scan on 6/1/2016  4:07 PM by Scan, Doc Image, MD (below)



CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00494

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503          INT12

Strip Report  5/29/2016 12:55:41

HR 135     SpO2 100     PVC 0     ABP 87/ 26( 42)     ST-II -2.0
QTc 451    dQTc 23      QT 304    QT-HR 132           PULSE 134
RESP 30

12:55:32 (5/29/2016)                                    12:55:38
12:55:38                                                12:55:44
12:55:44                                                12:55:50
12:55:50                                                12:55:57

Page 1 of 2                          ER



TODERO,CHARLES
HAR: 1)8135323
DOB: 8/23/1985 (30 y/o) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER                           TODERO 00495

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503                    INT12
Strip Report   5/29/2016 12:40:31
HR 109          PVC 0          NBP 64/ 22( 33) (12:40) ST-II -1.9          PlsNBP 118 (12:40)
RESP 12

12:40:22 (5/29/2016)                                                          12:40:28

12:40:28                                                                      12:40:34

12:40:34                                                                      12:40:40

12:40:40                                                                      12:40:46

Page 1 of 2                                    ER

TODERO,CHARLES
HAR: 118136323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016
8163054656

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00496

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



Page 1 of 2                                        ER

TODERO,CHARLES
HAR: 110135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016
6163954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00497

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



Page 1 of 2

ER

TODERO,CHARLES
HAR: 11B135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016


8163954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00498

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**





TODERO, CHARLES          Medical Record Number:E3174503          INT12

Strip Report  5/29/2016 12:37:07
HR 108          PVC 0          NBP 74/ 38( 44) (12:35) ST-II -1,2          PlsNBP 108 (12:35)
RESP 12

12:36:58 (5/29/2016)          12:37:04

12:37:04          12:37:10

12:37:10          12:37:16

12:37:16          12:37:22

Page 1 of 2                    ER



TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016

8163954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00499

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503          INT12

Strip Report  5/29/2016 12:34:47

HR 107          SpO2 73          PVC 0          NBP 93/ 41( 51) (12:32) ST-II 0.1
PULSE 77          PlsNBP 111 (12:32)          RESP 12

12:34:38 (5/29/2016)          12:34:44

12:34:44          12:34:50

12:34:50          12:34:56

12:34:56          12:35:02

Page 1 of 2                    ER

TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016

8103954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00500

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503

Strip Report  5/29/2016 12:32:41

HR 116          PVC 3          NBP  93/ 41( 51) (12:32) ST-II 1.5          PIsNBP 111 (12:32)

RESP 13

INT 12

12:32:32 (5/29/2016)                                    12:32:38

12:32:38                                                12:32:44

12:32:44                                                12:32:50

12:32:50                                                12:32:56

Page 1 of 2                         ER



TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016

8163954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00501

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503          INT 12

Strip Report  5/29/2016 12:31:17

HR 127          SpO2 70          PVC 26          NBP 98/ 18( 38) (12:31) ST-II 1.2
PULSE 165          PlsNBP 117 (12:31)          RESP 28

12:31:08 (5/29/2016)          12:31:14

12:31:14          12:31:20

12:31:20          12:31:26

12:31:26          12:31:32

Page 1 of 2          ER

TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016



CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00502

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**





Page 1 of 2                                                    ER

TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016
8163854858

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00503

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503                    INT12

Strip Report  5/29/2016 12:29:53

HR 77              PVC 0              NBP 79/ 30( 37) (12:28) ST-II -0.5          PtsNBP 150 (12:28)

RESP 19



Page 1 of 2                              ER

TODERO,CHARLES
HAR: 118135323
DOB: 8/23\1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016


81639546S8

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00504

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**





Page 1 of 2                                          ER

TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/28/2016

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER                                          TODERO 00505

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Encounter-Level Documents: (continued)**



TODERO, CHARLES          Medical Record Number:E3174503          INT12

Strip Report  5/29/2016 12:28:29

HR 81          PVC 0          NBP  79/ 30( 37) (12:28)  PlsNBP 150 (12:28)          RESP 18



Page 1 of 2                                    ER

TODERO,CHARLES
HAR: 118135323
DOB: 8/23/1985 (30 yrs) M
MRN: E3174503 INEDNEW
Adm Date: 5/29/2016

8163054658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00506

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

Scan on 6/2/2016  8:56 AM by Scan, Doc Image, MD (below)



CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00507

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

Scan on 6/3/2016 10:11 AM by Scan, Doc Image, MD (below)
Ⓖ 05/29/2016 12:04 PM          AMR          → St Francis Hospital Indianapolis          D 2



AMR
CENTRAL INDIANA
PRE-HOSPITAL CARE REPORT

| Case #: 01602622 | Unit ID: MD92 | Date: 5/29/2016 |
|---|---|---|

| SERVICE | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| **FROM:** | | CALL RECEIVED: | 11:56:00 |
| N MADISON AVENUE & CAMBY STREET | **RESPONSE MODE:** LIGHTS AND SIREN | DISPATCHED: | 11:56:00 |
| GREENWD, IN 46143 | **TRANSPORT MODE:** NO LIGHTS AND SIREN | ENROUTE: | 11:57:00 |
| (ROADWAY) | **ALS ASSESSMENT:** AMR PARAMEDIC | AT SCENE: | 12:01:00 |
| **TO:** | **DISPOSITION:** TRANSPORTED - TO HOSPITAL ER/ED | AT PT SIDE: | 12:02:00 |
| ST FRANCIS,HOSPITAL INDIANAPOLIS | | TRANSPORT: | 12:14:00 |
| 8111 S. Emerson Ave | | ARRIVAL: | 12:19:00 |
| INDIANAPOLIS, IN 46237 | **RESPONSE PRIORITY:** 1 | CARE TRANS'D: 12:21:00 PM | 5/29/2016 |
| (HOSPITAL - ED) | | AVAILABLE: | 13:19:00 |
| ROOM/DEPT: 12 | **RESPONDER(S) ON SCENE:** | | |
| **DESTINATION DECISION:** DIVERSION | LAW ENFORCEMENT, GREENWOOD FIRE DEPT | DEST MILES: | 3.7 |
| | | TOTAL MILES: | 3.7 |

**PATIENT DEMOGRAPHICS**

| | |
|---|---|
| NAME: TODERO, CHARLES | DOB: 8/23/1985 |
| ADDRESS: 650 WOOD DALE TERRACE APT/SUITE # 3 | AGE: 30 |
| | GENDER: MALE |
| CITY, STATE ZIP: GREENWOOD, IN 46142 | ETHNICITY: CAUCASIAN |
| PHONE: (317)691-6855 | |
| CELL PHONE: | |
| SSN: xxx-xx-3870 | |
| INSURANCE          POLICY          GROUP | |
| NO INSURANCE AVAILABLE | |
| RESPONSIBLE PARTY: TODERO, CHARLES | NAME OF EMPLOYER: ( ) |
| PHONE: (317)691-6855 | EMPLOYER PHONE: |
| HOSPITAL MRN: | SUPERVISOR: |
| HOSPITAL FIN: | SUPERVISOR PHONE: |

**MEDICAL HISTORY**

HISTORY OBTAINED          NOT OBTAINED
FROM:
MEDICAL HISTORY:   UNKNOWN
ALLERGIES:  UNKNOWN,
ALLERGY DESCRIPTION:
MEDICATIONS:   UNKNOWN

**HISTORY OF PRESENT ILLNESS:**

CHIEF COMPLAINTS
CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS, CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS, CHIEF
COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS, CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS

Case #: 01602622                  Date of Service: 05/29/2016          Page: 1 of 4
PCR: 20160528130522060862          Patient: Charles Todero              Printed : 5/29/2016
Device: SGRWMEDS04                                                      8163954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER                                                                 TODERO 00508

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

🕑 05/29/2016 12:04 PM          AMR                    →St Francis Hospital Indianapolis                    ❑ 3

## PHYSICAL FINDINGS

WEIGHT: 170 LBS;  77 KG

PHYSICAL ASSESSMENT

BACK: ❑

   UPPER BACK

   POSITIVE: PUNCTURE/PIERCING

   REMARKS: TASER BARB IMPALED, UNABLE TO BE REMOVED

EXTREMITIES:

   LEFT HAND

   POSITIVE: PUNCTURE/PIERCING

   REMARKS: TASER BARB REMOVED

   RIGHT KNEE

   POSITIVE: ABRASION

   LEFT KNEE

   POSITIVE: ABRASION

HEAD: SYMMETRICAL

NECK: NO JVD

CHEST: SYMMETRIC WITH BILATERAL CHEST RISE

ABDOMEN: SOFT, NON-TENDER

PELVIS: STABLE

## IMPRESSION

PRIMARY IMPRESSION: BEHAVIORAL / PSYCHIATRIC - PSYCHOTIC EPISODE

SECONDARY IMPRESSION: TOXICOLOGICAL - ILLEGAL DRUGS

Other Impression  EXCITED DELIRIUM

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | E | V | M | TOTAL | EKG | SP02 | BLOOD GLUCOSE | PAIN SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:08 | NT | 142 | 24 | 4 | 3 | 4 | 11 | Sinus Tachycardia | | | |
| 12:16 | | | | | | | | | | 64 | |
| 12:18 | NT | 30 | 6 | 1 | 1 | 1 | 3 | | | | |
| 12:18 | NT | 0 | 12 | 1 | 1 | 1 | 3 | | | | |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| | 12:02 | LAW ENFORCEMENT | PSYCHIATRIC HOLD STATUS  STATUS: INVOLUNTARY; IS PAPERWORK ATTACHED: FALSE; AGENCY/FACILITY NAME: GREENWOOD POLICE DEPARTMENT |
| | 12:02 | HOWARD, TIFFANY,AMR | PUPILS  LEFT PUPIL, SIZE (MM): 5 MM; RIGHT PUPIL, SIZE (MM): 5 MM  COMMENTS: PATIENT UNCOOPERATIVE WITH ASSESSMENT |
| | 12:02 | GODFREY, IAN ,AMR | SKIN ASSESSMENT  NORMAL COLOR: ; DIAPHORETIC MOISTURE: ; WARM TEMPERATURE |
| | 12:08 | GODFREY, IAN ,AMR | EKG/ECG  INDICATION: MEDICATION ADMINISTRATION; TYPE: 4 LEAD; CLINICIAN INTERPRETATION: SINUS TACHYCARDIA; ELEVATION: FALSE; DEPRESSION: FALSE  COMMENTS: COMBATIVE, EXCITED DELIRIUM PATIENT |
| | 12:08 | GODFREY, IAN ,AMR | VITAL SIGNS - COMMENTS: patient handcuffed and combative, blood pressure attempted without sucess |
| | | | GLASGOW COMA SCALE  GCS EYES: 4; GCS VERBAL: 3; GCS MOTOR: 4; GCS SCORE: 11  COMMENTS: PATIENT HANDCUFFED AND COMBATIVE, BLOOD PRESSURE ATTEMPTED WITHOUT SUCESS |

Case #: 01602622
PCR: 2016052913082205862
Device: EGRWMEDS04

Date of Service: 05/29/2018
Patient: Charles Todero

Page: 2 of 4
Printed : 5/29/2016

81103954658

Printed on 7/22/2016  8:23 AM                                                                 Page 40

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          TODERO 00509

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

| ⊙ 05/29/2016 12:09 PM | | AMR | → St Francis Hospital Indianapolis | ▯ 4 |
|---|---|---|---|---|
| | | | VITALS: BLOOD PRESSURE NOT TAKEN; PULSE: 142; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 24; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL; DIFFICULTY/CHALLENGES: PT HANDCUFFED/COMBATIVE, BP ATTEMPTED UNSUCCESSFUL; DIFFICULTY/CHALLENGES: PT HANDCUFFED/COMBATIVE, BP ATTEMPTED UNSUCCESSFUL; MEAN ARTERIAL PRESSURE: 0 COMMENTS: PATIENT HANDCUFFED AND COMBATIVE, BLOOD PRESSURE ATTEMPTED WITHOUT SUCESS | |
| | 12:14 | GODFREY, IAN,AMR | MEDICATION ADMINISTRATION HOSPITAL SUPPLIED MEDICATIONS: FALSE; MIDAZOLAM HCL, 5MG/ML VIAL (2ML); 5 MG; INTRANASAL; DELTOID-RIGHT; RESULT AFTER: DETERIORATED; WASTED DRUG AMOUNT: 0; NAME OF WITNESS TO DRUG WASTING: DEREK TENNELL; WITNESS TITLE: RN | |
| | 12:14 | | FACILITY ACTIVATION  TIME ACTIVATED: MAY 29 2016 12:14PM; ACTIVATION METHOD: OTHER; COMMENTS: CELL PHONE  ALERTED COMBATIVE PSYCHIATRIC PATIENT | |
| | 12:16 | GODFREY, IAN,AMR | BLOOD GLUCOSE  BLOOD GLUCOSE READING LEVEL: 64 | |
| | 12:16 | GREENWOOD FIRE DEPT | MEDICATION ADMINISTRATION HOSPITAL SUPPLIED MEDICATIONS: FALSE; OXYGEN; 15; LPM; BVM/MASK; RESULT AFTER: DETERIORATED | |
| | 12:18 | GREENWOOD FIRE DEPT | MEDICATION ADMINISTRATION HOSPITAL SUPPLIED MEDICATIONS: FALSE; OXYGEN; 15; LPM; BVM/MASK; RESULT AFTER: DETERIORATED | |
| | 12:18 | GODFREY, IAN,AMR | VITAL SIGNS - | |
| | | | GLASGOW COMA SCALE  GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3 | |
| | | | VITALS: BLOOD PRESSURE NOT TAKEN; PULSE: 30; PULSE REGULARITY: REGULAR; PULSE STRENGTH: WEAK; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 6; RESPIRATORY DEPTH: SHALLOW; RESPIRATORY EFFORT: AGONAL; MEAN ARTERIAL PRESSURE: 0 | |
| | 12:19 | GODFREY, IAN,AMR | VITAL SIGNS - | |
| | | | GLASGOW COMA SCALE  GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3 | |
| | | | VITALS: BLOOD PRESSURE NOT TAKEN; PULSE: 0; IS PULSELESS: PULSE REGULARITY: ABSENT; PULSE STRENGTH: ABSENT; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 12; RESPIRATORY DEPTH: ABSENT; RESPIRATORY EFFORT: ASSISTED; MEAN ARTERIAL PRESSURE: 0 | |

**NARRATIVE**

30 YEAR OLD MALE FOUND SUPINE ON THE GROUND WITH HIS HANDS HANDCUFFED BEHIND HIS BACK AND TASER BARBS IN HIS LEFT HAND AND UPPER BACK.  THE PATIENT WAS IN CARE OF GREENWOOD POLICE AND FIRE DEPARTMENTS.  THE PATIENT WAS EXTREMELY COMBATIVE AND SCREAMING EXPLETIVES.  THE PATIENT WAS FLAILING AND KICKING.  PER THE POLICE, THE PATIENT HAD RECEIVED 12-15 5 SECOND TASER STRIKES WHILE THEY DETAINED HIM FOR HIS SAFETY.  THE POLICE RECEIVED A CALL FOR A CHECK THE WELFARE DUE TO THE PATIENT WALKING INTO TRAFFIC CLAIMING HE WAS A PROPHET AND THE SECOND COMING OF CHRIST.  THE TASER BARB WAS REMOVED FROM THE PATIENT'S LEFT HAND BUT THE BARB WAS UNABLE TO BE SAFELY REMOVED FROM HIS UPPER BACK AND WAS TAPED IN PLACE.  THE PATIENT'S SKIN WAS PINK, WARM AND DIAPHORETIC AND HE WAS UNCOOPERATIVE WITH A PUPILLARY AND LUNG SOUND ASSESSMENT.  THE PATIENT WAS NOTED TO HAVE RIPPED PANTS AND ABRASIONS TO BOTH KNEES, BUT NO OTHER SIGNS OF TRAUMA.  DUE TO HIS KICKING THE PATIENT'S FEET WERE TIED WITH A BLANKET AND HE WAS LIFTED ONTO THE STRETCHER WHERE HE WAS PLACED IN THE LEFT LATERAL POSITION AND SECURED. COMMUNITY SOUTH WAS CONTACTED AND REFUSED THE PATIENT DUE TO PSYCHIATRIC DIVERSION STATUS AND ST. FRANCIS WAS CONTACTED AND ACCEPTED THE PATIENT.  THE PATIENT WAS LOADED INTO THE AMBULANCE WHERE HE CONTINUED TO BE COMBATIVE AND ATTEMPT TO THROW HIMSELF OFF OF THE STRETCHER AND HIT HIS HEAD OFF OF THINGS.  THE PATIENT CONTINUED TO BE A DANGER TO HIMSELF AND OTHERS.  THE CARDIAC MONITOR WAS APPLIED TO THE PATIENT'S SHOULDERS AND FLANK.  DUE TO PATIENT'S COMBATIVENESS MULTIPLE ATTEMPTS AT BLOOD PRESSURE AND PULSE OX FAILED.  THE PATIENT WAS GIVEN 5MG OF MIDAZOLAM IN HIS RIGHT DELTOID MUSCLE.  THE PATIENT CONTINUED TO YELL EXPLETIVES BUT BECAME LESS PHYSICALLY COMBATIVE.  WHEN THE PATIENT BECAME SEDATED A BLOOD SUGAR WAS OBTAINED AND AN IV WAS BEING LOOKED FOR WHEN THE ETA TO THE HOSPITAL WAS LESS THAN 1 MINUTE.  AT THAT TIME, WITH LESS THAN 1 MINUTE ETA TO THE HOSPITAL THE PATIENT'S HEART RATE DROPPED SHARPLY FROM THE 140S TO THE 30S AND THE PATIENT BEGAN BREATHING AGONALLY. CAROTID PULSE WAS INTACT.  BAG VALVE MASK VENTILATIONS WERE BEGUN IMMEDIATELY WITH 15 LITERS PER MINUTE OF OXYGEN ATTACHED.  WHILE PREPARING TO PULL THE PATIENT OUT OF THE AMBULANCE, THE PATIENT WENT INTO ASYSTOLE ON THE MONITOR AND PULSE WAS LOST.  CPR WAS INITIATED.  AN IV HAD NOT BEEN ESTABLISHED AND NO ALS INTERVENTIONS WERE PERFORMED.  THE PATIENT WAS BROUGHT INTO THE ER WITH CPR BEING PERFORMED WITH BAG VALVE BAG VENTILATIONS.  UPON ARRIVAL IN THE ER CARE WAS TRANSFERRED TO RN AND MD WITH VERBAL REPORT GIVEN.  END REPORT./IRG

**FOLLOW-UP-CARE**

| FOLLOW-UP: | FOLLOW-UP-DATE: | FOLLOW-UP-TIME: |
|---|---|---|
| FOLLOW-UP CARE: | | |

Case #: 01602822
PCR: 20160529130B2205862
Device: EGRW/AEDS04

Date of Service: 05/29/2016
Patient: Charles Todero

Page: 3 of 4
Printed : 5/29/2016

8116.3954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00510

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

| ⏱ 05/29/2016 12:04 PM | AMR | → St Francis Hospital Indianapolis | ⏱ 5 |

**RUN COMPLETION**

PRIVACY PRACTICES: THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

Case #: 01602622
PCR: 2016052913082205862
Device: EGRWMEDS04

Date of Service: 05/29/2016
Patient: Charles Todero

Page: 4 of 4
Printed : 5/29/2016
8716.3954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00511

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

🕐 05/29/2016 12:04 PM          AMR          → St Francis Hospital Indianapolis          D 6

## AMR
## CENTRAL INDIANA
## PRE-HOSPITAL CARE REPORT SIGNATURES
## GREENWOOD

Case #: 01602622                    Unit ID: MD92                    Date: 5/29/2016

**AMR CREW MEMBERS**

CREW 1
NAME: GODFREY, IAN,AMR
NUMBER: 0262-6301
CERTIFICATION: Paramedic

CREW 2
NAME: HOWARD, TIFFANY,AMR
NUMBER: 2894-6754
CERTIFICATION: Paramedic

**DESTINATION**

TURNED OVER TO: CORY THAINE

8163954658

Case #: 01602622                    Date of Service: 05/29/2016          Page: 1 of 1
PCR: 2016052913082205862            Patient: Charles Todero               Printed : 5/29/2016

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00512

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016



CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00513

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

Scan on 6/2/2016  6:31 AM by Scan, Doc Image, MD (below)

St. Francis Health
aooc 983n Blood Test

Patient ID: 8163954058
Date & Time: 29-May-16 12:54:33

Results: Bases
pK      6.775          Crtt-Lo
pO2?    73.6    mmHg   Crtt-Hi
uO2     487.8   mmHg   High
uHCO2?  10.8    mEg/L  Low
BE(b)   -25.3   mEq/L  Low

No Results: Chem

No Results: Metr

Reference Ranges
pO2     80.0 - 100.0   mmHg
uHCO3   22.0 - 26.0    mEq/L
BE(b)   -2.0 - 2.0     mEg/L

Critical Ranges
pH      7.250 - 7.651
uO2     19.0 - 71.0    mmHg

Sample Type: Arterial
Hemodilution: No
Draw Site: Art Line
Allen's test: N/A
Del. system: Adult Vent
Test Mode: AC
FiO2: 100 %
Vt: 500
RR: 12
PEEP: 5
Age: 30 years
Gender: Male

Comments:
Operator: 014714
Card lot: 08-16253-20
Last QC: 29-May-16 12:27:38
Reader: 15055 (2.2.11.3)
Meas: 15141521452450 (3222.4)
Sensor config: 16.2
HWR version: N/A

8163954058

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00614

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Patient-Level E-Signatures:**

There are no patient-level e-signatures.

**Encounter-Level E-Signatures:**

There are no encounter-level e-signatures.

**Patient Demographics**

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Todero, Charles | E3174503 | xxx-xx-xxxx | Male | 08/23/85 (DECEASED) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| 8172 S PEOGA RD TRAFALGAR IN 46181-8712 | 317-691-6855 (H) 317-691-6855 (M) | | UNEMPLOYED |

| Race |
|---|
| White or Caucasian |

| Reg Status | PCP |
|---|---|
| Verified | No, Pcp, MD |

| Marital Status | Religion | Alias | Language |
|---|---|---|---|
| Single | None | DOE,JOHN BGV | English |

**Patient Employment**

| | | | | |
|---|---|---|---|---|
| **Employer:** | UNEMPLOYED | | | |
| **Address:** | NA | | | |
| **City:** | NA | **State:** IN | **Zip:** 00000 | **Phone:** |
| **Occupation:** | UNEMPLOYED | | | **Employee?:** No |

**Emergency Contact Information**

| | | | | |
|---|---|---|---|---|
| **Name:** | TODERO, TERESA | | | **Relationship:** Mother |
| **Address:** | | | | |
| **City:** | | **State:** | **Zip:** | **Phone:** 317-529-3921 |
| | | | | **Business phone:** |

**Hospital Account**

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Todero, Charles | 118135322 | Inpatient | Billed | MEDICAID - ANTHEM HEALTHY INDIANA PLAN |

**Guarantor Account (for Hospital Account #118135322)**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00515

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Facesheet

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Guarantor Account (for Hospital Account #118135322) (continued)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Todero, Charles | Self | FA | Yes | Personal/Family |
| Address | Phone | | Gender | DOB |
| 8172 S PEOGA RD TRAFALGAR, IN 46181-8712 | 317-691-6855(H) | | Male | 08/23/85 |
| Emp Name | Emp Status | Occupation | | |
| UNEMPLOYED | Not Employed | UNEMPLOYED | | |
| Emp Address | Emp Phone | | | |
| NA NA, IN 00000 | | | | |

## Coverage Information (for Hospital Account #118135322)

| F/O Payor/Plan | Subscriber DOB | Subscriber Sex | Precert # |
|---|---|---|---|
| MEDICAID/ANTHEM HEALTHY INDIANA PLAN | 08/23/85 | M | |
| Subscriber | | Relation to Pt | Subscriber # |
| Todero, Charles | | Self | YRK100486463199 |
| Grp # | | | |

| Address | Phone | | |
|---|---|---|---|
| PO BOX 6144 INDIANAPOLIS, IN 46206 | | | |
| Policy Number | | Status | |
| YRK100486463199 | | - | |
| Subscriber Emp | Emp Phone | Emp Address | Auth/Cert |
| UNEMPLOYED | | NA NA, IN 00000 | |

## Admission Information

| | | | |
|---|---|---|---|
| **Unit/Bed:** | IN TW AICU/T306-01 | **Service:** | Pulmonology |
| **Admitting provider:** | Skelton, Faron Richard, MD | **Phone:** | 317-885-2860 |
| **Attending provider:** | | **Phone:** | |
| **PCP:** | No, Pcp, MD | **Phone:** | |
| **Admission dx:** | | **Patient class:** | Inpatient |
| **Admission type:** | ER | | |

## Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/12/2016 10:42 AM | Expired | None | None | In Tw Aicu |

No documents found

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00516

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Table of Contents

### Table of Contents - Legal Medical Record

The following section titles appear in the medical record but are only populated with clinical information if applicable to the visit. The order of the chart is as follows:

| - Visit Information | This section contains admission information, discharge information, treatment team. |
|---|---|
| - ED Notes | E-signatures will be found at the top and bottom of each note. Urgent Care Notes appear in this section and are labeled as ED Notes. |
| - Notes | This section is in chronological order and contains all clinician notes. E-signatures will be found at the bottom of each note. This section also includes discharge summary, H&P, or other dictation. |
| - Surgical Information | This section contains surgical and anesthesia information. |
| - Orders | This section is in chronological order. |
| - Results | This section is grouped by test category (i.e. Lab, Radiology). The test category is in chronological order. |
| - Medications | This section is in chronological order. |
| - Care Plan Data | |
| - Instructions | This section will contain instructions without patient signature. The form with patient signature is located under the scanned document section at the end of this chart. |
| - Flowsheets | |
| - Scanned Documents | This section will contain all scanned documents for this record. |

If a section states "no notes" or "no results", refer to the scanned documents section at the end of the record to determine if there are any scanned documents.

If an order displays an order mode with the word 'Transcribed' (for example: Transcribed Patient Access), refer to scanned documents section at the end of the record to locate the signed physician order.

The records being provided to you pursuant to your request contain all final reports of the care and treatment provided to the patient.

## Visit Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | 05/29/2016 12:24 PM | Admit Date/Time: | 05/29/2016 12:24 PM | IP Adm. Date/Time: | 05/29/2016 5:00 PM |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Point of Origin: | Physician Referral | Admit Category: | |
| Means of Arrival: | Indianapolis Ems | Primary Service: | Pulmonology | Secondary Service: | |
| Transfer Source: | | Service Area: | Franciscan Alliance | Unit: | In Tw Aicu |
| Admit Provider: | Skelton, Faron Richard, MD | Attending Provider: | Skelton, Faron Richard, MD | Referring Provider: | |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/12/2016 10:42 AM | Expired | None | None | In Tw Aicu |

### ADT Events

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00517

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**ADT Events (continued)**

|  | Unit | Room | Bed | Service | Event |
|---|---|---|---|---|---|
| 05/29/16 1229 | IN EMERGENCY | 12 | 12 | Emergency Medicine | Admission-Original |
| 05/29/16 1700 | IN EMERGENCY | 12 | 12 | Emergency Medicine | Transfer Out-Original |
| 05/29/16 1700 | IN TW AICU | T306 | T306-01 | Pulmonology | Transfer In-Original |
| 06/12/16 1042 | IN TW AICU | T306 | T306-01 | Pulmonology | Discharge-Original |

Review Complete On: **6/11/2016** By: **Miller, Kimberly, RN**

**Allergies as of 6/12/2016**

|  | Noted | Reaction Type | Initial Reporter | Reactions | Deletion Reason |
|---|---|---|---|---|---|
| **Heparin** | 06/01/2016 |  | Zweig, Susan J, RPh | Other (See Comments) |  |

Reported HIT + on 6/1/16

**Immunizations**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **Pneumococcal Polysaccharide** | 06/02/16 | 0.5 mL | 4/24/15 | Intramuscular | Left deltoid |

Given By: Plettner, Frank G, RN
Lot#: LO31459

Manufacturer: Merck & Co. Inc

**Patient History**

**Medical**

**as of 6/12/2016**
Last reviewed by Thorp, Jason D, MD on 6/10/2016

**Surgical**

**as of 6/12/2016**
Last reviewed by Thorp, Jason D, MD on 6/10/2016

**Family**      **\*\*None\*\***
**as of 6/12/2016**
Last reviewed by Thorp, Jason D, MD on 6/10/2016

**Family Status**      **\*\*None\*\***
**as of 6/12/2016**
Last reviewed by Thorp, Jason D, MD on 6/10/2016

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 6/12/2016 | Never Assessed | Provider |  | 0.0 | 0.0 |  |  |  | Unknown |  |

Last reviewed by Thorp, Jason D, MD on 6/10/2016

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week |  | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|
| as of 6/12/2016 | Yes | Provider |  |  |  | 1/2 gallon of vodka a day per family |

Last reviewed by Thorp, Jason D, MD on 6/10/2016

| **Drug Use** | Drug Use | Source | Types |  | Frequency | Comments |
|---|---|---|---|---|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00518

**FRANCISCAN ALLIANCE**

| | | |
|---|---|---|
| ST FRANCIS - INDIANAPOLIS | | TODERO,CHARLES |
| 8111 South Emerson Av | | MRN: E3174503 |
| INDIANAPOLIS IN 46237-8601 | | DOB: 8/23/1985, Sex: M |
| Legal Medical Record | | Adm: 5/29/2016, D/C: 6/12/2016 |

| **as of 6/12/2016** | | Provider | | 0.00 | |
|---|---|---|---|---|---|

Last reviewed by Thorp, Jason D, MD on 6/10/2016

**Sexual Activity** Sexually Active   Source   Birth Control       Partners   Comments
**as of 6/12/2016**                  Provider

**Social ADL**
**as of 6/12/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| Back Care | Not Asked | | Provider |
| Home Violence | Not Asked | | Provider |
| Piercing | Not Asked | | Provider |
| Special Diet | Not Asked | | Provider |
| Bike Helmet | Not Asked | | Provider |
| Exercise | Not Asked | | Provider |
| Seat Belt | Not Asked | | Provider |
| Spiritual Affiliation | Not Asked | | Provider |
| Blood Transfusions | Not Asked | | Provider |
| Hobbies | Not Asked | | Provider |
| Self-Exams | Not Asked | | Provider |
| Stress Concern | Not Asked | | Provider |
| Caffeine Usage | Not Asked | | Provider |
| Military Service | Not Asked | | Provider |
| Sleep Habits | Not Asked | | Provider |
| Tattoo | Not Asked | | Provider |
| Car Seat | Not Asked | | Provider |
| Occupational Exposure | Not Asked | | Provider |
| Social Activities/Clubs | Not Asked | | Provider |
| Weight Concern | Not Asked | | Provider |

**Social Doc** **None**
**as of 6/12/2016**

**Occupational** **None**
**as of 6/12/2016**

**Socioeconomic**
**as of 6/12/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |
| Preferred Language | Ethnicity | Race | | |
| English | Non-Hispanic | White or Caucasian | | |

**Birth** **None**

**Treatment Team**

| Provider | ED Prov | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|---|
| Skelton, Faron Richard, MD | -- | -- | Admitting Provider | Critical Care Medicine | -- | -- |
| Hartman, Chris J, MD | Yes | -- | Attending Provider | Emergency Medicine | 05/29/16 1235 | 05/29/16 1700 |
| Skelton, Faron Richard, MD | -- | -- | Attending Provider | Critical Care Medicine | 05/29/16 1700 | 06/04/16 0736 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER
TODERO 00519

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Treatment Team (continued)

| Provider | ED Prov | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|---|
| Khan, Faisal A, MD | -- | -- | Attending Provider | Pulmonary Disease | 06/04/16 0736 | 06/08/16 0827 |
| Skelton, Faron Richard, MD | -- | -- | Attending Provider | Critical Care Medicine | 06/08/16 0827 | 06/12/16 1042 |
| Coons, Erin, RN | Yes | -- | Registered Nurse | Emergency Medicine | 05/29/16 1407 | 05/29/16 1617 |
| Skelton, Faron Richard, MD | -- | -- | Physician | Critical Care Medicine | 05/29/16 1536 | -- |
| Elliott, James C, MD | -- | -- | Physician | Nephrology | 05/29/16 1714 | -- |
| Isaac, Brooke L, RN | -- | -- | Registered Nurse | Registered Nurse | 05/29/16 1741 | 06/04/16 0744 |
| Marsh, Rachel E, RN | -- | -- | Registered Nurse | Registered Nurse | 05/29/16 1930 | 05/31/16 2144 |
| Eiler, Stacy L, RN | -- | -- | Registered Nurse | Registered Nurse | 05/30/16 0700 | 05/30/16 2000 |
| Mooreland, Abigail G, RN | -- | -- | Registered Nurse | Registered Nurse | 05/30/16 0759 | 06/01/16 0727 |
| Hendrickson, Dawn M, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 05/30/16 0853 | 05/30/16 1930 |
| Mullikin, Karrie, RN | -- | -- | Registered Nurse | Registered Nurse | 05/30/16 1953 | 06/04/16 1939 |
| Alexander, Denise, RN | -- | -- | Registered Nurse | Obstetrics | 05/31/16 0709 | 06/07/16 0929 |
| Shamsuddin, Faridah, Student | -- | -- | Respiratory Therapist | Respiratory Therapy | 05/31/16 0715 | 05/31/16 2000 |
| Bucki, Jennifer J, MD | -- | -- | Consulting Physician | Nephrology | 05/31/16 0840 | -- |
| Orinion, Ernest J, MD | -- | -- | Consulting Physician | Gastroenterology | 05/31/16 1212 | 06/07/16 1636 |
| Buckley, J Scott, MD | -- | -- | Physician | Gastroenterology | 05/31/16 1218 | 06/07/16 1636 |
| Shamsuddin, Faridah, Student | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/01/16 0715 | 06/01/16 2000 |
| Reiser, Rebecca J, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/02/16 0724 | 06/02/16 1930 |
| Plettner, Frank G, RN | -- | -- | Registered Nurse | Registered Nurse | 06/02/16 0744 | 06/06/16 0731 |
| Charles, David John, RN | -- | -- | Registered Nurse | Registered Nurse | 06/03/16 0735 | 06/06/16 0710 |
| Asadi, Sheila, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/04/16 0703 | 06/06/16 0724 |
| Lowe, Amy L, RN | -- | -- | Registered Nurse | Registered Nurse | 06/05/16 0746 | 06/08/16 0719 |
| Vivio, Jennifer M, MD | -- | -- | Physician | Neurology | 06/05/16 1139 | -- |
| Johnson, Ellen N Case Manager, RN | -- | -- | Case Manager | Case Management | 06/06/16 0815 | 06/06/16 1607 |
| Erickson, Teresa, PT | -- | -- | Physical Therapist | Physical Therapy | 06/07/16 0733 | 06/07/16 1644 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00520

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Treatment Team (continued)

| Provider | ED Prov | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|---|
| Beery, Ashley J, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/07/16 0734 | 06/07/16 1530 |
| Shamsuddin, Faridah, Student | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/08/16 0703 | 06/08/16 2000 |
| Christman, Angela J, PT | -- | -- | Physical Therapist | Physical Therapy | 06/08/16 0710 | 06/08/16 1550 |
| Lungngam, Suithapar, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/08/16 0730 | 06/08/16 1930 |
| Alexander, Denise, RN | -- | -- | Registered Nurse | Obstetrics | 06/08/16 1051 | 06/12/16 0733 |
| Anderson, Danita R, CRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/09/16 0728 | 06/09/16 1900 |
| Erickson, Teresa, PT | -- | -- | Physical Therapist | Physical Therapy | 06/09/16 0728 | 06/09/16 1337 |
| Wood, Shelby E, OT | -- | -- | Occupational Therapist | Occupational Therapy | 06/09/16 0803 | 06/09/16 1422 |
| Griggs Bradley, Cierra, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/09/16 1858 | 06/10/16 0715 |
| Davis, Andrew S, RN | -- | -- | Registered Nurse | Registered Nurse | 06/09/16 1916 | -- |
| Hendrickson, Dawn M, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/10/16 0741 | 06/10/16 1930 |
| Sharief, Mohammad F, MD | -- | -- | Consulting Physician | Infectious Diseases | 06/10/16 1013 | -- |
| Parikshak, Manesh, MD | -- | -- | Physician | Cardiothoracic Surgery | 06/10/16 1235 | -- |
| Parikshak, Manesh, MD | -- | -- | Consulting Physician | Cardiothoracic Surgery | 06/10/16 1238 | -- |
| Ney, Jason J, RN | -- | -- | Registered Nurse | Registered Nurse | 06/10/16 2306 | 06/11/16 0741 |
| Ballou, Cari, RN | -- | -- | Registered Nurse | Registered Nurse | 06/11/16 0730 | 06/11/16 1534 |
| Hendrickson, Dawn M, RRT | -- | -- | Respiratory Therapist | Respiratory Therapy | 06/11/16 0747 | 06/11/16 1917 |
| Jones, Mark A, MD | -- | -- | Physician | Cardiology | 06/11/16 1344 | -- |
| Collins, Joseph R, RN | -- | -- | Registered Nurse | Registered Nurse | 06/11/16 1518 | 06/11/16 1520 |
| Westfall, Debra S, RN | -- | -- | Registered Nurse | Surgery | 06/11/16 2027 | -- |

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00521

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## ED Notes

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 5/29/2016 12:24 PM | 1-Immediate | Indianapolis EMS | Self | Pulmonology | Emergency |

| Arrival Complaint |
|---|
| - |

### Clinical Impression

| Diagnosis | Comment | Added By | Time Added | Team Role | ED Provider? |
|---|---|---|---|---|---|
| **Cardiac arrest (HCC)** | | Hartman, Chris J, MD | 6/2/2016 9:10 AM | Attending Provider | Y |
| **Myonecrosis** | | Hartman, Chris J, MD | 6/2/2016 9:10 AM | Attending Provider | Y |
| **Acute psychosis** | | Hartman, Chris J, MD | 6/2/2016 9:10 AM | Attending Provider | Y |

### ED Clinical Disposition

| ED Disposition | Condition | User | Comment |
|---|---|---|---|
| **Admit** | | Cole, Cassandra, RN | Admitting Provider: SKELTON, FARON RICHARD [204287] Diagnosis: Respiratory failure [166501] Patient Class: Inpatient [101] Level of Care: Critical Care [17] Hospital Area: ST FRANCIS - INDIANAPOLIS [10340] |

### ED Clinical Disposition Audit Trail

| User | Time | Disposition | Condition | Comment |
|---|---|---|---|---|
| Cole, Cassandra, RN | 5/29/2016 4:17 PM | Admit [Current] | | Admitting Provider: SKELTON, FARON RICHARD [204287] Diagnosis: Respiratory failure [166501] Patient Class: Inpatient [101] Level of Care: Critical Care [17] Hospital Area: ST FRANCIS - INDIANAPOLIS [10340] |

### ED Notes

#### ED Notes by Coons, Erin, RN at 5/29/2016 12:28 PM

| Author: Coons, Erin, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/29/2016 12:29 PM | Date of Service: 5/29/2016 12:28 PM | Status: Signed |
| Editor: Coons, Erin, RN (Registered Nurse) | | |

Pt now in SR with +pulse.

Electronically signed by Coons, Erin, RN on 5/29/2016 12:29 PM

#### ED Notes by Coons, Erin, RN at 5/29/2016 12:30 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00522

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## ED Notes (continued)

### ED Notes by Coons, Erin, RN at 5/29/2016 12:30 PM (continued)

| Author: Coons, Erin, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/29/2016 12:30 PM | Date of Service: 5/29/2016 12:30 PM | Status: Signed |
| Editor: Coons, Erin, RN (Registered Nurse) | | |

Pt back in cardiac arrest. Asystole on the monitor, no pulse. CPR started.

Electronically signed by Coons, Erin, RN on 5/29/2016 12:30 PM

### ED Notes by Coons, Erin, RN at 5/29/2016 12:31 PM

| Author: Coons, Erin, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/29/2016 12:32 PM | Date of Service: 5/29/2016 12:31 PM | Status: Signed |
| Editor: Coons, Erin, RN (Registered Nurse) | | |

Pt with pulse currently, ST on monitor after Epi and CPR.

Electronically signed by Coons, Erin, RN on 5/29/2016 12:32 PM

### ED Notes by Coons, Erin, RN at 5/29/2016 12:25 PM

| Author: Coons, Erin, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/29/2016 12:38 PM | Date of Service: 5/29/2016 12:25 PM | Status: Signed |
| Editor: Coons, Erin, RN (Registered Nurse) | | |

Pt brought to ER by EMS. EMS and police present upon his arrival, notified ER prior to arrival that patient was found in the middle of the road, jumping in front of cares and calling himself jesus christ. Pt combative upon police arrival and pt tased via police. Upon ems arrival, pt remained combative and was given 5mg of Versed intranasal. Upon arrival of EMS to ER, pt went into SB and then asystole and was in full cardiac arrest when they brought in him from the ambulance. CPR in progress upon their arrival.

Electronically signed by Coons, Erin, RN on 5/29/2016 12:38 PM

### ED Notes by Coons, Erin, RN at 5/29/2016 1:11 PM

| Author: Coons, Erin, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/29/2016 1:12 PM | Date of Service: 5/29/2016 1:11 PM | Status: Signed |
| Editor: Coons, Erin, RN (Registered Nurse) | | |

Temp noted to currently be 103.0 F per temp sensing foley. Charge RN asked MD if he would like for us to give Tylenol PR at this time, MD said not at this time.

Electronically signed by Coons, Erin, RN on 5/29/2016 1:12 PM

### ED Notes by Coons, Erin, RN at 5/29/2016 1:15 PM

| Author: Coons, Erin, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/29/2016 1:19 PM | Date of Service: 5/29/2016 1:15 PM | Status: Signed |
| Editor: Coons, Erin, RN (Registered Nurse) | | |

Pt beginning to fight and be combative. Dr. Hartman notified. Orders received.

Electronically signed by Coons, Erin, RN on 5/29/2016 1:19 PM

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER     TODERO 00523

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## ED Notes (continued)

### ED Notes by Coons, Erin, RN at 5/29/2016 1:15 PM (continued)

### ED Provider Notes by Hartman, Chris J, MD at 5/29/2016 1:54 PM

Author: Hartman, Chris J, MD     Service: (none)                          Author Type: Physician
Filed: 5/29/2016 4:37 PM          Date of Service: 5/29/2016 1:54 PM       Status: Addendum
Editor: Hartman, Chris J, MD (Physician)
Related Notes:    Original Note by Hartman, Chris J, MD (Physician) filed at 5/29/2016 2:25 PM


Date of Service: 5/29/2016


Time Seen By Providers:
Attending Physician: Time Seen [05/29/16 1354]
PA/Res/NP : n/a
Bypass First Provider for COH Patients: n/a


Attending Note:


**HPI:** Charles Todero is a 30 y.o. male in cardiac arrest. Patient apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic.  Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over.  No injury from traffic.  Handcuffed.  Became beligerent during EMS transport; given IM versed.  Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole.  Chest compressions begun 60 seconds before arrival
    pre-arrest symptoms:  ?
    bystander CPR? - y
    witnessed arrest? - y
    downtime before ACLS:  none
    prehospital CODE summary
        initial rhythm:  Bradycardia, asystole
        intubation - no
        chest compressions - yes
        defibrillation x 0
        ACLS meds - no


Unable to obtain detailed HPI/ROS secondary to patient's obtunded status.
EMS notes reviewed.


No past medical history on file.


Soc:
History

| Substance Use Topics | |
| --- | --- |
| • Smoking status: | Not on file |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | Not on file |


Allergies:  Allergies not on file
I have reviewed the nursing notes, patient's medications and allergies, PMH, social and family history.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00524

**FRANCISCAN ALLIANCE**

| ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|
| 8111 South Emerson Av | MRN: E3174503 |
| INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## ED Notes (continued)

**ED Provider Notes by Hartman, Chris J, MD at 5/29/2016 1:54 PM (continued)**
**PHYSICAL EXAM:**

Filed Vitals:

| | 05/29/16 1311 | 05/29/16 1334 | 05/29/16 1345 | 05/29/16 1405 |
|---|---|---|---|---|
| BP: | | | 107/53 | 110/48 |
| Pulse: | | 120 | 122 | 118 |
| Temp: | 39.4 °C (103 °F) | 39.2 °C (102.6 °F) | 39 °C (102.2 °F) | 38.7 °C (101.7 °F) |
| TempSrc: | Core | Core | Core | Core |
| Resp: | | 29 | 31 | 14 |
| Weight: | | | | |
| SpO2: | | 100% | 99% | 100% |

unresponsive, WDWN
BVM ventilation via ETT, +BBS
chest compressions in progress
Skin - Pale/Warm/Dry s rash
HEENT      pupils dilated
             OP clear
             nose clear
             TM's c nl LM/LR
Lungs - CTA bilat c ventilation
        no spontaneous respiratory effort
Cor          no heart sounds
          no palpable pulses
Abd - soft, nondistended
        no HSM
        no masses
Back - left T7 level paraspinous region punture mark from tazer barb; right T10 level paraspinous region 5 oblong denuded regions appearing as healing burns or other wounds
Extrem - no edema, bilateral knee abrasions

Neuro  - teeth clenched
Recheck: Moving about, all four extremitis

In addition to the history and physical, the following was ordered and/or reviewed in consideration of treating and caring for this patient: Labs, EKG, Radiologic Studies, Medicines, Old Records, EMS Records, Conversation with other Physician and Other Greenwood PD

A **limited ED ultrasound** was performed by me in the emergency department ( Image was scanned into the record): FAST exam negative. Pleural sliding bilaterally. Good LV squeeze. IVC 0.5cm. No RV dilation. No pericardial fluid.

## Labs

Labs Reviewed

COMPLETE BLOOD COUNT WITH AUTO DIFF - Abnormal; Notable for the following:
  WBC                                        13.65 (*)

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00525

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## ED Notes (continued)

### ED Provider Notes by Hartman, Chris J, MD at 5/29/2016 1:54 PM (continued)

| | |
|---|---|
| RED BLOOD CELL | 4.06 (*) |
| MCV | 107.1 (*) |
| MCHC | 31.4 (*) |

All other components within normal limits

BASIC METABOLIC PANEL - Abnormal; Notable for the following:

| | |
|---|---|
| GLUCOSE | 69 (*) |
| BUN | 31 (*) |
| CREATININE | 2.7 (*) |
| SODIUM | 146 (*) |
| POTASSIUM | 6.1 (*) |
| CARBON DIOXIDE | 10.7 (*) |
| ANION GAP | 33.3 (*) |

All other components within normal limits

LACTIC ACID - Abnormal; Notable for the following:

| | |
|---|---|
| LACTATE | 25.3 (*) |

All other components within normal limits

ESTIMATED GFR - Abnormal; Notable for the following:

| | |
|---|---|
| EGFR IF NONAFRICAN AMER | 28 (*) |
| EGFR IF AFRICAN AMERICAN | 34 (*) |

All other components within normal limits

RAINBOW LAB COLLECTION
TROPONIN I
PROCALCITONIN
ALCOHOL
ACETAMINOPHEN
SALICYLATES
URINALYSIS
URINE DRUG SCREEN
CREATINE KINASE
BASIC METABOLIC PANEL
ESTIMATED GFR

## Radiologic Studies

CR CHEST PORTABLE PA OR AP VIEW 71010 (Results Pending)
CT HEAD/BRAIN WO CONTRAST 70450 (Results Pending)
CT SPINE CERVICAL WO CONTRAST 72125 (Results Pending)
CT ABDOMEN AND PELVIS WO CONTRAST 74176 (Results Pending)

## Recheck
Filed Vitals:

| | 05/29/16 1311 | 05/29/16 1334 | 05/29/16 1345 | 05/29/16 1405 |
|---|---|---|---|---|
| BP: | | | 107/53 | 110/48 |
| Pulse: | | 120 | 122 | 118 |
| Temp: | 39.4 °C (103 °F) | 39.2 °C (102.6 °F) | 39 °C (102.2 °F) | 38.7 °C (101.7 °F) |
| TempSrc: | Core | Core | Core | Core |
| Resp: | | 29 | 31 | 14 |
| Weight: | | | | |
| SpO2: | | 100% | 99% | 100% |

## INTUBATION:

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          TODERO 00526

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## ED Notes (continued)

### ED Provider Notes by Hartman, Chris J, MD at 5/29/2016 1:54 PM (continued)

Indication: Cardiac arrest
RSI with: sux
8.0 ETT
+ETCO2
+BBS's
Tolerated well. No complications
Check pCXR


**ARTERIAL LINE PLACEMENT under ultrasound guidance**
SITE- right femoral artery
Chloraprep cleansing
Sterile technique
Infiltrated with 1% lidocaine
Good wave form.
Sutured in place.
Tolerated well, no complications

**10Fr introducer under ultrasound guidance**
SITE- right femoral vein
Chloraprep cleansing
Sterile technique
Infiltrated with 1% lidocaine
Good blood return; flushed.
Sutured in place.
Tolerated well, no complications

**Will check HCT, cervical CT, abdominal CT**

Impression
1. Cardiac arrest
2. Acute psychosis by report
3. Hyperthermia
4. Rhabdomyolysis



Critical Care: 60 + minutes of critical care time was spent in caring for this patient.



Hartman, Chris J, MD
05/29/16 1425

Hartman, Chris J, MD
05/29/16 1637

Electronically signed by Hartman, Chris J, MD on 5/29/2016 2:25 PM
Electronically signed by Hartman, Chris J, MD on 5/29/2016 4:37 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00527

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## ED Notes (continued)

### ED Provider Notes by Hartman, Chris J, MD at 5/29/2016  1:54 PM (continued)

Scanned images are located at the end of the chart, if available.

**End of section**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00528

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

**Notes**

**Discharge Summary Notes**

**Discharge Summaries signed by Bruns, Aaron S, MD at 7/2/2016 1:35 PM**

Author: Bruns, Aaron S, MD      Service: Pulmonology            Author Type: Physician
Filed: 7/2/2016 1:35 PM         Date of Service: 6/30/2016 2:18 PM   Status: Signed
Editor: Bruns, Aaron S, MD (Physician)                          Trans ID: 1514898A
Trans Status: Available         Dictation Time: 6/30/2016 2:18 PM   Trans Time: 6/30/2016 6:33 PM
Trans Doc Type: D/C Summaries


FRANCISCAN ST. FRANCIS HEALTH
CARMEL, IN 46032 - INDIANAPOLIS, IN 46237
MOORESVILLE, IN 46158

NAME: TODERO, CHARLES AGE: 30
MRN: E4272986 RM: DISC/DIS
ADMIT DATE: 05/29/2016 ACCOUNT#: 8163954651
DISCHARGE DATE: 06/12/2016 DOB: 08/23/1985

DISCHARGE SUMMARY


DISCHARGE DIAGNOSES
1. Acute respiratory failure secondary to cardiopulmonary arrest.
2. Cardiopulmonary arrest, possibly due to drug abuse.
3. Aspiration pneumonia.
4. Septic shock.
5. Psoas hematoma.
6. Tricuspid valve endocarditis.
7. Possible L2 diskitis.
8. History of drug abuse with psychotic behavior.
9. Rhabdomyolysis.
10. Acute shock liver.
11. Hepatitis C.
12. Thrombocytopenia.
13. Hyperkalemia.
14. Acute kidney injury.
15. Hyperglycemia.

HOSPITAL COURSE: The patient is a 30-year-old white male who initially
presented being acutely psychotic. He was quite belligerent in the
emergency room and required restraints as well as medications. After the
patient developed an asystolic arrest in the ambulance and had CPR for
about 60 seconds before return of a rhythm. He was then intubated there and
brought to the emergency room. He was found to be febrile with temperature
up to 103 with rhabdomyolysis with a CK of greater than 20,000 and acute
renal failure with hyperkalemia. He was started on emergent CVVH as well as
broad-spectrum antibiotics. He developed shock liver very quickly as well.
He had blood cultures drawn initially that remained negative and he was on

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00529

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

### Discharge Summary Notes (continued)

**Discharge Summaries signed by Bruns, Aaron S, MD at 7/2/2016 1:35 PM (continued)**

broad-spectrum antibiotics. However, his white count continued to increase
during his stay. His initial echocardiogram upon admission was normal.
However, a second subsequent repeat one showed significant tricuspid valve
endocarditis with complete right ventricular failure. During that time, he
had a few more asystolic arrests that responded very quickly to CPR. He was
started on vasopressor at that time as well. He was then taken to the
operating room for debulking of his tricuspid valve. Upon return, he
remained quite critically ill, on multiple pressors, and continued to have
periods of bradycardia, PA, and asystolic arrest, requiring multiple rounds
of CPR and medications. Discussions were had with the family. After he had
arrested several times, the family decided to make him a DO NOT RESUSCITATE
at that time given his overall poor prognosis and multisystem organ
failure. He subsequently arrested again and passed away.


DICTATED BY: AARON S. BRUNS, MD

D: 06/30/2016 2:18 PM  T: 06/30/2016 6:33 PM VMX Job: 932838


cc:  Faron R. Skelton, MD

     Jennifer J. Bucki, MD



The final copy of this document is located in the Franciscan St. Francis
Health legal medical record.



A copy of this report has been distributed to the dictator, primary care
provider, and any other physician as dictated by the author via the Indiana
Health Information Exchange.



Electronically signed by Bruns, Aaron S, MD on 7/2/2016 1:35 PM

        Scanned images are located at the end of the chart, if available.

### History and Physical Notes

**H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00530

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM (continued)**

| Author: Skelton, Faron Richard, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 5/29/2016 5:01 PM | Date of Service: 5/29/2016 4:42 PM | Status: Signed |
| Editor: Skelton, Faron Richard, MD (Physician) | | |



**CRSM NOTE**

| Name: Charles Todero  Sex: male  DOB: 8/23/1985 | MRN: E4272986 |
|---|---|
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date: 5/29/2016@12:29 PM | ER Arrival: 5/29/1612:24 PM |

**CC/HPI:** Per ED note, he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic. Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over. No injury from traffic. Handcuffed. Became beligerant during EMS transport; given IM versed. Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

**REVIEW OF SYSTEMS/HOSPITAL COURSE:**
Unable to obtain d/t medical condition. Info taken from the chart.

**.PFSH:**
Allergies not on file
No past medical history on file.
No past surgical history on file.
None

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00531

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## History and Physical Notes (continued)

### H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM (continued)

**History**

Substance Use Topics
- Smoking status:      Not on file
- Smokeless tobacco:      Not on file
- Alcohol Use:      Not on file

No family history on file.
Unable to obtain.

## OBJECTIVE

**Current Vitals:**

Filed Vitals:

|  | 05/29/16 1500 | 05/29/16 1510 | 05/29/16 1516 | 05/29/16 1520 |
|---|---|---|---|---|
| BP: |  |  | 122/57 |  |
| Pulse: | 105 | 104 | 105 | 104 |
| Temp: | 38.2 °C (100.8 °F) | 38.2 °C (100.8 °F) | 38.2 °C (100.8 °F) | 38.2 °C (100.8 °F) |
| TempSrc: |  |  |  |  |
| Resp: | 33 | 30 | 26 | 28 |
| Weight: |  |  |  |  |
| SpO2: | 97% | 97% | 97% | 97% |

**Vitals: Minimum/Maximum:**

| BP Min: 74/38 Max: 132/69 | Pulse Avg: 112.8 Min: 0 Max: 137 | Resp Avg: 26 Min: 12 Max: 33 | SpO2 Avg: 98.9 % Min: 97 % Max: 100 % |
|---|---|---|---|
| Temp Avg: 38.7 °C (101.7 °F) Min: 38.2 °C (100.8 °F) Max: 39.4 °C (103 °F) | | | |

| Current BMI: | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:77.8 kg (171 lb 8.3 oz) |
|---|---|---|

| I&O This Shift: | I&O Over the Last 24 Hours:No intake or output data in the 24 hours ending 05/29/16 1642 |
|---|---|
| I&O Last Three Shifts: | |

**Physical Exam:**
**VS**: as above
**General**: Sedated. NAD. Vent support. Diaphoretic
**Neuro:** Sedated.
**HEENT**: PERRL. Oral mucosa moist, CV w/o adenopathy, trachea midline, thyroid normal, no JVD. ETT
**CV**: Tachycardic. Regular. no M/G
**Resp**: CTAB, no wheezes, unlabored
**Abdomen**: Soft, non-tender, non-distended, + BS.
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; no edema
**Skin**: No rash, nodules, lesions; temp symmetric

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00532

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM (continued)**

**Lymphatics:** no neck, supraclavicular, or groin adenopathy noted

### VENT DATA:

Ventilation data:

Settings:

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 30 % | | |

Readings:

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| | | | | | | |

### DAILY LAB DATA REVIEW:

Recent Labs

| | 05/29/16 1255 |
|---|---|
| WBC | 13.65* |
| HGB | 13.7 |
| HCT | 43.5 |
| PLT | 191 |
| MCV | 107.1* |

Recent Labs

| | 05/29/16 1445 | 05/29/16 1255 |
|---|---|---|
| BUN | 30* | 31* |
| CREATININE | 2.7* | 2.7* |
| NA | 136 | 146* |
| K | 5.2* | 6.1* |
| CL | 103 | 102 |
| CO2 | 17.4* | 10.7* |
| GLUCOSE | 131* | 69* |

CrCl cannot be calculated (Unknown ideal weight.).
No results found for: HGBA1C, HGBA1CPERC
No results for input(s): ALT, AST, ALKPHOS in the last 168 hours.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00533

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

History and Physical Notes (continued)

H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM (continued)

No results for input(s): BILIRUBIN in the last 168 hours.

No results for input(s): PROTIMENOTH, INR, PROTIMEC, INRC in the last 168 hours.

Recent Labs

|  | 05/29/16 1255 |
| --- | --- |
| TROPONINI | 0.04 |

No results for input(s): PHART, PO2ART, PCO2ART, HCO3ART in the last 168 hours.

Recent Labs

|  | 05/29/16 1255 |
| --- | --- |
| PROCALCITONI | 0.4 |

Recent Labs

|  | 05/29/16 1445 | 05/29/16 1255 |
| --- | --- | --- |
| GLUCOSE | 131* | 69* |

Recent Labs

|  | 05/29/16 1500 |
| --- | --- |
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00534

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM (continued)**

| LEUKOCYTESUA | NEGATIVE |
|---|---|
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

No results for input(s): URINECULT in the last 168 hours.

## CURRENT/MEDICATIONS:

### Tube Feedings:

| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
|---|---|---|
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | BID |
| heparin (porcine) injection 5,000 Units | Subcutaneous | Q12H |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

| dextrose 10 % in water infusion | |
|---|---|
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (05/29/16 1356) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: Stopped (05/29/16 1519) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (05/29/16 1355) |
| sodium bicarbonate 1 mEq/mL (8.4 %) 150 mEq in dextrose 5 % in water (D5W) 1,150 mL infusion | Last Rate: 125 mL/hr at 05/29/16 1619 |

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER     TODERO 00535

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

## History and Physical Notes (continued)

### H&P by Skelton, Faron Richard, MD at 5/29/2016 4:42 PM (continued)

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

### IMPRESSION/STATUS/PLAN:

- 
- Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. CXR negative for infiltrate. Add BDs.
- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event. UDS + cannabinoids. Spice?
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.
- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272. Check level q6 hrs. IVFs.
- AGMA/Lactic acidosis: AG 33.3>15.6.
- Hyperkalemia: Improving. K+ 6.1>5.2
- AKI: Creatinine 2.7. IVFs. May need nephro consult
- VTE prophylaxis: Heparin SQ.
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: NPO
- Code status: Full code

- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☐ I personally reviewed consultants notes
☐ Discussed care management with RN and RT
☐ Discussed management with ICU Multidisciplinary rounding team

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00536

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/29/2016  4:42 PM (continued)**

☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 50 minutes.

Faron Richard Skelton, MD   **Date:** 5/29/2016

Electronically signed by Skelton, Faron Richard, MD on 5/29/2016  5:01 PM

**H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM**

| | | |
|---|---|---|
| Author:  Skelton, Faron Richard, MD | Service:  (none) | Author Type:  Physician |
| Filed:  5/30/2016 12:59 PM | Date of Service:  5/30/2016 12:40 PM | Status:  Signed |
| Editor:  Skelton, Faron Richard, MD (Physician) | | |



## CRSM NOTE

| | |
|---|---|
| Name: Charles Todero  Sex: male  DOB: 8/23/1985 | MRN: E4272986 |
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date: 5/29/2016@12:29 PM | ER Arrival: 5/29/16 12:24 PM |

**CC/HPI:** Per ED note,  he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic. Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over.  No injury from traffic.  Handcuffed.  Became beligerant during EMS transport; given IM versed.  Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival.  Now intubated and sedated in ED. Admit to ICU.

## REVIEW OF SYSTEMS/HOSPITAL COURSE:

5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00537

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |

## History and Physical Notes (continued)

### H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM (continued)

.PFSH:
No Known Allergies
No past medical history on file.
No past surgical history on file.
None

### History
Substance Use Topics
- Smoking status:      Not on file
- Smokeless tobacco:      Not on file
- Alcohol Use:      Not on file

No family history on file.
Unable to obtain.

### OBJECTIVE

**Current Vitals:**
Filed Vitals:

|  | 05/30/16 1000 | 05/30/16 1100 | 05/30/16 1200 | 05/30/16 1209 |
|---|---|---|---|---|
| BP: | 105/62 | 99/64 | 111/72 | |
| Pulse: | 58 | 58 | 70 | 62 |
| Temp: | 36.2 °C (97.2 °F) | | 36.3 °C (97.3 °F) | |
| TempSrc: | | | | |
| Resp: | 18 | 18 | 20 | 18 |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | | | 100% | 99% |

**Vitals: Minimum/Maximum:**

| BP Min: 85/22 Max: 132/69 | Pulse Avg: 94 Min: 58 Max: 137 | Resp Avg: 23.2 Min: 12 Max: 33 | SpO2 Avg: 97.9 % Min: 95 % Max: 100 % |
|---|---|---|---|
| Temp Avg: 37.9 °C (100.3 °F)  Min: 36.2 °C (97.2 °F)  Max: 39.4 °C (103 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:80 kg (176 lb 5.9 oz) |
|---|---|---|

| I&O This Shift:<br>In: -<br>Out: 50 [Urine:50]<br><br>I&O Last Three Shifts:<br>In: 6418.66 [I.V.:6418.66] | I&O Over the Last 24 Hours:<br>Intake/Output Summary (Last 24 hours) at 05/30/16 1240<br>Last data filed at 05/30/16 1012 | |
|---|---|---|
| | Gross per 24 hour | |
| | Intake | 6418.66 ml |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER      TODERO 00538

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM (continued)**

| Out: 490 [Urine:490] | Output | 540 ml |
|---|---|---|
| | Net | 5878.66 ml |

**Physical Exam:**
**VS**: as above
**General**: Sedated. NAD. Vent support.
**Neuro**: Sedated.
**HEENT**: PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV**: RRR. no M/G
**Resp**: CTAB, no wheezes, unlabored
**Abdomen**: Soft, non-tender, non-distended, + BS.
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; no edema
**Skin**: No rash, nodules, lesions; temp symmetric

### VENT DATA:

Ventilation data:

**Settings:**

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 30 % | Insp Time (sec): 0.78 sec | |

**Readings:**

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate Observed: 18 | Vt Mandatory Exp (mL): 528 mL | | PIP Observed (cm H2O): 19 cm H2O | Plateau Pressure (cm H2O): 16 cm H2O | Insp Time (sec): 0.78 sec | |

### DAILY LAB DATA REVIEW:

Recent Labs

| | 05/30/16 0515 | 05/29/16 1255 |
|---|---|---|
| WBC | 14.67* | 13.65* |
| HGB | 14.4 | 13.7 |
| HCT | 42.7 | 43.5 |
| PLT | 100* | 191 |
| MCV | 99.6 | 107.1* |

Recent Labs

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00539

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

History and Physical Notes (continued)

H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM (continued)

|            | 05/30/16 0515 | 05/30/16 1445 | 05/29/16 1255 |
|------------|---------------|---------------|---------------|
| BUN        | 42*           | 30*           | 31*           |
| CREATININE | 3.8*          | 2.7*          | 2.7*          |
| NA         | 137           | 136           | 146*          |
| K          | 3.3*          | 5.2*          | 6.1*          |
| CL         | 100           | 103           | 102           |
| CO2        | 24.0          | 17.4*         | 10.7*         |
| GLUCOSE    | 176*          | 131*          | 69*           |

Estimated Creatinine Clearance: 29.3 mL/min (based on Cr of 3.8).
No results found for: HGBA1C, HGBA1CPERC

Recent Labs

|         | 05/30/16 0515 |
|---------|---------------|
| ALT     | 882*          |
| AST     | 3911*         |
| ALKPHOS | 52            |

Recent Labs

|           | 05/30/16 0515 |
|-----------|---------------|
| BILIRUBIN | 3.1*          |

No results for input(s): PROTIMENOTH, INR, PROTIMEC, INRC in the last 168 hours.

Recent Labs

|           | 05/29/16 1255 |
|-----------|---------------|
| TROPONINI | 0.04          |

No results for input(s): PHART, PO2ART, PCO2ART, HCO3ART in the last 168 hours.

Recent Labs

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00540

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM (continued)**

|  | 05/29/16<br>1255 |
|---|---|
| PROCALCITONI | 0.4 |

### Recent Labs

|  | 05/30/16<br>0515 | 05/29/16<br>2342 | 05/29/16<br>1821 | 05/29/16<br>1445 | 05/29/16<br>1255 |
|---|---|---|---|---|---|
| GLUCOSE | 176* | -- | -- | 131* | 69* |
| POCGLU | -- | 197* | 156* | -- | -- |

### Recent Labs

|  | 05/29/16<br>1500 |
|---|---|
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |
| LEUKOCYTESUA | NEGATIVE |
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

No results for input(s): URINECULT in the last 168 hours.

## CURRENT/MEDICATIONS:

**Tube Feedings:**

ampicillin-sulbactam (UNASYN) 3 g in sodium    IntravenOUS    Q6H

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER    TODERO 00541

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## History and Physical Notes (continued)

### H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM (continued)

| chloride 0.9 % 100 mL IVPB (MB+) | | |
|---|---|---|
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| heparin (porcine) injection 5,000 Units | Subcutaneous | Q12H |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

| | |
|---|---|
| 0.45% NaCl infusion | Last Rate: 100 mL/hr at 05/30/16 1213 |
| dextrose 10 % in water infusion | |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 75 mcg/hr (05/30/16 1000) |
| furosemide (LASIX) 200 mg in sodium chloride 0.9 % 40 mL infusion | |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 4 mcg/min (05/30/16 1000) |
| propofol (DIPRIVAN) | Last Rate: 35 mcg/kg/min (05/30/16 1135) |

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

## IMPRESSION/STATUS/PLAN:

- 
- Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. CXR negative for infiltrate. BDs.
- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event. UDS + cannabinoids. Spice?
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00542

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## History and Physical Notes (continued)

**H&P by Skelton, Faron Richard, MD at 5/30/2016 12:40 PM (continued)**

- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272>20000. Check level q6 hrs. IVFs.
- Acute Liver Injury/Shock liver: LFTs increasing. Acetaminophen < 10 on admission. Repeat Level. May need GI consult if no improvement.
- AGMA/Lactic acidosis: AG 33.3>>>13.
- Hyperkalemia: Improving. K+ 6.1>>>3.3
- AKI: Creatinine 2.7>3.8. IVFs. Nephrology consulted.
- Leukocytosis
- VTE prophylaxis: Heparin SQ.
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: NPO
- Code status: Full code


- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☐ I personally reviewed consultants notes
☐ Discussed care management with RN and RT
☐ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 50 minutes.

Faron Richard Skelton, MD   **Date:** 5/30/2016

Electronically signed by Skelton, Faron Richard, MD on 5/30/2016 12:59 PM

Scanned images are located at the end of the chart, if available.

## Consult Notes

**Consults by Elliott, James C, MD at 5/29/2016 5:42 PM**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00543

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Elliott, James C, MD at 5/29/2016 5:42 PM (continued)

Author: Elliott, James C, MD
Filed: 5/29/2016 6:07 PM
Editor: Elliott, James C, MD (Physician)

Service: Nephrology
Date of Service: 5/29/2016 5:42 PM

Author Type: Physician
Status: Signed

### Indiana Kidney Specialists Consult Note

Asked by Dr. Skelton to evaluate this patient for AKI.

Patient is currently sedated and vented.  History was obtained from EMR.

HPI:
This is a 30 y.o. .male admitted 5/29/2016 for cardiac arrest.  He was apparently found acting psychotic today and walking in-and-out of traffic stating "I am Jesus Christ".  He was Tased by police and brought to hospital by EMS.  En route, patient became became beligerent and was given IV Versed.  He then became more lethargic and went into assystolic arrest 60 seconds before arrival to ER.  CPR was started immediately.

PMH/PSH/FH/SH/ROS:
 Unobtainable due to patient's clinical status.

Inpatient Medications (Reviewed):
Scheduled Medications:

| | | |
|---|---|---|
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | BID |
| heparin (porcine) injection 5,000 Units | Subcutaneous | Q12H |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

Continuous Medications:

| | |
|---|---|
| dextrose 10 % in water infusion | |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (05/29/16 1356) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: Stopped (05/29/16 1519) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (05/29/16 1355) |
| sodium bicarbonate 1 mEq/mL (8.4 %) 150 mEq in dextrose 5 % in water (D5W) 1,150 mL infusion | Last Rate: 125 mL/hr at 05/29/16 1619 |

PRN Medications:

| | | |
|---|---|---|
| acetaminophen (TYLENOL) suppository 650 mg | Rectal | Q4H PRN |
| acetaminophen (TYLENOL) tablet 650 mg | Oral | Q4H PRN |
| dextrose 10 % in water infusion | IntravenOUS | Continuous PRN |
| dextrose 50 % in water (D50W) syringe 25 mL | IntravenOUS | PRN |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00644

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Elliott, James C, MD at 5/29/2016 5:42 PM (continued)

| | | |
|---|---|---|
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 10 mcg | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 20 mcg | IntravenOUS | PRN |
| glucagon (Human Recombinant) (GLUCAGEN) injection solr 1 mg | Intramuscular | PRN |
| ketamine (KETALAR) 50 mg in sodium chloride (PF) 0.9 % 1 mL (50 mg/mL) IV PUSH | IntravenOUS | Q5 Min PRN |
| Ondansetron HCl (PF) (ZOFRAN) 4 mg/2 mL injection soln 4 mg | IntravenOUS | Q8H PRN |
| propofol 10 mg/ml bolus (from bag) | IntravenOUS | PRN |

Allergies:
Allergies as of 05/29/2016
• (Not on File)

Current Vitals:
BP: (74-132)/(22-81) 122/57 mmHg
Pulse: [0-137] 96
Respirations: [12-33] 27
Temp: [38.2 °C (100.8 °F)-39.4 °C (103 °F)] 38.3 °C (100.9 °F)
SpO2: [97 %-100 %] 97 %
Weight - Scale: [77.8 kg (171 lb 8.3 oz)] 77.8 kg (171 lb 8.3 oz)

I/O Summary:

| Last 3 shifts | Current shift | 24 hours |
|---|---|---|
| | | No intake or output data in the 24 hours ending 05/29/16 1742 |

Admission weight:
Admit Weight: 77.8 kg (171 lb 8.3 oz)

Current Weight:
Current Weight:77.8 kg (171 lb 8.3 oz)

Physical Exam:
GEN: ill-appearing and unresponsive on vent.
HEENT: normocephalic, atraumatic. PERLA. ENT- ETT secure.
NEURO: Unresponsive.
NECK: supple, no significant adenopathy.
CARDIOVASCULAR: normal rate, regular rhythm, normal S1, S2, no murmurs, rubs, clicks or gallops

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00645

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Elliott, James C, MD at 5/29/2016  5:42 PM (continued)

LUNGS: clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry, Mech Vent.
ABDOMEN: Soft, nondistended, BS+.
SKIN: normal coloration and turgor, no rashes, no suspicious skin lesions noted.
MUSCULOSKELETAL: no joint tenderness, deformity or swelling.
EXTREMITIES: peripheral pulses normal, no pedal edema, no clubbing or cyanosis
GU: Normal external male genitalia. Foley catheter in place with cola-colored urine.

### Data:

#### Recent Labs

|  | 05/29/16 1445 | 05/29/16 1255 |
|---|---|---|
| BUN | 30* | 31* |
| CREATININE | 2.7* | 2.7* |
| NA | 136 | 146* |
| K | 5.2* | 6.1* |
| CL | 103 | 102 |
| CO2 | 17.4* | 10.7* |
| GLUCOSE | 131* | 69* |

#### Lab Results

| Component | Value | Date |
|---|---|---|
| CALCIUM | 8.8 | 05/29/2016 |

#### Recent Labs

|  | 05/29/16 1255 |
|---|---|
| WBC | 13.65* |
| HGB | 13.7 |
| HCT | 43.5 |
| PLT | 191 |
| MCV | 107.1* |

No results found for: IRON, TIBC, FERRITIN
Labs reviewed.

### Radiology:

#### Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| CT Abdomen and Pelvis Wo Contrast [331988598]<br>Order Status: Completed<br>Narrative:<br>CT ABDOMEN AND PELVIS WO CONTRAST 74176 5/29/2016 1:50 PM EDT<br>Provider: CHRIS J HARTMAN<br><br>Indication: abdominal pain , |  |  |  | Collected: 05/29/16 1457<br>Updated: 05/29/16 1657 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00546

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Elliott, James C, MD at 5/29/2016 5:42 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Comparison: None

Contrast: Without only

Cuts were obtained from liver dome inferiorly through the iliac crest and then from the iliac crest inferiorly through the pubic symphysis. Lung bases are clear. There is fairly extensive fatty infiltration of liver which otherwise appears unremarkable. There appears to be an approximately 3.2 cm likely cystic lesion off the anterior upper spleen. This appears unremarkable otherwise. The pancreas, adrenals, kidneys, and gallbladder appear unremarkable. The bowel including appendix appears unremarkable. There is no pathologically enlarged retroperitoneal, mesenteric or pelvic adenopathy. There is no suspicious bone lesion. There is an NG tube which enters the stomach. There are arterial and venous lines entering via the right groin. There is a Foley catheter in the bladder.

Impression:
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

Interpreted and Dictated by
Gregory A Merchun, MD

d: May 29 2016 02:57P
t: May 29 2016 03:06P by APAS955
f: May 29 2016 04:55P

### CR Chest Portable PA or AP View [331988595]

Order Status: Completed
Narrative:
CR CHEST PORTABLE PA OR AP VIEW 71010 5/29/2016 1:00 PM EDT
Provider: CHRIS J HARTMAN

Collected: 05/29/16 1451
Updated: 05/29/16 1453

Indication: sob ,
Comparison: None

There is no endotracheal tube and NG tube in satisfactory position.Lungs are clear   Heart and mediastinum are unremarkable .

Impression:
No evidence acute cardiopulmonary disease.

Interpreted and Dictated by
Gregory A Merchun, MD

d: May 29 2016 02:51P
t: May 29 2016 02:51P by
f: May 29 2016 02:51P

### CT Spine Cervical Wo Contrast [331988597]

Order Status: Completed

Collected: 05/29/16 1448
Updated: 05/29/16 1451

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00547

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Elliott, James C, MD at 5/29/2016  5:42 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Narrative:
CT SPINE CERVICAL WO CONTRAST 72125 5/29/2016 1:50 PM EDT
Provider: CHRIS J HARTMAN

Indication: pain ,
Comparison: None

Axial, coronal, and sagittal images of the cervical spine are evaluated. There is  no fracture or dislocation. There is straightening of the normal lordosis. There is moderate localized C5-6 degenerative disc change with disc space narrowing and prominent anterior as well as lesser posterior spurring. There is other no significant degenerative change. The facets are well aligned. There is    no significant encroachment on the spinal canal . There is an endotracheal tube in place.. The adjacent soft tissues are unremarkable  .

Impression:
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change.

Interpreted and Dictated by
Gregory A Merchun, MD


d: May 29 2016 02:48P
t: May 29 2016 02:48P by
f: May 29 2016 02:49P

**CT Head/Brain Wo Contrast [331988596]**

Collected: 05/29/16 1430
Updated: 05/29/16 1432

Order Status: Completed
Narrative:
CT HEAD/BRAIN WO CONTRAST 70450 5/29/2016 2:00 PM EDT
Provider: CHRIS J HARTMAN

Indication: ha/ams ,
Comparison: None

Contrast:Without only

There is no area of abnormal attenuation. The ventricles and sulci are unremarkable. There is no abnormal extracerebral fluid collection or evidence for mass effect. The skull is intact and the visualized sinuses are clear.

Impression:
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified.

Interpreted and Dictated by
Gregory A Merchun, MD


d: May 29 2016 02:30P
t: May 29 2016 02:30P by
f: May 29 2016 02:30P

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00548

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

Consult Notes (continued)

Consults by Elliott, James C, MD at 5/29/2016 5:42 PM (continued)

[] I have personally reviewed patient's radiologic images and findings are as follows:
[] I have personally reviewed outside records from ___.

**IMP/REC:**

IMP:
-AKI
-HYPERKALEMIA
-RHABDOMYOLYSIS
-HYPERTHERMIA
-METABOLIC ACIDOSIS
-CARDIAC ARREST

REC:
1. AKI:
Clinical picture is consistent with synthetic marijuana (Spice) toxicity. AKI is most likely due to rhabdomyolysis and ischemic ATN +/- direct Spice toxicity. Will aggressively hydrate in an attempt to produce UOP of 200 mL/hr. Will confirm rhabdo with urine myoglobin.

2. METABOLIC ACIDOSIS:
Secondary to tissues ischemia. $CO_2$ improving with bicarb drip. Will transition to hypotonic bicarb drip at increased rate of 250 mL/hr in an effort to drive diuresis.

3. HYPERKALEMIA:
Secondary to Rhabdo and AKI. Improving and should improve further with bicarb and fluids. Follow trend.

Highly complex MDM based upon:
[X] # of problems addressed (2 established uncontrolled; 1 new + 1 or more established or 1 new with w/u),
[ ] data reviewed (4 or more),
[X] High risk for adverse outcome (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion)

(need 2 of 3 elements -- problems, data, or risk -- to support highly complex MDM)

80 minutes of Critical Care time from 1645 to 1805 spent immediately accessible on unit providing care.

On behalf of IKS, I would like to thank Dr. Skelton for allowing me to participate in Mr. Todero's care

**INDIANA KIDNEY SPECIALISTS**
**James Elliott, MD**
**924-8425 (24 hours a day)**

Electronically signed by Elliott, James C, MD on 5/29/2016 6:07 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00549

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Buckley, J Scott, MD at 5/31/2016 6:11 PM

| Author: Buckley, J Scott, MD | Service: Gastroenterology | Author Type: Physician |
|---|---|---|
| Filed: 5/31/2016 6:17 PM | Date of Service: 5/31/2016 6:11 PM | Status: Signed |
| Editor: Buckley, J Scott, MD (Physician) | | |

GI consult dictated # 928129

30 year old with intoxication, s/p tazing and asystole with resuscitation. Now with rhabdomyolysis, ARF, and acute hepatic failure suggestive of shock liver. Suspect some underlying ETOH abuse and could have concurrent hepatitis, although extent of drug history and other risks are not fully obtainable at this time.
Impression - Acute hepatic necrosis from shock liver;
Recommendations
- observe liver tests for trend. If progressive may need to move to a transplant center, but likely will not be deemed a transplant candidate
- Consider lactulose to decrease the NH3 in anticipation of extubation if he stops withdrawing
- Check hepatitis studies to establish concurrent issues, but current studies are c/w shock liver

Electronically signed by Buckley, J Scott, MD on 5/31/2016 6:17 PM

### Consults signed by Buckley, J Scott, MD at 6/2/2016 7:13 AM

| Author: Buckley, J Scott, MD | Service: Gastroenterology | Author Type: Physician |
|---|---|---|
| Filed: 6/2/2016 7:13 AM | Date of Service: 5/31/2016 6:10 PM | Status: Signed |
| Editor: Buckley, J Scott, MD (Physician) | | Trans ID: 1510222A |
| Trans Status: Available | Dictation Time: 5/31/2016 6:10 PM | Trans Time: 5/31/2016 7:37 PM |
| Trans Doc Type: Consults | | |

FRANCISCAN ST. FRANCIS HEALTH
CARMEL, IN 46032 - INDIANAPOLIS, IN 46237
MOORESVILLE, IN 46158

NAME: TODERO, CHARLES AGE: 30
MRN: E4272986 RM: T306/T30
ADMIT DATE: 05/29/2016 ACCOUNT#: 8163954651
DISCHARGE DATE:  DOB: 08/23/1985

CONSULTATION

DATE OF CONSULTATION: 05/31/2016

Thank you, Dr. Skelton, for asking me to see this patient for his abnormal
liver tests.

HISTORY OF PRESENT ILLNESS: The patient is currently sedated and ventilated
and I am able to get a history from the nurse as well as the chart, but I
am unable to get any history as there is no other family present. It would
appear from review of the chart that the patient presented after having
acute psychosis and belligerence and evidently, to be controlled by the
police, had 2 rounds of tazing and finally then slumped over. It was felt

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00550

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults signed by Buckley, J Scott, MD at 6/2/2016  7:13 AM  (continued)

that he may be intoxicated from an unknown substance. The patient was
handcuffed. On transfer to the hospital, he evidently had a tachycardic
arrhythmia followed by bradycardia and then finally asystole resulting in
resuscitation including chest compressions. The patient was intubated and
sedated in the emergency room and was admitted to the intensive care unit
thereafter.

On presentation, his CPK was about 8000. It is currently greater than
20,000. His liver enzymes had an AST of 3911 and an ALT of 882. As of this
morning, his liver tests were up to greater than 5000 and 2353,
respectively, with regards to AST and ALT. His total bilirubin is 5.4. His
alkaline phosphatase is normal.

In discussion with the nurse, who has had a family member present, it is said
that he may have had some sort of hepatitis in the past, and they do note
that he does drink alcohol. The patient does have multiple tattoos.
Currently, he has acute renal failure, rhabdomyolysis, abnormal liver
tests, is sedate on a vent, and felt to be possibly going through drug
and/or alcohol withdrawal. His initial Tylenol level was less than 10 as
was his salicylate. His drug screen was only positive for cannabinoids. His
hemoglobin is 13.5, white count 12,490, and platelet count is 78,000.

PAST MEDICAL HISTORY
ALLERGIES. THERE ARE NO KNOWN DRUG ALLERGIES.

ILLNESSES: Unobtainable.

SURGICAL HISTORY: Unobtainable.

SOCIAL/FAMILY HISTORY: Not obtainable from the patient and no family is
present. There is no record of whether he smokes. It was said that he does
drink alcohol.

REVIEW OF SYSTEMS: The patient is unable.

PHYSICAL EXAMINATION
VITAL SIGNS: Blood pressure is 125/64 and temperature is 97.9.
GENERAL: He is sedate on a ventilator in no acute distress.
HEENT: He is a moderately icteric with scleral edema. He is intubated. He
does have an orogastric tube in place with feedings.
CHEST: Clear.
CARDIAC: Regular with no appreciable murmur, gallop, or rub.
ABDOMEN: Soft, nondistended. I cannot evoke any tenderness in his sedated
state.
EXTREMITIES: He has multiple tattoos. He has bilateral lower extremity
edema.
NEUROLOGIC: He is sedate on a vent.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00551

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

**Consults signed by Buckley, J Scott, MD at 6/2/2016 7:13 AM  (continued)**

LABORATORY STUDIES: Those as noted above. In addition, his INR is 2.4. His
ammonia is 119. Stool is negative for Clostridium difficile. CT of the
abdomen reveals a cystic lesion in the spleen and a fatty liver, but
otherwise negative.

IMPRESSION: A 30-year-old with what appears to be intoxication, status post
tazing with rhabdomyolysis with asystole and resuscitation, now with renal
failure and acute hepatic failure, consistent with shock liver. Given the
history noted above, he likely has some underlying fatty liver from alcohol
use and abuse. He also may have a history of hepatitis and does have some
tattoos, and we will go ahead and send off hepatitis studies, although the
history is not consistent with acute hepatitis. As noted, it is likely all
shock liver. I would recommend we send off laboratory studies. We will
monitor his ammonia and when the patient is nearing improvement to come off
the vent we will need to begin some lactulose to decrease this. We will
also follow his liver tests expectantly, and if we see a significant
increase he may need transfer to a transplant center. For clarification,
hepatitis studies will be sent to see if he has got any current or past
history of hepatitis. Supportive care is otherwise in order.

DICTATED BY: J SCOTT BUCKLEY, MD

D: 05/31/2016 6:10 PM  T: 05/31/2016 7:37 PM VMX Job: 928129

cc: Faron R. Skelton, MD

   Jennifer J. Bucki, MD

The final copy of this document is located in the Franciscan St. Francis
Health legal medical record.

Electronically signed by Buckley, J Scott, MD on 6/2/2016 7:13 AM

**Consults signed by Vivio, Jennifer M, MD at 6/6/2016 10:10 AM**

| | | |
|---|---|---|
| Author: Vivio, Jennifer M, MD | Service: (none) | Author Type: Physician |
| Filed: 6/6/2016 10:10 AM | Date of Service: 6/5/2016 1:33 PM | Status: Addendum |
| Editor: Vivio, Jennifer M, MD (Physician) | | |
| Related Notes:   Original Note by Vivio, Jennifer M, MD (Physician) filed at 6/5/2016 5:14 PM | | |
| Trans ID: 1510911A | Trans Status: Available | Dictation Time: 6/5/2016 1:33 PM |
| Trans Time: 6/5/2016 2:59 PM | Trans Doc Type: Consults | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00652

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Consult Notes (continued)**

**Consults signed by Vivio, Jennifer M, MD at 6/6/2016 10:10 AM  (continued)**

FRANCISCAN ST. FRANCIS HEALTH
CARMEL, IN 46032 - INDIANAPOLIS, IN 46237
MOORESVILLE, IN 46158

NAME: TODERO, CHARLES AGE: 30
MRN: E4272986 RM: T306/T30
ADMIT DATE: 05/29/2016 ACCOUNT#: 8163954651
DISCHARGE DATE:  DOB: 08/23/1985

CONSULTATION


NEUROLOGY CONSULTATION

DATE OF CONSULTATION: 06/05/2016

REQUESTING PHYSICIAN: Faisal A. Khan, MD

REASON FOR CONSULTATION: Asked to see this 30-year-old male for
encephalopathy and possible seizure.

The patient was admitted on 05/29/2016. He presented via EMS and police, as
he was found in the middle of the road, jumping in front of cars and
calling himself Jesus Christ. He was combative upon police arrival, and he
was tased via the police. Upon EMS arrival, he remained combative and was
given 5 mg of intranasal Versed. Upon arrival of EMS to the ER, he went
into sinus bradycardia and then asystole. CPR was in progress upon their
arrival per the nursing notes.

ER notes from 12:29 p.m. report that he was in sinus rhythm with a pulse
and at 12:30, he was back in cardiac arrest and CPR was started. By 12:32,
he again had a pulse after epinephrine and CPR, At 1:12 p.m., he was noted
to have a temperature of 103, per a temperature sensing Foley. At 1:19
p.m., he was fighting and combative. He was intubated and sedated in the
emergency department. He was admitted to the ICU. He was found to have
metabolic acidosis, hyperkalemia, and rhabdomyolysis. He was seen by
Nephrology and the clinical picture was consistent with sympathetic
marijuana (spice) toxicity. He was aggressively hydrated and was placed on
a Lasix drip. His creatinine nearly doubled in 1 day, and he was started on
dialysis. The patient was also started on an Ativan drip to prevent
withdrawal. The patient has remained critically ill. On 06/04/2016, he had
an episode of bradycardia associated with hypertension and some, "jerking,"
per the RN. He received 2 mg of Ativan IV and has not had any further
episodes.

PAST MEDICAL HISTORY: None.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00553

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

Consults signed by Vivio, Jennifer M, MD at 6/6/2016 10:10 AM (continued)

MEDICATIONS
1. Unasyn.
2. Pepcid.
3. Folic acid.
4. Humalog.
5. Ativan 2 mg IV p.r.n.
6. Vitamin D.
7. Fentanyl.
8. Levophed drip.
9. Propofol drip.

ALLERGIES: HEPARIN.

SOCIAL HISTORY: Per the chart, Alcohol, yes and apparent illicit drug use.

FAMILY HISTORY: Unknown.

REVIEW OF SYSTEMS: The patient unable to provide.

PHYSICAL EXAMINATION
VITAL SIGNS: Temperature 98.1, pulse 86, respiratory rate 19, blood
pressure 93/54. Previous reading was 110/59.
GENERAL: He is an ill-appearing white male. He is ventilated. He is
unresponsive. He is sedated.
HEENT: Normocephalic, atraumatic. Pupils are 3 mm and sluggish. No facial
asymmetry. He does have a cough and a gag.
NECK: Supple. No carotid bruit.
HEART: Regular rate and rhythm.
LUNGS: Minimal basilar rales.
ABDOMEN: Soft. Good bowel sounds.
EXTREMITIES: With 1+ edema.
NEUROLOGIC
MENTAL STATUS EXAM: He is sedated. He does not follow any commands. He does
not withdraw to painful stimuli.
CRANIAL NERVES: Pupils as above. No facial asymmetry. He does have a cough
and a gag. No doll's eyes.
SPEECH: Unable.
LANGUAGE: Unable.
MOTOR: No spontaneous movements.
SENSORY: No withdrawal and no grimace to painful stimuli.
REFLEXES: Absent. Toes are downgoing bilaterally to plantar stimulation.

LABORATORY DATA: He had a head CT on 05/29/2016 that showed no acute
ischemia or hemorrhage. He also has a head CT that has been ordered for
today. Other labs include sodium 137, potassium 4.2, chloride 105, BUN 26,
creatinine 2.8. ALT is high at 655. It is improving. On 05/31/2016, it was
2500. AST is 681, alkaline phosphatase 129. White count 16.24, H and H 14.8

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00554

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

**Consults signed by Vivio, Jennifer M, MD at 6/6/2016 10:10 AM  (continued)**
and 43.9, platelets 63,000 with 71 PMNs, 6 bands.

IMPRESSION AND RECOMMENDATIONS: This is a 30-year-old male admitted with
cardiac arrest and drug overdose. He had an episode of bradycardia and
hypertension associated with some jerking last night. There is a question
as to whether or not this could have represented seizure activity. He was
treated with an Ativan drip from admission until yesterday morning when it
was discontinued. His liver function is quite poor and Dialysis does not
remove Lorazepam, so I do not think this possible seizure was due to
withdrawal of the benzodiazepine. He has not had any further events. I
agree with the head CT that has been ordered. We will get an EEG as well.
If he has any further events, would start Keppra, but at this time, it is
not clear as to whether or not this episode represented true ictal
activity. I spoke with his mother at the bedside regarding these plans and
explained our concerns. Currently he is neurologically stable. We will
continue to try to wean sedation as able and continue p.r.n. Ativan.

DICTATED BY: JENNIFER M. VIVIO, MD

D: 06/05/2016 1:33 PM  T: 06/05/2016 2:59 PM  WMX Job: 928857

cc:  Faron R. Skelton, MD

Faisal A. Khan, MD

Jennifer J. Bucki, MD

The final copy of this document is located in the Franciscan St. Francis
Health legal medical record.

Electronically signed by Vivio, Jennifer M, MD on 6/5/2016  5:14 PM
Electronically signed by Vivio, Jennifer M, MD on 6/6/2016 10:10 AM

**Consults by Desai, Mona P, MD at 6/10/2016  2:27 PM**

| Author: Desai, Mona P, MD | Service: (none) | Author Type: Physician |
| Filed: 6/10/2016  3:30 PM | Date of Service: 6/10/2016  2:27 PM | Status: Signed |
| Editor: Desai, Mona P, MD (Physician) | | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00555

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Consult Notes (continued)

Consults by Desai, Mona P, MD at 6/10/2016 2:27 PM (continued)



INDIANA
INFECTIOUS
DISEASE
CONSULTANTS

Infectious Disease Consult Note

| Name: Charles Todero  Sex: male  DOB: 8/23/1985 | MRN: E4272986 |
|---|---|
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date: 5/29/2016@12:29 PM | ER Arrival: 5/29/1612:24 PM |

Consultation requested by Dr. Skelton for antibiotic management for septic shock/endocarditis.

CC/HPI: he is a 30 y.o. male presented with drug overdose, cardiac arrest.
30 y/o M with no PMH per chart but was found acutely psychotic, was tazed by police, had asystole.
Admitted 5/29/16. Suspicion for illicit drug abuse->SPICE toxicity. Was febrile on admit to 103, found to be in rhabdo on admit (CPK>20000), w/ metabolic acidosis, hyperkalemia. WBC mildly elevated on admit, then trending down. Initial sets of cultures (blood, urine, sputum) unremarkable. Was intubated upon admission. Started on CVVH. Intially on but then off pressors 6/5. Was treated for asp pneumonia with unasyn. WBC spiked from 20->44 overnight. Hgb dropped. Femoral line removed 6/9.
Had cardiac arrest x 2 today.
6/10 TEE shows a mass on tricuspid valve

Antibiotics:
Unasyn 3 g iv q 6h 5/31-6/9
Vancomycin 1 g iv q 12h 6/8-present
Pip-tazo 4.5 g iv q 8h starting today

Currently having procedure at bedside.
Tm 103.1. HR 44-153. RR 10-52. BP 76/18-144/79. BUN/Cr 62/3.2. ALT/AST 137/176. PCT 6.7. WBC 44. Hgb 7.2. Plt 31.
Status of multiple chronic medical conditions relevant to the HPI are summarized in the Impression below.

REVIEW OF SYSTEMS/HOSPITAL COURSE:
10 systems were reviewed on admission and notable for drug overdose with cardiac arrest -- with other pertinent positives or negatives noted in the HPI and/or the Impression.

PFSH:

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00556

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Desai, Mona P, MD at 6/10/2016 2:27 PM (continued)

**Allergies**

| Allergen | Reactions |
|---|---|
| • Heparin<br>*Reported HIT + on 6/1/16* | Other (See Comments) |

No past medical history on file.
No past surgical history on file.
None

**History**

**Substance Use Topics**
- Smoking status:       Not on file
- Smokeless tobacco:    Not on file
- Alcohol Use:          Yes
  *Comment: 1/2 gallon of vodka a dayper family*

No family history on file.
Family History reviewed.

### OBJECTIVE

**Current Vitals:**
**Filed Vitals:**

| | 06/10/16 1333 | 06/10/16 1345 | 06/10/16 1402 | 06/10/16 1405 |
|---|---|---|---|---|
| BP: | 99/51 | 103/46 | 98/51 | 94/47 |
| Pulse: | 131 | 133 | 133 | |
| Temp: | 39.4 °C (103 °F) | | 39.5 °C (103.1 °F) | 39.5 °C (103.1 °F) |
| TempSrc: | | | Oral | Oral |
| Resp: | 32 | 35 | 52 | |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | | 99% | | |

**Vitals: Minimum/Maximum:**

| BP Min: 75/50 Max: 144/21 | Pulse Avg: 108.4 Min: 44 Max: 153 | Resp Avg: 26.7 Min: 10 Max: 52 | SpO2 Avg: 96.6 % Min: 93 % Max: 100 % |
|---|---|---|---|
| Temp Avg: 38.1 °C (100.5 °F) Min: 36.9 °C (98.4 °F) Max: 39.5 °C (103.1 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:76.4 kg (168 lb 6.9 oz) |
|---|---|---|

**I&O This Shift:**
In: 458 [I.V.:40]
Out: 395

**I&O Last Three Shifts:**
In: 4381.36 [I.V.:1621.39]

**I&O Over the Last 24 Hours:**
Intake/Output Summary (Last 24 hours) at 06/10/16 1429
Last data filed at 06/10/16 1000

| | Gross per 24 hour |
|---|---|
| Intake | 3257.98 ml |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Desai, Mona P, MD at 6/10/2016  2:27 PM (continued)

| Out: 3189 | Output | 2206 ml | |
| | Net | 1051.98 ml | |

**Physical Exam:**
**VS**: as above
**General**: unresponsive
**Eyes:**: pupils equal, EOMI, C/S clear
**ENT**: symmetric, oral mucosa moist
**Neck**: trachea midline, w/o adenopathy, thyroid normal, no JVD
**CV**: RRR, no M/G
**Resp**: chest wall normal to palpation, clear to auscultation bilaterally, unlabored
**Abdomen**: Soft, nontender, no HSM
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; no edema
**Skin**: No rash, nodules, lesions; temp symmetric
**Neuro**: CN 2-12 grossly intact; LT sensation intact; motor grossly nonfocal
**Psych**: ☐ recent/remote memory intact; ☐ judgement/insight intact; mood/affect WNL; oriented x 3
**Lymphatics**: no neck, supraclavicular, or groin adenopathy noted
R IJ TLC
OGT
Rectal tube
HDC R IJ

## DAILY LAB/RADIOLOGY/PROCEDURES/CONSULTS DATA REVIEW:

### Recent Labs

| | 06/10/16 0545 | 06/10/16 0025 | 06/09/16 1740 |
| --- | --- | --- | --- |
| WBC | 44.58* | 37.13* | 34.09* |
| HGB | 7.2* | 7.1* | 7.2* |
| HCT | 22.4* | 22.5* | 23.1* |
| PLT | 31* | 47* | 44* |
| MCV | 103.9* | 101.8* | 101.5* |

### Recent Labs

| | 06/10/16 1048 | 06/10/16 0545 | 06/09/16 1740 | 06/09/16 0530 |
| --- | --- | --- | --- | --- |
| BUN | -- | 62* \| 61* | 62* | 64* \| 64* |
| CREATININE | -- | 3.2* \| 3.2* | 3.2* | 3.4* \| 3.4* |
| NA | -- | 138 \| 138 | 138 | 138 \| 138 |
| K | 5.1* | 4.8 \| 4.8 | 4.5 | 4.6 \| 4.6 |
| CL | -- | 106 \| 106 | 108* | 106 \| 106 |
| CO2 | -- | 24.6 \| 25.3 | 24.0 | 25.2 \| 25.2 |
| GLUCOSE | -- | 145* \| 143* | 150* | 132* \| 132* |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00558

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Desai, Mona P, MD at 6/10/2016 2:27 PM (continued)

Estimated Creatinine Clearance: 34.9 mL/min (based on Cr of 3.2).

**Recent Labs**

|         | 06/10/16 1048 | 06/10/16 0545 | 06/10/16 0035 | 06/09/16 1740 | 06/09/16 1737 |
|---------|---------------|---------------|---------------|---------------|---------------|
| GLUCOSE | --            | 145* \| 143*  | --            | 150*          | --            |
| POCGLU  | 236*          | --            | 109*          | --            | 149*          |

**Recent Labs**

|         | 06/10/16 0545 | 06/09/16 0530 | 06/07/16 0530 |
|---------|---------------|---------------|---------------|
| ALT     | 137*          | 166*          | 332*          |
| AST     | 176*          | 205*          | 340*          |
| ALKPHOS | 133*          | 128*          | 174*          |

**Recent Labs**

|           | 06/10/16 0545 | 06/09/16 0530 | 06/07/16 0530 |
|-----------|---------------|---------------|---------------|
| BILIRUBIN | 3.3*          | 3.7*          | 7.0*          |

**Recent Labs**

|     | 06/10/16 1327 | 06/08/16 1021 | 06/07/16 0530 |
|-----|---------------|---------------|---------------|
| INR | 1.5           | 1.3           | 1.1           |

**Recent Labs**

|          | 06/10/16 1326 | 06/04/16 1645 |
|----------|---------------|---------------|
| TROPONINI | 0.31*        | 0.07*         |

## Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **CR Chest Portable PA or AP View [333625103]** | | | | Collected: 06/10/16 1205 |
| Order Status: Completed | | | | Updated: 06/10/16 1208 |

Printed on 7/22/2016 8:23 AM

Page 90

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00559

| | | | | |
|---|---|---|---|---|

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Consult Notes (continued)**

**Consults by Desai, Mona P, MD at 6/10/2016  2:27 PM (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

Narrative:
CR CHEST PORTABLE PA OR AP VIEW 71010 6/10/2016 11:08 AM EDT
Provider: FARON RICHARD SKELTON

Indication: infiltrate/ETT position ,
Comparison: 6/7/2016

There is an endotracheal tube, NG tube, and 2 right-sided central lines all in satisfactory position. There is no pneumothorax.Lungs are clear   . Heart and mediastinum are unremarkable   .

Impression:
No evidence acute cardiopulmonary disease. Satisfactory line and tube placement.

Interpreted and Dictated by
Gregory A Merchun, MD

d: Jun 10 2016 12:05P
t: Jun 10 2016 12:05P by
f: Jun 10 2016 12:06P

**CT Head/Brain Wo Contrast [332868976]**          Collected: 06/05/16 1435

Order Status: Completed                           Updated:
                                                  06/05/16 1440

Narrative:
EXAM:  6/5/2016 2:15 PM EDT

INDICATION: Encephalopathy, cardiac arrest, evaluate for intracranial herniation

COMPARISON: CT scan of head without contrast of 5/27/2016

Spiral multislice CT acquisition was obtained through the brain without contrast only. The calvarium is intact as visualized on bone windows. Mucoperiosteal thickening is seen in ethmoid air cells bilaterally and there is mucoperiosteal thickening with air-fluid levels in the maxillary sinuses and right sphenoid sinus. There is mucoperiosteal thickening in the left sphenoid sinus. Mastoid air cells and middle ear cavities as visualized are clear. The ventricles and sulci are within normal limits. There is satisfactory gray-white matter differentiation and there is no evidence of brain edema or brain enlargement. No foci of abnormal attenuation are seen within the brain. No space-occupying lesions are seen intra or extra-axially. There is no evidence of intracranial hemorrhage.

Impression:
No intracranial abnormality. Paranasal sinusitis with acute bilateral maxillary and right sphenoid sinusitis.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER TODERO 00560

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Consult Notes (continued)

Consults by Desai, Mona P, MD at 6/10/2016  2:27 PM (continued)

Dictated by Richard Scales M.D.

d: Jun 05 2016 02:35P
t: Jun 05 2016 02:35P by
f: Jun 05 2016 02:38P

Recent Labs

|  | 06/10/16 1152 | 06/10/16 1048 |
|---|---|---|
| PHART | 7.31* | 7.27* |
| PO2ART | 150* | 120* |
| PCO2ART | 34 | 37 |
| HCO3ART | 16.9* | 16.8* |

☒ I personally reviewed vitals, labs, micro, notes, radiology... with findings listed in the Impression below.

**Cultures:**
**6/10/16 Bcx pending**
**6/8/16 MRSA (nares) cx none**
**6/6/16 Bcx ngtd**
**6/7/16 Ucx neg**
**6/7/16 Sputum cx yeast, id to follow**
**6/7/16 C diff toxin a/b negative**
**5/31/16 Sputum cx ngtd**
**6/1/16 Ucx negative**
**5/29/16 C diff tox a/b negative**
**CURRENT MEDICATIONS:**

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) tablet 20 mg | Per NG tube | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER                    TODERO 00561

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Consult Notes (continued)

### Consults by Desai, Mona P, MD at 6/10/2016  2:27 PM (continued)

| | | |
|---|---|---|
| piperacillin-tazobactam (ZOSYN) 4.5 G/100 ML NS IVPB (MB+) | IntravenOUS | Q8H |
| sodium chloride 0.9 % IV bolus | IntravenOUS | Once |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |
| vancomycin (VANCOCIN) 1,000 mg in sodium chloride 0.9 % 250 mL IVPB | IntravenOUS | Q12H |

| | |
|---|---|
| dextrose 10 % in water infusion | |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 50 mcg/hr (06/10/16 1352) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 6 mg/hr (06/10/16 1307) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: Stopped (06/10/16 1010) |
| phenylephrine (NEO-SYNEPHRINE) 40 mg in sodium chloride 0.9 % 250 mL infusion | Last Rate: 100 mcg/min (06/10/16 1419) |
| vasopressin infusion 40 Units (0.4 units/mL) in sodium chloride 0.9% 100 mL | Last Rate: 0.03 Units/min (06/10/16 1425) |

## IMPRESSION/STATUS/REC:

### Primary Diagnoses:

- Endocarditis-Tricuspid valve vegetation-presentation and now with TV veg. Seems c/w ivdu situation. Initial sets of bcx, ucx were negative. Agree with re-culture of blood as you've done today. Staph would be high on differential. Odd that initial bcx were negative though.
- Fever
- Leukocytosis
- Shock liver
- AKI on CVVH
- Drug overdose
- Cardiac arrest x 2 today
- Respiratory failure-intubated
- Rhabdomyolysis
- Illicit drug use
- H/o HCV

Plan:
-continue vancomycin 1 g iv q 12h-PTD

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00562

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

Consult Notes (continued)

Consults by Desai, Mona P, MD at 6/10/2016  2:27 PM (continued)

-continue pip-tazo 4.5 g iv q 8h
-f/u pending bcx
-critically ill
-will send HIV screen
-discussed with Dr. Skelton; CVS is aware of pt

☒ Highly complex MDM based upon # of problems addressed (2 established uncontrolled; 1 new + 1 or more established; 1 new with w/u), data reviewed (4 or more), +/or high risk (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion)  for adverse outcome (need 2 of 3 elements -- problems, data, or risk -- to support highly complex MDM)

☒ Discussed care management with Dr. Skelton

☐ Additional records requested:


Thank you for opportunity to see this patient with you.

Mona P Desai, MD   Date: 6/10/2016



Electronically signed by Desai, Mona P, MD on 6/10/2016  3:30 PM

Consults signed by Parikshak, Manesh, MD at 6/10/2016 10:08 PM

| Author:  Parikshak, Manesh, MD | Service:  Cardiothoracic Surgery | Author Type:  Physician |
|---|---|---|
| Filed:  6/10/2016 10:08 PM | Date of Service:  6/10/2016  2:28 PM | Status:  Signed |
| Editor:  Parikshak, Manesh, MD (Physician) | | Trans ID:  1511902A |
| Trans Status:  Available | Dictation Time:  6/10/2016  2:28 PM | Trans Time:  6/10/2016  3:39 PM |
| Trans Doc Type:  Consults | | |


FRANCISCAN ST. FRANCIS HEALTH
CARMEL, IN 46032 - INDIANAPOLIS, IN 46237
MOORESVILLE, IN 46158

NAME: TODERO, CHARLES AGE: 30
MRN: E4272986 RM: T306/T30
ADMIT DATE: 05/29/2016 ACCOUNT#: 8163954651
DISCHARGE DATE:   DOB: 08/23/1985

CONSULTATION


DATE OF CONSULTATION: 06/10/2016

REASON FOR CONSULTATION: Evaluation for tricuspid valve vegetation and suspected endocarditis.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00563

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Consult Notes (continued)**

**Consults signed by Parikshak, Manesh, MD at 6/10/2016 10:08 PM  (continued)**

CONSULTATION REQUESTED BY: Dr. Faron R. Skelton, M.D.

PRIMARY CARE PHYSICIAN: None listed.

PRIMARY CARDIOLOGIST: Richard Shea, MD.

PRIMARY NEPHROLOGIST: James Elliott, MD.

HISTORY OF PRESENT ILLNESS: The patient is an unfortunate 30-year-old
gentleman who unfortunately had an acute psychotic event. He was behaving
suicidal and was walking out into traffic proclaiming that he was Jesus
and holding a Bible. Attempts were made to pacify him by the police.
Unfortunately, he required taser to prevent injury. Unfortunately, after
this procedure, he fell to his knees and slumped over. He was
handcuffed and started to become more belligerent once he woke up. He was
transported by EMS to the emergency room. Unfortunately, he became more and
more sedated. He came tachycardic, bradycardic and ultimately went into an
asystolic arrest. He had chest compressions and was intubated for acute
respiratory failure and cardiopulmonary arrest. He was admitted to the
intensive care unit. He actually regained consciousness and since then has
been in the surgical intensive care unit since 05/29/2016. The patient
unfortunately had had evidence of rhabdomyolysis and developed acute kidney
injury for which he is being followed by the nephrology services. He had
metabolic acidosis which is improved as well as hyperkalemia which has also
has been treated. The patient had an echocardiogram done on 06/01/2016
which showed that his EF was about 55-60% with some mild to moderate
dilatation of the RV. There was otherwise no significant abnormalities
noted.

Unfortunately, over the past 24 hours, he has had a deteriorating course
with worsening respiratory compromise on the ventilator, evidence of
worsening renal function  thrombocytopenia with platelet counts in the 30s
anemia with a hemoglobin in thef 7s, as well as evidence of severe
leukocytosis with a white blood cell count of 44,000. He was felt to be
septic. He has had cultures sent, which are still pending. He had an
echocardiogram  completed earlier today and this showed that His EF was
greater than 70% but his RV was severely enlarged with global systolic
dysfunction, there was mass was visualized on the tricuspid valve, which
was consistent with a vegetation and there was also some thickening of the
subvalvular cords, which is all consistent with endocarditis. Based on
these findings, we were reconsulted to evaluate for potential surgical
intervention. The patient, of note, has a long-term history of intravenous
drug abuse, has proven hepatitis C with PCR results as well as a history
of alcohol abuse. The patient unfortunately is intubated, sedated and none
of the history can be obtained from the patient.

PAST MEDICAL HISTORY: As noted, positive for the hepatitis C, alcohol and

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00564

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Consult Notes (continued)**

**Consults signed by Parikshak, Manesh, MD at 6/10/2016 10:08 PM (continued)**
drug abuse.

PAST SURGICAL HISTORY: None.

ALLERGIES: HE HAS ALLERGIES TO HEPARIN WHICH IS NOTED ON THE CHART WITH
REPORTED HIT POSITIVITY ON 06/01/2016 WITH HIPA TESTING, BUT NO SRA IS
SENT.

HOME MEDICATIONS: None noted.

SOCIAL HISTORY: There is a HIPA report of alcohol abuse, use of intravenous
drugs, tobacco use.

FAMILY HISTORY: Noncontributory for coronary artery disease.

REVIEW OF SYSTEMS
Unobtainable secondary to intubated and sedated state.

PHYSICAL EXAMINATION
VITAL SIGNS: Temperature is 39.5, pulse 133, blood pressure 98/51,
respirations are 50 with saturation of 99% on 100% FIO2.
GENERAL: He is sedated on the bed.
HEENT: Oropharynx tube is in place.
NECK: Soft, supple. There is no appreciable JVD.
LUNGS: Coarse bilaterally.
CARDIAC: Tachycardic with no appreciable murmurs.
ABDOMEN: Soft, no tenderness, no palpable masses.
GENITOURINARY: Normal external male genitalia with Foley catheter anchored.
LOWER EXTREMITIES: He has palpable femoral and pedal pulses.
SKIN: Warm and slightly diaphoretic. There are no rashes.
NEUROLOGIC: He is sedated.

IMPRESSION: A 30-year-old with evidence of septic shock with severe
leukocytosis, thrombocytopenia with questionable HIT panel positivity and
evidence of tricuspid valve endocarditis with a depressed right ventricular
function and questionable pulmonary emboli.

PLAN: The patient evaluated. The patient appears to be fairly gravely ill
at this point. All cultures have been sent. He will need antibiotic therapy
instituted per the ID services. The patient will be evaluated and at this
point, I think that the only real potential would be for attempted
debulking of the valvular burden to try to sterilize his blood and to
salvage him from septic shock state. We will need to evaluate whether he is
truly HIT positive secondary to the fact that he would need heparin for
anticoagulation during his operation and at this point he is severely
thrombocytopenic and anemic.

We will continue to follow the patient with the other services and plan

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00565

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Consult Notes (continued)**

**Consults signed by Parikshak, Manesh, MD at 6/10/2016 10:08 PM  (continued)**
intervention accordingly. The patient's prognosis is very grim, but based
on his age, we will need to be aggressive as feasible.


DICTATED BY: MANESH PARIKSHAK, MD

D: 06/10/2016 2:28 PM  T: 06/10/2016 3:39 PM  WMX Job: 929834


cc:  Richard J. Shea, MD

James C. Elliott, MD

Faron R. Skelton, MD

Jennifer J. Bucki, MD



The final copy of this document is located in the Franciscan St. Francis
Health legal medical record.



Electronically signed by Parikshak, Manesh, MD on 6/10/2016 10:08 PM

**Consults by Jones, Mark A, MD at 6/11/2016  2:20 PM**
Author:  Jones, Mark A, MD          Service:  Cardiology                          Author Type:  Physician
Filed:  6/11/2016  2:42 PM           Date of Service:  6/11/2016  2:20 PM        Status:  Addendum
Editor:  Jones, Mark A, MD (Physician)
Related Notes:    Original Note by Jones, Mark A, MD (Physician) filed at 6/11/2016  2:41 PM


## Indiana Heart Physicians Consult Note


Requesting MD: Aaron Bruns MD


Reason for consult: asystole


**HPI:** Charles Todero is a 30 y.o. male  Who presented on 5/29 in cardiopulmonary arrest. Due to his acute
psychosis with suicidal behavior endangering others, he was subdued with a taser by law enforcement prior to
this. He has a long history of significant substance abuse. He has demonstrated aspiration pneumonia,
encephalopathy, acute renal failure, and rhabdomyolysis. Just recently he was manifesting sepsis, echo
demonstrated significant RV dsyfunction (more severe than on presentation) and what appeared to be

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00566

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Jones, Mark A, MD at 6/11/2016 2:20 PM (continued)

vegetations in right heart. Earlier today, he went to OR and TEE is reported to show that debris was associated with dialysis cathter as well as subvalvular apparatus. Angiovac procedure was performed to what was felt to be the best extent. After the procedure, while in CCU, he demonstrated bradycardia progressing to sinus arrest and asystole. CPR and epinephrine reestablished sinus rhythm

## PAST MEDICAL HISTORY

Prolonged and repeated substance abuse
Mom reports patient had "heart attack" at age 16 in setting of drug use.

## ROS:

Unable to be obtained.

## ALLERGIES:

Allergies

| Allergen | Reactions |
|---|---|
| • Heparin | Other (See Comments) |

    *Reported HIT + on 6/1/16*

## MEDICATIONS:

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ascorbic acid (VITAMIN C) tablet 500 mg | Oral | Daily |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) tablet 20 mg | Per NG tube | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| piperacillin-tazobactam (ZOSYN) 4.5 G/100 ML NS IVPB (MB+) | IntravenOUS | Q8H |
| sodium chloride 0.9 % IV bolus | IntravenOUS | Once |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |
| vancomycin (VANCOCIN) 1,000 mg in sodium chloride 0.9 % 250 mL IVPB | IntravenOUS | Q24H |
| zinc sulfate (ZINCATE) capsule 220 mg | Oral | Daily |

| | |
|---|---|
| dextrose 10 % in water infusion | |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 75 mcg/hr (06/11/16 1223) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: Stopped (06/10/16 2230) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 24 mcg/min (06/11/16 1418) |
| NxStage PureFlow RFP 400 (5L) KCL 2mEq/L | Last Rate: 3 L/hr |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00567

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Jones, Mark A, MD at 6/11/2016 2:20 PM (continued)

phenylephrine (NEO-SYNEPHRINE) 40 mg in sodium chloride 0.9 %
250 mL infusion

(06/11/16 0412)
Last Rate: Stopped
(06/11/16 1336)

vasopressin infusion 40 Units (0.4 units/mL) in sodium chloride 0.9%
100 mL

Last Rate: 0.04
Units/min (06/11/16
1400)

## SOCIAL HISTORY:

History

Social History
- Marital Status:           Single
    Spouse Name:            N/A
    Number of Children:     N/A
- Years of Education:       N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:           Not on file
- Smokeless tobacco:        Not on file
- Alcohol Use:              Yes
    Comment: 1/2 gallon of vodka a dayper family
- Drug Use:                 Not on file
- Sexual Activity:          Not on file

Other Topics                                    Concern
- Not on file

Social History Narrative

## FAMILY HISTORY:

Mother without CAD

## PHYSICAL EXAM:

BP 99/29 mmHg | Pulse 110 | Temp(Src) 37.1 °C (98.7 °F) (Oral) | Resp 23 | Ht 1.778 m (5' 10") | Wt 76.4 kg (168 lb 6.9 oz) | BMI 24.17 kg/m2 | SpO2 100%
Body mass index is 24.17 kg/(m^2).
Gen: intubated and unresponsive
Eyes: anicteric sclerae, PERRL, EOMI
Head: NC/AT
ENT: no exudate
Neck: no thyromegaly, no carotid bruits
Lungs: Coarse bilaterally
CV: RRR, no R/M/G

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00568

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Jones, Mark A, MD at 6/11/2016  2:20 PM (continued)

Abd: soft, NT/NABS, no masses or HSM
Extrem: no C/C/E
Skin: normal temp/turgor, no rashes
Neuro: non-focal
Psych: A&Ox3

## DATA:

### Recent Labs

|     | 06/11/16 1315 | 06/11/16 0445 | 06/10/16 2330 |
|-----|-----|-----|-----|
| WBC | 47.41* | 39.75* | 43.26* |
| HGB | 5.0* | 7.6* | 7.9* |
| HCT | 16.3* | 24.2* | 25.3* |
| PLT | 121* | 139* | 152 |
| MCV | 106.1* | 103.0* | 102.4* |

### Recent Labs

|     | 06/11/16 0445 | 06/10/16 2339 | 06/10/16 2153 |
|-----|-----|-----|-----|
| BUN | 81* | 96* | 92* |
| CREATININE | 4.3* | 5.6* | 4.9* |
| NA | 140 | 140 | 140 |
| K | 5.5* | 6.8* | 7.1* |
| CL | 107 | 107 | 108* |
| CO2 | 20.2* | 18.2* | 18.6* |
| GLUCOSE | 132* | 105* | 97 |

### Recent Labs

|     | 06/07/16 0530 |
|-----|-----|
| TRIG | 355* |

### Recent Labs

|     | 06/11/16 0445 | 06/10/16 2000 | 06/10/16 1326 |
|-----|-----|-----|-----|
| TROPONIN I | 3.97* | 3.14* | 0.31* |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00569

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Consult Notes (continued)

Consults by Jones, Mark A, MD at 6/11/2016 2:20 PM (continued)
**EKG:**
Sinus tach

**Telemetry - personal review:**
progressive sinus tach to sinus arrest and asystole

**Radiology:**

| Assessment / Plan |
| --- |

**1) Asystole:** Clearly primary problem of sinus node. No EKG evidence when in rhythm to suggest abcess and this is not heart block but sinus arrest. Agree with norepinephrine gtt. Some possibility this could be related to sepsis, currently on full support and antibiotics. Would like to avoid further invasive wires/hardware if possible given scenario. Unclear whether any etiology other than sepsis and acidosis for RV dysfunction. EKG not suggestive of infarct and LV without wall motion abnormalities. Receiving cystalloid resuscitation at present, would follow CVP to monitor filling. If he begins to demonstrate progressive RV failure in face of this support, he is not a good candidate for advanced therapies.

Patient is critically ill, grim prognosis. Discussed with patients mother and brother.

Time spent 38 minutes

Electronically signed by Jones, Mark A, MD on 6/11/2016 2:41 PM
Electronically signed by Jones, Mark A, MD on 6/11/2016 2:42 PM

Consults by Cox, David T, MD at 6/11/2016 4:56 PM

Author: Cox, David T, MD          Service: (none)                              Author Type: Physician
Filed: 6/11/2016 5:04 PM          Date of Service: 6/11/2016 4:56 PM          Status: Signed
Editor: Cox, David T, MD (Physician)



INDIANA
INFECTIOUS
DISEASE
CONSULTANTS

Infectious Disease Consult Note

| Name: Charles Todero  Sex: male  **DOB:** 8/23/1985 | **MRN:** E4272986 |
| --- | --- |
| **PCP and phone number: No, Pcp** / None | **Account:** 8163954651 |

Printed on 7/22/2016 8:23 AM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00570

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

Consult Notes (continued)

Consults by Cox, David T, MD at 6/11/2016  4:56 PM (continued)

| Admission Date: 5/29/2016@12:29 PM | ER Arrival: 5/29/16 12:24 PM |
|---|---|

Consultation requested by Dr. Skelton for antibiotic management for septic shock/endocarditis.

CC/HPI: he is a 30 y.o. male presented with drug overdose, cardiac arrest.
30 y/o M with no PMH per chart but was found acutely psychotic, was tazed by police, had asystole. Admitted 5/29/16. Suspicion for illicit drug abuse->SPICE toxicity. Was febrile on admit to 103, found to be in rhabdo on admit (CPK>20000), w/ metabolic acidosis, hyperkalemia. WBC mildly elevated on admit, then trending down. Initial sets of cultures (blood, urine, sputum) unremarkable.  Was intubated upon admission. Started on CVVH. Intially on but then off pressors 6/5. Was treated for asp pneumonia with unasyn. WBC spiked from 20->44 overnight. Hgb dropped. Femoral line removed 6/9.
Had cardiac arrest x 2 today.
6/10 TEE shows a mass on tricuspid valve

Antibiotics:
Unasyn 3 g iv q 6h 5/31-6/9
Vancomycin 1 g iv q 12h 6/8-present
Pip-tazo 4.5 g iv q 8h 6/10-present

Currently having procedure at bedside.
Tm 103.1.  HR 44-153.  RR 10-52.  BP 76/18-144/79.  BUN/Cr 62/3.2.  ALT/AST 137/176.  PCT 6.7.  WBC 44. Hgb 7.2.  Plt 31.
Status of multiple chronic medical conditions relevant to the HPI are summarized in the Impression below.

**REVIEW OF SYSTEMS/HOSPITAL COURSE:**
10 systems were reviewed on admission and notable for drug overdose with cardiac arrest -- with other pertinent positives or negatives noted in the HPI and/or the Impression.

6/11/16: Has returned from OR following removal of R atrial mass and tricuspid valve mass. CVVH. Had brief episode of asystole.

**PFSH**:
Allergies

| Allergen | Reactions |
|---|---|
| • Heparin | Other (See Comments) |
| *Reported HIT + on 6/1/16* | |

No past medical history on file.
No past surgical history on file.
None

History

Substance Use Topics

| • Smoking status: | Not on file |
|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00571

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

- Smokeless tobacco:          Not on file
- Alcohol Use:          Yes
    *Comment: 1/2 gallon of vodka a dayper family*

Family History reviewed.

### OBJECTIVE

**Current Vitals:**
Filed Vitals:

| | 06/11/16 1532 | 06/11/16 1541 | 06/11/16 1545 | 06/11/16 1610 |
|---|---|---|---|---|
| BP: | 94/47 | | | |
| Pulse: | 107 | 107 | 108 | 105 |
| Temp: | 37.1 °C (98.7 °F) | 37.1 °C (98.8 °F) | 37.5 °C (99.5 °F) | 37.1 °C (98.8 °F) |
| TempSrc: | Oral | Oral | | Oral |
| Resp: | 24 | 27 | 23 | 27 |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | | | | |

**Vitals: Minimum/Maximum:**

| BP Min: 74/63 Max: 134/75 | Pulse Avg: 101.9 Min: 0 Max: 113 | Resp Avg: 25.3 Min: 0 Max: 44 | SpO2 Avg: 96.9 % Min: 2 % Max: 100 % |
|---|---|---|---|
| Temp Avg: 37.2 °C (99 °F) Min: 36.3 °C (97.3 °F) Max: 39.9 °C (103.8 °F) | | | |

| Current BMI: 24.22 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:76.4 kg (168 lb 6.9 oz) |
|---|---|---|

| **I&O This Shift:** | **I&O Over the Last 24 Hours:** | | |
|---|---|---|---|
| In: 2270.63 [I.V.:1861.37] | | | |
| Out: 0 | Intake/Output Summary (Last 24 hours) at 06/11/16 1656 Last data filed at 06/11/16 1601 | | |
| **I&O Last Three Shifts:** | | Gross per 24 hour | |
| In: 3357.59 [I.V.:2316.76] | Intake | 4997.22 ml | |
| Out: 1495 | Output | 1495 ml | |
| | Net | 3502.22 ml | |

**Physical Exam:**
**VS**: as above
**General**: unresponsive
**Eyes:**: pupils equal, EOMI, C/S clear
**ENT**: symmetric, oral mucosa moist
**Neck**: trachea midline, w/o adenopathy, thyroid normal, no JVD
**CV**: RRR, no M/G
**Resp**: BS present bilaterally
**Abdomen**: Soft, nontender, no HSM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00572

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; no edema
**Skin**: No rash, nodules, lesions; temp symmetric
**Neuro**: CN 2-12 grossly intact; LT sensation intact; motor grossly nonfocal
**Psych**: ☐ recent/remote memory intact; ☐ judgement/insight intact; mood/affect WNL; oriented x 3
**Lymphatics**: no neck, supraclavicular, or groin adenopathy noted
R IJ TLC
OGT
Rectal tube
HDC R IJ

### DAILY LAB/RADIOLOGY/PROCEDURES/CONSULTS DATA REVIEW:

#### Recent Labs

|  | 06/11/16<br>1315 | 06/11/16<br>0445 | 06/10/16<br>2330 |
|---|---|---|---|
| WBC | 47.41* | 39.75* | 43.26* |
| HGB | 5.0* | 7.6* | 7.9* |
| HCT | 16.3* | 24.2* | 25.3* |
| PLT | 121* | 139* | 152 |
| MCV | 106.1* | 103.0* | 102.4* |

#### Recent Labs

|  | 06/11/16<br>1400 | 06/11/16<br>0445 | 06/10/16<br>2339 |
|---|---|---|---|
| BUN | 89* | 81* | 96* |
| CREATININE | 5.2* | 4.3* | 5.6* |
| NA | 142 | 140 | 140 |
| K | 6.1* | 5.5* | 6.8* |
| CL | 109* | 107 | 107 |
| CO2 | 16.6* | 20.2* | 18.2* |
| GLUCOSE | 109* | 132* | 105* |

Estimated Creatinine Clearance: 21.4 mL/min (based on Cr of 5.2).

#### Recent Labs

|  | 06/11/16<br>1400 | 06/11/16<br>0930 | 06/11/16<br>0445 | 06/10/16<br>2339 | 06/10/16<br>2335 | 06/10/16<br>2153 |
|---|---|---|---|---|---|---|
| GLUCOSE | 109* | -- | 132* | 105* | -- | 97 |
| POCGLU | -- | 125* | -- | -- | 105* | -- |

#### Recent Labs

|  | 06/11/16 | 06/11/16 | 06/10/16 |
|---|---|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00573

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

|          | 1400 | 0445  | 0545  |
|----------|------|-------|-------|
| ALT      | 83*  | 115*  | 137*  |
| AST      | 169* | 231*  | 176*  |
| ALKPHOS  | 67   | 113*  | 133*  |

### Recent Labs

|           | 06/11/16 1400 | 06/11/16 0445 | 06/10/16 0545 |
|-----------|---------------|---------------|---------------|
| BILIRUBIN | 3.0*          | 5.5*          | 3.3*          |

### Recent Labs

|     | 06/11/16 0445 | 06/10/16 1327 | 06/08/16 1021 |
|-----|---------------|---------------|---------------|
| INR | 1.4           | 1.5           | 1.3           |

### Recent Labs

|           | 06/11/16 0445 | 06/10/16 2000 | 06/10/16 1326 |
|-----------|---------------|---------------|---------------|
| TROPONINI | 3.97*         | 3.14*         | 0.31*         |

## Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **CR Abdomen Portable AP View [333823850]** | | | | Collected: 06/11/16 1619 |
| Order Status: Completed | | | | Updated: 06/11/16 1622 |

Narrative:
CR ABDOMEN PORTABLE AP VIEW 74000 6/11/2016 4:05 PM EDT

History: advanced OG

COMPARISON: 6/11/2016 time 12:24 PM

Findings: Portable abdomen time 3:42 PM shows OG tube tip and proximal port now within the stomach. There is minimal colon gas and stool. No mass lesion or mass effect or abnormal calcification is seen. Bony structures are intact.

Impression:
OG tube tip and proximal port within the stomach.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00574

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| Interpreted and dictated by Dr. James Blahunka | | | | |

d: Jun 11 2016 04:19P
t: Jun 11 2016 04:19P by
f: Jun 11 2016 04:20P

**CR Abdomen Portable AP View [333823833]**
Order Status: Completed
Narrative:
   Abdomen 6/11/2016. Comparison 6/10/2016.

Collected: 06/11/16 1313
Updated: 06/11/16 1316

INDICATION: New orogastric tube.

Single view abdomen. The tip of the oral gastric tube resides in the upper aspect of the stomach. The proximal port is in the distal esophagus. Nonobstructive bowel gas pattern.

Impression:
The oral gastric tube is in the upper aspect of the stomach. Suggest advancing 5 to 6 cm.

d: Jun 11 2016 01:13P
t: Jun 11 2016 01:13P by
f: Jun 11 2016 01:14P

**CR Chest Portable PA or AP View [333823823]**
Order Status: Completed
Narrative:
   CR CHEST PORTABLE PA OR AP VIEW 71010 6/11/2016 12:38 PM EDT

Collected: 06/11/16 1311
Updated: 06/11/16 1315

History: new central lines

COMPARISON: 6/11/2016 time 3:00 AM

Findings: Portable chest time 12:15 PM shows endotracheal tube tip about 5 cm above carina. NG tube tip is at stomach. Proximal port is in distal esophagus. Left IJ line has tip at SVC. Right IJ line has tip at SVC. Heart size and pulmonary vessels are within normal limits. Lungs are clear. No effusion or pneumothorax is seen. Bony structures are intact.

Impression:
1. Bilateral IJ lines with tips at SVC.
2. No pneumothorax.
3. NG tube tip is at the stomach but proximal port is in distal esophagus. Advancement by about 5 cm could be considered.

Interpreted and dictated by Dr. James Blahunka

d: Jun 11 2016 01:11P
t: Jun 11 2016 01:11P by
f: Jun 11 2016 01:13P

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00575

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **RF Fluoroscopy Up To 1 Hour [333776655]** | | | | Collected: 06/11/16 1216 |
| Order Status: Completed | | | | Updated: 06/11/16 1219 |

Narrative:
RF FLUOROSCOPY UP TO 1 HOUR 76000 6/11/2016 8:57 AM EDT

History: tricusp removal

Findings: Fluoroscopy was provided by the department of Radiology.  30.9 minutes  of Fluoro time was provided.

Impression:

1. Fluoroscopy provided.

Interpreted and dictated by Dr. James Blahunka

d: Jun 11 2016 12:16P
t: Jun 11 2016 12:16P by
f: Jun 11 2016 12:17P

**CR Chest Portable PA or AP View [333776624]**          Collected: 06/11/16 0455
Order Status: Completed          Updated: 06/11/16 0506
Narrative:
EXAMINATION: SINGLE VIEW CHEST.

Date:6/11/2016 4:55 AM EDT

CLINICAL HISTORY:  infiltrate/ETT position

Comparison:  none available

Technique: A single frontal projection of the chest is obtained.

Findings:

Cardiomediastinal structures: The cardiomediastinal silhouette is satisfactory.

Lines/Tubes/life support devices: The endotracheal tube as well as the enteric tube in addition to 2 right IJ lines are in stable position.

Lungs/Pleura: No focal airspace disease, pleural effusion or pneumothorax.

Other: The bony structures are satisfactory.

------------------------------------
Impression:

Life support devices are in stable and satisfactory position. No pneumothorax.

The lungs are clear.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER          TODERO 00576

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016  4:56 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

d: Jun 11 2016 04:55A
t: Jun 11 2016 04:58A by ASAM522
f: Jun 11 2016 05:03A

**CT head/brain wo contrast [333740343]**                                    Collected:  06/10/16 1826
Order Status:  Completed                                                      Updated:  06/10/16 2047
Narrative:
   CT HEAD/BRAIN WO CONTRAST 70450 6/10/2016 5:36 PM EDT

   FARON RICHARD SKELTON

   change in mental status

   Comparison: 6/5/2016.

   FINDINGS: A head CT was performed without intravenous contrast. The ventricles and sulci are within normal limits. No acute hemorrhage or mass effect is identified.

   Ethmoidal and sphenoid sinusitis is identified. The visualized orbits are unremarkable. The calvarium is within normal limits.

Impression:
   Sinusitis with acute sphenoid sinusitis.

   No acute intracranial pathology.

   Dictated by Ryan Piper M.D.


   d: Jun 10 2016 06:26P
   t: Jun 10 2016 06:29P by 136364
   f: Jun 10 2016 08:45P

**CT Chest Wo Contrast [333740347]**                                         Collected:  06/10/16 1828
Order Status:  Completed                                                      Updated:  06/10/16 2046
Narrative:
   CT CHEST WO CONTRAST 71250 6/10/2016 5:52 PM EDT

   ABIGAIL STREHLE

   resp failure, endocarditis

   Comparison: None.

   FINDINGS: A chest CT was performed without intravenous contrast.

   A endotracheal tube tip is in good position. A nasogastric tube tip is in the stomach. No pericardial or pleural effusions are identified. There are no enlarged lymph nodes. Right internal jugular catheters are present. The tips of the catheters are within the superior vena cava.

   Mild atelectasis is present. There are no pneumothoraces. No bronchiectasis is demonstrated. Subtle groundglass

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00577

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

infiltrates are seen within the perihilar regions bilaterally.

Skeletal structures are unremarkable.

Impression:
Subtle mild perihilar infiltrates. This may be secondary to atelectasis or mild pneumonia.

No significant lymphadenopathy.

Dictated by Ryan Piper M.D.

d: Jun 10 2016 06:28P
t: Jun 10 2016 06:33P by 136364
f: Jun 10 2016 08:44P

### CT Abdomen and Pelvis Wo Contrast [333740345]
Order Status: Completed
Narrative:
CT ABDOMEN AND PELVIS WO CONTRAST 74176 6/10/2016 5:36 PM EDT

Collected: 06/10/16 1834
Updated: 06/10/16 2045

SANDEEP KUKREJA

decreased hgb/abd distention.

Comparison: 5/29/2016

FINDINGS: A abdominal pelvic CT was performed without intravenous contrast. A nasogastric tube is present within the stomach. The exam is suboptimal due to overlying extremities. There is streak artifact across the abdomen. No conspicuous abnormalities of the liver, pancreas, adrenals and kidneys are identified. There is a stable cystic lesion within the spleen.

There is enlargement of the left iliopsoas muscle. This is new from comparison. It measures 5.9 cm in diameter. The right iliopsoas muscle measures 4.2 cm in diameter.

The urinary bladder is decompressed. The inguinal regions are unremarkable. A rectal tube is present. Air-fluid levels are seen within the colon. Colonic wall thickening is suspected of the transverse colon and hepatic flexure. This is new from comparison. No intraperitoneal free air is identified. There are no enlarged lymph nodes.

Skeletal structures demonstrate a subtle 2.6 cm lucency within the L2 vertebral body extending into the left pedicle. No bony expansion or fractures are identified. This is unchanged.

Impression:
5.9 cm enlarged left iliopsoas muscle. It is heterogeneous in density compatible with a intramuscular hematoma. This is new from comparison.

Colonic wall thickening is suspected of the transverse colon and hepatic flexure. This may be artifactual due to incomplete distention, however, infectious or inflammatory colitis as well as ischemia are within the differential. There is no bowel obstruction.

Stable 3.5 cm splenic cyst.

Printed on 7/22/2016 8:23 AM

Page 109

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00578

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Indeterminate 2.6 cm lucency L2 vertebral body. This may represent a hemangioma, however, a malignancy should be excluded. Recommend lumbar spine MRI.

Dictated by Ryan Piper M.D.

d: Jun 10 2016 06:34P
t: Jun 10 2016 06:44P by 136364
f: Jun 10 2016 08:43P

**CT Head/Brain Wo Contrast [332868976]**    Collected: 06/05/16 1435

Order Status: Completed                           Updated:
                                                   06/05/16 1440

Narrative:
EXAM:  6/5/2016 2:15 PM EDT

INDICATION: Encephalopathy, cardiac arrest, evaluate for intracranial herniation

COMPARISON: CT scan of head without contrast of 5/27/2016

Spiral multislice CT acquisition was obtained through the brain without contrast only. The calvarium is intact as visualized on bone windows. Mucoperiosteal thickening is seen in ethmoid air cells bilaterally and there are is mucoperiosteal thickening with air-fluid levels in the maxillary sinuses and right sphenoid sinus. There is mucoperiosteal thickening in the left sphenoid sinus. Mastoid air cells and middle ear cavities as visualized are clear. The ventricles and sulci are within normal limits. There is satisfactory gray-white matter differentiation and there is no evidence of brain edema or brain enlargement. No foci of abnormal attenuation are seen within the brain. No space-occupying lesions are seen intra or extra-axially. There is no evidence of intracranial hemorrhage.

Impression:
No intracranial abnormality. Paranasal sinusitis with acute bilateral maxillary and right sphenoid sinusitis.

Dictated by Richard Scales M.D.

d: Jun 05 2016 02:35P
t: Jun 05 2016 02:35P by
f: Jun 05 2016 02:38P

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00579

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

Recent Labs

| | 06/10/16 2124 | 06/10/16 1628 | 06/10/16 1152 |
|---|---|---|---|
| PHART | 7.40 | 7.42 | 7.31* |
| PO2ART | 242* | 404* | 150* |
| PCO2ART | 36 | 35 | 34 |
| HCO3ART | 22.2 | 22.8 | 16.9* |

☒ I personally reviewed vitals, labs, micro, notes, radiology... with findings listed in the Impression below.

**Cultures:**
**6/10/16 Bcx NGTD**
**6/8/16 MRSA (nares) cx none**
**6/6/16 Bcx ngtd**
**6/7/16 Ucx neg**
**6/7/16 Sputum cx yeast, id to follow**
**6/7/16 C diff toxin a/b negative**
**5/31/16 Sputum cx ngtd**
**6/1/16 Ucx negative**
**5/29/16 C diff tox a/b negative**

## CURRENT MEDICATIONS:

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ascorbic acid (VITAMIN C) tablet 500 mg | Oral | Daily |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) tablet 20 mg | Per NG tube | Daily |
| ferrous sulfate 300 mg (60 mg iron)/5 mL syrup 300 mg | Oral | BID |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| piperacillin-tazobactam (ZOSYN) 4.5 G/100 ML NS IVPB (MB+) | IntravenOUS | Q8H |
| sodium chloride 0.9 % IV bolus | IntravenOUS | Once |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |
| vancomycin (VANCOCIN) 1,000 mg in sodium | IntravenOUS | Q24H |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00580

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

chloride 0.9 % 250 mL IVPB

| zinc sulfate (ZINCATE) capsule 220 mg | Oral | Daily |
|---|---|---|

argatroban 50 mg/50 ml 0.9% sodium chloride
dextrose 10 % in water infusion

fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) — Last Rate: 50 mcg/hr (06/11/16 1600)

Lactated Ringers infusion — Last Rate: 100 mL/hr at 06/11/16 1525

LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion — Last Rate: Stopped (06/10/16 2230)

norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion — Last Rate: 28 mcg/min (06/11/16 1453)

NxStage PureFlow RFP 400 (5L) KCL 2mEq/L — Last Rate: 3 L/hr (06/11/16 1452)

phenylephrine (NEO-SYNEPHRINE) 40 mg in sodium chloride 0.9 % 250 mL infusion — Last Rate: Stopped (06/11/16 1336)

vasopressin infusion 40 Units (0.4 units/mL) in sodium chloride 0.9% 100 mL — Last Rate: 0.04 Units/min (06/11/16 1500)

## IMPRESSION/STATUS/REC:

**Primary Diagnoses:**

- Acute Infective Endocarditis, Tricuspid Valve --> now S/P removal of R atrial mass and tricuspid valve mass 6/10/16
- Fever
- Leukocytosis
- Shock liver
- AKI on CVVH
- Drug overdose
- S/P Cardiac arrest
- Respiratory failure-intubated
- Rhabdomyolysis
- Illicit drug use
- H/o HCV

Plan:

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00581

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Consult Notes (continued)

### Consults by Cox, David T, MD at 6/11/2016 4:56 PM (continued)

-continue Vancomycin 1 gm IV q 24 hr -PTD
-continue Zosyn 4.5 gm IV q 8 hr
-f/u pending MICRO data -- blood cx
-critically ill
-F/U HIV screen
-CVVH
-monitor labs

☒ Highly complex MDM based upon **# of problems** addressed (2 established uncontrolled; 1 new + 1 or more established; 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☐ Discussed care management with

☐ Additional records requested:

**Thank you for opportunity to see this patient with you.**
David T Cox, MD **Date:** 6/11/2016

Electronically signed by Cox, David T, MD on 6/11/2016 5:04 PM

Scanned images are located at the end of the chart, if available.

## Operative Notes

### Op Note signed by Parikshak, Manesh, MD at 6/14/2016 10:39 AM

| Author: Parikshak, Manesh, MD<br>Filed: 6/14/2016 10:39 AM<br>Editor: Parikshak, Manesh, MD (Physician)<br>Trans Status: Available<br>Trans Doc Type: Op Note | Service: Cardiothoracic Surgery<br>Date of Service: 6/11/2016 12:46 PM<br><br>Dictation Time: 6/11/2016 12:46 PM | Author Type: Physician<br>Status: Signed<br>Trans ID: 1511960A<br>Trans Time: 6/11/2016 1:42 PM |
|---|---|---|

FRANCISCAN ST. FRANCIS HEALTH
CARMEL, IN 46032 - INDIANAPOLIS, IN 46237
MOORESVILLE, IN 46158

NAME: TODERO, CHARLES AGE: 30
MRN: E4272986 RM: DISC/DIS
ADMIT DATE: 05/29/2016 ACCOUNT#: 8163954651
DISCHARGE DATE: 06/12/2016 DOB: 08/23/1985

OPERATIVE REPORT

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00582

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Operative Notes (continued)

Op Note signed by Parikshak, Manesh, MD at 6/14/2016 10:39 AM (continued)

AMENDED REPORT 06/14/2016

AMENDED REPORT 06/13/2016

DATE OF PROCEDURE: 06/11/2016

PREOPERATIVE DIAGNOSIS: Suspected tricuspid valve endocarditis.

POSTOPERATIVE DIAGNOSIS: Evidence of potential catheter-associated mass in
the right atrium as well as vegetations involving the tricuspid valve and
chords.

OPERATIVE PROCEDURE
1. AngioVac removal of right atrial mass as well as tricuspid valve mass
and debulking of material involving the tricuspid chords.
2. Insertion of new right internal jugular dialysis catheter.
3. Transesophageal echo performed by Dr. Thorp.

OPERATING SURGEON: Manesh Parikshak, MD

ASSISTANT SURGEONS: Charles Kiell, MD

NON-PHYSICIAN ASSISTANT: Mary Jo Venezia, RNFA

ANESTHESIA : General endotracheal, Jason Thorp, MD

INDICATIONS: The patient is a 30-year-old gentleman who presented to the
hospital after an altercation. He had a cardiorespiratory arrest. He had
been in the hospital for a week and during that time period he started to
develop fevers and significant leukocytosis. He had a workup yesterday with
a transthoracic echo which showed that he had a large mass involving the
tricuspid valve, as well as the chordal structures and the underside of the
tricuspid valve also was suspected to be endocarditis in nature. His family
was counseled and plan was made to proceed with surgical debulking by
AngioVac extraction. The risks and benefits were discussed with the
patient's mom, informed consent was obtained.

OPERATIVE PROCEDURE: The patient was brought to operating room, placed on
the operating table in supine position. After general anesthesia was
induced, the patient had a transesophageal echo performed. On the TEE, it
appeared that the mass that was initially thought to be involving the
tricuspid valve and the right atrium was actually adherent to the catheter,
which was emanating from the SVC and the mass was serpiginous and was
within the right atrium as well as going through the tricuspid valve. Based
on this location, we initially planned to access this by femoral-femoral

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00583

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

## Operative Notes (continued)

### Op Note signed by Parikshak, Manesh, MD at 6/14/2016 10:39 AM (continued)

approach, knowing that we would probably also need to then go into the
right IJ to be able to cross the tricuspid valve and get at the debris
which was adherent to the chordal structures. Based on these findings, we
placed a new Cordis introducer into the left internal jugular. The patient
was then prepped and draped in the usual sterile fashion. Under ultrasound
guidance, both femoral veins were accessed and guidewires were passed into
the IVC. Next, the tracts were dilated and 10-French sheaths were placed
bilaterally. We then placed a Berenstein catheter into the right atrium and
then an Amplatz wire was placed up the left side over the Berenstein
catheter and we then serially dilated the tract sufficient to fit the
venous return cannula. Once the cannula was seated into the left iliac, we
then approached the right side. Again, we passed a Berenstein catheter and
Amplatz wire up into the right atrium. We again dilator the tract and then
placed Gore DrySeal sheath with the tip within the IVC. The AngioVac
catheter was then passed through the Gore DrySeal sheath and positioned
into the right atrium. The circuit was connected. The patient was placed on
venovenous bypass. We then advanced the tip of the AngioVac catheter up
towards the SVC and we immediately started to note some resistance. We
easily extracted the material which was adherent to that catheter. We also
went up into the SVC around this catheter and evacuated any adherent
thrombus associated at that position. Once we had done this, we actually
had cleared the right atrium, but there was still debris within the
tricuspid chords as well as on the underside of the tricuspid valve. The
only way to approach this would be to traverse the tricuspid valve. We
attempted to do this from the inferior position, but unfortunately we could
not easily across into the tricuspid valve. We opted to then switch to a
right IJ approach. The previous dialysis catheter, which was placed in the
right IJ, was removed over a guidewire. We then again passed an Amplatz
wire into the right atrium and then placed a Gore DrySeal sheath into the
right atrium. We then passed a Berenstein catheter through the side-port of
the Gore DrySeal sheath and then passed this into the pulmonary artery. We
positioned double-curved Lunderquist wire into the pulmonary artery, and we
then passed the AngioVac device. Over the Lunderquist wire and were able to
pass the device into the right ventricle under echo guidance. We then
reinstituted the circuit and we were able to again remove some of the
debris. Unfortunately a large amount of the debris was fairly adherent to
the chords and intertwining within the chordal structures and we could not
completely cleaned out this tissue. In addition, there was some material on
the underside of the leaflet next to the aortic valve curtain and we could
also not completely clear this area. We did remove a significant amount of
debris and particulate matter. Once we had completed this, it was felt that
we had adequately debrided enough of the structure and plan was made to
proceed with closure. The AngioVac device was then removed, as was the Gore
DrySeal sheath. The incisions were closed with pursestring sutures of 0
silk. The bilateral femoral cannula was then again removed and again the
incision sites were closed with pursestring sutures of 0 silk. We then
planned to place a new dialysis catheter secondary to the patient's renal
failure. He had an IJ central line in the upper right neck. We accessed

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00584

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Operative Notes (continued)

### Op Note signed by Parikshak, Manesh, MD at 6/14/2016 10:39 AM (continued)

this and placed a guidewire through the distal port, removed the IJ central
line and then passed a dialysis catheter into the right atrium over the
same guidewire. Once the guidewire was removed, the catheter was flushed
and capped. Of note, we did the entire procedure using Angiomax for
anticoagulation secondary to the patient having a suspected heparin-induced
thrombocytopenia and HEPARIN ALLERGY. The Angiomax was then stopped.
Hemostasis was assured. The patient was then transported back to the adult
ICU in critical condition. All sponge and needle counts were correct at the
end of the case. Blood loss was approximately 100 mL.


DICTATED BY: MANESH PARIKSHAK, MD

D: 06/11/2016 12:46 PM  T: 06/11/2016 1:42 PM WMX Job: 929897


cc:  Richard J. Shea, MD

     Faron R. Skelton, MD

     Jennifer J. Bucki, MD



The final copy of this document is located in the Franciscan St. Francis
Health legal medical record.



Electronically signed by Parikshak, Manesh, MD on 6/14/2016 10:39 AM

Scanned images are located at the end of the chart, if available.


## Procedure Notes

### Procedures by Isaacs, Roland, NP at 5/30/2016 11:53 PM

| Author: Isaacs, Roland, NP | Service: Medical ICU | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 5/30/2016 11:54 PM | Date of Service: 5/30/2016 11:53 PM | Status: Signed |
| Editor: Isaacs, Roland, NP (Nurse Practitioner) | | Cosigner: Skelton, Faron Richard, MD at 5/31/2016 12:06 PM |

Procedures:
1. CENTRAL LINE [PRO85 (Custom)]


Placed 3 lumen central line through venous sheath port under sterile precautions. Tolerated well. No

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00585

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

## Procedure Notes (continued)

**Procedures by Isaacs, Roland, NP at 5/30/2016 11:53 PM (continued)**

complications

Roland Isaacs, NP


Electronically signed by Isaacs, Roland, NP on 5/30/2016 11:54 PM
Electronically signed by Skelton, Faron Richard, MD on 5/31/2016 12:06 PM

**Procedures signed by Vivio, Jennifer M, MD at 6/7/2016 8:08 AM**

| | | |
|---|---|---|
| Author: Vivio, Jennifer M, MD | Service: (none) | Author Type: Physician |
| Filed: 6/7/2016 8:08 AM | Date of Service: 6/6/2016 11:07 AM | Status: Signed |
| Editor: Vivio, Jennifer M, MD (Physician) | | Trans ID: 1511004A |
| Trans Status: Available | Dictation Time: 6/6/2016 11:07 AM | Trans Time: 6/6/2016 11:56 AM |
| Trans Doc Type: Procedures | | |


FRANCISCAN ST. FRANCIS HEALTH
CARMEL, IN 46032 - INDIANAPOLIS, IN 46237
MOORESVILLE, IN 46158

NAME: TODERO, CHARLES AGE: 30
MRN: E4272986 RM: T306/T30
ADMIT DATE: 05/29/2016 ACCOUNT#: 8163954651
DISCHARGE DATE:   DOB: 08/23/1985

EEG



EEG REPORT #: 16-664

DATE OF PROCEDURE: 06/06/2016

REQUESTING: Dr. Vivio

HISTORY: This is a 30-year-old male who presented with drug overdose. He
has remained critically ill. On 06/04/2016, he had an episode of
bradycardia associated with hypertension and some "jerking" per the nurse.
He received 2 mg of Ativan and has not had any further episodes.

MEDICATIONS
Include:
1. Unasyn.
2. Pepcid.
3. Folic acid.
4. Humalog.

REPORT: This 16-channel EEG was performed using the 10/20 international
electrode placement. The background rhythm consists of activity that is

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00586

**FRANCISCAN ALLIANCE**

| | | |
|---|---|---|
| ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
| 8111 South Emerson Av | MRN: E3174503 |
| INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

Procedure Notes (continued)

**Procedures signed by Vivio, Jennifer M, MD at 6/7/2016 8:08 AM (continued)**
approximately 6 Hz and 20-40 microvolts in amplitude. Throughout the
tracing there is also superimposed delta activity and some beta activity as
well. There are no spikes, epileptiform discharges, or lateralizing
features seen on this tracing. Hyperventilation and photic stimulation were
not performed.

CLINICAL INTERPRETATION: This is an abnormal EEG. It demonstrates moderate
generalized slowing with some intermittent delta activity as well as beta
activity from benzodiazepines. There is no ictal activity seen and there
are no asymmetries seen.


DICTATED BY: JENNIFER M. VIVIO, MD

D: 06/06/2016 11:07 AM  T: 06/06/2016 11:56 AM WMX Job: 928943


cc:  Faron R. Skelton, MD

     Faisal A. Khan, MD

     Jennifer J. Bucki, MD




The final copy of this document is located in the Franciscan St. Francis
Health legal medical record.




Electronically signed by Vivio, Jennifer M, MD on 6/7/2016 8:08 AM

**Procedures by Strehle, Abigail, NP at 6/10/2016 3:30 PM**

| | | |
|---|---|---|
| Author: Strehle, Abigail, NP | Service: Pulmonology | Author Type: Nurse Practitioner |
| Filed: 6/10/2016 3:32 PM | Date of Service: 6/10/2016 3:30 PM | Status: Signed |
| Editor: Strehle, Abigail, NP (Nurse Practitioner) | | Cosigner: Skelton, Faron Richard, MD at 6/20/2016 10:11 AM |


**FEMORAL ARTERIAL LINE NOTE**

**Indication:** Frequent ABG draws, Shock state
**Procedure:**
The left femoral artery was palpated. Ultrasound was used to visualize the femoral artery. The area was
prepped and draped in a sterile fashion. The introducer needle was entered into the femoral artery under direct
ultrasound visualization. The wire was thread through the needle into the artery. The catheter was thread over

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00587

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

#### Procedure Notes (continued)

##### Procedures by Strehle, Abigail, NP at 6/10/2016 3:30 PM (continued)
the wire. The needle and wire were pulled out. The catheter was connected to the arterial waveform equipment. A(n) normal waveform was visualized. The catheter was secured and sutured in place.

**Complications:**
None

Electronically signed by Strehle, Abigail, NP on 6/10/2016 3:32 PM
Electronically signed by Skelton, Faron Richard, MD on 6/20/2016 10:11 AM

##### Procedures by Kukreja, Sandeep, MD at 6/10/2016 7:45 PM
Author: Kukreja, Sandeep, MD    Service: (none)    Author Type: Physician
Filed: 6/10/2016 7:47 PM    Date of Service: 6/10/2016 7:45 PM    Status: Signed
Editor: Kukreja, Sandeep, MD (Physician)

#### Femoral ARTERIAL LINE NOTE

**Indication:** Shock state

**Procedure done by:** Dr Kukreja

**Consent:** Emergently performed. Patient lost his prior inserted left fem line.

**Procedure:**
Sterile precautions maintained. Sterile gloves, drapes, chlorhexidine used.
The left femoral arterial pulse was palpated. The area was prepped and draped in a sterile fashion. The introducer needle was entered into the femoral artery. The wire was threaded through the needle into the artery. The catheter was threaded over the wire. The needle and wire were pulled out. The catheter was connected to the arterial waveform equipment. A(n) normal waveform was visualized. The catheter was secured and sutured in place. Sterile dressing with bio-patch applied.

**Complications:**
None

Electronically signed by Kukreja, Sandeep, MD on 6/10/2016 7:47 PM

Scanned images are located at the end of the chart, if available.

#### Plan of Care Notes

##### Plan of Care by Brown, Anne E, RD at 5/30/2016 10:15 AM
Author: Brown, Anne E, RD    Service: (none)    Author Type: Dietitian, Registered
Filed: 5/30/2016 10:24 AM    Date of Service: 5/30/2016 10:15 AM    Status: Signed
Editor: Brown, Anne E, RD (Dietitian, Registered)

**Franciscan St. Francis Health
Inpatient Nutrition Services**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER    TODERO 00588

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Plan of Care Notes (continued)**

**Plan of Care by Brown, Anne E, RD at 5/30/2016 10:15 AM (continued)**

Nutrition Support Evaluation

## Nutrition Assessment:

Reason for Visit: Pt seen for MST score of 2 and intubated status. Seen at bedside. No s/s of wasting or malnutrition on physical exam. No edema noted. OGT in place. Admitted with cardiac arrest and subsequent AKI. Being seen by nephrology. K+ had been elevated but is now low with IVF/bicarbonate. BUN/Creatinine 42/3.8. Mildly decreased serum protein levels with notably elevated liver enzymes.

| Height | Weight | BMI |
|---|---|---|
| 177.8 cm (5' 10") | 80 kg (176 lb 5.9 oz) | 25.36 |

| Ideal Weight | |
|---|---|
| 75.5 kg | |

Pt is 106% of IBW, BMI is overweight.No additional weight history is available.
**Current Diet:**
NPO

**Medications:**
Propofol:21 ml/hr providing: 554 kcal lipid

GI Complications: None

**Nutrition Needs:**
Calorie Requirements: 1900-2300 kcal based on IBW
Protein Requirements: 75-90 gm based on IBW
Fluid Requirements: > or = to 2300 ml based on IBW

**History:**
No past medical history on file.

## Nutrition Diagnosis
Inadequate energy/protein intake related to intubated status AEB NPO status without nutrition support. Pt is a candidate for early enteral nutrition.

## Nutrition Intervention:
**Recommended Tube Feeding:**
Recommended Formula: Promote with Fiber
Recommended Type: Continuous
Recommended Rate: 60 ml/hr

Recommended Tube Feeding will provide: 1.44 L TV, 1440 calories (1994 calories with current propofol rate), 90 g protein, 1195 ml free water. Additional 1100 ml of fluid will be needed via flushes/medications. This rate is appropriate with propofol dosing >15 ml/hr. If rate drops below this level, TF change may be indicated to optimize nutrient intake.

## Monitor/Evaluate:
GI Tolerance: monitor: for prn issues and evaluate: goal ongoing

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00589

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Plan of Care Notes (continued)

### Plan of Care by Brown, Anne E, RD at 5/30/2016 10:15 AM (continued)

Fluids: monitor: Oral and IV and evaluate: goal ongoing
Lab Monitoring: Glucose, BUN, Creatinine, Sodium and Potassium
Weights: monitor: gains and losses and evaluate: goal ongoing
NPO/Clear Liquid: monitor: initiate nutrition support
Nutrition Support: monitor: Initiation, Rate/Schedule and Formula/Selection and evaluate: goal ongoing

### Nutrition Goals

Goals: Meet > or = to 75% of estimated needs orally or enterally within the next 48 hours, maintain skin integrity, K+ WNL

Electronically signed by Brown, Anne E, RD on 5/30/2016 10:24 AM

### Plan of Care by Alexander, Denise, RN at 5/31/2016 10:44 AM

| Author: Alexander, Denise, RN | Service: Medical ICU | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/31/2016 10:44 AM | Date of Service: 5/31/2016 10:44 AM | Status: Signed |
| Editor: Alexander, Denise, RN (Registered Nurse) | | |

**Problem: Fluid and Electrolyte Imbalance**
**Goal:** Fluid and electrolyte balance are achieved/maintained
Beginning CVVH today

Electronically signed by Alexander, Denise, RN on 5/31/2016 10:44 AM

### Plan of Care by Alexander, Denise, RN at 6/1/2016  5:47 PM

| Author: Alexander, Denise, RN | Service: Medical ICU | Author Type: Registered Nurse |
|---|---|---|
| Filed: 6/1/2016 5:47 PM | Date of Service: 6/1/2016 5:47 PM | Status: Signed |
| Editor: Alexander, Denise, RN (Registered Nurse) | | |

Notified Dr. Nara via phone that patient is HIT positive.

Denise Alexander, RN
6/1/2016

Electronically signed by Alexander, Denise, RN on 6/1/2016  5:47 PM

### Plan of Care by Mullikin, Karrie, RN at 6/2/2016  6:18 AM

| Author: Mullikin, Karrie, RN | Service: Medical ICU | Author Type: Registered Nurse |
|---|---|---|
| Filed: 6/2/2016 6:18 AM | Date of Service: 6/2/2016 6:18 AM | Status: Signed |
| Editor: Mullikin, Karrie, RN (Registered Nurse) | | |

**Problem: Fluid and Electrolyte Imbalance**
**Goal:** Fluid and electrolyte balance are achieved/maintained
**Outcome:** Not Progressing
On CVVH

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00590

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Plan of Care Notes (continued)

### Plan of Care by Mullikin, Karrie, RN at 6/2/2016 6:18 AM (continued)
**Problem: Hemodynamic Status**
**Goal:** Patient has stable vital signs and fluid balance
**Outcome:** Not Progressing
Levophed gtt, LFT's and CK still elevated

Electronically signed by Mullikin, Karrie, RN on 6/2/2016 6:18 AM

### Plan of Care by Plettner, Frank G, RN at 6/2/2016 7:52 AM

| | | |
|---|---|---|
| Author: Plettner, Frank G, RN | Service: Medical ICU | Author Type: Registered Nurse |
| Filed: 6/2/2016 7:52 AM | Date of Service: 6/2/2016 7:52 AM | Status: Signed |
| Editor: Plettner, Frank G, RN (Registered Nurse) | | |

**Problem: Mechanical Ventilation**
**Goal:** Ability to express needs and understand communication
**Outcome:** Not Progressing
Sedated.

**Problem: Hemodynamic Status**
**Goal:** Patient has stable vital signs and fluid balance
**Outcome:** Not Progressing
On levophed.

**Problem: Psychosocial Needs**
**Goal:** Demonstrates ability to cope with illness
**Outcome:** Not Progressing
Sedated.

**Problem: Knowledge Deficit**
**Goal:** Patient/family/SO demonstrates understanding of disease process, treatment plan, and medications
**Outcome:** Not Progressing
Family members lacking understanding of severity of acute medical issues.

Electronically signed by Plettner, Frank G, RN on 6/2/2016 7:52 AM

### Plan of Care by Lowe, Amy L, RN at 6/5/2016 6:21 PM

| | | |
|---|---|---|
| Author: Lowe, Amy L, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2016 6:28 PM | Date of Service: 6/5/2016 6:21 PM | Status: Signed |
| Editor: Lowe, Amy L, RN (Registered Nurse) | | |

Per IIMC order to wean sedation off as patient tolerates, Propofol gtt decreased this morning and then stopped completely at 1245. Fentanyl gtt stopped at 1741. No Ativan administered on this RN's shift today. Patient shows no s/s of agitation, pain, or seizure activity.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00591

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

### Plan of Care Notes (continued)

#### Plan of Care by Lowe, Amy L, RN at 6/5/2016 6:21 PM (continued)

Amy Lowe, RN

Electronically signed by Lowe, Amy L, RN on 6/5/2016 6:28 PM

#### Plan of Care by Alexander, Denise, RN at 6/8/2016 2:54 PM

Author: Alexander, Denise, RN      Service: Medical ICU              Author Type: Registered Nurse
Filed: 6/8/2016 2:54 PM            Date of Service: 6/8/2016 2:54 PM   Status: Signed
Editor: Alexander, Denise, RN (Registered Nurse)

**Problem: Fluid and Electrolyte Imbalance**
**Goal:** Fluid and electrolyte balance are achieved/maintained
Awaiting placement of new CVVH catheter this afternoon due to catheter malfunction

Electronically signed by Alexander, Denise, RN on 6/8/2016 2:54 PM

#### Plan of Care by Alexander, Denise, RN at 6/8/2016 2:55 PM

Author: Alexander, Denise, RN      Service: Medical ICU              Author Type: Registered Nurse
Filed: 6/8/2016 2:55 PM            Date of Service: 6/8/2016 2:55 PM   Status: Signed
Editor: Alexander, Denise, RN (Registered Nurse)

**Problem: Infection**
**Goal:** Signs and symptoms of infections are decreased or avoided
Planning to discontinue old central line and arterial line in right femoral vein/artery after placement of new catheter in IR today

Electronically signed by Alexander, Denise, RN on 6/8/2016 2:55 PM

#### Plan of Care by Yeadon, Sheryl L, RN at 6/10/2016 7:56 AM

Author: Yeadon, Sheryl L, RN       Service: (none)                   Author Type: Registered Nurse
Filed: 6/10/2016 7:56 AM           Date of Service: 6/10/2016 7:56 AM  Status: Signed
Editor: Yeadon, Sheryl L, RN (Registered Nurse)

**Problem: Infection**
**Goal:** Signs and symptoms of infections are decreased or avoided
**Outcome:** Not Progressing
White count continues to increase, 44000 today

Electronically signed by Yeadon, Sheryl L, RN on 6/10/2016 7:56 AM

#### Plan of Care by Alexander, Denise, RN at 6/11/2016 2:47 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00592

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Plan of Care Notes (continued)

### Plan of Care by Alexander, Denise, RN at 6/11/2016  2:47 PM (continued)

| | | |
|---|---|---|
| Author: Alexander, Denise, RN | Service: Medical ICU | Author Type: Registered Nurse |
| Filed: 6/11/2016  2:47 PM | Date of Service: 6/11/2016  2:47 PM | Status: Signed |
| Editor: Alexander, Denise, RN (Registered Nurse) | | |

Per Dr. Bruns, titrate pressors to keep SBP > 100 instead of titrating off of the MAP at this point.

Denise Alexander, RN
6/11/2016

Electronically signed by Alexander, Denise, RN on 6/11/2016  2:47 PM

### Plan of Care by Alexander, Denise, RN at 6/11/2016  6:13 PM

| | | |
|---|---|---|
| Author: Alexander, Denise, RN | Service: Medical ICU | Author Type: Registered Nurse |
| Filed: 6/11/2016  6:14 PM | Date of Service: 6/11/2016  6:13 PM | Status: Signed |
| Editor: Alexander, Denise, RN (Registered Nurse) | | |

Esophageal dopper numbers shown to IIMC and IHP

SD 4.8
PV 79.5
SV 18
FTc 136
CI 1.0
HR 110

Denise Alexander, RN
6/11/2016

Electronically signed by Alexander, Denise, RN on 6/11/2016  6:14 PM

### Plan of Care by Alexander, Denise, RN at 6/11/2016  6:46 PM

| | | |
|---|---|---|
| Author: Alexander, Denise, RN | Service: Medical ICU | Author Type: Registered Nurse |
| Filed: 6/11/2016  6:47 PM | Date of Service: 6/11/2016  6:46 PM | Status: Signed |
| Editor: Alexander, Denise, RN (Registered Nurse) | | |

Per Dr. Bruns, try to wean off of vasopressin after starting epi drip if possible.

Denise Alexander, RN
6/11/2016

Electronically signed by Alexander, Denise, RN on 6/11/2016  6:47 PM

### Plan of Care by Alexander, Denise, RN at 6/11/2016  8:09 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00593

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Plan of Care Notes (continued)

### Plan of Care by Alexander, Denise, RN at 6/11/2016  8:09 PM (continued)

| Author:  Alexander, Denise, RN | Service:  Medical ICU | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  6/11/2016  8:09 PM | Date of Service:  6/11/2016  8:09 PM | Status:  Signed |
| Editor:  Alexander, Denise, RN (Registered Nurse) | | |

**Problem: Hemodynamic Status**
**Goal:** Patient has stable vital signs and fluid balance
**Outcome:** Not Progressing
Currently on 3 vasopressors, vasopressin, levophed, and epi. Trying to keep systolic > 100. Patient has had two instances of bradycardia into asystole today.


Electronically signed by Alexander, Denise, RN on 6/11/2016  8:09 PM


Scanned images are located at the end of the chart, if available.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00594

**FRANCISCAN ALLIANCE**

| | |
|---|---|
| ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
| 8111 South Emerson Av | MRN: E3174503 |
| INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes

### Progress Notes by Stewart, Laurence L, Chaplain at 5/29/2016  8:17 PM

| | | |
|---|---|---|
| Author: Stewart, Laurence L, Chaplain | Service: Spiritual Care | Author Type: Chaplain |
| Filed: 5/29/2016  8:18 PM | Date of Service: 5/29/2016  8:17 PM | Status: Signed |
| Editor: Stewart, Laurence L, Chaplain (Chaplain) | | |

|  | 05/29/16 1720 |
|---|---|
| **Visit Type** | |
| Visit Type | Initial visit |
| Initial Visit | With patient |
| Date of Visit | 05/29/16 |

Patient on a vent and had no family present. Chaplain received update from nurse and left prayer folder for family if they visit.

Electronically signed by Stewart, Laurence L, Chaplain on 5/29/2016  8:18 PM

### Progress Notes by McGinley Wright, Leeann R, RPh at 5/30/2016  7:57 AM

| | | |
|---|---|---|
| Author: McGinley Wright, Leeann R, RPh | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 5/30/2016  7:58 AM | Date of Service: 5/30/2016  7:57 AM | Status: Signed |
| Editor: McGinley Wright, Leeann R, RPh (Pharmacist) | | |

**PHARMACY NOTE: RENAL DOSE ADJUSTMENT**

Focus: Famotidine

**ASSESSMENT/PLAN:**

Charles Todero has been prescribed famotidine 20 mg IV every 12 hours. Patient's calculated creatinine clearance is less than 50 ml/min, therefore, the dose of famotidine has been decreased to 20 mg IV once daily per protocol.

Thank you,

Leeann R McGinley Wright, RPh BCPS
5/30/2016,  7:58 AM

Electronically signed by McGinley Wright, Leeann R, RPh on 5/30/2016  7:58 AM

### Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM

| | | |
|---|---|---|
| Author: Elliott, James C, MD | Service: Nephrology | Author Type: Physician |
| Filed: 5/30/2016 11:52 AM | Date of Service: 5/30/2016 11:46 AM | Status: Signed |
| Editor: Elliott, James C, MD (Physician) | | |

## INDIANA KIDNEY SPECIALISTS PROGRESS NOTE

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00595

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Progress Notes (continued)

Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM (continued)

**SUBJECTIVE**

Patient seen in AICU on vent.

**Review of systems:**
Unobtainable due to patient's clinical condition.

**OBJECTIVE**

Current Vitals:
BP: (74-132)/(22-81) 99/64 mmHg
Pulse: [0-137] 58
Respirations: [12-33] 18
Temp: [36.2 °C (97.2 °F)-39.4 °C (103 °F)] 36.2 °C (97.2 °F)
SpO2: [95 %-100 %] 97 %
Weight - Scale: [77.8 kg (171 lb 8.3 oz)-80 kg (176 lb 5.9 oz)] 80 kg (176 lb 5.9 oz)

I/O Summary:

| Last 3 shifts | Current shift | 24 hours | | |
|---|---|---|---|---|
| In: 6418.66 [I.V.:6418.66] Out: 490 [Urine:490] | In: - Out: 50 [Urine:50] | Intake/Output Summary (Last 24 hours) at 05/30/16 1146 Last data filed at 05/30/16 1012 | | |
| | | | | Gross per 24 hour |
| | | Intake | 6418.66 ml | |
| | | Output | 540 ml | |
| | | Net | 5878.66 ml | |

Admission weight:
Admit Weight: 77.8 kg (171 lb 8.3 oz)

Current Weight:
Current Weight:80 kg (176 lb 5.9 oz)

Medications (Reviewed):
Scheduled Medications:

| | | |
|---|---|---|
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| heparin (porcine) injection 5,000 Units | Subcutaneous | Q12H |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

Continuous Medications:

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00596

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM (continued)

| | |
|---|---|
| dextrose 10 % in water infusion | |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 75 mcg/hr (05/30/16 1000) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 4 mcg/min (05/30/16 1000) |
| propofol (DIPRIVAN) | Last Rate: 35 mcg/kg/min (05/30/16 1135) |
| sodium bicarbonate 1 mEq/mL (8.4 %) 75 mEq in dextrose 5 % in water (D5W) 1,075 mL infusion | Last Rate: 250 mL/hr at 05/30/16 1000 |

PRN Medications:

| | | |
|---|---|---|
| acetaminophen (TYLENOL) suppository 650 mg | Rectal | Q4H PRN |
| acetaminophen (TYLENOL) tablet 650 mg | Oral | Q4H PRN |
| dextrose 10 % in water infusion | IntravenOUS | Continuous PRN |
| dextrose 50 % in water (D50W) syringe 25 mL | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 10 mcg | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 20 mcg | IntravenOUS | PRN |
| glucagon (Human Recombinant) (GLUCAGEN) injection solr 1 mg | Intramuscular | PRN |
| Ondansetron HCl (PF) (ZOFRAN) 4 mg/2 mL injection soln 4 mg | IntravenOUS | Q8H PRN |
| propofol 10 mg/ml bolus (from bag) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag | IntravenOUS | PRN |

**Physical Exam:**
GEN: ill-appearing and Sedated.
HEENT: NCAT, Sclera Nonicteric
HEART: normal rate, regular rhythm, normal S1, S2, no murmurs, rubs, clicks or gallops.
LUNGS: clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry.
ABDOMEN: Soft, Nondistended, BS+.
EXTREMITIES: pedal edema tr +, intact peripheral pulses
NEURO: Unresponsive
GU: Foley with dark urine

Data:

Recent Labs

| | 05/30/16 0515 | 05/29/16 1445 | 05/29/16 1255 |
|---|---|---|---|

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00597

**FRANCISCAN ALLIANCE**

| | | |
|---|---|---|
| ST FRANCIS - INDIANAPOLIS | | TODERO,CHARLES |
| 8111 South Emerson Av | | MRN: E3174503 |
| INDIANAPOLIS IN 46237-8601 | | DOB: 8/23/1985, Sex: M |
| Legal Medical Record | | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM (continued)

| | | | |
|---|---|---|---|
| BUN | 42* | 30* | 31* |
| CREATININE | 3.8* | 2.7* | 2.7* |
| NA | 137 | 136 | 146* |
| K | 3.3* | 5.2* | 6.1* |
| CL | 100 | 103 | 102 |
| CO2 | 24.0 | 17.4* | 10.7* |
| GLUCOSE | 176* | 131* | 69* |

### Lab Results

| Component | Value | Date |
|---|---|---|
| CALCIUM | 7.1* | 05/30/2016 |
| CAION | 3.8* | 05/30/2016 |
| PHOS | 5.8* | 05/30/2016 |

### Recent Labs

| | 05/30/16 0515 | 05/29/16 1255 |
|---|---|---|
| WBC | 14.67* | 13.65* |
| HGB | 14.4 | 13.7 |
| HCT | 42.7 | 43.5 |
| PLT | 100* | 191 |
| MCV | 99.6 | 107.1* |

No results found for: IRON, TIBC, FERRITIN
Labs reviewed.

## Radiology:

### Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **CT Abdomen and Pelvis Wo Contrast [331988598]** | | | | Collected: 05/29/16 1457 |
| Order Status: Completed | | | | Updated: 05/29/16 1657 |

Narrative:
  CT ABDOMEN AND PELVIS WO CONTRAST 74176 5/29/2016 1:50 PM EDT
  Provider: CHRIS J HARTMAN

  Indication: abdominal pain ,
  Comparison: None

  Contrast: Without only

  Cuts were obtained from liver dome inferiorly through the iliac crest and then from the iliac crest inferiorly through the pubic symphysis. Lung bases are clear. There is fairly extensive fatty infiltration of liver which otherwise appears unremarkable. There appears to be an approximately 3.2 cm likely cystic lesion off the anterior upper spleen. This appears unremarkable otherwise. The pancreas, adrenals, kidneys, and gallbladder appear unremarkable. The bowel including appendix appears unremarkable. There is no pathologically enlarged retroperitoneal, mesenteric or pelvic adenopathy. There is no suspicious bone lesion. There is an NG tube which

Printed on 7/22/2016  8:23 AM                                                                 Page 129

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

enters the stomach. There are arterial and venous lines entering via the right groin. There is a Foley catheter in the bladder.

Impression:
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

Interpreted and Dictated by
Gregory A Merchun, MD

d: May 29 2016 02:57P
t: May 29 2016 03:06P by APAS955
f: May 29 2016 04:55P

**CR Chest Portable PA or AP View [331988595]**      Collected: 05/29/16 1451
Order Status: Completed                               Updated: 05/29/16 1453
Narrative:
   CR CHEST PORTABLE PA OR AP VIEW 71010 5/29/2016 1:00 PM EDT
   Provider: CHRIS J HARTMAN

   Indication: sob ,
   Comparison: None

   There is no endotracheal tube and NG tube in satisfactory position.Lungs are clear   . Heart and mediastinum are
unremarkable   .

Impression:
   No evidence acute cardiopulmonary disease.

   Interpreted and Dictated by
   Gregory A Merchun, MD

   d: May 29 2016 02:51P
   t: May 29 2016 02:51P by
   f: May 29 2016 02:51P

**CT Spine Cervical Wo Contrast [331988597]**      Collected: 05/29/16 1448
Order Status: Completed                             Updated: 05/29/16 1451
Narrative:
   CT SPINE CERVICAL WO CONTRAST 72125 5/29/2016 1:50 PM EDT
   Provider: CHRIS J HARTMAN

   Indication: pain ,
   Comparison: None

   Axial, coronal, and sagittal images of the cervical spine are evaluated. There is  no fracture or dislocation. There is
straightening of the normal lordosis. There is moderate localized C5-6 degenerative disc change with disc space
narrowing and prominent anterior as well as lesser posterior spurring. There is other no significant degenerative

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00599

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

change. The facets are well aligned. There is   no significant encroachment on the spinal canal . There is an endotracheal tube in place.. The adjacent soft tissues are unremarkable  .

Impression:
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change.

Interpreted and Dictated by
Gregory A Merchun, MD


d: May 29 2016 02:48P
t: May 29 2016 02:48P by
f: May 29 2016 02:49P

**CT Head/Brain Wo Contrast [331988596]**                     Collected:  05/29/16 1430
Order Status:  Completed                                      Updated:  05/29/16 1432
Narrative:
   CT HEAD/BRAIN WO CONTRAST 70450 5/29/2016 2:00 PM EDT
   Provider: CHRIS J HARTMAN

   Indication: ha/arns ,
   Comparison: None

   Contrast:Without only


There is no area of abnormal attenuation. The ventricles and sulci are unremarkable. There is no abnormal extracerebral fluid collection or evidence for mass effect. The skull is intact and the visualized sinuses are clear.

Impression:
   Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified.

Interpreted and Dictated by
Gregory A Merchun, MD


d: May 29 2016 02:30P
t: May 29 2016 02:30P by
f: May 29 2016 02:30P




[] I have personally reviewed patient's X-ray images and findings are as follows:
[] I have personally reviewed outside records from ___.


| **IMP/REC:** |
|---|
| IMP: |
| -AKI |
| -HYPERKALEMIA |
| -RHABDOMYOLYSIS |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER                                                   TODERO 00600

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Elliott, James C, MD at 5/30/2016 11:46 AM (continued)

-HYPERTHERMIA

-METABOLIC ACIDOSIS

-CARDIAC ARREST


REC:

1. AKI:

Clinical picture is consistent with synthetic marijuana (Spice) toxicity. AKI is most likely due to rhabdomyolysis and ischemic ATN +/- direct Spice toxicity. UOP remains poor despite aggressive hydration. Will start Lasix drip in an attempt to force diurese and at least maintain euvolemia. Will decrease IVF rate to 100 mL/hr for now.


2. METABOLIC ACIDOSIS:

Secondary to tissues ischemia.  Resolved with bicarb drip, will transition to 0.45% NaCl


3. HYPOKALEMIA:

Hyperkalemia secondary to Rhabdo, acidosis and AKI has now resolved. Potassium now running low, will give 40 mEq of KCl today.



Highly complex MDM based upon:

[X] # of problems addressed (2 established uncontrolled; 1 new + 1 or more established or 1 new with w/u),

[ ]data reviewed (4 or more),

[X] High risk for adverse outcome (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion)


(need 2 of 3 elements -- problems, data, or risk -- to support highly complex MDM)


**INDIANA KIDNEY SPECIALISTS**
**James Elliott, MD**
**924-8425 (24 hours a day)**




Electronically signed by Elliott, James C, MD on 5/30/2016 11:52 AM

### Progress Notes by Kixmiller, John F, Chaplain at 5/30/2016  4:08 PM

Author:  Kixmiller, John F,
Chaplain

Service:  Spiritual Care

Author Type:  Chaplain

Filed:  5/30/2016  4:08 PM
Editor:  Kixmiller, John F, Chaplain (Chaplain)

Date of Service:  5/30/2016  4:08 PM

Status:  Signed


|  | 05/30/16 1600 |
|---|---|
| **Visit Type** | |
| Visit Type | Follow up visit |
| Follow Up Visit | With patient; With family/significant |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00601

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Kixmiller, John F, Chaplain at 5/30/2016 4:08 PM (continued)

|  | other;Staff request |
| --- | --- |
| Date of Visit | 05/30/16 |
| **Spiritual Needs** | |
| Spiritual Need Addressed | Supportive listening *(Talked with patient's mother/other family members.)* |

Electronically signed by Kixmiller, John F, Chaplain on 5/30/2016 4:08 PM

### Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM

| Author: Skelton, Faron Richard, MD | Service: (none) | Author Type: Physician |
| --- | --- | --- |
| Filed: 5/31/2016 12:22 PM | Date of Service: 5/31/2016 12:06 PM | Status: Signed |
| Editor: Skelton, Faron Richard, MD (Physician) | | |



## CRSM NOTE

| Name: Charles Todero Sex: male DOB: 8/23/1985 | MRN: E4272986 |
| --- | --- |
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date: 5/29/2016@12:29 PM | ER Arrival: 5/29/16 12:24 PM |

**CC/HPI**: Per ED note, he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic. Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over. No injury from traffic. Handcuffed. Became beligerant during EMS transport; given IM versed. Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

## REVIEW OF SYSTEMS/HOSPITAL COURSE:

5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.
5/31: Critical. Vent support. Now on CVVH. CPK remains > 20000. Creatinine 3.8>6.7. WBC 14.6>12.4. LFTs increasing.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00602

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM (continued)**

.PFSH:
No Known Allergies
No past medical history on file.
No past surgical history on file.
None

History
Substance Use Topics
- Smoking status:          Not on file
- Smokeless tobacco:       Not on file
- Alcohol Use:             Not on file

No family history on file.
Unable to obtain.

| OBJECTIVE |
|---|

Current Vitals:
Filed Vitals:

|  | 05/31/16 0947 | 05/31/16 0957 | 05/31/16 1015 | 05/31/16 1025 |
|---|---|---|---|---|
| BP: | 100/54 | 107/54 |  |  |
| Pulse: | 67 | 69 |  | 67 |
| Temp: |  |  |  | 36.9 °C (98.4 °F) |
| TempSrc: |  |  |  |  |
| Resp: | 10 | 18 |  | 18 |
| Height: |  |  |  |  |
| Weight: |  |  | 89.5 kg (197 lb 5 oz) |  |
| SpO2: | 100% | 100% |  | 100% |

Vitals: Minimum/Maximum:

| BP Min: 82/38 Max:135/56 | Pulse Avg: 70.5 Min: 58 Max: 91 | Resp Avg: 18.1 Min: 10 Max: 20 | SpO2 Avg: 98.7 % Min: 94 % Max: 100 % |
|---|---|---|---|
| Temp Avg: 37.2 °C (98.9 °F)  Min: 36.4 °C (97.5 °F)  Max: 37.8 °C (100 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:89.5 kg (197 lb 5 oz) |
|---|---|---|

| I&O This Shift:<br>In: 781.22 [I.V.:781.22] | I&O Over the Last 24 Hours: |
|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00603

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM (continued)**

| Out: - | Intake/Output Summary (Last 24 hours) at 05/31/16 1206 Last data filed at 05/31/16 1156 | | |
|---|---|---|---|
| **I&O Last Three Shifts:** In: 5929.56 [I.V.:5929.56] Out: 97 [Urine:97] | | **Gross per 24 hour** | |
| | Intake | 6598.12 ml | |
| | Output | 47 ml | |
| | Net | 6551.12 ml | |

**Physical Exam:**
**VS**: as above
**General**: Sedated. NAD. Vent support. CVVH
**Neuro:** Sedated.
**HEENT**: PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV**: RRR. no M/G
**Resp**: CTAB, no wheezes, unlabored
**Abdomen**: Soft, non-tender, non-distended, + BS.
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; 1+ edema
**Skin**: No rash, nodules, lesions; temp symmetric

## VENT DATA:

### Ventilation data:

**Settings:**

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 30 % | Insp Time (sec): 0.78 sec | |

**Readings:**

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate Observed: 18 | Vt Mandatory Exp (mL): 536 mL | | PIP Observed (cm H2O): 23 cm H2O | Plateau Pressure (cm H2O): 18 cm H2O | Insp Time (sec): 0.78 sec | |

## DAILY LAB DATA REVIEW:

### Recent Labs

| | 05/31/16 0550 | 05/30/16 0515 | 05/29/16 1758 | 05/29/16 1255 |
|---|---|---|---|---|
| WBC | 12.49* | 14.67* | -- | 13.65* |
| HGB | 13.5 | 14.4 | -- | 13.7 |
| HCT | 39.3 | 42.7 | 47.7 | 43.5 |
| PLT | 78* | 100* | -- | 191 |
| MCV | 99.8 | 99.6 | -- | 107.1* |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00604

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM (continued)

**Recent Labs**

|            | 05/31/16 0550 | 05/30/16 2055 | 05/30/16 1638 | 05/30/16 0515 | 05/29/16 1445 |
|------------|---------------|---------------|---------------|---------------|---------------|
| BUN        | 48*           | --            | --            | 42*           | 30*           |
| CREATININE | 6.7*          | --            | --            | 3.8*          | 2.7*          |
| NA         | 135           | --            | --            | 137           | 136           |
| K          | 3.9           | 3.9           | 3.3*          | 3.3*          | 5.2*          |
| CL         | 98            | --            | --            | 100           | 103           |
| CO2        | 21.1          | --            | --            | 24.0          | 17.4*         |
| GLUCOSE    | 124*          | --            | --            | 176*          | 131*          |

Estimated Creatinine Clearance: 18.2 mL/min (based on Cr of 6.7).
No results found for: HGBA1C, HGBA1CPERC

**Recent Labs**

|         | 05/31/16 0550 | 05/30/16 0515 |
|---------|---------------|---------------|
| ALT     | 2353*         | 882*          |
| AST     | >5000*        | 3911*         |
| ALKPHOS | 70            | 52            |

**Recent Labs**

|           | 05/31/16 0550 | 05/30/16 0515 |
|-----------|---------------|---------------|
| BILIRUBIN | 5.4*          | 3.1*          |

No results for input(s): PROTIMENOTH, INR, PROTIMEC, INRC in the last 168 hours.

**Recent Labs**

|           | 05/29/16 1255 |
|-----------|---------------|
| TROPONINI | 0.04          |

No results for input(s): PHART, PO2ART, PCO2ART, HCO3ART in the last 168 hours.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00605

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Progress Notes (continued)

Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM (continued)

Recent Labs

|  | 05/29/16 1255 |
|---|---|
| PROCALCITONI | 0.4 |

Recent Labs

|  | 05/31/16 0554 | 05/31/16 0550 | 05/31/16 0208 | 05/31/16 0036 | 05/30/16 2217 | 05/30/16 2103 | 05/30/16 1803 | 05/30/16 1736 |
|---|---|---|---|---|---|---|---|---|
| GLUCOSE | -- | 124* | -- | -- | -- | -- | -- | -- |
| POCGLU | 121* | -- | 142* | 69* | 75 | 77 | 97 | 64* |

Recent Labs

|  | 05/29/16 1500 |
|---|---|
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |
| LEUKOCYTESUA | NEGATIVE |
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

No results for input(s): URINECULT in the last 168 hours.

**CURRENT/MEDICATIONS:**

**Tube Feedings:**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00606

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM (continued)

| 0.9 % NaCl infusion (CRRT) | IntravenOUS | Q4H |
|---|---|---|
| ampicillin-sulbactam (UNASYN) 1.5 g in sodium chloride 0.9 % 50 mL IVPB (MB+) | IntravenOUS | Q8H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| heparin (porcine) injection 5,000 Units | Subcutaneous | Q12H |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

| | |
|---|---|
| dextrose 10 % in water infusion | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 100 mL/hr at 05/31/16 1028 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (05/31/16 1000) |
| furosemide (LASIX) 200 mg in sodium chloride 0.9 % 40 mL infusion | Last Rate: Stopped (05/30/16 2248) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 7 mcg/min (05/31/16 1028) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr (05/31/16 1137) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (05/31/16 1000) |

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00607

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 5/31/2016 12:06 PM (continued)

**IMPRESSION/STATUS/PLAN:**

- 
- Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. CXR negative for infiltrate. BDs.
- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event. UDS + cannabinoids. Spice?
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.
- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272>20000. Check level q6 hrs. IVFs.
- Acute Liver Injury/Shock liver: LFTs increasing. Acetaminophen < 10 x 2. GI consult
- AGMA/Lactic acidosis: AG 33.3>>>13.
- Thrombocytopenia: Platelets 191>>78. Check HIT. DIC?
- Hyperkalemia: resolved.
- AKI: Creatinine 2.7>>>6.7. Nephrology following. Start CVVH.
- Leukocytosis: Resolving. WBC 14.6>12.4.
- VTE prophylaxis: DC Heparin SQ d/t thrombocytopenia. .
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: NPO
- Code status: Full code. Critical condition

- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☒ I personally reviewed consultants notes
☒ Discussed care management with RN and RT
☒ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 40 minutes.

Faron Richard Skelton, MD   **Date:** 5/31/2016

Electronically signed by Skelton, Faron Richard, MD on 5/31/2016 12:22 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00608

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 5/31/2016 9:00 AM

| | | |
|---|---|---|
| Author: Bucki, Jennifer J, MD | Service: Nephrology | Author Type: Physician |
| Filed: 5/31/2016 1:52 PM | Date of Service: 5/31/2016 9:00 AM | Status: Addendum |
| Editor: Bucki, Jennifer J, MD (Physician) | | |
| Related Notes: | Original Note by Bucki, Jennifer J, MD (Physician) filed at 5/31/2016 9:53 AM | |

## INDIANA KIDNEY SPECIALISTS PROGRESS NOTE

### SUBJECTIVE

Sedated, intubated and mechanically ventilated. Did not respond to me during my visit this AM.
On levophed for hypotension.

**Review of systems:**
Unobtainable due to patient's clinical condition.

### OBJECTIVE

**Current Vitals:**
BP: (82-135)/(38-72) 129/55 mmHg
Pulse: [58-91] 67
Respirations: [18-20] 19
Temp: [36.2 °C (97.2 °F)-37.8 °C (100 °F)] 36.8 °C (98.2 °F)
SpO2: [94 %-100 %] 94 %

**I/O Summary:**

| Last 3 shifts | Current shift | 24 hours | |
|---|---|---|---|
| In: 5929.56 [I.V.:5929.56]<br>Out: 97 [Urine:97] | | Intake/Output Summary (Last 24 hours) at 05/31/16 0900<br>Last data filed at 05/31/16 0643 | |
| | | | Gross per 24 hour |
| | | Intake | 5929.56 ml |
| | | Output | 57 ml |
| | | Net | 5872.56 ml |

**Admission weight:**
Admit Weight: 77.8 kg (171 lb 8.3 oz)

**Current Weight:**
Current Weight:80 kg (176 lb 5.9 oz)

**Medications (Reviewed):**
Scheduled Medications:

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00609

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 5/31/2016 9:00 AM (continued)

| ampicillin-sulbactam (UNASYN) 1.5 g in sodium chloride 0.9 % 50 mL IVPB (MB+) | IntravenOUS | Q8H |
|---|---|---|
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| heparin (porcine) injection 5,000 Units | Subcutaneous | Q12H |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

Continuous Medications:

| 0.45% NaCl infusion | | Last Rate: Stopped (05/30/16 2247) |
|---|---|---|
| dextrose 10 % in water infusion | | |
| dextrose 5 % and 0.9 % NaCl infusion | | Last Rate: 100 mL/hr at 05/31/16 0800 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | | Last Rate: 100 mcg/hr (05/31/16 0800) |
| furosemide (LASIX) 200 mg in sodium chloride 0.9 % 40 mL infusion | | Last Rate: Stopped (05/30/16 2248) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | | Last Rate: 8 mcg/min (05/31/16 0800) |
| propofol (DIPRIVAN) | | Last Rate: 50 mcg/kg/min (05/31/16 0858) |

PRN Medications:

| acetaminophen (TYLENOL) suppository 650 mg | Rectal | Q4H PRN |
|---|---|---|
| acetaminophen (TYLENOL) tablet 650 mg | Oral | Q4H PRN |
| artificial tears (TEARISOL,ISOPTO-TEARS) 0.5% drops | Both Eyes | PRN |
| dextrose 10 % in water infusion | IntravenOUS | Continuous PRN |
| dextrose 50 % in water (D50W) syringe 25 mL | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 10 mcg | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 20 mcg | IntravenOUS | PRN |
| glucagon (Human Recombinant) (GLUCAGEN) injection solr 1 mg | Intramuscular | PRN |
| Ondansetron HCl (PF) (ZOFRAN) 4 mg/2 mL injection soln 4 mg | IntravenOUS | Q8H PRN |
| propofol 10 mg/ml bolus (from bag) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag | IntravenOUS | PRN |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER · TODERO 00610

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 5/31/2016  9:00 AM (continued)

**Physical Exam:**
GEN: ill-appearing but in no distress
NEURO: sedated; unresponsive
HEENT: ETT and OG secured
NECK: trachea midline; no JVD
HEART: normal rate, regular rhythm; no rub
LUNGS: coarse mechanical BS, no rales
ABDOMEN: soft, +BS, no masses
EXTREMITIES: 1-2+ BUE and 2+ BLE edema; B lower leg SCDs
MUSCULOSKELETAL: no focal muscle swelling
GU: Foley with dark urine
ACCESS: L femoral TLC and art line

### Recent Labs

|            | 05/31/16 0550 | 05/30/16 2055 | 05/30/16 1638 | 05/30/16 0515 | 05/29/16 1445 |
|------------|---------------|---------------|---------------|---------------|---------------|
| BUN        | 48*           | --            | --            | 42*           | 30*           |
| CREATININE | 6.7*          | --            | --            | 3.8*          | 2.7*          |
| NA         | 135           | --            | --            | 137           | 136           |
| K          | 3.9           | 3.9           | 3.3*          | 3.3*          | 5.2*          |
| CL         | 98            | --            | --            | 100           | 103           |
| CO2        | 21.1          | --            | --            | 24.0          | 17.4*         |
| GLUCOSE    | 124*          | --            | --            | 176*          | 131*          |

### Lab Results

| Component | Value | Date       |
|-----------|-------|------------|
| CALCIUM   | 6.1*  | 05/31/2016 |
| CAION     | 3.0*  | 05/31/2016 |
| PHOS      | 7.9*  | 05/31/2016 |

### Recent Labs

|    | 05/31/16 0800 | 05/30/16 2055 |
|----|---------------|---------------|
| MG | 3.2*          | 3.6*          |

### Recent Labs

|         | 05/31/16 0550 | 05/30/16 0515 |
|---------|---------------|---------------|
| ALT     | 2353*         | 882*          |
| AST     | >5000*        | 3911*         |
| ALKPHOS | 70            | 52            |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00611

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 5/31/2016 9:00 AM (continued)

#### Recent Labs

|       | 05/31/16 0550 | 05/30/16 0515 | 05/29/16 1758 | 05/29/16 1255 |
|-------|---------------|---------------|---------------|---------------|
| WBC   | 12.49*        | 14.67*        | --            | 13.65*        |
| HGB   | 13.5          | 14.4          | --            | 13.7          |
| HCT   | 39.3          | 42.7          | 47.7          | 43.5          |
| PLT   | 78*           | 100*          | --            | 191           |
| MCV   | 99.8          | 99.6          | --            | 107.1*        |

No results found for: IRON, TIBC, FERRITIN

### Radiology:

#### Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **CR Chest Portable PA or AP View [332041789]** | | | | Collected: 05/30/16 1225 |
| Order Status:  Completed | | | | Updated:  05/30/16 1227 |

Narrative:
CR CHEST PORTABLE PA OR AP VIEW 71010 5/30/2016 12:00 PM EDT
Provider: FARON RICHARD SKELTON

Indication: change in lung sounds ,
Comparison: 5/29/2016

There is no endotracheal tube and NG tube in satisfactory position.Lungs are clear  . Heart and mediastinum are unremarkable  .

Impression:
No evidence acute cardiopulmonary disease.

Interpreted and Dictated by
Gregory A Merchun, MD

d: May 30 2016 12:25P
t: May 30 2016 12:25P by
f: May 30 2016 12:25P

[X] I have personally reviewed the patient's latest laboratory reports and X-ray reports.
[] I have personally reviewed outside records from ___.

**IMP/REC:**

1. AKI DUE TO RHABDOMYALYSIS + ATN FOLLOWING CARDIAC ARREST: CPK still reported as > 20,000

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00612

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

### Progress Notes (continued)

#### Progress Notes by Bucki, Jennifer J, MD at 5/31/2016 9:00 AM (continued)

UOP remains poor despite aggressive hydration and lasix drip. Cr has nearly doubled in a day and he has clinical evidence of volume overload.

Plan temporary dialysis cathter placement. On levophed at 8 mcg so plan to start CVVH as conventional HD could worsen hemodynamic status.

2. METABOLIC ACIDOSIS: Secondary to tissues ischemia.

Resolved with bicarb drip. Consider ABG to assess for mixed acid base picture.

3. HYPOCALCEMIA, HYPERPHOSPHATEMIA & HYPOKALEMIA:

Hyperkalemia secondary to Rhabdo, acidosis and AKI has now resolved. Potassium has required supplementation.

High phosphorus from AKI and muscle breakdown.

With high phosphorus level, he is at risk for calc-phos deposition in vessels if given IV calcium.

4. CARDIAC ARREST:

Sedated, intubated and mechanically ventilated. On levophed drip.

5. HYPERTHERMIA:

Clinical picture is consistent with synthetic marijuana (Spice) toxicity.

Critical care time spent (exclusive of any procedure): 45 minutes.
Critical care was time spent personally by me with the patient and on the following activities: review of new data, review of new notes since last nephrology visit, evaluation of patient's condition and response to treatment, complexity of decision making, number of problems addressed, charting in the medical record and discussion with staff members at the bedside.

Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions: AKI with volume overload, electrolyte issues, metabolic derangements and acid-base disorders in the setting of: cardiac arrest.

High complexity of decision making present (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

**Jennifer J Bucki MD FACP**
**Indiana Kidney Specialists**
**317-924-8425 (answered 24 hours/day)**

### CVVH SECOND VISIT NOTE:

Patient seen on CVVH for 2nd visit to assess hemodynamic stability. Patient's hemodynamics have not changed. He is still on Levophed. CVVH initiated with order for net loss but may have to change setting to zero net loss if BP/MAP drop.

| Component | Value | Date/Time |
|---|---|---|
| BUN | 46 | 05/31/2016 1131 |
| CREATININE | 7.3 | 05/31/2016 1131 |
| NA | 137 | 05/31/2016 1131 |
| K | 3.9 | 05/31/2016 1131 |
| CL | 100 | 05/31/2016 1131 |
| CO2 | 20.4 | 05/31/2016 1131 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00613

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

**Progress Notes by Bucki, Jennifer J, MD at 5/31/2016 9:00 AM (continued)**

| GLUCOSE | 114 | 05/31/2016 1131 |
|---|---|---|
| | | |
| | | |

Electronically signed by Bucki, Jennifer J, MD on 5/31/2016 9:53 AM
Electronically signed by Bucki, Jennifer J, MD on 5/31/2016 1:52 PM

**Progress Notes by May, Lesley A, LCSW at 5/31/2016 4:09 PM**

| Author: May, Lesley A, LCSW | Service: (none) | Author Type: Social Worker |
|---|---|---|
| Filed: 5/31/2016 4:19 PM | Date of Service: 5/31/2016 4:09 PM | Status: Signed |
| Editor: May, Lesley A, LCSW (Social Worker) | | |

Plan: pending progress

SW introduced self role to pt's grandmother, Barbara. Pt currently on vent. She said pt was living with his mother prior to admission. She has spoken to Visions and will let pt's mother know which documentation is needed for HIP application. Pt will need PCP appt arranged prior to d/c. Will also need to discuss substance abuse prior to d/c. Barbara said pt's father recently passed away and was buried 5/27. She was tearful when discussing the death of her son and her grandson's current medical condition. Emotional support provided. No additional needs noted at this time. SW will con't to follow for emotional support and eventual d/c planning.

| | 05/31/16 1605 |
|---|---|
| **Referral Data** | |
| Referral Source | Case Manager |
| Referral Reason | Psychosocial assessment |
| **Patient Information** | |
| Accompanied By Name | Barbara |
| Accompanied By Relationship | Family member(s) (grandmother) |
| Support System | Immediate family;Extended family;Friends |
| Preferred Contact Person Name | Teresa Todero - Mother |
| Lay Caregiver | Declined/No |
| Assessment of Current Living Arrangements | Parent |
| Assessment of Current Residence | House/Single Level |
| Admission Source | House |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00614

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by May, Lesley A, LCSW at 5/31/2016 4:09 PM (continued)**

| | |
|---|---|
| Assessment of DME Requirements (pick all that apply) | None |
| Currently Receiving Health Coaching | No |
| Currently receiving Home Health Care Services | No |
| Have you been seen outside of this facility? | No |
| If the patient is over 50, is he/she a Senior Promise member? | N/A |
| **Legal Information** | |
| Legal Documentation | Not applicable |
| **Advance Directives (For Healthcare)** | |
| Healthcare Directive | No, patient does not have an advance directive for healthcare treatment |
| Information Provided on Healthcare Directives | No |
| Information on Healthcare Directives Requested | No |
| Healthcare Agent Appointed | No |
| Pre-existing DNR/DNI Order | No |
| Patient Requests Assistance | No |
| **ADL** | |
| Assessment of ADL | Yes |
| Ambulation | Independent |
| Bathing | Independent |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00615

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by May, Lesley A, LCSW at 5/31/2016 4:09 PM (continued)

| Dressing | Independent |
|---|---|
| Feeding | Independent |
| Grooming | Independent |
| Toileting | Independent |
| Transferring | Independent |
| **IADL** | |
| Assessment of IADL for Patients equal/greater than 18 Years of Age | Yes |
| Ability to Use Telephone | Operates Telephone on Own Initiative/Looks Up and Dials Numbers |
| Assessment of Electronic Communications Use (pick all that apply) | Owns or has Access to a Computer |
| Shopping | Takes Care of All Shopping Needs Independently |
| Food Preparation | Plans, Prepares, and Serves Adequate Meals Independently |
| Housekeeping | Maintains House Alone or with Occasional Assistance |
| Laundry | Does Personal Laundry Completely |
| Mode of Transportation | Travels Independently on Public Transportation or Drives Own Car |
| Responsibility for Own Medications | Is Responsible for Taking Medication in Correct Dosages at Correct Times |
| Ability to Handle Financial Matters | Manages Financial Matters Independently (Budgets, Writes Checks, Pays Rent, Bills, Goes to Bank) Collects and Keeps Track of Income |

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00616

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by May, Lesley A, LCSW at 5/31/2016 4:09 PM (continued)

| Income Information | |
|---|---|
| Income Source | Employed |
| **Assessment** | |
| Social Worker Initial Assessment Complete | Yes |

| | 05/31/16 1611 |
|---|---|
| **Discharge Planning** | |
| Projected Discharge Destination | Pending progress; vent; SW following |
| **Discharge Reassessment / Multidisciplinary Rounds** | |
| Reassessed discharge needs | Yes |
| **Requires Social Work Follow Up** | Yes |

Electronically signed by May, Lesley A, LCSW on 5/31/2016 4:19 PM

### Progress Notes by Trivedi, Anita M, RPh at 5/31/2016 8:38 AM

| | | |
|---|---|---|
| Author: Trivedi, Anita M, RPh | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 5/31/2016 5:32 PM | Date of Service: 5/31/2016 8:38 AM | Status: Addendum |
| Editor: Trivedi, Anita M, RPh (Pharmacist) | | |
| Related Notes: | Original Note by Trivedi, Anita M, RPh (Pharmacist) filed at 5/31/2016 8:40 AM | |

**PHARMACY NOTE: THERAPEUTIC DRUG MONITORING**

Focus: Unasyn

**CURRENT ANTIBIOTICS:**

Unasyn 3 gm IVPB every 6 hours

**ASSESSMENT/PLAN:**

Charles Todero is a 30 y.o. male admitted on 5/29/2016. Unasyn ordered due to possible asp PNA. Based on current weight, initiation of CVVH per nephrology, and site of infection, will continue unasyn at 3 gm IVPB every 6 hours. Pharmacy will continue to follow and adjust as needed.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00617

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Trivedi, Anita M, RPh at 5/31/2016 8:38 AM (continued)

**Plan:**
Continue Unasyn 3 gm IVPB every 6 hours

## DATA:

**Ht Readings from Last 1 Encounters:**
05/29/16      177.8 cm (70")

**Wt Readings from Last 1 Encounters:**
05/29/16      80 kg (176 lb 5.9 oz)

**Recent Labs**

|      | 05/31/16 0550 | 05/30/16 0515 | 05/29/16 1255 |
|------|------|------|------|
| WBC  | 12.49* | 14.67* | 13.65* |

**Recent Labs**

|      | 05/31/16 0550 | 05/30/16 0515 | 05/29/16 1445 |
|------|------|------|------|
| BUN  | 48* | 42* | 30* |

**Recent Labs**

|      | 05/31/16 0550 | 05/30/16 0515 | 05/29/16 1445 |
|------|------|------|------|
| CREATININE | 6.7* | 3.8* | 2.7* |

**Vitals Minimum/Maximum:**

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|------|------|------|------|------|
| Temp (24hrs), Avg:37.1 °C (98.8 °F), Min:36.2 °C (97.2 °F), Max:37.8 °C (100 °F) | BP Min: 74/38 Max: 135/56 | Pulse Avg: 81.9 Min: 0 Max: 137 | Resp Avg: 20.6 Min: 12 Max: 33 | SpO2 Avg: 98.3 % Min: 94 % Max: 100 % |

**I/O Summary:**
In: 5929.56 [I.V.:5929.56]
Out: 97 [Urine:97]
Urine output: 0.05 mL/kg/hr

**Cultures:**
NA

Thank you for allowing us to participate in the care of this patient.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER — TODERO 00618

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

## Progress Notes (continued)

### Progress Notes by Trivedi, Anita M, RPh at 5/31/2016  8:38 AM (continued)

Anita M Trivedi, RPh
5/31/2016, 8:38 AM

Electronically signed by Trivedi, Anita M, RPh on 5/31/2016  8:40 AM
Electronically signed by Trivedi, Anita M, RPh on 5/31/2016  5:32 PM

### Progress Notes by Mullikin, Karrie, RN at 6/1/2016  4:08 AM

| | | |
|---|---|---|
| Author: Mullikin, Karrie, RN | Service: Medical ICU | Author Type: Registered Nurse |
| Filed: 6/1/2016  4:09 AM | Date of Service: 6/1/2016  4:08 AM | Status: Signed |
| Editor: Mullikin, Karrie, RN (Registered Nurse) | | |

Per family, the patient drinks approximately a half gallon of vodka daily.

Electronically signed by Mullikin, Karrie, RN on 6/1/2016  4:09 AM

### Progress Notes by Buckley, J Scott, MD at 6/1/2016  9:02 AM

| | | |
|---|---|---|
| Author: Buckley, J Scott, MD | Service: Gastroenterology | Author Type: Physician |
| Filed: 6/1/2016  9:07 AM | Date of Service: 6/1/2016  9:02 AM | Status: Signed |
| Editor: Buckley, J Scott, MD (Physician) | | |

### DAILY PROGRESS NOTE

Charles Todero is a 30 y.o.male patient.

**PCP and phone number:**
No, Pcp
None

### SUBJECTIVE

Chief complaint: Sedate on vent. ETOH history noted. Hep C was positive.

Review of systems:
unable

### OBJECTIVE

Current Vitals:

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|---|---|---|---|---|
| Temp: 35.9 °C (96.6 °F) | BP: 105/53 mmHg | Pulse: 61 (Simultaneous filing. User may not have seen previous data.) | Respirations: 17 (Simultaneous filing. User may not have seen previous data.) | SpO2: 100 % (Simultaneous filing. User may not have seen previous data.) |

Vitals: Minimum/Maximum:last 24 hours

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|---|---|---|---|---|
| Temp  Avg: 36.1 | BP  Min: 100/54 | Pulse  Avg: 65.6 | Resp  Avg: 20.3 | SpO2  Avg: 99.3 % |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00619

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Buckley, J Scott, MD at 6/1/2016  9:02 AM (continued)

| °C (96.9 °F)  Min: 35.1 °C (95.2 °F)  Max: 37.2 °C (99 °F) | Max: 160/73 | Min: 52  Max: 91 | Min: 0  Max: 25 | Min: 93 %  Max: 100 % |
|---|---|---|---|---|

### I/O Summary:

| Last 3 shifts | Current shift | 24 hours | |
|---|---|---|---|
| In: 5038.43 [I.V.:4172.51]  Out: 3760 | In: 388.75 [I.V.:339.47]  Out: 477 | Intake/Output Summary (Last 24 hours) at 06/01/16 0902  Last data filed at 06/01/16 0900 | |
| | | | Gross per 24 hour |
| | | Intake | 5427.18 ml |
| | | Output | 4237 ml |
| | | Net | 1190.18 ml |

### Physical Exam:
**General:** sedate on vent. Icteric
**Heart:** RRR, No M/G
**Lungs:** Clear
**Abdomen:** Soft/nontender
**Neuropsych:** sedate

### Labs:

#### Recent Labs

| | 06/01/16 0550 | 06/01/16 | 05/31/16 1720 |
|---|---|---|---|
| BUN | 24 | 30* | 37* |
| CREATININE | 4.2* | 4.9* | 5.9* |
| NA | 137 | 139 | 136 |
| K | 3.6 | 3.8 | 3.9 |
| CL | 106 | 107 | 103 |
| CO2 | 22.7 | 22.3 | 22.5 |
| GLUCOSE | 115* | 128* | 116* |

#### Recent Labs

| | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| WBC | 7.89 | 12.49* | 14.67* |
| HGB | 13.5 | 13.5 | 14.4 |
| HCT | 40.0 | 39.3 | 42.7 |
| PLT | 62* | 78* | 100* |
| MCV | 98.4 | 99.8 | 99.6 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00620

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Progress Notes (continued)

Progress Notes by Buckley, J Scott, MD at 6/1/2016 9:02 AM (continued)

Recent Labs

|  | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| ALT | >2500* | 2353* | 882* |
| AST | >5000* | >5000* | 3911* |
| ALKPHOS | 82 | 70 | 52 |

Recent Labs

|  | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| BILIRUBIN | 6.5* | 5.4* | 3.1* |

Recent Labs

|  | 05/31/16 1230 |
|---|---|
| INR | 2.4 |

**IMPRESSION/PLAN**

Active Problems:
1) Abnormal liver tests - Consistent with shock liver. Supportive care. Will check INR and NH3 in am.
Supportive care and if no improvement or progression may need to consider transplant center, but not likely a candidate secondary to Hep C, Drug and alcohol abuse.
2) Hepatitis C - can be further assessed in the future if he recovers. Hepatitis B studies pending.
3) ETOH abuse - Supportive care for withdrawal.

Electronically signed by Buckley, J Scott, MD on 6/1/2016 9:07 AM

Progress Notes by White, Mary A, RD at 6/1/2016 10:38 AM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00621

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by White, Mary A, RD at 6/1/2016 10:38 AM (continued)

Author: White, Mary A, RD
Filed: 6/1/2016 10:42 AM
Editor: White, Mary A, RD (Dietitian, Registered)

Service: (none)
Date of Service: 6/1/2016 10:38 AM

Author Type: Dietitian, Registered
Status: Signed

### Franciscan St. Francis Health
### Inpatient Nutrition Services
Nutrition Support evaluation

### Nutrition Assessment:

| Height | Current Weight | BMI |
|--------|---------------|-----|
| 177.8 cm (5' 10") | 83.7 kg (184 lb 8.4 oz) | 25.36 |

| Admit weight |
|--------------|
| 77.8 kg (171 lb 8.3 oz) |

**Current Diet:**
NPO

**Medications:**
Propofol: 23.3 ml/hr providing: 615 kcal lipid

**Tube Feeding Frequency:**
Formula: Peptide / Pulmonary - Vital AF 1.2
Route: OG
Type: Continuous
Current Rate: 15ml/hr - rate deceased with residuals ~ 180, spoke with RN that residual threshold policy is >500ml
Goal rate:55ml/hr - RN to try and advance today

Tube Feeding provides at goal: 1584 kcal, 99 gm Protein, 1070 ml free H20

Tube Feeding Tolerance: residuals are < hospital policy threshold ~ 500ml
GI Complications: Diarrhea per notes

**Nutrition Needs:**

Calorie Requirements: 1925 - 2310 based on Admit weight
Protein Requirements: 94 - 156 based on Admit weight
Fluid Requirements: 2000 - 2300 based on Admit weight

### Monitor/Evaluate:

GI Tolerance: monitor: nausea, vomiting, constipation and diarrhea and evaluate: goal ongoing
Lab Monitoring: Glucose, BUN, Creatinine, Sodium, Potassium, Magnesium and Phosphorus, PF ratio = 355
Weights: monitor: gains and losses and evaluate: goal ongoing
Nutrition Support: monitor: Rate/Schedule and evaluate: goal ongoing

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00622

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |

**Progress Notes (continued)**

**Progress Notes by White, Mary A, RD at 6/1/2016 10:38 AM (continued)**

### Nutrition Intervention:

Continue to follow and monitor EN feeding tolerance, etc.

Current goal EN meeting ~ nutrient needs with current Propofol rate, at this time.

Will increase to goal rate 75ml/hr as propofol rate allows

### Nutrition Goals

Goals: Glycemic control and No aspiration, Continue + TF tolerance  and advance to goal as propofol rate allows,  to meet nutrition requirements with dry wt maintainence

Electronically signed by White, Mary A, RD on 6/1/2016 10:42 AM

**Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM**

| Author: Skelton, Faron Richard, MD | Service: (none) | Author Type: Physician |
| Filed: 6/1/2016 10:43 AM | Date of Service: 6/1/2016 10:20 AM | Status: Signed |
| Editor: Skelton, Faron Richard, MD (Physician) | | |



**CRSM NOTE**

| Name: Charles Todero  Sex: male  DOB: 8/23/1985 | MRN: E4272986 |
| --- | --- |
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date: 5/29/2016@12:29 PM | ER Arrival: 5/29/16 12:24 PM |

**CC/HPI:** Per ED note,  he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic.  Was tazed to prevent injury, one probe didn't hold,

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00623

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)

patient fell to knees then slumped over. No injury from traffic. Handcuffed. Became beligerant during EMS transport; given IM versed. Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

## REVIEW OF SYSTEMS/HOSPITAL COURSE:

5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.
5/31: Critical. Vent support. Now on CVVH. CPK remains > 20000. Creatinine 3.8>6.7. WBC 14.6>12.4. LFTs increasing.
6/1: Afebrile. On Levophed. Vent support. FIO2 30%. Check CXR. LFTs continue to increase. May require transfer to IU.

.PFSH:
No Known Allergies
No past medical history on file.
No past surgical history on file.
None

### History
Substance Use Topics
 • Smoking status:            Not on file
 • Smokeless tobacco:          Not on file
 • Alcohol Use:             Yes
         Comment: 1/2 gallon of vodka a dayper family

No family history on file.
Unable to obtain.

## OBJECTIVE

### Current Vitals:
Filed Vitals:

|  | 06/01/16 0930 | 06/01/16 0945 | 06/01/16 0959 | 06/01/16 1000 |
|---|---|---|---|---|
| BP: | | | | |
| Pulse: | 67 | 68 | 66 | 63 |
| Temp: | 36.7 °C (98.1 °F) | 36.8 °C (98.2 °F) | 37 °C (98.6 °F) | 36.9 °C (98.4 °F) |
| TempSrc: | | | Oral | |
| Resp: | 22 | 22 | 22 | 22 |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | 98% | 98% | 98% | 100% |

### Vitals: Minimum/Maximum:

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00624

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)

| BP Min: 105/53<br>Max: 160/73 | Pulse Avg: 65.5 Min: 52<br>Max: 91 | Resp Avg: 20.7 Min: 0<br>Max: 25 | SpO2 Avg: 99.1 % Min: 93<br>% Max: 100 % |
|---|---|---|---|
| Temp Avg: 36.1 °C (97 °F)  Min: 35.1 °C (95.2 °F)  Max: 37.2 °C (99 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | | Current Weight:83.7 kg (184 lb 8.4 oz) |
|---|---|---|---|

**I&O This Shift:**
In: 718.52 [I.V.:610.24]
Out: 791

**I&O Last Three Shifts:**
In: 5038.43 [I.V.:4172.51]
Out: 3760

**I&O Over the Last 24 Hours:**

Intake/Output Summary (Last 24 hours) at 06/01/16 1020
Last data filed at 06/01/16 1000

| | Gross per 24 hour |
|---|---|
| Intake | 5756.95 ml |
| Output | 4551 ml |
| Net | 1205.95 ml |

**Physical Exam:**
**VS**: as above
**General**: Sedated. NAD. Vent support. CVVH
**Neuro:** Sedated.
**HEENT**: PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV**: RRR. no M/G
**Resp**: CTAB, no wheezes, unlabored
**Abdomen**: Soft, non-tender, non-distended, + BS.
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; 1+ edema
**Skin**: No rash, nodules, lesions; temp symmetric

**VENT DATA:**

Ventilation data:

Settings:

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate<br>(Set): 22 | Vt (Set, mL):<br>500 mL | | PEEP/CPAP<br>(cm H2O): 5<br>cm H2O | FiO2 (%): 30 % | Insp Time<br>(sec): 0.9 sec | |

Readings:

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate<br>Observed: 22 | Vt Mandatory Exp<br>(mL): 524 mL | | PIP Observed<br>(cm H2O): 19<br>cm H2O | Plateau<br>Pressure (cm<br>H2O): 18 cm<br>H2O | Insp Time<br>(sec): 0.9 sec | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00625

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Progress Notes (continued)

Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)

DAILY LAB DATA REVIEW:

Recent Labs

|  | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| WBC | 7.89 | 12.49* | 14.67* |
| HGB | 13.5 | 13.5 | 14.4 |
| HCT | 40.0 | 39.3 | 42.7 |
| PLT | 62* | 78* | 100* |
| MCV | 98.4 | 99.8 | 99.6 |

Recent Labs

|  | 06/01/16 0550 | 06/01/16 | 05/31/16 1720 |
|---|---|---|---|
| BUN | 24 | 30* | 37* |
| CREATININE | 4.2* | 4.9* | 5.9* |
| NA | 137 | 139 | 136 |
| K | 3.6 | 3.8 | 3.9 |
| CL | 106 | 107 | 103 |
| CO2 | 22.7 | 22.3 | 22.5 |
| GLUCOSE | 115* | 128* | 116* |

Estimated Creatinine Clearance: 26.6 mL/min (based on Cr of 4.2).
No results found for: HGBA1C, HGBA1CPERC

Recent Labs

|  | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| ALT | >2500* | 2353* | 882* |
| AST | >5000* | >5000* | 3911* |
| ALKPHOS | 82 | 70 | 52 |

Recent Labs

|  | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| BILIRUBIN | 6.5* | 5.4* | 3.1* |

Recent Labs

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00626

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)**

|  | 05/31/16 1230 |  |
|---|---|---|
| INR | 2.4 |  |

### Recent Labs

|  | 05/29/16 1255 |
|---|---|
| TROPONINI | 0.04 |

### Recent Labs

|  | 06/01/16 0003 | 05/31/16 1618 | 05/31/16 1427 |
|---|---|---|---|
| PHART | 7.42 | 7.34* | 7.22* |
| PO2ART | 142* | 138* | 71* |
| PCO2ART | 35 | 41 | 54* |
| HCO3ART | 22.3 | 22.2 | 21.7* |

### Recent Labs

|  | 05/29/16 1255 |
|---|---|
| PROCALCITONI | 0.4 |

### Recent Labs

|  | 06/01/16 0557 | 06/01/16 0550 | 06/01/16 0009 | 06/01/16 | 05/31/16 1720 | 05/31/16 1427 | 05/31/16 1131 |
|---|---|---|---|---|---|---|---|
| GLUCOSE | -- | 115* | -- | 128* | 116* | -- | 114* |
| POCGLU | 115* | -- | 124* | -- | -- | 96 | -- |

### Recent Labs

|  | 05/29/16 1500 |
|---|---|
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00627

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
| --- | --- | --- |
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)**

| | |
| --- | --- |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |
| LEUKOCYTESUA | NEGATIVE |
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

No results for input(s): URINECULT in the last 168 hours.

---

CURRENT/MEDICATIONS:

**Tube Feedings:**
Tube Feeding: Vital AF 1.2 (elemental predigested)
Rate (mL/hr): 15 mL/hr

| | | |
| --- | --- | --- |
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |

| | |
| --- | --- |
| dextrose 10 % in water infusion | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 100 mL/hr at 06/01/16 1000 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (06/01/16 1000) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 3 mg/hr (06/01/16 1000) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W | Last Rate: 5 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00628

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)

| (PMX) infusion | mcg/min (06/01/16 1001) |
|---|---|
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr (06/01/16 1000) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (06/01/16 1000) |

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

## IMPRESSION/STATUS/PLAN:

- 
- Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. Repeat CXR. BDs.
- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event. UDS + cannabinoids. Spice?
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.
- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272>20000. Check level q6 hrs. IVFs.
- Acute Liver Injury/Shock liver: LFTs increasing. Acetaminophen < 10 x 2. GI following. May require transfer to IU-However has Hx of ETOH abuse and not likely transplant candidate.
- AGMA/Lactic acidosis: AG 33.3>>>8.3. On CVVH.
- Thrombocytopenia: Platelets 191>>62. Check HIT. DIC?
- Hyperkalemia: resolved.
- AKI: Creatinine 2.7>>>7.3. Nephrology following. On CVVH.
- Leukocytosis: Resolving. WBC 14.6>>>7.8.
- VTE prophylaxis: DC Heparin SQ d/t thrombocytopenia. .
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: NPO
- Code status: Full code. Critical condition

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00629

**FRANCISCAN ALLIANCE**

| | | |
|---|---|---|
| | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

Progress Notes (continued)

Progress Notes by Skelton, Faron Richard, MD at 6/1/2016 10:20 AM (continued)

• Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☒ I personally reviewed consultants notes
☒ Discussed care management with RN and RT
☒ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 30 minutes.

Faron Richard Skelton, MD   **Date:** 6/1/2016

Electronically signed by Skelton, Faron Richard, MD on 6/1/2016 10:43 AM

Progress Notes by Roskam, Hilary E, MSW at 6/1/2016 3:53 PM

| | | |
|---|---|---|
| Author: Roskam, Hilary E, MSW | Service: (none) | Author Type: Social Worker |
| Filed: 6/1/2016 3:57 PM | Date of Service: 6/1/2016 3:53 PM | Status: Signed |
| Editor: Roskam, Hilary E, MSW (Social Worker) | | |

Per Visions note, Visions to pay fast track for HIP.
SW will continue to follow for d/c disposition and as needs arise.

| | 06/01/16 1553 |
|---|---|
| **Discharge Reassessment / Multidisciplinary Rounds** | |
| Attendance | Case Management;Social Worker |
| Reassessed discharge needs | Yes |
| **Requires Social Work Follow Up** | Yes |

Electronically signed by Roskam, Hilary E, MSW on 6/1/2016 3:57 PM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00630

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Progress Notes (continued)**

**Progress Notes by Roskam, Hilary E, MSW at 6/1/2016 3:53 PM (continued)**

**Progress Notes by Bucki, Jennifer J, MD at 6/1/2016 11:22 AM**

Author: Bucki, Jennifer J, MD     Service: Nephrology                    Author Type: Physician
Filed: 6/1/2016 5:03 PM           Date of Service: 6/1/2016 11:22 AM    Status: Addendum
Editor: Bucki, Jennifer J, MD (Physician)
Related Notes:    Original Note by Bucki, Jennifer J, MD (Physician) filed at 6/1/2016 5:00 PM

## INDIANA KIDNEY SPECIALISTS PROGRESS NOTE

**SUBJECTIVE**

RN reported that the patient developed signs/sxs of DTs yesterday and was started on Ativan drip.
Sedated, intubated and mechanically ventilated. Did not respond to me during my visit this AM.
On levophed for hypotension.

**Review of systems:**
Unobtainable due to patient's clinical condition.

**OBJECTIVE**
**Current Vitals:**
BP: (105-160)/(53-73) 105/53 mmHg
Pulse: [52-91] 68
Respirations: [0-23] 16
Temp: [35.1 °C (95.2 °F)-37.2 °C (99 °F)] 36.9 °C (98.4 °F)
SpO2: [93 %-100 %] 99 %
Weight - Scale: [83.7 kg (184 lb 8.4 oz)] 83.7 kg (184 lb 8.4 oz)

**I/O Summary:**
In: 5586.43 [I.V.:4258.03]
Out: 5315

**Admission weight:**
Admit Weight: 77.8 kg (171 lb 8.3 oz)

**Current Weight:**
Current Weight:83.7 kg (184 lb 8.4 oz)

**Medications (Reviewed):**
Scheduled Medications:

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00631

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/1/2016 11:22 AM (continued)

| | | |
|---|---|---|
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |

Continuous Medications:

| | |
|---|---|
| dextrose 10 % in water infusion | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 100 mL/hr at 06/01/16 1000 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (06/01/16 1047) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 3 mg/hr (06/01/16 1000) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 5 mcg/min (06/01/16 1001) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr (06/01/16 1000) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (06/01/16 1024) |

PRN Medications:

| | | |
|---|---|---|
| acetaminophen (TYLENOL) suppository 650 mg | Rectal | Q4H PRN |
| acetaminophen (TYLENOL) tablet 650 mg | Oral | Q4H PRN |
| artificial tears (TEARISOL,ISOPTO-TEARS) 0.5% drops | Both Eyes | PRN |
| dextrose 10 % in water infusion | IntravenOUS | Continuous PRN |
| dextrose 50 % in water (D50W) syringe 25 mL | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 10 mcg | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 20 mcg | IntravenOUS | PRN |
| glucagon (Human Recombinant) (GLUCAGEN) injection solr 1 mg | Intramuscular | PRN |
| Ondansetron HCl (PF) (ZOFRAN) 4 mg/2 mL injection soln 4 mg | IntravenOUS | Q8H PRN |
| propofol 10 mg/ml bolus (from bag) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag (CRRT) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag | IntravenOUS | PRN |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00632

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Progress Notes (continued)**

**Progress Notes by Bucki, Jennifer J, MD at 6/1/2016 11:22 AM (continued)**

**Physical Exam:**
GEN: in no distress
NEURO: sedated; unresponsive
PSYCH: unable to assess
HEENT: ETT and OG secured
NECK: trachea midline; no JVD
HEART: normal rate, regular rhythm; no rub
LUNGS: coarse mechanical BS, no rales
ABDOMEN: soft, +BS, no masses
EXTREMITIES: 1+ BUE and 1-2+ BLE edema; B lower leg SCDs
MUSCULOSKELETAL: no focal muscle swelling
GU: Foley with very little dark urine
ACCESS: L femoral TLC and art line; RIJ temporary catheter

**Recent Labs**

|  | 06/01/16 0550 | 06/01/16 | 05/31/16 1720 |
|---|---|---|---|
| BUN | 24 | 30* | 37* |
| CREATININE | 4.2* | 4.9* | 5.9* |
| NA | 137 | 139 | 136 |
| K | 3.6 | 3.8 | 3.9 |
| CL | 106 | 107 | 103 |
| CO2 | 22.7 | 22.3 | 22.5 |
| GLUCOSE | 115* | 128* | 116* |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CALCIUM | 7.5* | 06/01/2016 |
| CAION | 4.4* | 06/01/2016 |
| PHOS | 3.2 | 06/01/2016 |

**Recent Labs**

|  | 06/01/16 0550 | 05/31/16 1720 | 05/31/16 0800 |
|---|---|---|---|
| MG | 2.0 | 2.6 | 3.2* |

**Recent Labs**

|  | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|---|---|---|---|
| ALT | >2500* | 2353* | 882* |
| AST | >5000* | >5000* | 3911* |
| ALKPHOS | 82 | 70 | 52 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00633

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/1/2016 11:22 AM (continued)

### Recent Labs

|       | 06/01/16 0550 | 05/31/16 0550 | 05/30/16 0515 |
|-------|---------------|---------------|---------------|
| WBC   | 7.89          | 12.49*        | 14.67*        |
| HGB   | 13.5          | 13.5          | 14.4          |
| HCT   | 40.0          | 39.3          | 42.7          |
| PLT   | 62*           | 78*           | 100*          |
| MCV   | 98.4          | 99.8          | 99.6          |

No results found for: IRON, TIBC, FERRITIN

### Recent Labs

|         | 06/01/16 1154 | 06/01/16 0003 | 05/31/16 1618 |
|---------|---------------|---------------|---------------|
| PHART   | 7.45          | 7.42          | 7.34*         |
| PO2ART  | 68*           | 142*          | 138*          |
| PCO2ART | 34            | 35            | 41            |
| HCO3ART | 23.5          | 22.3          | 22.2          |

### Radiology:

### Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **CR Chest Portable PA or AP View [332298993]** | | | | Collected: 06/01/16 1109 |
| Order Status: Completed | | | | Updated: 06/01/16 1117 |

Narrative:

PROCEDURE DESCRIPTION: CR CHEST PORTABLE PA OR AP VIEW 71010
DATE AND TIME: 6/1/2016 10:45 AM EDT

REFERRING PHYSICIAN: FARON RICHARD SKELTON

HISTORY: infiltrate/ETT position

Infiltrate. Endotracheal tube placement.

TECHNIQUE: Single frontal portable view of the chest.

COMPARISON: 5/30/2016.

FINDINGS: The endotracheal tube remains in good position with the tip about 4.1 cm above the carina. The gastric tube is likely stable with the tip at least in the mid stomach. There is a new large bore right internal jugular central venous catheter with the tip likely just within the right atrium. There is no pneumothorax. The heart is not enlarged. There remains some consolidation at the medial right lung base. There is no pleural effusion.

Impression:
Interval placement of a large bore right internal jugular central venous catheter which appears to be in good

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00634

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/1/2016 11:22 AM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

position and there is no pneumothorax. Otherwise, no change has occurred.

Interpreted and Dictated by
Daniel E. Harris, M.D.

d: Jun 01 2016 11:09A
t: Jun 01 2016 11:12A by ADVC109
f: Jun 01 2016 11:15A

[X] I have personally reviewed the patient's latest laboratory reports and X-ray reports.
[] I have personally reviewed outside records from ___.

**IMP/REC:**

1. AKI DUE TO RHABDOMYALYSIS + ATN FOLLOWING CARDIAC ARREST: CPK > 20,000
     UOP remained poor despite aggressive hydration and lasix drip. Temporary dialysis cathter placed 5/31/16 and started CVVH.
     Current net loss of zero. Begin fluid removal when BP allows.

2. METABOLIC ACIDOSIS: Secondary to tissues ischemia.
     Resolved with CRRT.

3. HYPOCALCEMIA, HYPERPHOSPHATEMIA & HYPOKALEMIA:
     Low K+ after hyperkalemia secondary to Rhabdo, acidosis and AKI resolved.
     High phosphorus from AKI and muscle breakdown.
     With high phosphorus level, he was at risk for calc-phos deposition in vessels if given IV calcium. Now replacing as needed.

4. CARDIAC ARREST:
     Sedated, intubated and mechanically ventilated.
     On levophed drip.

5. HYPERTHERMIA: suspected synthetic marijuana (Spice) toxicity
     Hep C ab +; await confirmatory testing.
     Consider HIV testing.

**Jennifer J Bucki MD FACP**
**Indiana Kidney Specialists**
**317-924-8425 (answered 24 hours/day)**

**CVVH FOLLOW-UP NOTE:**
Patient is still on levophed for hypotension.
BP 121/59 mmHg | Pulse 75 | Temp(Src) 37.2 °C (98.9 °F) (Oral) | Resp 18 | SpO2 94%

Printed on 7/22/2016  8:23 AM

Page 166

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00635

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/1/2016 11:22 AM (continued)

| Component | Value | Date/Time |
|---|---|---|
| BUN | 21 | 06/01/2016 1100 |
| CREATININE | 3.9 | 06/01/2016 1100 |
| NA | 139 | 06/01/2016 1100 |
| K | 3.7 | 06/01/2016 1100 |
| CL | 107 | 06/01/2016 1100 |
| CO2 | 23.9 | 06/01/2016 1100 |
| GLUCOSE | 100 | 06/01/2016 1100 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CALCIUM | 7.7* | 06/01/2016 |
| CAION | 4.4* | 06/01/2016 |
| PHOS | 3.2 | 06/01/2016 |

CVVH order for zero net loss as hypotension persists.

Electronically signed by Bucki, Jennifer J, MD on 6/1/2016 5:00 PM
Electronically signed by Bucki, Jennifer J, MD on 6/1/2016 5:03 PM

### Progress Notes by Buckrop, Anna, RRT at 6/2/2016 6:12 AM

Author: Buckrop, Anna, RRT        Service: (none)                    Author Type: Respiratory Therapist
Filed: 6/2/2016 6:12 AM           Date of Service: 6/2/2016 6:12 AM  Status: Signed
Editor: Buckrop, Anna, RRT (Respiratory Therapist)

A Spontaneous Breathing Trial and Sedation Awakening Trial has been completed on this patient.

#### Sedation Infusion Rates

| | |
|---|---|
| Propofol Rate | 50 mcg/kg/min |
| Precedex Rate | |
| Versed Rate | |
| Ativan Rate | 3 mg/hr |
| Fentanyl Rate | 100 mcg/hr |

**Riker Scale:** Riker Scale: Sedated

*Riker Scale legend:*
        1=Unarousable; 2=Very Sedated; 3=Sedated; 4=Calm and cooperative;
        5=Agitated; 6=Very agitated; 7=Dangerous agitation

#### Spontaneous Breathing Trials

| | |
|---|---|
| Days on Ventilator | 4 |
| SBT Attempted | No |
| Daily Screen Meets All Criteria | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Buckrop, Anna, RRT at 6/2/2016  6:12 AM (continued)

| SBT Criteria Not Met Reason | Sedated<br>Ativan 3, Prop 50, Fent 100, Levo 4 |
|---|---|
| Respiratory Rate | |
| Vent Vt (mL) | |
| Vent VC (mL) | |
| Vent FVC (mL) | |
| Minute Ventilation - Spontaneous | |
| RSBI f/Vt | |
| NIF (cmH20) | |
| Patient Tolerance | |

### Respiratory Sputum Assessment

| Sputum Amount | None |
|---|---|
| Sputum Color | White |
| Sputum Consistency | Thick |
| Method of Obtainment | Endotracheal |

Electronically signed by Buckrop, Anna, RRT on 6/2/2016  6:12 AM

### Progress Notes by Buckley, J Scott, MD at 6/2/2016  9:19 AM

| Author: Buckley, J Scott, MD | Service: Gastroenterology | Author Type: Physician |
|---|---|---|
| Filed: 6/2/2016 9:24 AM | Date of Service: 6/2/2016 9:19 AM | Status: Signed |
| Editor: Buckley, J Scott, MD (Physician) | | |

### DAILY PROGRESS NOTE

Charles Todero is a 30 y.o.male patient.

**PCP and phone number:**
No, Pcp
None

### SUBJECTIVE

Chief complaint: Sedate on vent.  Hep C was positive. Hep B antibody positive c/w immunity

**Review of systems:**
unable

### OBJECTIVE
Current Vitals:

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|---|---|---|---|---|
| Temp: 36.4 °C<br>(97.5 °F) | BP: 121/59<br>mmHg | Pulse: 60 | Respirations: 18 | SpO2: 98 % |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00637

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Buckley, J Scott, MD at 6/2/2016 9:19 AM (continued)

Vitals: Minimum/Maximum:last 24 hours

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|---|---|---|---|---|
| Temp Avg: 36.8 °C (98.3 °F) Min: 36.4 °C (97.5 °F) Max: 37.3 °C (99.1 °F) | BP Min: 121/59 Max: 121/59 | Pulse Avg: 69.7 Min: 53 Max: 85 | Resp Avg: 18.4 Min: 16 Max: 22 | SpO2 Avg: 96.7 % Min: 91 % Max: 100 % |

I/O Summary:

| Last 3 shifts | Current shift | 24 hours | |
|---|---|---|---|
| In: 4434.13 [I.V.:3195.14] Out: 4840 | In: 209.61 [I.V.:123] Out: 139 | Intake/Output Summary (Last 24 hours) at 06/02/16 0919 Last data filed at 06/02/16 0700 | |
| | | | Gross per 24 hour |
| | | Intake | 4212.01 ml |
| | | Output | 4335 ml |
| | | Net | -122.99 ml |

### Physical Exam:
**General:** sedate on vent. Icteric
**Abdomen:** Soft/nontender
**Neuropsych:** sedate

### Labs:

Recent Labs

| | 06/02/16 0535 | 06/01/16 1715 | 06/01/16 1100 |
|---|---|---|---|
| BUN | 15 \| 15 | 18 | 21 |
| CREATININE | 3.0* \| 3.1* | 3.8* | 3.9* |
| NA | 139 \| 138 | 137 | 139 |
| K | 4.2 \| 4.2 | 4.1 | 3.7 |
| CL | 107 \| 107 | 107 | 107 |
| CO2 | 24.4 \| 24.2 | 24.0 | 23.9 |
| GLUCOSE | 97 \| 98 | 115* | 100* |

Recent Labs

| | 06/02/16 0535 | 06/01/16 0550 | 05/31/16 0550 |
|---|---|---|---|
| WBC | 7.30 | 7.89 | 12.49* |
| HGB | 14.9 | 13.5 | 13.5 |
| HCT | 42.4 | 40.0 | 39.3 |
| PLT | 62* | 62* | 78* |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00638

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Buckley, J Scott, MD at 6/2/2016 9:19 AM (continued)

| MCV | 97.2 | 98.4 | 99.8 |
|---|---|---|---|

### Recent Labs

|  | 06/02/16<br>0535 | 06/01/16<br>0550 | 05/31/16<br>0550 |
|---|---|---|---|
| ALT | 2294* | >2500* | 2353* |
| AST | 4012* | >5000* | >5000* |
| ALKPHOS | 96 | 82 | 70 |

### Recent Labs

|  | 06/02/16<br>0535 | 06/01/16<br>0550 | 05/31/16<br>0550 |
|---|---|---|---|
| BILIRUBIN | 7.4* | 6.5* | 5.4* |

### Recent Labs

|  | 06/02/16<br>0535 | 06/01/16<br>1100 | 05/31/16<br>1230 |
|---|---|---|---|
| INR | 1.4 | 1.8 | 2.4 |

## IMPRESSION/PLAN

Active Problems:
1) Abnormal liver tests - Consistent with shock liver. Supportive care. NH3 is stable. INR is improved. Supportive care as the liver tests appear to have reached a plateau. Not likely a transplant candidate secondary to Hep C, Drug and alcohol abuse.
2) Hepatitis C - can be further assessed in the future if he recovers. Hepatitis B studies negative.
3) ETOH abuse - Supportive care for withdrawal.

Electronically signed by Buckley, J Scott, MD on 6/2/2016 9:24 AM

### Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00639

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)

| | | |
|---|---|---|
| Author: Skelton, Faron Richard, MD | Service: (none) | Author Type: Physician |
| Filed: 6/2/2016 10:53 AM | Date of Service: 6/2/2016 10:45 AM | Status: Signed |
| Editor: Skelton, Faron Richard, MD (Physician) | | |



**CRSM NOTE**

| | |
|---|---|
| **Name:** Charles Todero  **Sex:** male  **DOB:** 8/23/1985 | **MRN:** E4272986 |
| **PCP and phone number: No, Pcp / None** | **Account:** 8163954651 |
| **Admission Date:** 5/29/2016@12:29 PM | **ER Arrival: 5/29/16**12:24 PM |

**CC/HPI:** Per ED note, he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic. Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over. No injury from traffic. Handcuffed. Became beligerent during EMS transport; given IM versed. Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

**REVIEW OF SYSTEMS/HOSPITAL COURSE:**
5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.
5/31: Critical. Vent support. Now on CVVH. CPK remains > 20000. Creatinine 3.8>6.7. WBC 14.6>12.4. LFTs increasing.
6/1: Afebrile. On Levophed. Vent support. FIO2 30%. Check CXR. LFTs continue to increase. May require transfer to IU.
6/2: Remains critical.

**.PFSH:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Heparin | Other (See Comments) |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER TODERO 00640

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)**
*Reported HIT + on 6/1/16*

No past medical history on file.
No past surgical history on file.
None

History
Substance Use Topics
- Smoking status:          Not on file
- Smokeless tobacco:       Not on file
- Alcohol Use:             Yes
    *Comment: 1/2 gallon of vodka a dayper family*

No family history on file.
Unable to obtain.

### OBJECTIVE

**Current Vitals:**
Filed Vitals:

| | 06/02/16 0715 | 06/02/16 0730 | 06/02/16 0745 | 06/02/16 0802 |
|---|---|---|---|---|
| BP: | | | | |
| Pulse: | 62 | 60 | 60 | 60 |
| Temp: | | | 36.4 °C (97.5 °F) | |
| TempSrc: | | | Axillary | |
| Resp: | 18 | 18 | 18 | 18 |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | 98% | 98% | 98% | 98% |

**Vitals: Minimum/Maximum:**

| BP Min: 121/59<br>Max: 121/59 | Pulse Avg: 69.9 Min: 53<br>Max: 85 | Resp Avg: 18.2 Min: 16<br>Max: 22 | SpO2 Avg: 96.5 % Min: 91<br>% Max: 100 % |
|---|---|---|---|
| Temp Avg: 36.9 °C (98.4 °F)  Min: 36.4 °C (97.5 °F)  Max: 37.3 °C (99.1 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:82.3 kg (181 lb 7 oz) |
|---|---|---|

**I&O This Shift:**
In: 209.61 [I.V.:123]
Out: 139

**I&O Last Three Shifts:**
In: 4434.13 [I.V.:3195.14]
Out: 4840

**I&O Over the Last 24 Hours:**

Intake/Output Summary (Last 24 hours) at 06/02/16 1045
Last data filed at 06/02/16 0700

| | Gross per 24 hour |
|---|---|
| Intake | 3925.22 ml |
| Output | 4188 ml |
| Net | -262.78 ml |

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00641

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)

**Physical Exam:**
**VS**: as above
**General**: Sedated. NAD. Vent support. CVVH
**Neuro**: Sedated.
**HEENT**: PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV**: RRR. no M/G
**Resp**: CTAB, no wheezes, unlabored
**Abdomen**: Soft, non-tender, non-distended, + BS.
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; 1+ edema
**Skin**: No rash, nodules, lesions, temp symmetric

## VENT DATA:

### Ventilation data:

Settings:

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
| --- | --- | --- | --- | --- | --- | --- |
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 30 % | Insp Time (sec): 0.9 sec | |

Readings:

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
| --- | --- | --- | --- | --- | --- | --- |
| Resp Rate Observed: 18 | Vt Mandatory Exp (mL): 524 mL | | PIP Observed (cm H2O): 17 cm H2O | Plateau Pressure (cm H2O): 17 cm H2O | Insp Time (sec): 0.9 sec | |

## DAILY LAB DATA REVIEW:

Recent Labs

| | 06/02/16 0535 | 06/01/16 0550 | 05/31/16 0550 |
| --- | --- | --- | --- |
| WBC | 7.30 | 7.89 | 12.49* |
| HGB | 14.9 | 13.5 | 13.5 |
| HCT | 42.4 | 40.0 | 39.3 |
| PLT | 62* | 62* | 78* |
| MCV | 97.2 | 98.4 | 99.8 |

Recent Labs

| | 06/02/16 0535 | 06/01/16 1715 | 06/01/16 1100 |
| --- | --- | --- | --- |
| BUN | 15 | 15 | 18 | 21 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00642

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)

| CREATININE | 3.0* | 3.1* | 3.8* | 3.9* |
|---|---|---|---|
| NA | 139 | 138 | 137 | 139 |
| K | 4.2 | 4.2 | 4.1 | 3.7 |
| CL | 107 | 107 | 107 | 107 |
| CO2 | 24.4 | 24.2 | 24.0 | 23.9 |
| GLUCOSE | 97 | 98 | 115* | 100* |

Estimated Creatinine Clearance: 36 mL/min (based on Cr of 3.1).
No results found for: HGBA1C, HGBA1CPERC

### Recent Labs

| | 06/02/16<br>0535 | 06/01/16<br>0550 | 05/31/16<br>0550 |
|---|---|---|---|
| ALT | 2294* | >2500* | 2353* |
| AST | 4012* | >5000* | >5000* |
| ALKPHOS | 96 | 82 | 70 |

### Recent Labs

| | 06/02/16<br>0535 | 06/01/16<br>0550 | 05/31/16<br>0550 |
|---|---|---|---|
| BILIRUBIN | 7.4* | 6.5* | 5.4* |

### Recent Labs

| | 06/02/16<br>0535 | 06/01/16<br>1100 | 05/31/16<br>1230 |
|---|---|---|---|
| INR | 1.4 | 1.8 | 2.4 |

### Recent Labs

| | 05/29/16<br>1255 |
|---|---|
| TROPONINI | 0.04 |

### Recent Labs

| | 06/01/16<br>1154 | 06/01/16<br>0003 | 05/31/16<br>1618 |
|---|---|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00643

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)**

| PHART | 7.45 | 7.42 | 7.34* |
|---|---|---|---|
| PO2ART | 68* | 142* | 138* |
| PCO2ART | 34 | 35 | 41 |
| HCO3ART | 23.5 | 22.3 | 22.2 |

## Recent Labs

| | 05/29/16 1255 |
|---|---|
| PROCALCITONI | 0.4 |

## Recent Labs

| | 06/02/16 0554 | 06/02/16 0535 | 06/02/16 0008 | 06/01/16 1715 | 06/01/16 1100 |
|---|---|---|---|---|---|
| GLUCOSE | -- | 97 \| 98 | -- | 115* | 100* |
| POCGLU | 107* | -- | 114* | -- | -- |

## Recent Labs

| | 05/29/16 1500 |
|---|---|
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |
| LEUKOCYTESUA | NEGATIVE |
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

## Recent Labs

| | 06/01/16 |
|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00644

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)

| | 1100 |
|---|---|
| URINECULT | NO BACTERIA OR YEAST ISOLATED. |

---

**CURRENT/MEDICATIONS:**

**Tube Feedings:**
Tube Feeding: Vital AF 1.2 (elemental predigested)
Rate (mL/hr): 25 mL/hr

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| oxychlorosene sodium (CLORPACTIN) 500 mg in sodium chloride 0.9% irrigation solution 1,000 mL irrigation | Bladder Instillation | Q72H |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |

| | |
|---|---|
| dextrose 10 % in water infusion | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 50 mL/hr at 06/02/16 1000 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (06/02/16 1000) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 3 mg/hr (06/02/16 1000) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 5 mcg/min (06/02/16 1000) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr (06/02/16 1000) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (06/02/16 1000) |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00645

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

**Progress Notes (continued)**

**Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)**

**RADIOLOGY / CARDIOLOGY RESULTS:**

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

**IMPRESSION/STATUS/PLAN:**

- 
- Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. CXR RML infiltrate. BDs.
- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event.  UDS + cannabinoids. Spice?
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.
- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272>20000.  Check level q6 hrs. IVFs.
- Acute Liver Injury/Shock liver: LFTs decreasing. Acetaminophen < 10 x 2. GI following. May require transfer to IU-However has Hx of ETOH abuse and not likely transplant candidate. INR 2.4>>1.4.
- Hepatitis C: GI following.
- AGMA/Lactic acidosis: AG 33.3>>>8.3. On CVVH.
- Thrombocytopenia:  Platelets 191>>62.
- Hyperkalemia: resolved.
- AKI: Creatinine 2.7>>>7.3. Nephrology following. On CVVH.
- Leukocytosis: Resolving. WBC 14.6>>>7.3.
- VTE prophylaxis: DC Heparin SQ d/t thrombocytopenia. .
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: NPO
- Code status: Full code. Critical condition


- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00646

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/2/2016 10:45 AM (continued)

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☒ I personally reviewed consultants notes
☒ Discussed care management with RN and RT
☒ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 32 minutes.

Faron Richard Skelton, MD   **Date:** 6/2/2016

Electronically signed by Skelton, Faron Richard, MD on 6/2/2016 10:53 AM

### Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM

Author: Bucki, Jennifer J, MD        Service: Nephrology          Author Type: Physician
Filed: 6/2/2016 3:37 PM              Date of Service: 6/2/2016 10:47 AM    Status: Addendum
Editor: Bucki, Jennifer J, MD (Physician)
Related Notes:    Original Note by Bucki, Jennifer J, MD (Physician) filed at 6/2/2016 3:34 PM

## INDIANA KIDNEY SPECIALISTS PROGRESS NOTE

### SUBJECTIVE

Seen in Adult ICU. Sedated, intubated and mechanically ventilated. Remains on levophed for hypotension. Did not respond to me during my visit this AM. CVVH functioning at ordered parameters.

**Review of systems:**
Unobtainable due to patient's clinical condition.

### OBJECTIVE

**Current Vitals:**
BP: (121)/(59) 121/59 mmHg
Pulse: [53-85] 60
Respirations: [16-22] 18
Temp: [36.4 °C (97.5 °F)-37.3 °C (99.1 °F)] 36.4 °C (97.5 °F)
SpO2: [91 %-100 %] 98 %
Weight - Scale: [82.3 kg (181 lb 7 oz)] 82.3 kg (181 lb 7 oz)

**I/O Summary:**

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

**Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM (continued)**

In: 4434.13 [I.V.:3195.14]
Out: 4840

**Admission weight:**
Admit Weight: 77.8 kg (171 lb 8.3 oz)

**Current Weight:**
Current Weight:82.3 kg (181 lb 7 oz)

**Medications (Reviewed):**
Scheduled Medications:

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| oxychlorosene sodium (CLORPACTIN) 500 mg in sodium chloride 0.9% irrigation solution 1,000 mL irrigation | Bladder Instillation | Q72H |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |

Continuous Medications:

| | |
|---|---|
| dextrose 10 % in water infusion | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 50 mL/hr at 06/02/16 1000 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (06/02/16 1000) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 3 mg/hr (06/02/16 1000) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 5 mcg/min (06/02/16 1000) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr (06/02/16 1000) |
| propofol (DIPRIVAN) | Last Rate: 50 mcg/kg/min (06/02/16 1000) |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00648

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM (continued)

PRN Medications:

| | | |
| --- | --- | --- |
| acetaminophen (TYLENOL) suppository 650 mg | Rectal | Q4H PRN |
| acetaminophen (TYLENOL) tablet 650 mg | Oral | Q4H PRN |
| artificial tears (TEARISOL,ISOPTO-TEARS) 0.5% drops | Both Eyes | PRN |
| dextrose 10 % in water infusion | IntravenOUS | Continuous PRN |
| dextrose 50 % in water (D50W) syringe 25 mL | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 10 mcg | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 20 mcg | IntravenOUS | PRN |
| glucagon (Human Recombinant) (GLUCAGEN) injection solr 1 mg | Intramuscular | PRN |
| Ondansetron HCl (PF) (ZOFRAN) 4 mg/2 mL injection soln 4 mg | IntravenOUS | Q8H PRN |
| propofol 10 mg/ml bolus (from bag) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag (CRRT) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag | IntravenOUS | PRN |

**Physical Exam:**
GEN: in no distress
NEURO: sedated; unresponsive
PSYCH: unable to assess
HEENT: ETT and OG secured
NECK: trachea midline; no JVD
HEART: normal rate, regular rhythm; no rub
LUNGS: coarse mechanical BS, no rales
ABDOMEN: soft, +BS, no masses
EXTREMITIES: 1+ BUE and 1-2+ BLE edema; B lower leg SCDs
GU: Foley with very little dark urine
ACCESS: L femoral TLC and art line; RIJ temporary catheter

## Recent Labs

| | 06/02/16 0535 | 06/01/16 1715 | 06/01/16 1100 |
| --- | --- | --- | --- |
| BUN | 15 \| 15 | 18 | 21 |
| CREATININE | 3.0* \| 3.1* | 3.8* | 3.9* |
| NA | 139 \| 138 | 137 | 139 |
| K | 4.2 \| 4.2 | 4.1 | 3.7 |
| CL | 107 \| 107 | 107 | 107 |
| CO2 | 24.4 \| 24.2 | 24.0 | 23.9 |
| GLUCOSE | 97 \| 98 | 115* | 100* |

### Lab Results

| Component | Value | Date |
| --- | --- | --- |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00649

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM (continued)

| CALCIUM | 8.4* | 06/02/2016 |
| --- | --- | --- |
| CALCIUM | 8.3* | 06/02/2016 |
| CAION | 4.6 | 06/02/2016 |
| PHOS | 2.7 | 06/02/2016 |

### Recent Labs

| | 06/02/16 0535 | 06/01/16 1715 | 06/01/16 0550 |
| --- | --- | --- | --- |
| MG | 1.8 | 1.7 | 2.0 |

### Recent Labs

| | 06/02/16 0535 | 06/01/16 0550 | 05/31/16 0550 |
| --- | --- | --- | --- |
| ALT | 2294* | >2500* | 2353* |
| AST | 4012* | >5000* | >5000* |
| ALKPHOS | 96 | 82 | 70 |

### Recent Labs

| | 06/02/16 0535 | 06/01/16 0550 | 05/31/16 0550 |
| --- | --- | --- | --- |
| WBC | 7.30 | 7.89 | 12.49* |
| HGB | 14.9 | 13.5 | 13.5 |
| HCT | 42.4 | 40.0 | 39.3 |
| PLT | 62* | 62* | 78* |
| MCV | 97.2 | 98.4 | 99.8 |

No results found for: IRON, TIBC, FERRITIN

### Recent Labs

| | 06/01/16 1154 | 06/01/16 0003 | 05/31/16 1618 |
| --- | --- | --- | --- |
| PHART | 7.45 | 7.42 | 7.34* |
| PO2ART | 68* | 142* | 138* |
| PCO2ART | 34 | 35 | 41 |
| HCO3ART | 23.5 | 22.3 | 22.2 |

## Radiology:

### Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
| --- | --- | --- | --- | --- |
| **CR Chest Portable PA or AP View [332450412]**<br>Order Status: Completed<br>Narrative: | | | | Collected: 06/02/16 0342<br>Updated: 06/02/16 0346 |

Printed on 7/22/2016 8:23 AM

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00650

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM (continued)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Exam: Single view chest x-ray - 6/2/2016 2:40 AM EDT

Indication: infiltrate/ETT position

Comparison: 6/1/2016

Findings: Single AP view of the chest. Endotracheal tube tip is 4.6 cm above carina. Gastric drainage tube tip and sidehole are below diaphragm, extending below field of view. Wide bore right internal jugular central venous catheter tip is in region of cavoatrial junction. Heart size and pulmonary vasculature are normal. Stable mild patchy consolidation in the medial right lung base. No pleural effusion or pneumothorax.

Impression:
Satisfactory line and tube position. Stable patchy consolidation in the medial right lung base.

Interpreted and dictated by S. Andrew Hoff, MD.

d: Jun 02 2016 03:42A
t: Jun 02 2016 03:42A by
f: Jun 02 2016 03:44A

**CR Chest Portable PA or AP View [332298993]**                Collected: 06/01/16 1109
Order Status: Completed                                         Updated: 06/01/16 1117
Narrative:
PROCEDURE DESCRIPTION: CR CHEST PORTABLE PA OR AP VIEW 71010
DATE AND TIME: 6/1/2016 10:45 AM EDT

REFERRING PHYSICIAN: FARON RICHARD SKELTON

HISTORY: infiltrate/ETT position

Infiltrate. Endotracheal tube placement.

TECHNIQUE: Single frontal portable view of the chest.

COMPARISON: 5/30/2016.

FINDINGS: The endotracheal tube remains in good position with the tip about 4.1 cm above the carina. The gastric tube is likely stable with the tip at least in the mid stomach. There is a new large bore right internal jugular central venous catheter with the tip likely just within the right atrium. There is no pneumothorax. The heart is not enlarged. There remains some consolidation at the medial right lung base. There is no pleural effusion.

Impression:
Interval placement of a large bore right internal jugular central venous catheter which appears to be in good position and there is no pneumothorax. Otherwise, no change has occurred.

Interpreted and Dictated by
Daniel E. Harris, M.D.

d: Jun 01 2016 11:09A

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00651

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM (continued)**

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| t: Jun 01 2016 11:12A by ADVC109 | | | | |
| f: Jun 01 2016 11:15A | | | | |

[X] I have personally reviewed the patient's latest laboratory reports and X-ray reports.
[] I have personally reviewed outside records from ___.

**IMP/REC:**

1. AKI DUE TO RHABDOMYALYSIS + ATN FOLLOWING CARDIAC ARREST:
    CPK remains > 20,000
    Temporary dialysis cathter placed 5/31/16 and started CVVH.
    Fluid removal difficult due top low BP with need for pressors.

2. METABOLIC ACIDOSIS: Secondary to tissues ischemia.
    Resolved with CRRT.

3. HYPOCALCEMIA, HYPERPHOSPHATEMIA & HYPOKALEMIA:
    Hyperkalemia secondary to Rhabdo, acidosis and AKI resolved. Has required potassium
supplementation.
    High phosphorus from AKI and muscle breakdown: corrected with CRRT.
        When phosphorus level was high, he was at risk for calc-phos deposition in vessels if given IV
calcium. Now replacing Ca as needed.

4. CARDIAC ARREST (with respiratory failure, shock, hyperthermia, shock liver, AKI): suspected substance
abuse/toxicity
    Sedated, intubated and mechanically ventilated.
    On levophed drip.
    Hepatitis C positive; consider HIV testing too.
    On antibiotics for fever/infection sepsis. Consolidation on CXR could be from aspiration.

5. ELEVATED LIVER ENZYMES:
    Gastroenterologist consulted - probable shock liver.
    Chronic EtOH abuse suspected. On Ativan drip after developed sxs c/w DTs.
    Hepatitis C Ab +: PCR results >1,300,000 copies.

Jennifer J Bucki MD FACP
Indiana Kidney Specialists
317-924-8425 (answered 24 hours/day)

| CVVH SECOND VISIT NOTE: |
|---|
| Patient seen on CVVH for 2nd visit to assess hemodynamic stability. |
| Patient is still on levophed for hypotension. RN had increased dose earlier today. |
| CVVH ordered net loss remains at zero as hypotension persists. |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00652

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/2/2016 10:47 AM (continued)

JJBucki MD

Electronically signed by Bucki, Jennifer J, MD on 6/2/2016  3:34 PM
Electronically signed by Bucki, Jennifer J, MD on 6/2/2016  3:37 PM

### Progress Notes by Beck, Christopher, RN at 6/2/2016  9:00 PM

| Author:  Beck, Christopher, RN | Service:  (none) | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  6/2/2016 10:51 PM | Date of Service:  6/2/2016  9:00 PM | Status:  Signed |
| Editor:  Beck, Christopher, RN (Registered Nurse) | | |

CVVH high pressure venous alarm kept alarming.  Switch the arterial and venous line after flushing the perm cath to make sure I didn't have an access problem.  The alarms kept alarming now for the Arterial.  Took blood flow rate down to 250 ml/hr from 300 ml/hr.  This took the pressure below the alarm limits and seems to me working well at this flow rate.  Will continue to monitor access pressure.

Electronically signed by Beck, Christopher, RN on 6/2/2016 10:51 PM

### Progress Notes by Buckley, J Scott, MD at 6/3/2016  8:40 AM

| Author:  Buckley, J Scott, MD | Service:  Gastroenterology | Author Type:  Physician |
|---|---|---|
| Filed:  6/3/2016  8:43 AM | Date of Service:  6/3/2016  8:40 AM | Status:  Signed |
| Editor:  Buckley, J Scott, MD (Physician) | | |

### DAILY PROGRESS NOTE
Charles Todero is a 30 y.o.male patient.

**PCP and phone number:**
No, Pcp
None

### SUBJECTIVE
**Chief complaint: Sedate on vent. Hep C was positive. Hep B antibody positive c/w immunity**

Review of systems:
unable

### OBJECTIVE
Current Vitals:

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|---|---|---|---|---|
| Temp: 36.9 °C (98.4 °F) | BP: 121/59 mmHg | Pulse: 63 | Respirations: 18 | SpO2: 99 % |

Vitals: Minimum/Maximum:last 24 hours

| Temperature | Blood Pressure | Heart Rate | Resp Rate | SpO2 |
|---|---|---|---|---|
| Temp Avg: 36.5 °C (97.7 °F)  Min: 35.7 °C (96.2 °F) | No Data Recorded | Pulse Avg: 59.7 Min: 53  Max: 65 | Resp Avg: 18 Min: 16  Max: 19 | SpO2 Avg: 97.5 % Min: 95 %  Max: 100 % |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00653

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Buckley, J Scott, MD at 6/3/2016  8:40 AM (continued)

| Max: 36.9 °C (98.4 °F) | | | | |
|---|---|---|---|---|

### I/O Summary:

| Last 3 shifts | Current shift | 24 hours | | |
|---|---|---|---|---|
| In: 3851.14 [I.V.:2749.04] Out: 3344 | In: 121.08 [I.V.:121.08] Out: 109 | Intake/Output Summary (Last 24 hours) at 06/03/16 0840 Last data filed at 06/03/16 0800 | | |
| | | | Gross per 24 hour | |
| | | Intake | 3732.61 ml | |
| | | Output | 3314 ml | |
| | | Net | 418.61 ml | |

### Physical Exam:
**General:** sedate on vent. Icteric
**Abdomen:** Soft/nontender, firm liver edge
**Neuropsych:** sedate

### Labs:

#### Recent Labs

| | 06/03/16 0500 | 06/02/16 1715 | 06/02/16 0535 |
|---|---|---|---|
| BUN | 15 | 15 | 15 \| 15 |
| CREATININE | 2.7* | 2.8* | 3.0* \| 3.1* |
| NA | 138 | 137 | 139 \| 138 |
| K | 4.6 | 4.4 | 4.2 \| 4.2 |
| CL | 107 | 105 | 107 \| 107 |
| CO2 | 22.9 | 25.2 | 24.4 \| 24.2 |
| GLUCOSE | 94 | 118* | 97 \| 98 |

#### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| WBC | 9.11 | 7.30 | 7.89 |
| HGB | 14.9 | 14.9 | 13.5 |
| HCT | 44.9 | 42.4 | 40.0 |
| PLT | 62* | 62* | 62* |
| MCV | 100.6* | 97.2 | 98.4 |

#### Recent Labs

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00654

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Buckley, J Scott, MD at 6/3/2016 8:40 AM (continued)

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| ALT | 1546* | 2294* | >2500* |
| AST | 2005* | 4012* | >5000* |
| ALKPHOS | 109* | 96 | 82 |

### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| BILIRUBIN | 7.0* | 7.4* | 6.5* |

### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 1100 |
|---|---|---|---|
| INR | 1.2 | 1.4 | 1.8 |

## IMPRESSION/PLAN

Active Problems:

1) Abnormal liver tests - Consistent with shock liver. Supportive care. NH3 is stable. INR is improved/normal now. Supportive care as the liver tests appear to have reached a plateau and are decreasing daily. The TB will lag the rest of the enzymes. Not likely a transplant candidate secondary to Hep C, Drug and alcohol abuse.
2) Hepatitis C - can be further assessed in the future if he recovers and has significant rehab for drug and alcohol abuse. Hepatitis B studies negative.
3) ETOH abuse - Supportive care for withdrawal.

Electronically signed by Buckley, J Scott, MD on 6/3/2016 8:43 AM

### Progress Notes by Kinsel, Meghan, Student at 6/3/2016 7:55 AM

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00655

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Kinsel, Meghan, Student at 6/3/2016  7:55 AM (continued)

Author:  Kinsel, Meghan, Student      Service:  Pulmonology                Author Type:  Medical Student
Filed:  6/3/2016  9:40 AM               Date of Service:  6/3/2016  7:55 AM     Status:  Signed
Editor:  Kinsel, Meghan, Student (Medical Student)
Related Notes:      Original Note by Kinsel, Meghan, Student (Medical Student) filed at 6/3/2016  8:14 AM
Cosigner:  Skelton, Faron Richard,
MD at 6/3/2016  5:42 PM



## CRSM NOTE

| Name: Charles Todero  Sex: male  DOB: 8/23/1985 | MRN: E4272986 |
|---|---|
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date:  5/29/2016@12:29 PM | ER Arrival: 5/29/16 12:24 PM |

**CC/HPI:** Per ED note,  he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic. Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over.  No injury from traffic.  Handcuffed.  Became beligerant during EMS transport; given IM versed.  Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole.  Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

**REVIEW OF SYSTEMS/HOSPITAL COURSE:**
5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.
5/31: Critical. Vent support. Now on CVVH. CPK remains > 20000. Creatinine 3.8>6.7. WBC 14.6>12.4. LFTs increasing.
6/1: Afebrile. On Levophed. Vent support. FIO2 30%. Check CXR.  LFTs continue to increase. May require transfer to IU.
6/2: Remains critical.
6/3: remains critical. Vent support. FIO2 25%. CPK 20000>8239. LFTs decreasing. Mildly hyperglycemic with tube feedings.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00656

| **FRANCISCAN ALLIANCE** | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Kinsel, Meghan, Student at 6/3/2016 7:55 AM (continued)

.PFSH:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Heparin<br>  *Reported HIT + on 6/1/16* | Other (See Comments) |

No past medical history on file.
No past surgical history on file.
None

**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Not on file |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | Yes |
| *Comment: 1/2 gallon of vodka a dayper family* | |

No family history on file.
Unable to obtain.

---

## OBJECTIVE

### Current Vitals:

Filed Vitals:

| | 06/03/16 0645 | 06/03/16 0700 | 06/03/16 0730 | 06/03/16 0745 |
|---|---|---|---|---|
| BP: | | | | |
| Pulse: | 62 | 65 | 63 | |
| Temp: | | | 36.9 °C (98.4 °F) | 36.9 °C (98.4 °F) |
| TempSrc: | | | Oral | |
| Resp: | 18 | 18 | 18 | |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | 100% | 99% | | |

### Vitals: Minimum/Maximum:

| No Data Recorded | Pulse Avg: 59.7  Min: 53  Max: 65 | Resp Avg: 18  Min: 16  Max: 19 | SpO2 Avg: 97.5 %  Min: 95 %  Max: 100 % |
|---|---|---|---|
| Temp Avg: 36.5 °C (97.7 °F)  Min: 35.7 °C (96.2 °F)  Max: 36.9 °C (98.4 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | Current Weight:89.5 kg (197 lb 5 oz) |
|---|---|---|

| **I&O This Shift:**<br>In: 23.3 [I.V.:23.3]<br>Out: -<br><br>**I&O Last Three Shifts:**<br>In: 3851.14 [I.V.:2749.04] | **I&O Over the Last 24 Hours:**<br><br>Intake/Output Summary (Last 24 hours) at 06/03/16 0755<br>Last data filed at 06/03/16 0700<br><br>Gross per 24 hour |
|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER
TODERO 00657

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by Kinsel, Meghan, Student at 6/3/2016  7:55 AM (continued)**

| Out: 3344 | Intake | 3664.83 ml | |
| | Output | 3205 ml | |
| | Net | 459.83 ml | |

**Physical Exam:**
**VS**: as above
**General**: Sedated. NAD. Vent support. CVVH
**Neuro:** Sedated.
**HEENT:** bilateral scleral icterus. PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV:** RRR. no M/G
**Resp:** mild inspiratory wheezing on left, nonlabored
**Abdomen:** Soft, non-tender, non-distended, + BS.
**Musculoskeletal:** No C/C/Synovitis; nails WNL; muscle mass symmetric; 1+ edema
**Skin:** jaundiced, No rash, nodules, lesions; temp symmetric

## VENT DATA:

### Ventilation data:

**Settings:**

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
|----|----|----|----|----|----|----|
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 25 % | Insp Time (sec): 0.9 sec | |

**Readings:**

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
|----|----|----|----|----|----|----|
| Resp Rate Observed: 18 | Vt Mandatory Exp (mL): 535 mL | | PIP Observed (cm H2O): 20 cm H2O | Plateau Pressure (cm H2O): 17 cm H2O | Insp Time (sec): 0.9 sec | |

## DAILY LAB DATA REVIEW:

### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|----|----|----|----|
| WBC | 9.11 | 7.30 | 7.89 |
| HGB | 14.9 | 14.9 | 13.5 |
| HCT | 44.9 | 42.4 | 40.0 |
| PLT | 62* | 62* | 62* |
| MCV | 100.6* | 97.2 | 98.4 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00658

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

Progress Notes by Kinsel, Meghan, Student at 6/3/2016  7:55 AM (continued)

### Recent Labs

|  | 06/03/16<br>0500 | 06/02/16<br>1715 | 06/02/16<br>0535 |
|---|---|---|---|
| BUN | 15 | 15 | 15 \| 15 |
| CREATININE | 2.7* | 2.8* | 3.0* \| 3.1* |
| NA | 138 | 137 | 139 \| 138 |
| K | 4.6 | 4.4 | 4.2 \| 4.2 |
| CL | 107 | 105 | 107 \| 107 |
| CO2 | 22.9 | 25.2 | 24.4 \| 24.2 |
| GLUCOSE | 94 | 118* | 97 \| 98 |

Estimated Creatinine Clearance: 45 mL/min (based on Cr of 2.7).
No results found for: HGBA1C, HGBA1CPERC

### Recent Labs

|  | 06/03/16<br>0500 | 06/02/16<br>0535 | 06/01/16<br>0550 |
|---|---|---|---|
| ALT | 1546* | 2294* | >2500* |
| AST | 2005* | 4012* | >5000* |
| ALKPHOS | 109* | 96 | 82 |

### Recent Labs

|  | 06/03/16<br>0500 | 06/02/16<br>0535 | 06/01/16<br>0550 |
|---|---|---|---|
| BILIRUBIN | 7.0* | 7.4* | 6.5* |

### Recent Labs

|  | 06/03/16<br>0500 | 06/02/16<br>0535 | 06/01/16<br>1100 |
|---|---|---|---|
| INR | 1.2 | 1.4 | 1.8 |

### Recent Labs

|  | 05/29/16<br>1255 |
|---|---|
| TROPONINI | 0.04 |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00659

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by Kinsel, Meghan, Student at 6/3/2016 7:55 AM (continued)**

### Recent Labs

|          | 06/01/16 1154 | 06/01/16 0003 | 05/31/16 1618 |
|----------|---------------|---------------|---------------|
| PHART    | 7.45          | 7.42          | 7.34*         |
| PO2ART   | 68*           | 142*          | 138*          |
| PCO2ART  | 34            | 35            | 41            |
| HCO3ART  | 23.5          | 22.3          | 22.2          |

### Recent Labs

|              | 05/29/16 1255 |
|--------------|---------------|
| PROCALCITONI | 0.4           |

### Recent Labs

|         | 06/03/16 0500 | 06/02/16 2355 | 06/02/16 1715 | 06/02/16 1155 |
|---------|---------------|---------------|---------------|---------------|
| GLUCOSE | 94            | --            | 118*          | --            |
| POCGLU  | --            | 137*          | --            | 112*          |

### Recent Labs

|              | 05/29/16 1500 |
|--------------|---------------|
| COLORUR      | AMBER*        |
| APPEARANCEUR | CLOUDY*       |
| PHUR         | 5.0           |
| SPECGRAVBF   | 1.031*        |
| GLUCOSEUR    | NEGATIVE      |
| KETONEUR     | 20*           |
| BILIRUBINUR  | SMALL*        |
| PROTEINUADIP | 100*          |
| BLOODUR      | NEGATIVE      |
| NITRITEUR    | NEGATIVE      |
| LEUKOCYTESUA | NEGATIVE      |
| RBCUR        | 6-10*         |
| WBCUR        | 0-5           |
| BACTERIAUR   | OCC*          |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00660

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Kinsel, Meghan, Student at 6/3/2016 7:55 AM (continued)

#### Recent Labs

|  | 06/01/16<br>1100 |
|---|---|
| URINECULT | NO BACTERIA OR YEAST ISOLATED. |

## CURRENT/MEDICATIONS:

### Tube Feedings:
Tube Feeding: Vital AF 1.2 (elemental predigested)
Rate (mL/hr): 25 mL/hr

| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
|---|---|---|
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| oxychlorosene sodium (CLORPACTIN) 500 mg in sodium chloride 0.9% irrigation solution 1,000 mL irrigation | Bladder Instillation | Q72H |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |

| dextrose 10 % in water infusion | |
|---|---|
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 50 mL/hr at 06/03/16 0659 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (06/03/16 0659) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 3 mg/hr (06/03/16 0659) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 8 mcg/min (06/03/16 0659) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00661

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Kinsel, Meghan, Student at 6/3/2016 7:55 AM (continued)

propofol (DIPRIVAN)

(06/03/16 0600)
Last Rate: 40
mcg/kg/min
(06/03/16 0740)

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

**CXR 6/3:**
No significant interval change. Satisfactory line and tube position. Unchanged mild patchy consolidation in the medial right lung base.

## IMPRESSION/STATUS/PLAN:

*
* Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. CXR RML infiltrate. BDs.
* Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event.  UDS + cannabinoids. Spice?
* Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
* Drug abuse: Consult Crisis once extubated.
* Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
* Rhabdomyolysis: CPK decreasing 20000>8239  Check level q6 hrs. IVFs.
* Acute Liver Injury/Shock liver: LFTs decreasing. Acetaminophen < 10 x 2. GI following. May require transfer to IU-However has Hx of ETOH abuse and not likely transplant candidate. INR 2.4>>1.2.
* Hyperglycemia: accucheck q6h. SSI with feedings
* Hepatitis C: GI following.
* AGMA/Lactic acidosis: AG 33.3>>>8.1. On CVVH.
* Thrombocytopenia:  Platelets 191>>62.
* Hyperkalemia: resolved.
* AKI: Creatinine 2.7>>>7.3. Nephrology following. On CVVH.
* Leukocytosis: Resolving. WBC 14.6>>>9.1.
* VTE prophylaxis: DC Heparin SQ d/t thrombocytopenia. .
* Stress Ulcer Prophylaxis: Pepcid
* Nutrition/Feeding: NG feeding. Vital AF at 25 ml/hr

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00662

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

**Progress Notes by Kinsel, Meghan, Student at 6/3/2016 7:55 AM (continued)**

- Code status: Full code. Critical condition

- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☒ I personally reviewed consultants notes
☒ Discussed care management with RN and RT
☒ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 32 minutes.

Meghan Kinsel, Student **Date:** 6/3/2016

Electronically signed by Kinsel, Meghan, Student on 6/3/2016 8:14 AM
Electronically signed by Kinsel, Meghan, Student on 6/3/2016 9:40 AM
Electronically signed by Skelton, Faron Richard, MD on 6/3/2016 5:42 PM

**Progress Notes by White, Mary A, RD at 6/3/2016 10:39 AM**

| | | |
|---|---|---|
| Author: White, Mary A, RD | Service: (none) | Author Type: Dietitian, Registered |
| Filed: 6/3/2016 10:45 AM | Date of Service: 6/3/2016 10:39 AM | Status: Signed |
| Editor: White, Mary A, RD (Dietitian, Registered) | | |

**Franciscan St. Francis Health**
**Inpatient Nutrition Services**
Nutrition Support tolerance

**Nutrition Assessment:**

| Height | Current Weight | BMI |
|---|---|---|
| 177.8 cm (5' 10") | 89.5 kg (197 lb 5 oz) | 25.36 |

| Admit weight |
|---|
| 77.8 kg (171 lb 8.3 oz) |

**Current Diet:**
NPO

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00663

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

## Progress Notes (continued)

### Progress Notes by White, Mary A, RD at 6/3/2016 10:39 AM (continued)

**Medications:**
Propofol: 18.7 ml/hr providing: 494 kcal lipid

**Tube Feeding Frequency:**
Formula: Peptide / Pulmonary - Vital AF 1.2
Route: OG
Type: Continuous
Current Rate: 25ml/hr
Goal rate:60ml/hr

Tube Feeding provides at goal: 1728 kcal, 108 gm Protein, 1166 ml free H20

Tube Feeding Tolerance: Tolerating - residuals ~ 200ml 6/1, 85 ml this am, spoke with RN to advance rate as able
GI Complications: loose stools ~ 400ml per note 6/2 - lactulose Rx with increased NH3

### Monitor/Evaluate:

GI Tolerance: monitor: nausea, vomiting, constipation, diarrhea and residuals and evaluate: goal ongoing
Lab Monitoring: Glucose, BUN, Creatinine and Sodium, T.Bili = 7.0, NH3 = 117
Weights: monitor: gains and losses and evaluate: goal ongoing ~ 26# fluid gain since adm, CVVH continues
Nutrition Support: monitor: Rate/Schedule and evaluate: goal ongoing

### Nutrition Intervention:

Continue to follow and monitor EN feeding tolerance, etc.

Current goal EN meeting ~nutrient needs with Propofol rate, at this time.

Will increase to goal rate 75ml/hr as propofol rate allows

### Nutrition Goals

Goals: Improved labs, Glycemic control and No aspiration, Continue + TF tolerance and advance to goal as propofol rate allows, to meet nutrition requirements with dry wt maintainence

Electronically signed by White, Mary A, RD on 6/3/2016 10:45 AM

### Progress Notes by McKee, Reyna L, RRT at 6/3/2016 2:23 PM

Author: McKee, Reyna L, RRT
Filed: 6/3/2016 2:24 PM
Editor: McKee, Reyna L, RRT (Respiratory Therapist)

Service: (none)
Date of Service: 6/3/2016 2:23 PM

Author Type: Respiratory Therapist
Status: Signed

---

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00664

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by McKee, Reyna L, RRT at 6/3/2016 2:23 PM (continued)

A Spontaneous Breathing Trial and Sedation Awakening Trial has been completed on this patient.

### Sedation Infusion Rates

| | |
|---|---|
| Propofol Rate | 30 mcg/kg/min |
| Precedex Rate | |
| Versed Rate | |
| Ativan Rate | 2 mg/hr |
| Fentanyl Rate | 100 mcg/hr |

**Riker Scale:** Riker Scale: Sedated

*Riker Scale legend:*
  1=Unarousable; 2=Very Sedated; 3=Sedated; 4=Calm and cooperative;
  5=Agitated; 6=Very agitated; 7=Dangerous agitation

### Spontaneous Breathing Trials

| | |
|---|---|
| Days on Ventilator | 6 |
| SBT Attempted | |
| Daily Screen Meets All Criteria | |
| SBT Criteria Not Met Reason | Pt too sedated |
| Respiratory Rate | |
| Vent Vt (mL) | |
| Vent VC (mL) | |
| Vent FVC (mL) | |
| Minute Ventilation - Spontaneous | |
| RSBI f/Vt | |
| NIF (cmH20) | |
| Patient Tolerance | |

### Respiratory Sputum Assessment

| | |
|---|---|
| Sputum Amount | |
| Sputum Color | |
| Sputum Consistency | |
| Method of Obtainment | |

Electronically signed by McKee, Reyna L, RRT on 6/3/2016 2:24 PM

### Progress Notes by Casbon, Lora M, RN at 6/3/2016 3:19 PM

| | | |
|---|---|---|
| Author: Casbon, Lora M, RN | Service: (none) | Author Type: Case Manager |
| Filed: 6/3/2016 3:20 PM | Date of Service: 6/3/2016 3:19 PM | Status: Signed |
| Editor: Casbon, Lora M, RN (Case Manager) | | |

Remains on vent , CCVH and levophed . CM will continue to follow.

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00665

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

Progress Notes (continued)

Progress Notes by Casbon, Lora M, RN at 6/3/2016  3:19 PM (continued)

| 06/03/16 1518 | |
|---|---|
| **Estimated Discharge** | |
| Estimated Discharge Date | 06/07/16 |
| **Discharge Reassessment / Multidisciplinary Rounds** | |
| Attendance | Nurse;Case Management;Spiritual Care;Dietary;Pharmacy;Therapy;Respiratory;Social Worker |
| Reassessed discharge needs | Yes |
| **Requires Case Management Follow Up** | Yes |

Electronically signed by Casbon, Lora M, RN on 6/3/2016  3:20 PM

**Progress Notes by Skelton, Faron Richard, MD at 6/3/2016  3:20 PM**

| | | |
|---|---|---|
| Author:  Skelton, Faron Richard, MD | Service:  (none) | Author Type:  Physician |
| Filed: 6/3/2016  3:23 PM | Date of Service:  6/3/2016  3:20 PM | Status:  Signed |
| Editor:  Skelton, Faron Richard, MD (Physician) | | |



**CRSM NOTE**

| Name: Charles Todero Sex: male  DOB: 8/23/1985 | MRN: E4272986 |
|---|---|
| PCP and phone number: No, Pcp / None | Account: 8163954651 |
| Admission Date:  5/29/2016@12:29 PM | ER Arrival: 5/29/16 12:24 PM |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00666

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/3/2016 3:20 PM (continued)

**CC/HPI:** Per ED note, he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic. Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over. No injury from traffic. Handcuffed. Became beligerant during EMS transport; given IM versed. Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

### REVIEW OF SYSTEMS/HOSPITAL COURSE:

5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.

5/31: Critical. Vent support. Now on CVVH. CPK remains > 20000. Creatinine 3.8>6.7. WBC 14.6>12.4. LFTs increasing.

6/1: Afebrile. On Levophed. Vent support. FIO2 30%. Check CXR. LFTs continue to increase. May require transfer to IU.

6/2: Remains critical.

6/3: Critical. Vent support. CVVH. On Levophed. CPK/LFTs decreasing.

### .PFSH:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Heparin<br>   *Reported HIT + on 6/1/16* | Other (See Comments) |

No past medical history on file.
No past surgical history on file.
None

**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Not on file |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | Yes |
|    *Comment: 1/2 gallon of vodka a dayper family* | |

No family history on file.
Unable to obtain.

### OBJECTIVE

**Current Vitals:**

Filed Vitals:

| | 06/03/16 0830 | 06/03/16 0945 | 06/03/16 1115 | 06/03/16 1200 |
|---|---|---|---|---|
| BP: | 109/58 | 115/65 | 100/56 | 92/61 |
| Pulse: | 59 | 56 | 55 | 55 |
| Temp: | | | | |
| TempSrc: | | | | |

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00667

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
| --- | --- | --- |

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/3/2016 3:20 PM (continued)

| Resp: | 18 | 18 | 18 | 18 |
| --- | --- | --- | --- | --- |
| Height: | | | | |
| Weight: | | | | |
| SpO2: | | | | |

### Vitals: Minimum/Maximum:

| BP Min: 92/61 Max: 116/62 | Pulse Avg: 58.8 Min: 53 Max: 65 | Resp Avg: 18 Min: 16 Max: 20 | SpO2 Avg: 97.4 % Min: 95 % Max: 100 % |
| --- | --- | --- | --- |
| Temp Avg: 36.5 °C (97.7 °F) Min: 35.7 °C (96.2 °F) Max: 36.9 °C (98.4 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | | Current Weight:89.5 kg (197 lb 5 oz) |
| --- | --- | --- | --- |

| I&O This Shift:<br><br>I&O Last Three Shifts:<br>In: 3455.65 [I.V.:2633.16]<br>Out: 3112 | I&O Over the Last 24 Hours:<br><br>Intake/Output Summary (Last 24 hours) at 06/03/16 1520<br>Last data filed at 06/03/16 1300 |
| --- | --- |

| | Gross per 24 hour |
| --- | --- |
| Intake | 3322.65 ml |
| Output | 2955 ml |
| Net | 367.65 ml |

**Physical Exam:**
VS: as above
**General**: Sedated. NAD. Vent support. CVVH
**Neuro:** Sedated.
**HEENT**: PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV:** RRR. no M/G
**Resp**: Minimal rhonchi. no wheezes, unlabored
**Abdomen**: Soft, non-tender, non-distended, + BS.
**Musculoskeletal**: No C/C/Synovitis; nails WNL; muscle mass symmetric; 1+ edema
**Skin:** No rash, nodules, lesions; temp symmetric

## VENT DATA:

### Ventilation data:

**Settings:**

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
| --- | --- | --- | --- | --- | --- | --- |
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 25 % | Insp Time (sec): 0.9 sec | |

**Readings:**

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau | I Time (sec) | I:E Ratio |
| --- | --- | --- | --- | --- | --- | --- |

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER
TODERO 00668

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/3/2016 3:20 PM (continued)

| | | | | Pressure | | |
|---|---|---|---|---|---|---|
| Resp Rate Observed: 18 | Vt Mandatory Exp (mL): 530 mL | | PIP Observed (cm H2O): 18 cm H2O | Plateau Pressure (cm H2O): 16 cm H2O | Insp Time (sec): 0.9 sec | |

## DAILY LAB DATA REVIEW:

### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| WBC | 9.11 | 7.30 | 7.89 |
| HGB | 14.9 | 14.9 | 13.5 |
| HCT | 44.9 | 42.4 | 40.0 |
| PLT | 62* | 62* | 62* |
| MCV | 100.6* | 97.2 | 98.4 |

### Recent Labs

| | 06/03/16 0500 | 06/02/16 1715 | 06/02/16 0535 |
|---|---|---|---|
| BUN | 15 | 15 | 15 \| 15 |
| CREATININE | 2.7* | 2.8* | 3.0* \| 3.1* |
| NA | 138 | 137 | 139 \| 138 |
| K | 4.6 | 4.4 | 4.2 \| 4.2 |
| CL | 107 | 105 | 107 \| 107 |
| CO2 | 22.9 | 25.2 | 24.4 \| 24.2 |
| GLUCOSE | 94 | 118* | 97 \| 98 |

Estimated Creatinine Clearance: 45 mL/min (based on Cr of 2.7).
No results found for: HGBA1C, HGBA1CPERC

### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| ALT | 1546* | 2294* | >2500* |
| AST | 2005* | 4012* | >5000* |
| ALKPHOS | 109* | 96 | 82 |

### Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| BILIRUBIN | 7.0* | 7.4* | 6.5* |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00669

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

**Progress Notes by Skelton, Faron Richard, MD at 6/3/2016 3:20 PM (continued)**

Recent Labs

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 1100 |
|---|---|---|---|
| INR | 1.2 | 1.4 | 1.8 |

Recent Labs

| | 05/29/16 1255 |
|---|---|
| TROPONINI | 0.04 |

Recent Labs

| | 06/01/16 1154 | 06/01/16 0003 | 05/31/16 1618 |
|---|---|---|---|
| PHART | 7.45 | 7.42 | 7.34* |
| PO2ART | 68* | 142* | 138* |
| PCO2ART | 34 | 35 | 41 |
| HCO3ART | 23.5 | 22.3 | 22.2 |

Recent Labs

| | 05/29/16 1255 |
|---|---|
| PROCALCITONI | 0.4 |

Recent Labs

| | 06/03/16 1205 | 06/03/16 0500 | 06/02/16 2355 | 06/02/16 1715 |
|---|---|---|---|---|
| GLUCOSE | -- | 94 | -- | 118* |
| POCGLU | 89 | -- | 137* | -- |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00670

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/3/2016  3:20 PM (continued)

Recent Labs

|  | 05/29/16 1500 |
|---|---|
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |
| LEUKOCYTESUA | NEGATIVE |
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

Recent Labs

|  | 06/01/16 1100 |
|---|---|
| URINECULT | NO BACTERIA OR YEAST ISOLATED. |

### CURRENT/MEDICATIONS:

**Tube Feedings:**
Tube Feeding: Vital AF 1.2 (elemental predigested)
Rate (mL/hr): 25 mL/hr

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00671

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Skelton, Faron Richard, MD at 6/3/2016  3:20 PM (continued)

| | | |
|---|---|---|
| oxychlorosene sodium (CLORPACTIN) 500 mg in sodium chloride 0.9% irrigation solution 1,000 mL irrigation | Bladder Instillation | Q72H |
| sodium phosphate 20 mmol in sodium chloride 0.9 % 250 mL IVPB | IntravenOUS | Once |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |

| | |
|---|---|
| dextrose 10 % in water infusion | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 50 mL/hr at 06/03/16 1300 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 100 mcg/hr (06/03/16 1300) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: 2 mg/hr (06/03/16 1300) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 10 mcg/min (06/03/16 1300) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | Last Rate: 3 L/hr (06/03/16 1428) |
| propofol (DIPRIVAN) | Last Rate: 30 mcg/kg/min (06/03/16 1313) |

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

## IMPRESSION/STATUS/PLAN:

-
- Acute Respiratory failure secondary to cardiopulmonary arrest: Vent support. No SBT today. CXR RML infiltrate. BDs.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00672

**Progress Notes (continued)**

**Progress Notes by Skelton, Faron Richard, MD at 6/3/2016 3:20 PM (continued)**

- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event. UDS + cannabinoids. Spice?
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.
- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272>20000>8239. Check level q6 hrs. IVFs.
- Acute Liver Injury/Shock liver: LFTs decreasing. Acetaminophen < 10 x 2. GI following. May require transfer to IU-However has Hx of ETOH abuse and not likely transplant candidate. INR 2.4>>1.4.
- Hepatitis C: GI following.
- AGMA/Lactic acidosis: AG 33.3>>>8.3. On CVVH.
- Thrombocytopenia: Platelets 191>>62.
- Hyperkalemia: resolved.
- AKI: Creatinine 2.7>>>7.3>2.7. Nephrology following. On CVVH.
- Leukocytosis: Resolving. WBC 14.6>>>9.1.
- VTE prophylaxis: DC Heparin SQ d/t thrombocytopenia. .
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: NPO
- Code status: Full code. Critical condition

- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☒ I personally reviewed consultants notes
☒ Discussed care management with RN and RT
☒ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 35 minutes.

Faron Richard Skelton, MD **Date:** 6/3/2016

Electronically signed by Skelton, Faron Richard, MD on 6/3/2016 3:23 PM

**Progress Notes by Bucki, Jennifer J, MD at 6/3/2016 9:48 AM**



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/3/2016  9:48 AM (continued)

Author: Bucki, Jennifer J, MD
Filed: 6/3/2016 5:57 PM
Editor: Bucki, Jennifer J, MD (Physician)

Service:  Nephrology
Date of Service: 6/3/2016  9:48 AM

Author Type:  Physician
Status:  Signed

## INDIANA KIDNEY SPECIALISTS PROGRESS NOTE

### SUBJECTIVE

Seen in Adult ICU. Sedated, intubated and mechanically ventilated. On levophed for hypotension. CVVH functioning at ordered parameters.

**Review of systems:**
Unobtainable due to patient's clinical condition.

### OBJECTIVE

**Current Vitals:**
BP: (109-116)/(58-62) 109/58 mmHg
Pulse: [53-65] 59
Respirations: [16-20] 18
Temp: [35.7 °C (96.2 °F)-36.9 °C (98.4 °F)] 36.9 °C (98.4 °F)
SpO2: [95 %-100 %] 99 %
Weight - Scale: [89.5 kg (197 lb 5 oz)] 89.5 kg (197 lb 5 oz)

**I/O Summary:**
In: 3851.14 [I.V.:2749.04]
Out: 3344

**Admission weight:**
Admit Weight: 77.8 kg (171 lb 8.3 oz)

**Current Weight:**
Current Weight:89.5 kg (197 lb 5 oz)

**Medications (Reviewed):**
Scheduled Medications:

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 | Subcutaneous | Q6H |

Printed on 7/22/2016  8:23 AM

Page 205

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/3/2016 9:48 AM (continued)

| Units | | |
|---|---|---|
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| oxychlorosene sodium (CLORPACTIN) 500 mg in sodium chloride 0.9% irrigation solution 1,000 mL irrigation | Bladder Instillation | Q72H |
| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |

Continuous Medications:

| | | |
|---|---|---|
| dextrose 10 % in water infusion | | |
| dextrose 5 % and 0.9 % NaCl infusion | | Last Rate: 50 mL/hr at 06/03/16 0757 |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | | Last Rate: 100 mcg/hr (06/03/16 0850) |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | | Last Rate: 3 mg/hr (06/03/16 0853) |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | | Last Rate: 8 mcg/min (06/03/16 0757) |
| NxStage Pureflow 401 (5L)KCL 4mEq/L | | Last Rate: 3 L/hr (06/03/16 0600) |
| propofol (DIPRIVAN) | | Last Rate: 40 mcg/kg/min (06/03/16 0800) |

PRN Medications:

| | | |
|---|---|---|
| acetaminophen (TYLENOL) suppository 650 mg | Rectal | Q4H PRN |
| acetaminophen (TYLENOL) tablet 650 mg | Oral | Q4H PRN |
| artificial tears (TEARISOL,ISOPTO-TEARS) 0.5% drops | Both Eyes | PRN |
| dextrose 10 % in water infusion | IntravenOUS | Continuous PRN |
| dextrose 50 % in water (D50W) syringe 25 mL | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 10 mcg | IntravenOUS | PRN |
| EPINEPHrine 100 mcg/10 mL (10 mcg/mL) diluted syringe 20 mcg | IntravenOUS | PRN |
| glucagon (Human Recombinant) (GLUCAGEN) injection solr 1 mg | Intramuscular | PRN |
| Ondansetron HCl (PF) (ZOFRAN) 4 mg/2 mL injection soln 4 mg | IntravenOUS | Q8H PRN |
| propofol 10 mg/ml bolus (from bag) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag (CRRT) | IntravenOUS | PRN |
| sodium chloride 0.9 % IV line flush bag | IntravenOUS | PRN |

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00675

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/3/2016 9:48 AM (continued)

**Physical Exam:**
GEN: in no distress
NEURO: sedated
PSYCH: unable to assess
HEENT: ETT and OG secured
NECK: trachea midline; no JVD
HEART: normal rate, regular rhythm; no rub
LUNGS: coarse mechanical BS, no rales
ABDOMEN: soft, +BS, no masses
EXTREMITIES: 1-2+ BUE and 2+ BLE edema; B lower leg SCDs
GU: Foley with very little urine output
ACCESS: L femoral TLC and art line; RIJ temporary catheter

### Recent Labs

|  | 06/03/16 0500 | 06/02/16 1715 | 06/02/16 0535 |
|---|---|---|---|
| BUN | 15 | 15 | 15 \| 15 |
| CREATININE | 2.7* | 2.8* | 3.0* \| 3.1* |
| NA | 138 | 137 | 139 \| 138 |
| K | 4.6 | 4.4 | 4.2 \| 4.2 |
| CL | 107 | 105 | 107 \| 107 |
| CO2 | 22.9 | 25.2 | 24.4 \| 24.2 |
| GLUCOSE | 94 | 118* | 97 \| 98 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| CALCIUM | 8.8 | 06/03/2016 |
| CAION | 4.9 | 06/03/2016 |
| PHOS | 2.3* | 06/03/2016 |

### Recent Labs

|  | 06/03/16 0500 | 06/02/16 1715 | 06/02/16 0535 |
|---|---|---|---|
| MG | 1.6 | 1.7 | 1.8 |

### Recent Labs

|  | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| ALT | 1546* | 2294* | >2500* |
| AST | 2005* | 4012* | >5000* |
| ALKPHOS | 109* | 96 | 82 |

### Recent Labs

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00676

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
|---|---|---|
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/3/2016  9:48 AM (continued)

| | 06/03/16 0500 | 06/02/16 0535 | 06/01/16 0550 |
|---|---|---|---|
| WBC | 9.11 | 7.30 | 7.89 |
| HGB | 14.9 | 14.9 | 13.5 |
| HCT | 44.9 | 42.4 | 40.0 |
| PLT | 62* | 62* | 62* |
| MCV | 100.6* | 97.2 | 98.4 |

No results found for: IRON, TIBC, FERRITIN

### Recent Labs

| | 06/01/16 1154 | 06/01/16 0003 | 05/31/16 1618 |
|---|---|---|---|
| PHART | 7.45 | 7.42 | 7.34* |
| PO2ART | 68* | 142* | 138* |
| PCO2ART | 34 | 35 | 41 |
| HCO3ART | 23.5 | 22.3 | 22.2 |

## Radiology:

### Radiology Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **CR Chest Portable PA or AP View [332618602]** | | | | Collected: 06/03/16 0451 |
| Order Status:  Completed | | | | Updated:  06/03/16 0454 |

Narrative:
Exam: Single view chest x-ray - 6/3/2016 3:25 AM EDT

Indication: infiltrate/ETT position

Comparison: 6/2/2016

Findings: Single AP view of the chest. Endotracheal tube tip is 3.2 cm above carina. Gastric drainage tube tip and sidehole are below diaphragm, extending below field of view. Wide bore right internal jugular central venous catheter tip is in proximal right atrium. Heart size and pulmonary vasculature are normal. Unchanged mild patchy consolidation in the medial right lung base. No pleural effusion or pneumothorax.

Impression:
No significant interval change. Satisfactory line and tube position. Unchanged mild patchy consolidation in the medial right lung base.

Interpreted and dictated by S. Andrew Hoff, MD.

d: Jun 03 2016 04:51A
t: Jun 03 2016 04:51A by
f: Jun 03 2016 04:52A

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

TODERO 00677

**FRANCISCAN ALLIANCE**

| | | |
|---|---|---|
| | ST FRANCIS - INDIANAPOLIS | TODERO,CHARLES |
| | 8111 South Emerson Av | MRN: E3174503 |
| | INDIANAPOLIS IN 46237-8601 | DOB: 8/23/1985, Sex: M |
| | Legal Medical Record | Adm: 5/29/2016, D/C: 6/12/2016 |

## Progress Notes (continued)

### Progress Notes by Bucki, Jennifer J, MD at 6/3/2016  9:48 AM (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **XA Fluoroscopy Guided Central Venous Access Device Placement [332109185]** | | | | Collected: 06/02/16 1455 |

Order Status: Completed

Updated: 06/02/16 1458

Narrative:
Placement of nontunneled PermCath.

INDICATION: Renal failure.

PROCEDURE:

Procedure is performed using strict aseptic technique, local anesthesia and ultrasound and fluoroscopic guidance.

Following strict prep and drape, successful ultrasound guided access to the right internal jugular vein was gained. A 22-gauge needle was introduced. A guidewire was now advanced under fluoroscopy to the level of the superior vena cava. The micropuncture catheter was now advanced and exchange wire was now positioned at the level of the superior vena cava. The tract was then dilated and a peel-away sheath was placed in the superior vena cava. A double-lumen dialysis catheter was then advanced through the peel-away sheath and positioned with its tip at the level of the right atrium and anchored to the left neck. This was a nontunneled catheter. The catheter was then anchored to the left chest wall.

Impression:
Successful placement of a nontunneled dialysis catheter right internal jugular vein access.

d: Jun 02 2016 02:55P
t: Jun 02 2016 02:55P by
f: Jun 02 2016 02:56P

**[X] I have personally reviewed the patient's latest laboratory reports and X-ray reports.**
**[] I have personally reviewed outside records from ___.**

| IMP/REC: |
|---|
| |
| 1. AKI DUE TO RHABDOMYALYSIS + ATN FOLLOWING CARDIAC ARREST: |
|     Temporary dialysis cathter placed 5/31/16 and started CVVH. |
|     Net fluid removal at zero as BP low BP and needing pressors. |
| |
| 2. METABOLIC ACIDOSIS: Secondary to tissues ischemia. |
|     Resolved with CRRT. |
| |
| 3. HYPOCALCEMIA, HYPERPHOSPHATEMIA & HYPOKALEMIA: Hyperkalemia secondary to Rhabdo, acidosis and AKI resolved. |
|     Has required potassium supplementation. |
|     High phosphorus from AKI and muscle breakdown: corrected with CRRT. |
|     Replacing Ca as needed. |
| |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00678

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

---

**Progress Notes (continued)**

**Progress Notes by Bucki, Jennifer J, MD at 6/3/2016  9:48 AM (continued)**

4. CARDIAC ARREST (with respiratory failure, shock, hyperthermia, shock liver, AKI):

    Sedated, intubated and mechanically ventilated. Weaning levophed drip as able. Begin fluid removal tomorrow if able to maintain BP.

    Suspected substance abuse/toxicity contributing to events. Hepatitis C positive so consider HIV testing too.

    On antibiotics for fever/infection/sepsis. Consolidation on CXR could be from aspiration.

5. ELEVATED LIVER ENZYMES:

    Gastroenterologist consulted - probable shock liver.

    Chronic EtOH abuse suspected. On Ativan drip after developed sxs c/w DTs.

    Hepatitis C Ab +: PCR results >1,300,000 copies.

Jennifer J Bucki MD FACP
Indiana Kidney Specialists
317-924-8425 (answered 24 hours/day)

Electronically signed by Bucki, Jennifer J, MD on 6/3/2016  5:57 PM

**Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM**

Author:  Khan, Faisal A, MD      Service:  Pulmonology      Author Type:  Physician
Filed:  6/4/2016 10:55 AM      Date of Service:  6/4/2016 10:46 AM      Status:  Addendum
Editor:  Khan, Faisal A, MD (Physician)
Related Notes:  Original Note by Khan, Faisal A, MD (Physician) filed at 6/4/2016 10:53 AM



| CRSM NOTE | |
|---|---|
| **Name:** Charles Todero **Sex:** male **DOB:** 8/23/1985 | **MRN:** E4272986 |
| **PCP and phone number:** No, Pcp / None | **Account:** 8163954651 |
| **Admission Date:** 5/29/2016@12:29 PM | **ER Arrival: 5/29/16**12:24 PM |

**CC/HPI:** Per ED note,  he is a 30 y.o. male who apparently was acting acutely psychotic, 'I am Jesus Christ,' holding a bible, behaving suicidal, walking out into traffic.  Was tazed to prevent injury, one probe didn't hold, patient fell to knees then slumped over. No injury from traffic.  Handcuffed.  Became beligerant during EMS

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER      TODERO 00679

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

transport; given IM versed. Gradually more sedate, sinus tachycardia to sinus bradycardia to asystole. Chest compressions begun 60 seconds before arrival. Now intubated and sedated in ED. Admit to ICU.

### REVIEW OF SYSTEMS/HOSPITAL COURSE:

5/30: Tmax 103. Critical. Vent support. FIO2 30%. CXR negative. CPK > 20000.
5/31: Critical. Vent support. Now on CVVH. CPK remains > 20000. Creatinine 3.8>6.7. WBC 14.6>12.4. LFTs increasing.
6/1: Afebrile. On Levophed. Vent support. FIO2 30%. Check CXR. LFTs continue to increase. May require transfer to IU.
6/2: Remains critical.
6/3: Critical. Vent support. CVVH. On Levophed. CPK/LFTs decreasing.
6/4: not waking up. Remains sedated on vent. On cvvh. Hd stable. No UO

### .PFSH:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Heparin<br>*Reported HIT + on 6/1/16* | Other (See Comments) |

No past medical history on file.
No past surgical history on file.
None

**History**

Substance Use Topics
• Smoking status:        Not on file
• Smokeless tobacco:     Not on file
• Alcohol Use:           Yes
    *Comment: 1/2 gallon of vodka a dayper family*

No family history on file.
Unable to obtain.

## OBJECTIVE

### Current Vitals:
Filed Vitals:

| | 06/04/16 0800 | 06/04/16 0815 | 06/04/16 1015 | 06/04/16 1030 |
|---|---|---|---|---|
| BP: | | | 115/66 | 111/63 |
| Pulse: | | | 81 | 82 |
| Temp: | 36.9 °C (98.5 °F) | | | |
| TempSrc: | | | | |
| Resp: | | | 24 | 18 |
| Height: | | | | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                    TODERO 00680

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

Weight:
SpO2:          98%                    99%

### Vitals: Minimum/Maximum:

| BP Min: 91/55 Max: 161/134 | Pulse Avg: 73.9 Min: 55 Max: 86 | Resp Avg: 17.9 Min: 11 Max: 24 | SpO2 Avg: 96.9 % Min: 93 % Max: 100 % |
|---|---|---|---|
| Temp Avg: 36.7 °C (98.1 °F) Min: 36.3 °C (97.4 °F) Max: 37.3 °C (99.1 °F) | | | |

| Current BMI: 25.36 | Admit Weight: 77.8 kg (171 lb 8.3 oz) | | Current Weight:89.5 kg (197 lb 5 oz) |
|---|---|---|---|

| I&O This Shift:<br>In: 502 [I.V.:280]<br>Out: 382<br><br>I&O Last Three Shifts:<br>In: 3632.47 [I.V.:2396.25]<br>Out: 3248 | I&O Over the Last 24 Hours:<br><br>Intake/Output Summary (Last 24 hours) at 06/04/16 1046<br>Last data filed at 06/04/16 1000 |
|---|---|

| | Gross per 24 hour |
|---|---|
| Intake | 3697.72 ml |
| Output | 3297 ml |
| Net | 400.72 ml |

**Physical Exam:**
**VS:** as above
**General:** Sedated. NAD. Vent support. CVVH
**Neuro:** Sedated. No response to pain
**HEENT:** PERRL. Oral mucosa moist, CV w/o adenopathy. ETT
**CV:** RRR. no M/G
**Resp:** Minimal rhonchi. Minimal rales basilar
**Abdomen:** Soft, non-tender, non-distended, + BS.
**Musculoskeletal:** No C/C/Synovitis; nails WNL; muscle mass symmetric; 2+ edema
**Skin:** No rash, nodules, lesions; temp symmetric

## VENT DATA:

### Ventilation data:

**Settings:**

| RR | Tidal volume | PIP | PEEP | FiO2 | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate (Set): 18 | Vt (Set, mL): 500 mL | | PEEP/CPAP (cm H2O): 5 cm H20 | FiO2 (%): 25 % | Insp Time (sec): 0.9 sec | |

**Readings:**

| RR | Vt mandatory | Vt spont | Peak Pressure | Plateau Pressure | I Time (sec) | I:E Ratio |
|---|---|---|---|---|---|---|
| Resp Rate | Vt Mandatory Exp | | PIP Observed | Plateau | Insp Time | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00681

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

| Observed: 18 | (mL): 539 mL | | (cm H2O): 20 cm H2O | Pressure (cm H2O): 15 cm H2O | (sec): 0.9 sec | |
|---|---|---|---|---|---|---|

### DAILY LAB DATA REVIEW:

#### Recent Labs

| | 06/04/16 0600 | 06/03/16 0500 | 06/02/16 0535 |
|---|---|---|---|
| WBC | 14.01* | 9.11 | 7.30 |
| HGB | 15.3 | 14.9 | 14.9 |
| HCT | 46.7 | 44.9 | 42.4 |
| PLT | 87* | 62* | 62* |
| MCV | 100.4* | 100.6* | 97.2 |

#### Recent Labs

| | 06/04/16 0600 | 06/03/16 1630 | 06/03/16 0500 |
|---|---|---|---|
| BUN | 19 | 19 | 16 | 15 |
| CREATININE | 2.7* | 2.6* | 2.5* | 2.7* |
| NA | 137 | 137 | 137 | 138 |
| K | 5.4* | 5.4* | 4.7 | 4.6 |
| CL | 105 | 104 | 105 | 107 |
| CO2 | 25.6 | 25.9 | 24.1 | 22.9 |
| GLUCOSE | 117* | 115* | 117* | 94 |

Estimated Creatinine Clearance: 45 mL/min (based on Cr of 2.7).
No results found for: HGBA1C, HGBA1CPERC

#### Recent Labs

| | 06/04/16 0600 | 06/03/16 0500 | 06/02/16 0535 |
|---|---|---|---|
| ALT | 1019* | 1546* | 2294* |
| AST | 1115* | 2005* | 4012* |
| ALKPHOS | 120* | 109* | 96 |

#### Recent Labs

| | 06/04/16 0600 | 06/03/16 0500 | 06/02/16 0535 |
|---|---|---|---|
| BILIRUBIN | 7.3* | 7.0* | 7.4* |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00682

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

Recent Labs

|  | 06/04/16 0600 | 06/03/16 0500 | 06/02/16 0535 |
|---|---|---|---|
| INR | 1.1 | 1.2 | 1.4 |

Recent Labs

|  | 05/29/16 1255 |
|---|---|
| TROPONINI | 0.04 |

Recent Labs

|  | 06/01/16 1154 | 06/01/16 0003 | 05/31/16 1618 |
|---|---|---|---|
| PHART | 7.45 | 7.42 | 7.34* |
| PO2ART | 68* | 142* | 138* |
| PCO2ART | 34 | 35 | 41 |
| HCO3ART | 23.5 | 22.3 | 22.2 |

Recent Labs

|  | 05/29/16 1255 |
|---|---|
| PROCALCITONI | 0.4 |

Recent Labs

|  | 06/04/16 0600 | 06/04/16 0004 | 06/03/16 1630 | 06/03/16 1537 | 06/03/16 1205 |
|---|---|---|---|---|---|
| GLUCOSE | 117* \| 115* | -- | 117* | -- | -- |
| POCGLU | -- | 122* | -- | 100* | 89 |

Recent Labs

|  | 05/29/16 |
|---|---|

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00683

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

|  | 1500 |
|---|---|
| COLORUR | AMBER* |
| APPEARANCEUR | CLOUDY* |
| PHUR | 5.0 |
| SPECGRAVBF | 1.031* |
| GLUCOSEUR | NEGATIVE |
| KETONEUR | 20* |
| BILIRUBINUR | SMALL* |
| PROTEINUADIP | 100* |
| BLOODUR | NEGATIVE |
| NITRITEUR | NEGATIVE |
| LEUKOCYTESUA | NEGATIVE |
| RBCUR | 6-10* |
| WBCUR | 0-5 |
| BACTERIAUR | OCC* |

**Recent Labs**

|  | 06/01/16 1100 |
|---|---|
| URINECULT | NO BACTERIA OR YEAST ISOLATED. |

## CURRENT/MEDICATIONS:

**Tube Feedings:**
Tube Feeding: Vital AF 1.2 (elemental predigested)
Rate (mL/hr): 25 mL/hr

| | | |
|---|---|---|
| 0.9% NaCl infusion (CRRT) | IntravenOUS | Q4H |
| ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9 % 100 mL IVPB (MB+) | IntravenOUS | Q6H |
| chlorhexidine (PERIDEX) 0.12 % solution 15 mL | Mouth/Throat | Q12H SCH |
| famotidine (PEPCID) 20 mg in sodium chloride (PF) 0.9 % 12 mL IV | IntravenOUS | Daily |
| folic acid tablet 1 mg | Per NG tube | Daily |
| insulin lispro (HumaLOG) subcutaneous inj. 1-14 Units | Subcutaneous | Q6H |
| lactulose (CHRONULAC) solution 20 g | Per NG tube | TID |
| oxychlorosene sodium (CLORPACTIN) 500 mg in sodium chloride 0.9% irrigation solution 1,000 mL | Bladder Instillation | Q72H |

Printed on 7/22/2016  8:23 AM

Page 215

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: 8/23/1985, Sex: M<br>Adm: 5/29/2016, D/C: 6/12/2016 |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

irrigation

| thiamine (VITAMIN B-1) tablet 100 mg | Per NG tube | Daily |
|---|---|---|

| | | |
|---|---|---|
| dextrose 10 % in water infusion | | |
| dextrose 5 % and 0.9 % NaCl infusion | Last Rate: 50 mL/hr at 06/04/16 1000 | |
| fentaNYL (SUBLIMAZE) 1000 mcg/100 mL NS (PMX) | Last Rate: 80 mcg/hr (06/04/16 1000) | |
| LORazepam (ATIVAN) 40 mg in dextrose 5 % in water (D5W) 40 mL infusion | Last Rate: Stopped (06/04/16 1019) | |
| norepinephrine (LEVOPHED) 16 mg/250 mL (64 mcg/ml) in D5W (PMX) infusion | Last Rate: 2 mcg/min (06/04/16 1020) | |
| NxStage PureFlow RFP 400 (5L) KCL 2mEq/L | Last Rate: 3 L/hr (06/04/16 1006) | |
| propofol (DIPRIVAN) | Last Rate: 20 mcg/kg/min (06/04/16 1000) | |

## RADIOLOGY / CARDIOLOGY RESULTS:

**CT head 5/29:**
Negative noncontrast head CT. No evidence for acute hemorrhage, infarct, or mass is identified

**CT cervical spine 5/29:**
Negative cervical spine CT acutely with note made of moderate localized C5-6 degenerative disc change

**CT abd/pelvis 5/29:**
1. Satisfactory line and tube placement.
2. Indeterminate 3.2 cm likely cystic lesion off the anterior spleen. This is likely a chronic rather than acute change.
3. Fatty liver.
4. Otherwise negative abdomen and pelvis CT.

## IMPRESSION/STATUS/PLAN:

- Acute Respiratory failure secondary to cardiopulmonary arrest: Keep current vent. No sbt till mental status prognosis clear.
  - Likely will need trach if no improvement in mental status,
- Cardiopulmonary arrest: etiology unclear. Did receive versed just prior to event.  UDS + cannabinoids. Spice?. HD stable now
- Asp pna: unasyn #5

CONFIDENTIAL - PRODUCED<br>PURSUANT TO PROTECTIVE ORDER

TODERO 00685

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Khan, Faisal A, MD at 6/4/2016 10:46 AM (continued)

- Encephalopathy: Likely TM and anoxic. On ativan gtt for more than 5 days. With this level of renal and especially liver dysfunction it will take days to week for drugs to clear.
  - Stop ativan drip today. Wean down propofol and fentanyl as much as possible.
- Psychotic behavior: May be d/t Spice ingestion. Psych/Crisis consult once extubated.
- Drug abuse: Consult Crisis once extubated.
- Spice ingestion? Has psychotic behavior, rhabdomyolysis, AKI, diaphoretic, UDS + cannabinoids, Lactic acidosis.
- Rhabdomyolysis: CPK 8272>20000>8239. Check level q6 hrs. IVFs.on CVVH.
- Acute Liver Injury/Shock liver: LFTs decreasing. Acetaminophen < 10 x 2. GI following. Supportive care. Not a tx candidate
- Hepatitis C: GI following.
- AGMA/Lactic acidosis: AG 33.3>>>8.3. On CVVH.
- Thrombocytopenia: Improving likely reactive.
- Hyperkalemia: resolved.
- AKI: Creatinine 2.7>>>7.3>2.7. Nephrology following. On CVVH. From rhabdomyolysis
- VTE prophylaxis: DC Heparin SQ d/t thrombocytopenia. Restart once above 90K
- Stress Ulcer Prophylaxis: Pepcid
- Nutrition/Feeding: TF
- Code status: Full code. Critical condition prognosis guarded

- Patient restrained to prevent harm to self due to:
  ☒ imminent risk of harm to self and/or others
  ☒ pulling lines/tubes, removal of equipment/dressings

☒ Highly complex MDM based upon **# of problems** addressed (2 establishe uncontrolled; or 1 new + 1 or more established; or 1 new with w/u), **data reviewed** (4 or more), +/or high **risk** (severe exacerbation; abrupt change in status; threatened or actual vital organ failure; complex intensive drug monitoring; DNR/DNI discussion) for adverse outcome (**need 2 of 3** elements -- problems, data, or risk -- to support highly complex MDM)

☒ I personally reviewed Imaging Studies,Telemetry
☒ I personally reviewed consultants notes
☒ Discussed care management with RN and RT
☒ Discussed management with ICU Multidisciplinary rounding team
☐ Discussed with and updated Family
☒ Critical care time spent face-to-face and/or on floor/unit: 35 minutes.

Faisal A Khan, MD  Date: 6/4/2016

Electronically signed by Khan, Faisal A, MD on 6/4/2016 10:53 AM
Electronically signed by Khan, Faisal A, MD on 6/4/2016 10:55 AM

### Progress Notes by Asadi, Sheila, RRT at 6/4/2016 11:48 AM

Author: Asadi, Sheila, RRT
Filed: 6/4/2016 11:48 AM
Editor: Asadi, Sheila, RRT (Respiratory Therapist)

Service: (none)
Date of Service: 6/4/2016 11:48 AM

Author Type: Respiratory Therapist
Status: Signed

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00686

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: 8/23/1985, Sex: M
Adm: 5/29/2016, D/C: 6/12/2016

## Progress Notes (continued)

### Progress Notes by Asadi, Sheila, RRT at 6/4/2016 11:48 AM (continued)

A Spontaneous Breathing Trial and Sedation Awakening Trial has been completed on this patient.

### Sedation Infusion Rates

| | |
|---|---|
| Propofol Rate | 20 mcg/kg/min |
| Precedex Rate | |
| Versed Rate | |
| Ativan Rate | 0 mg/hr |
| Fentanyl Rate | 80 mcg/hr |

**Riker Scale:** Riker Scale: Sedated

**Riker Scale legend:**
1=Unarousable; 2=Very Sedated; 3=Sedated; 4=Calm and cooperative;
5=Agitated; 6=Very agitated; 7=Dangerous agitation

### Spontaneous Breathing Trials

| | |
|---|---|
| Days on Ventilator | 7 |
| SBT Attempted | No |
| Daily Screen Meets All Criteria | |
| SBT Criteria Not Met Reason | |
| Respiratory Rate | |
| Vent Vt (mL) | |
| Vent VC (mL) | |
| Vent FVC (mL) | |
| Minute Ventilation - Spontaneous | |
| RSBI f/Vt | |
| NIF (cmH20) | |
| Patient Tolerance | |

### Respiratory Sputum Assessment

| | |
|---|---|
| Sputum Amount | Small |
| Sputum Color | White |
| Sputum Consistency | Thick |
| Method of Obtainment | Endotracheal |

Electronically signed by Asadi, Sheila, RRT on 6/4/2016 11:48 AM

### Progress Notes by Cheng, Shan L, MD at 6/4/2016 1:31 PM

| | | |
|---|---|---|
| Author: Cheng, Shan L, MD | Service: Gastroenterology | Author Type: Physician |
| Filed: 6/4/2016 1:41 PM | Date of Service: 6/4/2016 1:31 PM | Status: Signed |
| Editor: Cheng, Shan L, MD (Physician) | | |

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00687