# CLARK DEPOSITION EXHIBIT E --EXCERPTS


2011 ELECTRONIC CONTROL WEAPON GUIDELINES
EXHIBIT
E
Clark
PENGAD 800-631-6989
A Joint Project of:
POLICE EXECUTIVE RESEARCH FORUM
COPS
COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

This project was supported by Grant Number 2010-CK-WX-K001 awarded by the Office of Community Oriented Policing Services, U.S. Department of Justice. The opinions contained herein are those of the author(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific agencies, companies, products, or services should not be considered an endorsement by the author(s) or the U.S. Department of Justice. Rather, the references are illustrations to supplement discussion of the issues.

The Internet references cited in this publication were valid as of the date of this publication. Given that URLs and websites are in constant flux, neither the author nor the COPS Office can vouch for their current validity.

March 2011

ISBN: 978-1-935676-05-8






POLICE EXECUTIVE RESEARCH FORUM

A Joint Project of:

Police Executive Research Forum
1120 Connecticut Avenue, N.W.
Suite 930
Washington, DC 20036

U.S. Department of Justice
Office of Community Oriented Policing Services
Two Constitution Square
145 N Street, N.E.
Washington, DC 20530

for ECWs away from the subject's chest. This advisory prompted police agencies to revisit their policy and training guidelines for ECW use. Court decisions also have caused agencies to continually review their policies, training, and oversight of ECWs to stay up-to-date with developments in the field.

## The Project

The 2011 ECW guidelines are based on information gathered from interviews with police chiefs and other subject-matter experts, a 2010 PERF national survey of more than 190 law enforcement agencies that included questions about their use-of-force policies, and interviews with officials from a number of agencies that had experienced two or more deaths in the past five years that were considered "proximate to the use of an ECW." Most importantly, on August 3, 2010, PERF convened an executive session in Philadelphia that focused on ECW policy and practice. At that meeting, a cross section of 150 persons—police executives and practitioners of various ranks, authorities on use of force, medical doctors, attorneys, and researchers (see Appendix A)—discussed the findings of current ECW research, shared the experiences of police departments using ECWs, and identified additional challenges and issues for police executives as they maintain or consider the deployment of ECWs in their agencies.

On August 4, a working group of 25 executive session participants (see Appendix B)—including representatives of various ranks and positions in law enforcement agencies—spent a second day reviewing and modifying the 2005 guidelines, relying on the information presented at the previous day's conference and their considerable expertise with ECWs and use of force. Every effort was made to consider the views of all contributors and to incorporate the most up-to-date information and research findings. While the working group did not reach a unanimous recommendation for each guideline, in every instance it did achieve strong consensus and produced the new set of guidelines contained in this report. The new 2011 guidelines do not necessarily reflect the individual views of each participating law enforcement agency or the U.S. Department of Justice.

This report presents the revised guidelines, which represent the cumulative knowledge, experience, and expertise of police, medical, and legal professionals who shared their ideas and concerns. The Background Information section summarizes PERF's 2010 ECW survey results and highlights medical research and legal developments related to ECWs. A revised Glossary is also included.