# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, )<br>)<br>)<br>*Plaintiff*,  )<br>)<br>v. )<br>)<br>CITY OF GREENWOOD, BRIAN )<br>BLACKWELL, RENEE ELLIOTT, ELIZABETH )<br>LAUT, and AS-YET UNIDENTIFIED )<br>GREENWOOD POLICE OFFICERS, )<br>)<br>*Defendants*. ) | Case No. 1:17-cv-1698-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION
## TO BAR THE PROPOSED EXPERT TESTIMONY OF DR. CHARLES WETLI

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Motion to Bar the Proposed Expert Testimony of Dr. Charles Wetli, filed contemporaneously herewith, Plaintiff Teresa Todero, as Special Administrator of the Estate of Charles Todero, respectfully moves this Court, pursuant to Federal Rule of Evidence 702, to bar the proposed expert testimony of Dr. Charles Wetli, a forensic pathologist retained by Defendants Greenwood, Elliott and Laut (collectively, "Defendants") and any and all of his opinions.

WHEREFORE, Plaintiff Teresa Todero, as Special Administrator of the Estate of Charles Todero, respectfully requests that this Court enter an order barring Dr. Charles Wetli from testifying as an expert witness in this matter and barring any and all of his opinions.

Dated: October 5, 2018

>                           RESPECTFULLY SUBMITTED,
>
>                           **Teresa Todero,**
>                           **as Special Administrator of the**
>                           **Estate of Charles Todero**
>
>                     BY:   /s/ Sam Heppell
>                           *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Theresa Kleinhaus
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

2

**CERTIFICATE OF SERVICE**

    I, Sam Heppell, an attorney, hereby certify that on October 5, 2018, I caused the foregoing Plaintiff's Motion to Bar the Proposed Expert Testimony of Dr. Charles Wetli to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                      /s/ Sam Heppell
                                      *One of Plaintiff's Attorneys*