# Exhibit D

*CURRICULUM VITAE*

**TABLE OF CONTENTS:**

Basic Information:............................................................................... 1

Academics: ....................................................................................... 2

Professional Positions: ..................................................................... 3

Honors And Awards: ........................................................................ 4

Professional Recognitions:............................................................... 5

Boards: .............................................................................................. 5

Editorial Roles:................................................................................. 5

U.S. Patents: ..................................................................................... 6

International Patents: (Partial).................................................... 32

Books:.............................................................................................. 41

Book Chapters: .............................................................................. 42

Abstracts, Presentations, And Nonindexed Letters: .................... 46

Papers And Medline Indexed Letters:.......................................... 75

**BASIC INFORMATION:**

| | |
|---|---|
| **NAME:** | Mark W. Kroll, PhD, FACC, FHRS, FIEEE, FAIMBE |
| **OFFICE:** | Box 23 |
| | Crystal Bay, MN 55323 USA |
| **VOICE:** | +1-805-428-1838 |
| **E-MAIL:** | mark@kroll.name |
| **CITIZENSHIP:** | United States |
| **MARITAL STATUS:** | Married, 4 children |

**LANGUAGES:**            Spanish (Good)

German (Usable)

French (Reading Only)

**ACADEMICS:**

**ACADEMIC DEGREES:**

1975      B. Mathematics.

1983      M.S.

1987      Ph.D.

1990      M.B.A.

**EDUCATION:**

1967-1970    Minnetonka High School

Minnetonka, Minnesota

Summer 1969      Michigan State University

(National Science Foundation High School Honors Summer Program) East Lansing, Michigan

1970-1975    University of Minnesota

Institute of Technology

Minneapolis, Minnesota

1975-1979    University of Minnesota Graduate School

1988-1990    University of St. Thomas

Minneapolis, Minnesota

**ACADEMIC AFFILIATIONS:**

| | |
|---|---|
| 2006-Present | Adjunct Full Professor, Biomedical Engineering |
| | University of Minnesota, Minneapolis |
| 2003-Present | Adjunct Full Professor, Biomedical Engineering |
| | California Polytechnic State University, San Luis Obispo. (There was a 2-year hiatus from 2010 to Feb 2012) |
| 2002-2016 | Faculty for Creativity and Innovation Program |
| | UCLA |

**PROFESSIONAL POSITIONS:**

Research Aide (1970-1972)
> Medtronic, Inc., Minneapolis, Minnesota

Teaching Assistant and Graduate Instructor (1973-1978)
> Economics, Mathematics & Electrical Engineering Departments
> University of Minnesota, Minneapolis, Minnesota

Vice President, Research & Development (1978-1985)
> Intercomp Company, Plymouth, Minnesota

Vice President, Research & Development (1985-1991)
> Cherne Medical, Inc., Edina, Minnesota

Vice President, Research (1991-1995)
> Angeion Corp., Plymouth, Minnesota

Vice President, Tachycardia Business Unit (1995-1997)
> St. Jude Medical, Inc., Los Angeles, California

Vice President, Research and Development for Daig subsidiary (1997-1999)
St. Jude Medical, Inc. Cardiac Rhythm Management Division

Senior Vice President, Technology and Design (1999-2000)
St. Jude Medical, Inc. Cardiac Rhythm Management Division

Senior Vice President, Chief Technology Officer (2001-August 2005) St. Jude
Medical, Inc. Cardiac Rhythm Management Division

Principal, Mark Kroll & Associates, LLC (March 2006 to present)

**HONORS AND AWARDS:**

| | |
|---|---|
| 1969 | National Science Foundation High School Honors Program |
| 1970 | Putnam Varsity Team (Intercollegiate Mathematics Competition) when Freshman |
| 1971 | Alfred P. Sloan Fellowship |
| 1971 | Ellerbe Scholastic Award for Institute of Technology |
| 1992 | Who's Who in Science and Engineering |
| 1993 | Who's Who in the Midwest |
| 1996 | Who's Who in the West |
| 1998 | Prolific Inventor, U.S. Patent and Trademark Office |
| 1997 | Who's Who in Medicine and Healthcare |
| 2010 | Career Achievement Award by Engineering in Medicine and Biology Society |
| 2012 | Outstanding Achievement Award: Distinguished Graduate, University of Minnesota. |
| 2016 | Mark Kroll Medical Innovation Day proclamation by Minnesota Governor. |

**PROFESSIONAL RECOGNITIONS:**

American College of Cardiology — Fellow

Heart Rhythm Society — Fellow

IEEE Engineering in Medicine and Biology Society—Fellow

American Institute for Medical and Biological Engineering — Fellow

**BOARDS:**

Haemonetics (NYSE:HAE)

Axon Enterprises (NASD:AAXN)

Prostacare (private)

**EDITORIAL ROLES:**

Europace: Regular Reviewer

EMBS Conference: Regular Reviewer

Heart Rhythm Journal: Ad Hoc Reviewer

J of Cardiovascular Electrophysiology: Ad Hoc Reviewer

IEEE Trans on Biomedical Engineering: Ad Hoc Reviewer

Journal American College of Cardiology: Ad Hoc Reviewer

Pacing and Clinical Electrophysiology: Regular Reviewer

J Occupational & Environmental Medicine: Ad Hoc Reviewer

Journal of Medical Science: Ad Hoc Reviewer

IEEE Trans Biomedical Circuits & Systems: Ad Hoc Reviewer

J of Interventional Cardiac Electrophys: Regular Reviewer

**U.S. PATENTS:**

| | |
|---|---|
| 4,672,976 | Heart Sound Sensor |
| 4,672,977 | Lung Sound Cancellation Method and Apparatus |
| 4,714,121 | Wheel Scale Assembly |
| 4,744,369 | Medical Current Limiting Circuit |
| 4,763,660 | Flexible and Disposable Electrode Belt Device |
| 4,769,760 | Terrain Biased Dynamic Multiple Threshold Synchronization Method and Apparatus |
| 4,775,018 | Load Cell Assembly |
| 4,811,156 | Medical Current Limiter |
| 4,832,608 | Electrode Belt Adapter |
| 4,879,760 | Optical Fiber Transmissive Signal Modulation System |
| 4,890,630 | Bio-Electric Noise Cancellation System |
| 4,947,859 | Bio-Acoustic Sound Sensor |
| 4,956,877 | Optical Fiber Reflective Signal Modulation System |
| 5,117,834 | Method and Apparatus for Non-invasively Determining a Patient's Susceptibility to Ventricular Arrhythmias |
| 5,188,116 | Electrocardiographic Method and Device |
| 5,199,429 | Implantable Defibrillator System with Switched Capacitors |
| 5,241,960 | Small Implantable Cardioverter Defibrillator System |
| 5,257,634 | Low Impedance Defibrillation Catheter |

| | |
|---|---|
| 5,258,906 | Medical Metering and Invoicing Method |
| 5,265,623 | Optimized Field Defibrillation Catheter |
| 5,300,110 | Dirk Based Defibrillation Electrode |
| 5,306,291 | Optimal Energy Steering |
| 5,312,443 | Arrhythmia Detection Criteria Process |
| 5,314,448 | Pulse Pre-Treatment Method of Defibrillation |
| 5,325,870 | Multiplexed Defibrillation Electrode Apparatus System |
| 5,330,509 | Far-Field Anti-Tachycardia Termination |
| 5,334,219 | Separated Capacitor Cardioversion |
| 5,336,245 | Electrogram Interrogation Apparatus Storage |
| 5,342,399 | Process for Defibrillation with Small Capacitor |
| 5,351,687 | Method and Apparatus for Non-invasively Determining a Patient's Susceptibility to Ventricular Arrhythmias |
| 5,366,484 | Narrow Pulse Cardioversion |
| 5,366,485 | Pulse Pretreatment Device |
| 5,366,487 | Pulse Correlation Detection Method |
| 5,376,103 | Improved Electrode System |
| 5,383,907 | System and Method for Delivering Multiple Closely Spaced Defibrillation Pulses |
| 5,391,185 | Atrial Cardioverter with Ventricular Protection |

| | |
|---|---|
| 5,391,186 | Method and Apparatus for Utilizing Short TAU Capacitors in an Implantable Cardioverter Defibrillator |
| 5,405,363 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| 5,407,444 | Cardioversion Method |
| 5,411,526 | True Voltage Pulse Defibrillation |
| 5,413,591 | Current Truncated Waveform Defibrillator |
| 5,431,686 | Optimal Pulse Duration |
| 5,431,687 | Impedance Timed Defibrillation System |
| 5,439,482 | Prophylactic Implantable Cardioverter Defibrillator |
| 5,441,518 | Implantable Cardioverter Defibrillator System Having Independently Controllable Electrode Discharge Pathway |
| 5,447,521 | Safety System for an Implantable Defibrillator |
| 5,449,377 | Overcharged Final Countershock for an Implantable Cardioverter Defibrillator and Method |
| 5,454,839 | Low Profile Defibrillation Catheter |
| 5,458,620 | Interdependent Detection Parameter Method of Diagnosing Fibrillation |
| 5,507,781 | Implantable Defibrillator System with Capacitor Switching Circuitry |
| 5,514,160 | Implantable Defibrillator for Producing a Rectangular-Shaped Defibrillation Waveform |
| 5,522,853 | Method and Apparatus for Progressive Recruitment of Cardiac Fibrillation |

| | |
|---|---|
| 5,527,346 | Implantable Cardioverter Defibrillator Employing Polymer Thin Film Capacitors |
| 5,531,764 | Implantable Defibrillator System and Method Having Successive Changeable Defibrillation Waveforms |
| 5,531,766 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Tail Electrode System |
| 5,531,770 | Implantable Defibrillator for Producing a Rectangular – Shaped Defibrillation Waveform |
| 5,531,782 | Implantable Medical Electrode with Reduced Number of Conductors |
| 5,534,015 | Method and Apparatus for Generating Biphasic Waveforms in an Implantable Defibrillator |
| 5,540,721 | Process and Apparatus for Defibrillation with a Small Capacitor |
| 5,549,643 | Optimal Pulse Defibrillator |
| 5,549,933 | Process for Painting Snow; Powder; Nontoxic |
| 5,584,866 | Method and Apparatus for Temporarily Electrically Forcing Tachyarrhythmia Patient |
| 5,591,209 | Implantable Defibrillator System for Generating an Active Biphasic Waveform |
| 5,591,210 | Implantable Defibrillation System and Method for Producing Only Short Pulses |
| 5,607,460 | Physician Interface Export System for Programming Implantable Treatment Devices |
| 5,620,464 | System and Method for Delivering Multiple Closely Spaced Defibrillation Pulses |
| 5,620,469 | Stepped Cardioversion System for an Implantable Cardioverter Defibrillator |

| | |
|---|---|
| 5,643,323 | System and Method Inducing Fibrillation Using an Implantable Defibrillator |
| 5,645,572 | Implantable Cardioverter Defibrillator with Slew Rate Limiting |
| 5,645,573 | Optimal Pulse Defibrillator |
| 5,649,974 | Low Profile Defibrillation Catheter |
| 5,658,319 | Implantable Cardioverter Defibrillator Having a High Voltage Capacitor |
| 5,662,534 | Golf Ball Finding System |
| 5,662,696 | One Piece Disposable Threshold Test Can Electrode for Use with an Implantable Cardioverter Defibrillator System |
| 5,674,248 | Staged Energy Concentration for an Implantable Biomedical Device |
| 5,690,685 | Automatic Battery-Maintaining Implantable Cardioverter Defibrillator and Method for Use |
| 5,697,953 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| 5,709,709 | ICD with Rate-Responsive Pacing |
| 5,713,944 | Cardioversion-Defibrillation Catheter Lead Having Selectively Exposable Outer Conductors |
| 5,718,718 | Method and Apparatus for Polarity Reversal of Consecutive Defibrillation Countershocks Having Back Biasing Precharge Pulses |
| 5,733,309 | Method and Apparatus for Capacitive Switching Output for Implantable Cardioverter Defibrillator |

| | |
|---|---|
| 5,735,876 | Electrical Cardiac Output Forcing Method and Apparatus for an Atrial Defibrillator |
| 5,735,878 | Implantable Defibrillator Having Multiple Pathways |
| 5,738,105 | Method and Apparatus for Sensing R-Waves Using Both Near Field and Far Field Sensing Simultaneously |
| 5,741,303 | Electrode Back-Charging Pre-Treatment System for an Implantable Cardioverter Defibrillator |
| 5,741,307 | Method for Determining an ICD Replacement Time |
| 5,749,910 | Shield for Implantable Cardioverter Defibrillator |
| 5,761,019 | Medical Current Limiter |
| 5,772,689 | Implantable Cardioverter-Defibrillator with Apical Shock Delivery |
| 5,772,690 | System Having a Surrogate Defibrillation Electrode for Testing Implantable Cardioverter-Defibrillators During Implant |
| 5,782,883 | Suboptimal Output Device to Manage Cardiac Tachyarrhythmias |
| 5,814,075 | Method and Apparatus for Optimizing Source Allocation Within an Implantable Cardioverter-Defibrillator |
| 5,827,326 | Implantable Cardioverter Defibrillator Having a Smaller Energy Storage Capacity |
| 5,830,236 | System for Delivering Low Pain Therapeutic Electrical Waveforms to the Heart |
| 5,833,712 | Implantable Defibrillator System for Generating a Biphasic Waveform |

| | |
|---|---|
| 5,836,973 | Staged Energy Concentration for an Implantable Biomedical Device |
| 5,861,006 | System for Selectively Reforming an ICD |
| 5,871,505 | Apparatus for Generating Biphasic Waveforms in an Implantable Defibrillator |
| 5,871,510 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output as a Backup for Tachycardia Patients |
| 5,899,923 | Automatic Capacitor Maintenance System for an Implantable Cardioverter Defibrillator |
| 5,904,705 | Automatic Battery-Maintaining Implantable Cardioverter Defibrillator and Method for Use |
| 5,906,633 | System for Delivering Low Pain Therapeutic Electrical Waveforms to the Heart |
| 5,913,877 | Implantable Defibrillator System for Generating a Biphasic Waveform with Enhanced Phase Transition |
| 5,925,068 | Method for Determining an ICD Replacement Time |
| 5,925,066 | Atrial Arrhythmia Sensor with Drug and Electrical Therapy Control Apparatus |
| 5,944,746 | ICD with Continuous Regular Testing of Defibrillation Lead Status |
| 5,957,956 | Implantable Cardioverter Defibrillator Having a Smaller Mass |
| 5,978,703 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output in a Tachyarrhythmia Patient |
| 5,988,161 | Altitude Adjustment Method and Apparatus |
| 6,007,395 | Sun Tanning Life Vest |

| | |
|---|---|
| 6,041,255 | Disposable External Defibrillator |
| 6,062,474 | ATM Signature Security System |
| 6,093,982 | High Voltage Output Array Switching System |
| 6,101,414 | Method and Apparatus for Antitachycardia Pacing with an Optimal Coupling Interval |
| 6,112,118 | Implantable Cardioverter Defibrillator with Slew Rate Limiting |
| 6,115,597 | Disposal Emergency Cellular Phone |
| 6,132,426 | Temperature and Current Limited Ablation Catheter |
| 6,167,306 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,169,923 | Implantable Cardioverter-Defibrillator with Automatic Arrhythmia Detection Criteria Adjustment |
| 6,185,457 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,198,249 | Thermal Booster Battery System |
| 6,208,899 | Implantable Cardioversion Device with Automatic Filter Control |
| 6,219,582 | Temporary Atrial Cardioversion Catheter |
| 6,233,483 | System and Method for Generating a High Efficiency Biphasic Defibrillation Waveform for Use in an Implantable Cardioverter/ Defibrillator (ICD). |
| 6,282,444 | Implantable Device with Electrical Infection Control |
| 6,287,306 | Even Temperature Linear Lesion Ablation Catheter |
| 6,292,694 | Implantable Medical Device Having Atrial Tachyarrhythmia Prevention Therapy |

| 6,314,319 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output in a Tachyarrhythmia Patient |
| 6,327,498 | Implantable Stimulation Lead for Use with an ICD Device Having Automatic Capture Pacing Features |
| 6,345,200 | Implant Guiding Programmer for Implantable Cardioverter Defibrillator |
| 6,350,168 | Light Selective Sport Garments |
| 6,366,808 | Implantable Device and Method for the Electrical Treatment of Cancer |
| 6,370,234 | Public Service Answering Point with Automatic Triage Capability |
| 6,405,922 | Keyboard Signature Security System |
| 6,408,206 | Disposable External Defibrillator |
| 6,411,844 | Fast Recovery Sensor Amplifier Circuit for Implantable Medical Device |
| 6,438,426 | Temporary Atrial Cardioversion Catheter |
| 6,442,426 | Implantable Ventricular Cardioverter-Defibrillator Employing Atrial Pacing for Preventing Atrial Fibrillation from Ventricular Cardioversion and Defibrillation Shocks |
| 6,445,949 | Implantable Cardioversion Device with a Self-Adjusting Threshold for Therapy Selection |
| 6,445,950 | Implantable Cardioverter/Defibrillator Employing Shock Delivery Timing for Preventing Induced Fibrillation |
| 6,456,876 | Dual-Chamber Implantable Cardiac Stimulation System and Device with Selectable Arrhythmia Termination Electrode Configurations and Method |

| | |
|---|---|
| 6,484,056 | System and Method of Generating a High Efficiency Biphasic Defibrillation Waveform for Use in an Implantable Cardioverter/ Defibrillator (ICD) |
| 6,539,254 | Implantable Ventricular Cardioverter-Defibrillator Employing Atrial Pacing for Preventing Atrial Fibrillation from Ventricular Cardioversion and Defibrillation Shocks |
| 6,549,806 | Implantable Dual Site Cardiac Stimulation Device Having Independent Automatic Capture Capability |
| 6,549,807 | Implantable Cardioverter Defibrillator Having a Rechargeable, Fast-Charging Battery and Method Thereof |
| 6,560,484 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,560,974 | Nitrogen-Based Refrigerator Crisper |
| 6,561,185 | Altitude Adjustment Method and Apparatus |
| 6,567,697 | External Defibrillator with Electrical CPR Assist |
| 6,578,499 | Wind and Insect Resistant Picnic System |
| 6,580,908 | Generic Number Cellular Telephone |
| 6,580,915 | Aircraft Internal EMI Detection and Location |
| 6,590,534 | Electronic Car Locator |
| 6,609,027 | His Bundle Sensing Device and Associated Method |
| 6,625,493 | Orientation of Patient's Position Sensor Using External Field |
| 6,628,986 | System for Predicting Defibrillation Threshold Based on Patient Data |

| | |
|---|---|
| 6,645,153 | System and Method for Evaluating Risk of Mortality Due to Congestive Heart Failure Using Physiologic Sensors |
| 6,658,292 | Detection of Patient's Position and Activity Using 3D Accelerometer-Based Position Sensor |
| 6,662,047 | Pacing Mode to Reduce Effects of Orthostatic Hypotension and Synocope |
| 6,687,542 | XY Selectable Lead Assembly |
| 6,694,188 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,714,818 | System and Method of Generating an Optimal Three-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,731,982 | Anti-Tachycardia Pacing Methods and Devices |
| 6,738,663 | Implantable Device and Method for the Electrical Treatment of Cancer |
| 6,744,152 | Implantable Cardioverter Defibrillator with Switchable Power Source and Patient Warning System Cardiac Device |
| 6,745,073 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,748,261 | Implantable Cardiac Stimulation Device for and Method of Monitoring Progression or Regression of Heart Disease by Monitoring Interchamber Conduction Delays |
| 6,751,503 | Methods and Systems for Treating Patients with Congestive Heart Failure (CHF) |
| 6,754,531 | Anti-Tachycardia Pacing Methods and Devices |

| | |
|---|---|
| 6,760,625 | Battery Monitoring System for an Implantable Medical Device |
| 6,763,266 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,766,194 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,766,196 | Anti-Tachycardia Pacing Methods and Devices |
| 6,772,007 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,775,571 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,780,181 | Even Temperature Linear Lesion Ablation Catheter |
| 6,795,731 | Anti-Tachycardia Pacing Methods and Devices |
| 6,804,577 | Battery Monitoring System for an Implantable Medical Device |
| 6,817,520 | Magnetic Card Swipe Signature Security System |
| 6,826,427 | Methods and Devices for Inhibiting Battery Voltage Delays in an Implantable Cardiac Device |
| 6,853,859 | Electrical Cardiac Output Forcer |
| 6,854,844 | Tan-Thru Sunglasses |
| 6,862,475 | Pediatric Rate Varying Implantable Cardiac Device |
| 6,865,420 | Cardiac Stimulation Device for Optimizing Cardiac output with Myocardial Ischemia Protection |
| 6,904,314 | Automatic defibrillation threshold tracking |

| | |
|---|---|
| 6,907,286 | Anti-tachycardia pacing methods and devices |
| 6,928,321 | Hypnosis augmented ICD |
| 6,931,278 | Implantable cardioverter defibrillator having fast action operation |
| 6,937,896 | Sympathetic nerve stimulator and/or pacemaker |
| 6,954,669 | System and method of generating an optimal three-step defibrillation waveform for use in an implantable cardioverter/defibrillator (ICD) |
| 6,961,615 | System and method for evaluating risk of mortality due to congestive heart failure using physiologic sensors |
| 6,964,116 | Ambulatory hairdryer |
| 6,968,574 | Light selective sports garments |
| 6,980,850 | System and method for emulating a surface EKG using an implantable cardiac stimulation device |
| 6,987,999 | Implantable defibrillator with alternating counter electrode |
| 6,993,379 | System and method for emulating a surface EKG using an implantable cardiac stimulation device |
| 6,997,180 | Breathing gas therapeutic method and apparatus |
| 7,003,348 | Monitoring cardiac geometry for diagnostics and therapy |
| 7,010,358 | Single lead system for high voltage CHF device |
| 7,010,346 | Implantable medical device having atrial tachyarrhythmia prevention therapy |

| | |
|---|---|
| 7,006,867 | Methods and apparatus for overdrive pacing multiple atrial sites using an implantable cardiac stimulation device |
| 7,006,347 | Low deformation electrolytic capacitor |
| 7,006,867 | Methods and apparatus for overdrive pacing multiple atrial sites using an implantable cardiac stimulation device |
| 7,010,346 | Implantable medical device having atrial tachyarrhythmia prevention therapy |
| 7,010,358 | Single lead system for high voltage CHF device |
| 7,016,720 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,020,521 | Methods and apparatus for detecting and/or monitoring heart failure |
| 7,024,243 | System and methods for preventing, detecting, and terminating pacemaker mediated tachycardia in biventricular implantable cardiac stimulation device |
| 7,029,443 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,043,301 | Implantable cardiac stimulation system providing high output far-field pacing and method |
| 7,062,328 | System and method for providing improved specificity for automatic mode switching within an implantable medical device |
| 7,072,712 | Disposable external defibrillator with hinged housing halves |
| 7,076,295 | Automatic defibrillation shock energy adjuster |

| | |
|---|---|
| 7,076,300 | Implantable cardiac stimulation device and method that discriminates between and treats atrial tachycardia and atrial fibrillation |
| 7,076,301 | Implantable cardiac stimulation device that minimizes parasitic muscle stimulation and method |
| 7,079,891 | System and method for providing cardioversion therapy and overdrive pacing using an implantable cardiac stimulation device |
| 7,103,412 | Implantable cardiac stimulation device and method for detecting asymptomatic diabetes |
| 7,113,822 | System and method for providing cardioversion therapy and overdrive pacing using an implantable cardiac stimulation device |
| 7,120,491 | Implantable cardioversion device with a self-adjusting threshold for therapy selection |
| 7,123,961 | Stimulation of autonomic nerves |
| 7,139,611 | System and method for rejecting far-field signals using an implantable cardiac stimulation device |
| 7,149,579 | System and method for determining patient posture based on 3-D trajectory using an implantable medical device |
| 7,149,584 | System and method for determining patient posture based on 3-D trajectory using an implantable medical device |
| 7,155,277 | Pathway management for CHF patients |
| 7,155,286 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |
| 7,158,825 | Implantable cardioverter defibrillator with leakage detection and prevention system |

| | |
|---|---|
| 7,158,826 | System and method for generating pain inhibition pulses using an implantable cardiac stimulation device |
| 7,162,299 | ICD with VF prevention |
| 7,164,944 | Analgesic therapy for ICD patients |
| 7,164,950 | Implantable stimulation device with isolating system for minimizing magnetic induction |
| 7,171,268 | Implantable cardiac stimulation device providing accelerated defibrillation delivery and method |
| 7,181,281 | ICD using MEMS for optimal therapy |
| 7,181,277 | Methods and systems for reducing the likelihood of arrhythmia onset |
| 7,181,269 | Implantable device that diagnoses ischemia and myocardial infarction and method |
| 7,177,684 | Activity monitor and six-minute walk test for depression and CHF patients |
| 7,175,271 | Tan-thru glasses |
| 7,177,684 | Activity monitor and six-minute walk test for depression and CHF patients |
| 7,181,269 | Implantable device that diagnoses ischemia and myocardial infarction and method |
| 7,181,277 | Methods and systems for reducing the likelihood of arrhythmia onset |
| 7,181,281 | ICD using MEMS for optimal therapy |
| 7,191,002 | Anti-tachycardia pacing methods and devices |

| | |
|---|---|
| 7,194,304 | Implantable cardiac defibrillation assembly including a self-evaluation system and method |
| 7,200,437 | Tissue contact for satellite cardiac pacemaker |
| 7,203,546 | System and method of implementing a prophylactic pacer/defibrillator |
| 7,203,547 | System and method of implementing a prophylactic pacer/defibrillator |
| 7,203,550 | Implantable medical device with a current generated for infection control |
| 7,212,855 | System and method for providing preventive overdrive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,212,859 | Dual-chamber implantable cardiac stimulation system and device with selectable arrhythmia termination electrode configurations and method |
| 7,225,030 | Management of implantable devices |
| 7,225,029 | Implantable cardiac therapy device with dual chamber can to isolate high-frequency circuitry |
| 7,225,020 | System and method for providing preventive overdrive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,225,029 | Implantable cardiac therapy device with dual chamber can to isolate high-frequency circuitry |
| 7,225,030 | Management of implantable devices |
| 7,231,255 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |

| | |
|---|---|
| 7,254,440 | Implantable ischemia and myocardial infarction monitor and method |
| 7,260,433 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,270,411 | Light selective sports garments |
| 7,272,438 | Mode switching heart stimulation apparatus and method |
| 7,274,961 | Implantable cardiac stimulation device and method that discriminates between and treats ventricular tachycardia and ventricular fibrillation |
| 7,277,755 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,283,871 | Self adjusting optimal waveforms |
| 7,292,886 | Bifocal cardiac stimulation device and methods |
| 7,295,873 | Anti-tachycardia pacing method and apparatus for multi-chamber pacing |
| 7,305,266 | Cardiac stimulation devices and methods for measuring impedances associated with the heart |
| 7,305,270 | Cardiac pacing/sensing lead providing far-field signal rejection |
| 7,308,305 | Optimally timed early shock defibrillation |
| 7,308,307 | Implantable single-chamber atrial pacing device providing active ventricular far field sensing and rate limit |
| 7,321,792 | Pacing therapy and acupuncture |
| 7,324,849 | Methods and devices for inhibiting battery voltage delays in an implantable cardiac device |

| | |
|---|---|
| 7,333,854 | Orthostatic cardiac output response pacer for heart failure patients and diabetic patients |
| 7,340,302 | Treating sleep apnea in patients using phrenic nerve stimulation |
| 7,359,752 | Configurable test load for an implantable medical device |
| 7,363,081 | System and method for providing preventive over-drive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,363,086 | Capture verification in respiratory diaphragm stimulation |
| 7,369,898 | System and method for responding to pulsed gradient magnetic fields using an implantable medical device |
| 7,373,202 | Unipolar and bipolar lead cardiac pacemaker and method for inhibiting anode stimulation |
| 7,386,342 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,386,343 | Spectrum-driven arrhythmia treatment method |
| 7,389,140 | Adjustment of stimulation current path |
| 7,398,122 | Self adjusting optimal waveforms |
| 7,403,823 | Super plastic design for CHF pacemaker lead |
| 7,412,285 | Method and device for treating cancer with electrical therapy in conjunction with chemotherapeutic agents and radiation therapy |
| 7,413,302 | Tan thru glasses |
| 7,414,534 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |

| 7,421,292 | System and method for controlling the recording of diagnostic medical data in an implantable medical device |
| 7,438,283 | Toddler stair safety system |
| 7,444,154 | Nuisance cell phone locator |
| 7,447,544 | System and method for controlling the recording of diagnostic medical data in an implantable medical device |
| 7,450,995 | Implantable cardiac stimulation device including an output circuit that provides arbitrarily shaped defibrillation waveforms |
| 7,454,249 | Early warning for lead insulation failure |
| 7,457,636 | Self defense cellular telephone |
| 7,467,012 | Respiration parameters controlled by heart rate |
| 7,480,531 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |
| 7,483,715 | Self defense cell phone with projectiles |
| 7,520,081 | Electric immobilization weapon |
| 7,526,336 | Left heart implantable cardiac stimulation system with clot prevention and method |
| 7,540,605 | Tan-through sunglasses |
| 7,565,195 | Failsafe satellite pacemaker system |
| 7,570,995 | Method for reforming a capacitor in an implantable medical device |
| 7,577,478 | Ischemia detection for anti-arrhythmia therapy |

| | |
|---|---|
| 7,585,071 | Tan thru glasses |
| 7,587,239 | Cardiac pacemaker system, lead and method for rejecting far-field signals |
| 7,590,445 | Indirect mechanical medical therapy system |
| 7,596,410 | Tiered antitachycardia pacing and pre-pulsing therapy |
| 7,596,412 | Opto-electrical coherence detection of hemodynamically compromising arrhythmia |
| 7,610,090 | Implantable medical device with automatic sensing adjustment |
| 7,613,513 | System and method for determining cardiac geometry |
| 7,634,313 | Failsafe satellite pacemaker system |
| 7,640,065 | Cardiac constraint/therapeutic stimulation device |
| 7,653,440 | Stimulation lead and methods of stimulating |
| 7,654,230 | Domestic animal telephone |
| 7,654,964 | System and method for detecting arterial blood pressure based on aortic electrical resistance using an implantable medical device |
| 7,676,266 | Monitoring ventricular synchrony |
| 7,680,529 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,684,870 | Direct current fibrillator |
| 7,689,280 | Automatic system for determining bi-ventricular pacing responders |

| | |
|---|---|
| 7,706,864 | Method and apparatus for electrically forcing cardiac output in an arrhythmia patient |
| 7,711,415 | Implantable devices, and methods for use therewith, for monitoring sympathetic and parasympathetic influences on the heart |
| 7,720,549 | Partially implantable system for the electrical treatment of abnormal tissue growth |
| 7,756,577 | Multi-modal medical therapy system |
| 7,751,887 | Tiered antitachycardia pacing and pre-pulsing therapy |
| 7,747,320 | Responding a partial lead failure in an implantable cardioverter defibrillator |
| 7,742,811 | Implantable device and method for the electrical treatment of cancer |
| 7,738,954 | His bundle control |
| 7,747,320 | Responding a partial lead failure in an implantable cardioverter defibrillator |
| 7,751,887 | Tiered antitachycardia pacing and pre-pulsing therapy |
| 7,756,577 | Multi-modal medical therapy system |
| 7,787,961 | Reduced-diameter body-implantable leads and methods of assembly |
| 7,805,158 | Self defense cell phone with acceleration sensor and emergency call button |
| 7,809,439 | Spectrum-driven arrhythmia treatment method |
| 7,813,798 | Systems and methods for preventing, detecting, and terminating pacemaker mediated tachycardia in |

|  | biventricular implantable cardiac stimulation systems |
|---|---|
| 7,848,804 | Apparatus and related methods for capacitor reforming |
| 7,848,806 | Virtual electrode polarization for shock therapy |
| 7,856,268 | Ischemia detection for anti-arrhythmia therapy |
| 7,859,818 | Electronic control device with wireless projectiles |
| 7,876,228 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |
| 7,878,152 | Domestic animal telephone |
| 7,894,915 | Implantable medical device |
| 7,899,537 | Pericardial cardioverter defibrillator |
| 7,946,056 | Ambulatory hairdryer |
| 7,970,465 | Decision paradigms for implantable cardioverter-defibrillators |
| 7,986,965 | Self defense cell phone with shocking circuitry |
| 8,005,474 | Cell phone locator method |
| 8,014,854 | Method and device for treating abnormal tissue growth with electrical therapy |
| 8,060,200 | Self-adjusting optimal waveforms |
| 8,121,680 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 8,099,174 | Left heart implantable cardiac stimulation system with clot prevention electrode body coating and method |
| 8,123,716 | Pericardial delivery of treatment |

| 8,160,655 | Automatic recharging wireless headset |
|---|---|
| 8,170,689 | Implantable cardiac defibrillation system with defibrillation electrode entrapment prevention and method |
| 8,200,330 | Responding to partial lead failure in an implantable cardioverter defibrillator |
| 8,201,522 | Domestic animal telephone |
| 8,269,635 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |
| 8,269,636 | Method and apparatus for monitoring ingestion of medications using an implantable medical device |
| 8,340,731 | Automatic recharging wireless headset |
| 8,352,033 | Apparatus and methods for measuring defibrillation lead impedance via a high magnitude, short duration current pulse |
| 8,401,637 | Medium voltage therapy applications in treating cardiac arrest |
| 8,483,822 | Adaptive medium voltage therapy for cardiac arrhythmias |
| 8,551,019 | Variable stiffness guide wire |
| 8,577,425 | Automatic recharging wireless headset |
| 8,600,494 | Method and device for treating abnormal tissue growth with electrical therapy |
| 8,676,317 | System and method for estimating defibrillation impedance based on low-voltage resistance measurements using an implantable medical device |

| | |
|---|---|
| 8,700,156 | High accuracy painless method for measuring defibrillation lead impedance |
| 8,718,759 | Multi-modal electrotherapy method and apparatus |
| 8,750,990 | Coordinated medium voltage therapy for improving effectiveness of defibrillation therapy |
| 8,750,972 | Implantable medical device with automatic sensing adjustment |
| 8,805,495 | Adaptive medium voltage therapy for cardiac arrhythmias |
| 8,812,103 | Method for detecting and treating insulation lead-to-housing failures |
| 8,868,178 | Arrhythmia electrotherapy device and method with provisions for mitigating patient discomfort |
| 8,868,186 | Methods for measuring impedances associated with the heart |
| 9,061,164 | Method for coordinating medium voltage therapy for improving effectiveness of defibrillation therapy |
| 9,144,684 | Medium voltage therapy applied as a test of a physiologic state |
| 9,168,381 | Arrhythmia electrotherapy device and method with provisions for inferring patient discomfort from evoked response |
| 9,272,150 | Method for detecting and localizing insulation failures of implantable device leads |
| 9,333,009 | Spinal correction system actuators |
| 9,408,638 | Spinal correction system actuators |
| 9,421,391 | Coordinated medium voltage therapy for improving effectiveness of defibrillation therapy |

| | |
|---|---|
| 9,427,577 | Method for detecting and treating insulation lead-to-housing failures |
| 9,480,851 | Multi-modal electrotherapy method and apparatus |
| 9,636,500 | Active surveillance of implanted medical leads for lead integrity |
| 9,636,504 | Arrhythmia electrotheraphy device and method with provisions for mitigating patient discomfort |
| 9,675,799 | Method and apparatus for implantable cardiac lead integrity analysis |
| 9,713,727 | Cardiac-safe electrotherapy method and apparatus |
| 9,821,156 | Apparatus for detecting and localizing insulation failures of implantable device leads |
| 9,895,168 | Spinal correction system actuators |
| 9,987,485 | Method and apparatus for implantable cardiac lead integrity analysis |

## INTERNATIONAL PATENTS: (PARTIAL)

| | |
|---|---|
| AU1305595A1 | Method and Apparatus Utilizing Short Tau Capacitors |
| AU1305795A1 | Implantable defibrillator employing polymer thin film capacitors |
| AU1696897A1 | Medical current limiter |
| AU2003299471 | Method and Device for Treating Cancer with Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| AU3625295A1 | Low profile defibrillation catheter |
| AU697971B2 | Medical current limiter |
| AU9048267 | Bio-acoustic signal sensor |
| AU921460392A1 | Electrocardiographic signal processing device |
| AU9513055 | Implantable cardioverter defibrillator (extended shock duration) |
| AU9513057 | Implantable cardioverter defibrillator (polymer thin film capacitors) |
| AU952637295 | Implantable Defibrillator System for Generating Biphasic Waveforms |
| AU9539631 | Implantable cardioverter defibrillator (stepped cardioversion) |
| AU9716968 | Two terminal bi-directional medical current limiter |
| CA1291792 | Flexible and Disposable Electrode Belt Device |
| DE3637956 | Flexible egwerfbare elektrodenbandvorrichtung (electrode belt) |

| | |
|---|---|
| DE60016125T | Implantable Cardioversion Device with Automatic Filter Control |
| DE60026121T | Implantable ventricular cardioverter/defibrillator employing atrial pacing for preventing atrial fibrillation from ventricular cardioversion and defibrillation shocks |
| DE60114507T | Method and apparatus for biventricular stimulation and capture monitoring |
| DE60203863T | XY Selectable lead assembly |
| DE60212280T | Pacing mode to reduce effects of orthostatic hypotension and syncope |
| DE60303758T | System for monitoring blood glucose levels using an implantable medical device |
| DE69218658 | Implantable defibrillator system providing waveform optimization |
| DE69228735T2 | Defibrillationssystem mit einem kleinen kondensator |
| DE69230430C0 | Vorrichtung zur behandlung von herz vor einer defibrillation |
| DE69319641T2 | Detektion von tachykardie und herzflimmern |
| DE69320474T2 | Implantierbarer kardiovertierer/defibrillator mit einem kleineren verdraengungsvolumen |
| DE69321629T2 | Optimale energiesteuerung fuer einen implantierbaren defibrillator |
| DE69323868C0 | Herzrhythmuskorrektur mittels kurzer impulse |
| DE69936786T | Temporary atrial cardioversion electrode catheter |
| EP1046409 | An implantable cardioverter-defibrillator with automatic arrhythmia detection criteria adjustment |

| EP1084730 | Implantable cardioversion device with automatic filter control |
|---|---|
| EP1114653 | An Implantable Cardioversion Device with a Self-Adjusting Threshold for Therapy Selection |
| EP1127587 | Dual-Chamber Implantable Cardiac Stimulation System and Device with Selectable Arrhythmia Termination Electrode Configurations and Method |
| EP1140279 | Temporary atrial cardioversion electrode catheter |
| EP1155711 | Method and Apparatus for Biventricular Stimulation and Capture Monitoring |
| EP1155712 | Implantable dual site cardiac stimulation device having independent automatic capture capability |
| EP1205215 | Implantable Cardioverter Defibrillator Having a Rechargeable, Fast-Charging Battery and Method Thereof |
| EP1234597 | His Bundle Sensing Device and Associated Method |
| EP1291036 | Pacing Mode to Reduce Effects of Orthostatic Hypotension and Syncope |
| EP1300175 | Xy selectable lead assembly |
| EP1304137 | Anti-tachycardia pacing devices |
| EP1304138 | Automatic defibrillation shock energy adjuster |
| EP1306105 | Implantable Cardiac Therapy Device with Dual Chamber Can |
| EP1308182 | Implantable cardiac stimulation device |
| EP1419731 | System and Method For Monitoring Blood Glucose Levels Using an Implantable Medical Device |

| | |
|---|---|
| EP1515775 (A2) | Method and device for treating cancer with electrical therapy in conjunction with chemotherapeutic agents and radiation therapy |
| EP1515775 | Method and Device For Treating Cancer With Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| EP1524008 (A1) | Implantable cardiac stimulation device providing arbitrarily shaped defibrillation waveforms |
| EP1524008 | Implantable cardiac stimulation device providing arbitrarily shaped defibrillation waveforms |
| EP1570880 (A1) | Left heart implantable cardiac stimulation system with clot prevention |
| EP1598093 (A2) | System for automated fluid monitoring |
| EP1614446 (A2) | Electrically forcing cardiac output temporarily in tachycardia patients |
| EP1614446 | Electrically forcing cardiac output temporarily in tachycardia patients |
| EP1647301 (A1) | Mode switching heart stimulation apparatus and method |
| EP1666086 (A1) | Automatic capture pacing lead |
| EP1747039 | Partially implantable system for the electrical treatment of cancer |
| EP406381 | Bio-acoustic signal sensor |
| EP515059 | Implantable defibrillator system providing waveform optimization |
| EP540266 | Cardiac Pacemaker with Pretreatment Circuit |
| EP547878A3 | Defibrillation Pulse Generator with Small Value Capacitor |

| EP558353 | Implantable Defibrillation System with Optimum Energy Steering |
| --- | --- |
| EP560569 | Defibrillation and Tachycardia Detection System |
| EP578700 | Electrocardiographic signal processing device |
| EP636041 | Cardioversion Waveform Production Circuit for Tachycardia Termination |
| EP642368 | Treatment of Ventricular Tachycardia Using Far-Field Pulse Series |
| EP642369B1 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| EP720496A4 | Prophylactic implantable cardioverter defibrillator |
| EP738171 | Implantable cardioverter defibrillator (stepped cardioversion) |
| EP739223 | Implantable cardioverter defibrillator (extended shock duration) |
| EP739224 | Implantable cardioverter defibrillator (polymer thin film capacitors) |
| EP751805A4 | Staged Energy Storage System for Implantable Defibrillator |
| EP820652 | Two terminal bi-directional medical current limiter |
| EP2092953 (A3) | Implantable stimulation lead for use with an ICD device having autocapture pacing features |
| EP2854702 (A1) | Method For Detecting And Localizing Insulation Failures Of Implantable Device Leads |
| FR642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| FR720496R1 | Prophylactic implantable cardioverter defibrillator |

| | |
|---|---|
| FR751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| GB2185403B | Flexible and Disposable Electrode Belt Device |
| GB642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| GB720496R1 | Prophylactic implantable cardioverter defibrillator |
| GB751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| IT642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| JP8509385 T2 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| JP9622811W1 | Staged Energy Storage System for Implantable Defibrillator |
| NL642369R4 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| NL650383R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| NL720496R1 | Prophylactic implantable cardioverter defibrillator |
| NL751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| WO 532020A1 | Implantable Defibrillator System for Generating Biphasic Waveforms |
| WO0020071 | Implantable Stimulation Lead for Use with an ICD Device Having Autocapture Pacing Features |
| WO0036987 | Dual sensor ablation catheter |

| | |
|---|---|
| WO0038780 | Temporary atrial cardioversion electrode catheter |
| WO0057955 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| WO0187410 | Cardiac stimulation devices and methods for measuring impedances associated with the left side of the heart |
| WO0187410 | Cardiac Stimulation Devices and Methods for Measuring Impedances Associated with the Left Side of the Heart |
| WO020071A1 | Implantable Stimulation Lead for Use with an ICD Device Having Autocapture Pacing Features |
| WO02068049 | Implantable Medical Device with a Current Generated for Infection Control |
| WO03072192 | Management of Implantable Devices |
| WO03073192 | Management of Not Yet Implanted IMD by Use of Telemetry Means |
| WO036987A1 | Dual sensor ablation catheter |
| WO038780A1 | Temporary atrial cardioversion electrode catheter |
| WO2004037341 | Method and Device for Treating Cancer with Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| WO2005099812 (A2) | Partially implantable system for the electrical treatment of cancer |
| WO2006058133 (A2) | Medium voltage therapy applications in treating cardiac arrest |
| WO2006085990 (A2) | Immobilization weapon |
| WO9008506 | Bio-acoustic signal sensor |

| | |
|---|---|
| WO9215245 | Electrocardiographic signal processing device |
| WO9319809 | Treatment of Ventricular Tachycardia Using Far-Field Pulse Series |
| WO9320892 | Cardioversion Waveform Production Circuit for Tachycardia Termination |
| WO9400193A1 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| WO9509030A3 | Prophylactic ICD |
| WO9516492 | Implantable cardioverter defibrillator (extended shock duration) |
| WO9516495 | Implantable cardioverter defibrillator (polymer thin film capacitors) |
| WO9532020 | Biphasic defibrillation waveform production method and apparatus |
| WO9606655 | Low profile defibrillation catheter |
| WO9611035 | Implantable cardioverter defibrillator (stepped cardioversion) |
| WO9622811A1 | Staged Energy Storage System for Implantable Defibrillator |
| WO9622812 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Staged Energy Storage System for Implantable Cardioverter-Defibrillator |
| WO9715351 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output as a Backup for Tachycardia Patients |
| WO9725761 | Medical current limiter |
| WO9725761 | Two terminal bi-directional medical current limiter |

**WO2014US32163**      **Cardiac-Safe Electrotherapy Method And Apparatus**

WO2005099812 (A2) Partially Implantable System For The Electrical Treatment Of Cancer

WO2006085990 (A9) Immobilization Weapon

WO2006058133 (A3) Medium Voltage Therapy Applications In Treating Cardiac Arrest

WO2015148632 (A1) Active Surveillance Of Implanted Medical Leads For Lead Integrity

**BOOKS:**

Kroll M W and M. H. Lehmann

> Implantable Cardioverter Defibrillator Therapy: The Engineering-Clinical Interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA. 1996 ISBN: 0-7923-4300-X.

Efimov I, Kroll MW, Tchou PJ

> Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. xxiii+634 pp. Springer Kluwer. New York, New York. 2008. ISBN: 978-0-387-79402-0

Kroll MW, Ho, JD

> TASER Conducted Electrical Weapons: Physiology, Pathology, and Law. 460 pp. Springer Kluwer. New York, New York. 2009.

Fish RM, Geddes, LA: Andrews, Blumenthal, Cooper, Holle, Kroll, Shafer

> Electrical Injuries: Medical and Bioengineering Aspects. 2nd Ed. xx+ 6—pp. Lawyers and Judges Publishing Co. Inc. Tucson, AZ. 2009

Ho JD, Dawes DM, Kroll MW

> Forensic Atlas of Conducted Electrical Weapons. Ho, Dawes, and Kroll. Springer. *2012.*

## BOOK CHAPTERS:

Tchou P, Kroll MW

"The Sentinel 2000" in Wang, Estes, and Manolis (Ed.). Automatic Cardioverter Defibrillators: A Comprehensive Text, Marcel Dekker, New York. 1993.

Bach S M; Lehmann M H; Kroll M W

"Tachyarrhythmia Detection" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Lehmann M H; Kroll M W

"Future Clinical Challenges" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Ennis J B; Kroll M W

"The High Voltage Capacitor" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Kroll M W; Lehmann M H; Tchou P J

"Defining the Defibrillation Dosage" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Kroll MW; Tchou PJ

"Testing of Implantable Defibrillator Functions at Implantation" in Clinical Cardiac Pacing and Defibrillation 2nd Ed.  Ed. By Ellenbogen, Kay, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 1999.

Paul A. Levine, Robert E. Smith Jr., Balakrishnan Shankar, Greg Hauck, Jeffrey Snell, Andre Walker and Mark Kroll

Pacemaker Memory: Basic Concepts and New Technology. In "The Fifth Decade of Cardiac Pacing" Edited by: Serge Barold and Jacques Mugica. Blackwell Publishing 2003.

Kroll MW; Tchou PJ

"Testing of Implantable Defibrillator Functions at Implantation" in Clinical Cardiac Pacing, Defibrillation, and Resynchonization Therapy, 3rd Ed.  Ed. By Ellenbogen, Kay, Lau, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 2006.

Kroll MW; Levine PA

"Pacemaker and Implantable Cardioverter-Defibrillator Circuitry" in Clinical Cardiac Pacing, Defibrillation and Resynchonization Therapy. 3rd Ed.  Ed. By Ellenbogen, Kay, Lau, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 2006.

Kroll MW.

"Industry Research and Management" in Career Development in Bioengineering and Biotechnology. Ed. By Guruprasad Madhavan, Barbara Oakley, Luis Kun. Springer 2007

Kroll MW, Orlov M.

"History of cardiac defibrillation." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008.

Kroll MW, Swerdlow CD.

"Lessons for the clinical implant." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008.

Kroll MW, Efimov I, Swerdlow CD.

> "Future implantable devices." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008.

Dawes D and Kroll MW.

> "Neuroendocrine Effects of CEWs." In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Brewer JE and Kroll MW.

> "Field Statistics Overview" In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Kroll MW,  Wetli C, Mash D, Karch S, Graham M, Ho J.

> Excited Delirium Checklist. In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Kroll M, Luceri R, Calkins H, Lakkireddy DJ, Ho J.

> Electrocution Diagnosis Checklist. In TASER Conducted Electrical Weapons. Eds. Kroll and Ho. Springer Kluwer 2009

Kroll MW.

> "TASER Electronic Control Devices." In Electrical Injuries: Medical and Bioengineering Aspects. Fish RM, Geddes LA, Andrews C, Blumenthal R, Cooper MA, Holle R, Kroll MW, Shafer JD. Lawyers and Judges Publishing 2009.

Kroll MW.

> "TASER Electronic Control Devices." Clinical and Forensic Medicine. 3rd Ed. Margaret Stark. Springer 2011.

Kroll MW.

> Physics of Electrical Injuries: Forensic Atlas of Conducted Electrical Weapons. Eds: Ho, Dawes, and Kroll. Springer. 2012

Ross DL, Brave MA, Kroll MW

> Arrest-related deaths, Emerging Questions, and Competing Expectations in Investigations. *Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths, and Deaths in Custody. Eds:* Ross and Vilke.  Routledge 2017

Kroll MW, Brave MA

> Conducted Electrical Weapons, CEW Temporal Deaths: In-Custody Deaths. Chapter 13.  *Guidelines for Investigating Officer-Involved Shootings, Arrest-  Related Deaths, and Deaths in Custody. Eds:* Ross and Vilke.  Routledge 2017

Kroll MW

> Arrest-Related Death Evidence Checklist: In-Custody Deaths. *Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths, and Deaths in Custody. Eds:* Ross and Vilke. Routledge 2017

**ABSTRACTS, PRESENTATIONS, AND NONINDEXED LETTERS:**

Kroll MW

"Electromagnetic Interference (in High Resolution Instrumentation)," *International Conference on Weights and Measurement,* June 1980, San Francisco, CA.

Kroll MW, Kroll WH

"Vibration Isolation Efficiency Limitations in Practice Due to Air Effects," *10th International Congress on Acoustics,* July 1980, Sydney, Australia.

Kroll MW

"Diagnosis and Management of Electromagnetic Interference," *ICWM,* May 1981, Dallas, TX.

Kroll MW

"Hardware Modification Boosts Z-80 Counting Rate to 2MHz," *Electronic Design,* May 1982 V30, N11.

Kroll MW

"'Trap Door' Approach to Record Level Lockouts in OS-9," *68XX Journal*, April 1983.

Kroll MW

"Topological Methods in Circuit Layout," *MEIS Conference,* University of Minnesota, May 1983, Minneapolis, MN.

Kroll MW

"Macro Modeling of Time-Dependent Logic Equations," *IEEE Circuit Theory Conference,* July 1985, Norfolk, VA.

Kroll MW

"Chronic Ischemia and the Screening for Coronary Artery Disease," *Invited Presentation to in-Patient Cardiology Department of Cedars Sinai Hospital,* November 1987, Los Angeles, CA.

Kroll MW

"The Electrical Detection of Chronic and Acute Myocardial Ischemia," *IEEE Engineering in Medicine and Biology Society,* May 1988, St. Paul, MN.

Kroll MW

"Protection of Software in a Medical Product," *1988 WorldMed Conference*, Minneapolis, MN.

Kroll MW; Cook T; Brewer JE

"An Accurate Noninvasive ECG Procedure to Identify Clinically Important Coronary Disease," *2nd International Conference on Preventive Cardiology, 29th Annual Meeting of the American Heart Association Council on Epidemiology,* June 1989, Washington, DC.

Kroll MW; Cook T; Brewer J

"Stress EKG vs. A Resting Test for the Detection of Coronary Disease in 402 Police Officers," *2nd International Conference on Preventive Cardiology, 29th Annual Meeting of the American Heart Association Council on Epidemiology,* June 1989, Washington, DC.

Kroll MW

"Electrocardiographic Diagnosis of the Acute Infarction: Standard vs. Chaos Analysis," *Emergency Forum,*  May 1990, Minneapolis, MN.

Kroll MW; Anderson LM; Cook TC; Lund RS

"Detection of Asymptomatic Coronary Artery Disease:  Comparing the Exercise EKG and a New Computer Based Resting Electrocardiographic Procedure," *May 1990 Presentation at the American College of Sports Medicine Annual Meeting*, *Medicine and Science in Sports and Exercise* Vol. 22 #2, May 1990.

Gobel F; Tschida V; Anderson L; Kroll MW

"Computer-Based Electrocardiographic Procedure to Detect Clinically Significant Coronary Artery Disease in Patients with Normal Electrocardiograms," *European Heart Journal*, August 1990, Vol 11A.

Gobel F; Tschida V; Kroll M; Anderson L

"Detection of Single and Multiple Vessel Coronary Artery Disease Using  Electrocardiogram Chaos Analysis," *European Heart Journal*, August 1990, Vol 11A.

Kroll MW; Anderson L

"Screening for Coronary Artery Disease: Treadmill vs. Resting Electrocardiographic Chaos Test," *Chest*, August 1990 Vol 98 Supp. 2.

Tschida V; Gobel F; Kroll, MW; Anderson L

"Screening Yield of Electrocardiogram Chaos Analysis in Asymptomatic Individuals," *European Heart Journal*, August 1990, Vol 11A.

Anderson L; Kroll M; Brewer J

"Screening of Asymptomatic Individuals for Coronary Artery Disease: Treadmill Testing vs. Resting Electrocardiogram Chaos Analysis," *European Heart Journal*, August 1990, Vol 11A.

Kammerling J; Kroll MW

>"Is Electrocardiogram Chaos an Independent Predictor of Electrophysiologic Inducibility?", *Journal of the American College of Cardiology*, February 1991, Vol 17 No. 2A.

Kroll MW

>"Electrocardiographic Chaos Analysis", Invited Address, *16th Conference on Research and Applications in Computerized Electrocardiology*, Santa Barbara, CA, April 1991.

Kroll MW

>"Precision Weighing in Congestive Heart Failure," Invited Address, *1991 International Conference on Weights and Measurement*, San Antonio, TX June 1991.

Kroll MW; Adams TP

>"The Optimum Pulse Truncation Point for Internal Defibrillation," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Adams TP

>"Current or Energy for Defibrillation," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Fulton KW

>"Slope Filtered Correlation Dimension Calculation of Pre-Fibrillation RR Intervals," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Adams TP

>"Pulse Correlation for Arrhythmia Discrimination in the Implantable Defibrillator," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Adams TP; Kroll MW

"Progress in External Pacemakers," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW

"Use of Pulse Correlation for Arrhythmia Discrimination in Implantable Devices," *17th Conference on Research and Applications in Computerized Electrocardiology*, Keystone, CO, April 1992.

Kroll MW

"The Optimum Pulse Width for the Implantable Defibrillator," Seventh Purdue Conference on Defibrillation, *American Heart Journal*, Sept. 1992, Vol. 124 # 3.

Leonelli FM; Kuo CS; Fujimura O; Kroll MW; Koch C

"Defibrillation Thresholds are Lower with Small Output Capacitor Values," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.

Leonelli FM;  Kuo CS; Kroll MW; Koch C; Anderson K

"Increased Right Ventricular Coil Length Lowers Defibrillation Thresholds Despite Reduction in Catheter Diameter and Total Surface Area," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.

Rist K; Kroll MW; Mowrey K; Keim S; Mehdirad A; Mazgalev T; Hardesty R; Tchou P

"Comparison of Epicardial Defibrillation  Energy Requirements Using 140 and 85 Microfarad Capacitor Values," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.

Kroll MW

Effect of Capacitor Size on Thresholds of Monophasic and Biphasic Waveforms, *Duke Defibrillation Workshop*, April 1993.

Kroll MW; Kroll KC; Brewer JE

> The Effect of Pulse Duration on Epicardial Patch Impedance, *European Journal of Cardiac Pacing and Electrophysiology*, 1993.

Kroll MW; Kroll KC; Brewer JE

> Low Energy Test Shocks Need not Overestimate Defibrillation Impedances, *European Journal of Cardiac Pacing and Electrophysiology*, 1993.

Kroll MW; Kroll KC; Adams TP

> Low Energy Cardioversion Shocks Have Significantly Longer Durations Than Defibrillation Shocks of the Same Tilt in the Swine Heart *Circulation,* October 1993, Vol. 88 # 4.

Ryan SJ; Kroll MW; McQuilken GL; Kroll KC; Adams TP

> Discrimination of Ventricular Tachycardia from Exercise Induced High Sinus Rates by use of Rate Model Change Index. *Circulation* October 1993, Vol. 88 # 4.

Adams T; Kroll MW; Kroll  KC; Lueders RS; Perttu JS

> Short Low Energy Shocks are More Accurate Than Long Shocks for Estimating Defibrillation Impedances. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW; Brewer JE; Kroll KC

> Epicardial Patch Impedance is Influenced by Shock Duration Especially at Low Voltages. *Third International Conference on Rate Adaptive Pacing and Implantable Defibrillators,* October 1993, Munich, Germany.

Ryan SJ; Kroll MW; McQuilken GL; Kroll KC; Adams TP

Discrimination of Ventricular Tachycardia From Exercise Induced High Sinus Rates by Use of Rate Modal Change Index. *Third International Conference on Rate Adaptive Pacing and Implantable Defibrillators,* October 1993, Munich, Germany.

Kroll MW; Kroll KC; Adams TP

Low Energy Cardioversion Shocks Have Significantly Longer Durations Than Defibrillation Shocks with Fixed Tilt Waveforms. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW; Supino CG; Adams TP

A Quantitative Model of the Biphasic Defibrillation Waveform. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW

The Future of the ICD: Fourth Generation and Beyond. *Raymond James Healthcare Conference*, St. Petersburg, FL, March 1994.

Kroll MW

A Minimal Model of the Single Capacitor Biphasic Defibrillation Waveform, *Duke Defibrillation Workshop*, April 1994.

Brewer JE; Tvedt MA; Martin L; Kroll MW; Adams TP

Cardioversion Shocks Have a Significantly Higher Tilt of the Internal Electrical Field Than do Defibrillation Shocks, *Pacing and Cardiovascular Electrophysiology*, April 1994, Vol 17 #4 Pt.II.

Kroll MW

Defining the Dosage for Defibrillation: Energy vs. Effective Current. *Association for the Advancement of Medical Instrumentation*, Washington, DC, May 1994

Kroll MW; Brewer JE

Optimal Biphasic Phase Durations. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Brewer JE; Kroll MW

Myocardial Transfer Impedances Show that the Shock Current is a Better Indicator of the Tissue Electric Field than the Voltage. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Kroll MW; Brewer JE

Preconditioning Theory does not Explain the Action of the Single Capacitor Biphasic Defibrillation Waveform. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Kroll MW

Implantable Cardiac Defibrillator Dosage: The Use of Effective Current to Compare Device Outputs. FDA Staff College, 8 Sept 1994.

Swerdlow CD; Kroll MW

How Important is Capacitor Size for Implantable Defibrillators? Eighth Purdue Conference on Cardiac Defibrillation, *American Heart Journal*, September 1994, Vol 128, #3.

Kroll MW

Meta-Analytical Validation of the Burping Hypothesis for the Mechanism of the Single Capacitor Biphasic Defibrillation Waveform. Eighth Purdue Conference on Cardiac Defibrillation, *American Heart Journal*, September 1994, Vol 128, #3.

Leonelli FM; Kroll MW; Brewer JE

> Effect on Defibrillation Threshold of Optimized Biphasic Phase Durations and Capacitor Size. *1995 Cardiostim Meeting*, St. Petersburg, Russia.

Leonelli FM; Kroll MW; Brewer JE

> Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Unipolar System. *1995 Cardiostim Meeting*, St. Petersburg, Russia.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> Dual Level Sensing Significantly Improves Automatic Threshold Control for R-Wave Detection in Implantable Defibrillators. *Pacing and Cardiovascular Electrophysiology*, May 1995.

Swerdlow CD; Kass RM; Kroll MW; Brewer J

> Average-Current Hypothesis for Ventricular Defibrillation in Humans: value of Strength-Inverse Duration Plot. *Pacing and Cardiovascular Electrophysiology*, April 1995, V18.

Kroll MW

> Two Fundamental Challenges in the Modeling of Defibrillation Waveforms. Invited Address, *Duke Defibrillation Workshop*, 1995.

Leonelli FM; Brewer JE; Kroll MW

> A Small Capacitor Optimized Duration Waveform Has Lower Thresholds Than the Presently Available Biphasic Waveform. *Pacing and Cardiovascular Electrophysiology*, May 1995.

Leonelli FM; Brewer JE; Kroll MW

> Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Active Can Electrode System. *European Heart Journal*, August 1995.

Leonelli F; Brewer J; Kroll MW; Adams T

"Defibrillation Thresholds with Optimized Durations and a Smaller Capacitor in Active Can System." *European Heart Journal 16* – 1995

Leonelli FM; Brewer J; Kroll MW

A Short Duration Small Capacitor Biphasic Waveform Has Lower Thresholds Than the Clinically Available Biphasic Waveform. *Pacing and Clinical Electrophysiology*, April 1995, V18.

Leonelli F; Brewer J; Kroll MW

Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Active Can Electrode  System. *European Journal of Cardiology,* August 1995.

Yamouchi Y; Mowrey K; Nadzam G; Kroll M; Brewer J; Donohoo A; Wilkoff B; Tchou P

Large Voltage Changes at Phase Reversal Improves Defibrillation Thresholds. *Circulation*, October 1995.

Yamanouchi Y; Mowrey K; Nadzam G; Hills D; Kroll M; Brewer J; Donohoo A; Wilkoff B; Tchou P

Multipeaked Phase I Biphasic Defibrillation Waveform: A Comparison with Standard Waveform Used in Clinical Devices. *Circulation*, October 1995.

Leonelli FM; Wang K; Garcia F; Patwardhan A; Brewer JE; Donohoo AM; Kroll MW

"Improved Defibrillation with Timed Energy Steering." *European Heart Journal* 17, 1996.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> "Dual Level Sensing Significantly Improves Automatic Threshold Control for R-Wave Sensing in Implantable Defibrillators." *Pacing and Clinical Electrophysiology*, April 1995, V18.

Yamanouchi Y; Mowrey KA; Nadzam GR; Hills DG; Kroll MW; Brewer JE; Donohoo AM; Wilkoff BL; Tchou PJ

> "Optimized First Phase Tilt Maximizes Voltage Kick in "Parallel-Series" Biphasic Waveform." *Journal of the American College of Cardiology,* February 1997.

Stanton MS; Love CJ; Mehdirad A; Duncan JL; Kroll MW

> "Initial Clinical Results of a New ICD Using a Novel Small Capacitor Biphasic Waveform." *Journal of the American College of Cardiology*, February 1997.

Swerdlow CD; Brewer JE; Kass RM; Kroll MW

> "Estimation of Optimal ICD Capacitance From Human Strength-Duration Data." *Journal of the American College of Cardiology*, February 1997.

John Swartz; James Hassett; Michael Bednarek; Karen Kelly; Mark Kroll

> Burn Pulmonary Vein Isolation With A Virtual Circumferential Electrode. *Pacing and Clinical Electrophysiology*, April 1998 Vol. 21 No. 4.

John Swartz; James Hassett; Michael Bednarek; Michael Pikus; Mark Kroll

> Saline Flow Rate Optimization With A Virtual Circumferential Electrode For Pulmonary Vein Isolation. *European Journal Of Cardiac Pacing And Electrophysiology*, June 1998

John Swartz; James Hassett; Michael Bednarek; Karen Kelly; Mark Kroll

> Single Burn Pulmonary Vein Isolation with a Virtual Circumferential Electrode. *European Journal of Cardiac Pacing and Electrophysiology*, June 1998

M Malik, SJ Ryan, MW Kroll, HH Hoium

> Computer Simulation of Optimum Electrode Configuration for the Induction of Noninvasive Wedensky Phenomenon in Man. *Proceedings of Computers in Cardiology, 1999;26:209:212*

K Hnatkova, MW. Kroll, SJ. Ryan, TM Munger, N Samniah, L Hegrenaes, DG Benditt, M Stanton, O Rossvoll, HH. Hoium, M Malik

> Wavelet Decomposition of Wedensky Modulated Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Healthy Volunteers. *Proceedings of Computers in Cardiology, 1999; 26:157-160*

Katerina Hnatkova, David G. Benditt, Marek Malik, MD, Ole Rossvoll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> Wedensky Transthoracic Stimulation: Dose Response in Healthy Volunteers and Ventricular Tachycardia Patients. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, , David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> QRS Complex Alternans Detected By Wavelet Decomposition of Signal Averaged Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G. Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Phenomenon Within the Late Potential Region: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Phenomenon and Cardiac Modulation: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls. *(XIth World Symposium on Cardiac Pacing and Electrophysiology, June 1999, Berlin, Germany)*

Marek Malik, David G. Benditt, Katerina Hnatkova, Lars Hegrenaes, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> External Cardiac Modulation: Evidence of Wedensky Phenomenon in Healthy Subjects and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium

> Wavelet Analysis of Subthreshold Cardiac Modulation in Healthy Subjects and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> Wavelet Decomposition of QRS Complex Alternans: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, David G. Benditt, Marek Malik, Ole Rossvoll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> Wedensky Transthoracic Modulation: Dose Response in Healthy Volunteers and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Marek Malik, David G. Benditt, Katerina Hnatkova, Lars Hegrenaes, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> External Cardiac Modulation: Evidence of Wedensky Phenomenon in Healthy Subjects and Ventricular Tachycardia Patients. *European Society of Cardiology,* August 1999, Barcelona, Spain

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium

> Wavelet Analysis of Subthreshold Cardiac Modulation in Healthy Subjects and Ventricular Tachycardia Patients. *European Society of Cardiology,* August 1999, Barcelona, Spain

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> Wavelet Decomposition of QRS Complex Alternans: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *European Society of Cardiology*, August 1999, Barcelona, Spain

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G. Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Cardiac Modulation: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls.*(European Society of Cardiology,* August 1999, Barcelona, Spain

M. Malik, M. Kroll, S. Ryan, H. Hoium

Optimum Electrode Configuration to Induce Non-Invasive Wedensky Phenomenon in Man. *Computers in Cardiology,* November 1999, Hanover, Germany

K. Hnatkova, M.W. Kroll, S.J. Ryan, T.M. Munger, N. Samniah, L. Hegrenaes, D.G. Benditt, M. Stanton, O. Rossvoll, H.H. Hoium, M. Malik

Wavelet Decomposition of Wedensky Modulated Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Healthy Volunteers. *Computers in Cardiology,* November 1999, Hanover, Germany

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Marek Malik

Wedensky Modulated Signal Averaged Electrocardiograms Combination of Time Domain and Wavelet Decomposition Parameters for Identification of Ventricular Tachycardia Patients. *Circulation,* October 1999, Atlanta, Georgia

Hamzei A, Mouchawar G, Badelt S, Zhang J, Kroll M, Fain E, Swerdlow CD.

Three-capacitor multistep waveform lowers defibrillation threshold. Pacing and Clinical Electrophysiology 22:87, 1999

K Hnatkova, SJ Ryan, DG Benditt, O Rossvoll, TM Munger, N Samniah, J Bathen, MS Stanton, MW Kroll, HH Hoium, M Malik

Reproducibility of Non-invasive Wedensky Modulation in Man is Dependent on Number of Averaged Cardiac Cycles. *North American Society of Pacing and Electrophysiology,* May 2000, Washington DC

Marek Malik, Steven J Ryan, Mark W Kroll, Harold H Hoium

>   Computer Simulation of Optimum Electrode Configuration for the Induction of Non-invasive Wedensky Modulation in Man. *North American Society of Pacing and Electrophysiology,* May 2000, Washington DC

K. Hnatkova, S.J. Ryan, D.G. Benditt, O. Rossvoll, T.M. Munger, N. Samniah, J. Bathen, M.S. Stanton, M.W. Kroll, H.H. Hoium, M. Malik

>   Reproducibility of non-invasive Wedensky modulation in man is dependent on modulation energy but independent of modulation moment. *European Society of Cardiology,* August/September 2000, Amsterdam, Netherlands

K Hnatkova, SJ Ryan, DG Benditt, O Rossvoll, TM Munger, N Samniah, J Bathen, MS Stanton, MW Kroll, HH Hoium, M Malik

>   Stability of Non-invasive Wedensky Modulation in Man Depends on Modulation Energy but not on Modulation Moment. *Cardiostim,* June 2000, Nice, France

Marek Malik, Steven J Ryan, Mark W Kroll, Harold H Hoium

>   Optimum Electrode Configuration for the Induction of Non-invasive Wedensky Modulation in Man: Computer Modeling Study. *Cardiostim,* June 2000, Nice, France

Kroll MW

>   History of Pacing and Defibrillation. Invited Address, *United States Patent and Trademark Office*, June 2001, Arlington, Virginia.

Kroll MW

>   Creativity and Invention. Invited Address, *UCLA*, November 2001, 2002, 2003, 2004. Los Angeles, California.

Kroll, Mark W; Brewer, James E, and Ellenbogen, Kenneth A

Threshold Creep as a Possible Cause of Sudden Death in ICD Patients. *Twelfth World Congress on Cardiac Pacing and Electrophysiology*, Feb. 2003, Hong Kong.

Kroll MW

History of Pacing and Defibrillation. Invited Address, *California Polytechnical Institute*. February 2003, San Luis Obispo, California.

Kroll MW

Medical Startup: Do's and Don'ts. Invited Address: *Caltech/MIT Enterprise Forum*. March 2003

Kroll MW

History of Pacing and Defibrillation. Invited Address, *The Citadel*, March 2003 Charleston, South Carolina.

Kroll MW

Clinical Applications of Defibrillation Research. Invited Address, *University of Michigan Cardiac Electrophysiology Dept*. 2003, 2004.

Kroll M, Lebel R, Suh A, Muntz AH.

Medical Devices: The Power of Small. Panel for the MIT Club meeting at Caltech, Jan 2004.

Kroll MW.

Cardiac Concerns and the TASER Devices. TASER International Tactical Conference, Las Vegas. Feb 2004.

Kroll MW

Clinical Applications of Defibrillation Research.  Invited Address. *Stanford University Cardiac Electrophysiology Dept*., Palo Alto, California, 2004.

Karlheinz Seidel KH, MD, Chris Moulder, MS, Gabriel Mouchawar, PhD, Christoph Stoeppler, MD, T. Becker, MD, T. Kleemann, MD., U. Weise, MD, Mark Kroll, PhD

Stepped Defibrillation Waveform is More Efficient than the Biphasic Waveform, *Europace Supplements*, Vol. 6, June 2004.


Kroll MW, Stoeppler C, Larsson B, Schaeken A, Mouchawar G, Moulder C, Bailleul C

Beyond the Biphasic: The Next Step for DFT Reduction, *Europace Supplements*, Vol.6, June 2004.


Kroll MW, Olson W, Karam R, Lathrop D, Zipes DP.

Sudden Cardiac Death: Where are we and where are we going in the next 20 years? Gordon Research Conference: *Cardiac Arrhythmia Mechanisms*. February 2005


Mark Kroll, James Sweeney, Charles Swerdlow.

Theoretical Considerations Regarding the  Cardiac Safety of Law Enforcement Electronic Control Devices. *American Academy of Forensic Sciences. Annual Meeting* Feb 2006. Proceedings Vol XII C18 pp 139-140.


Mark Kroll, James Sweeney, Dorin Panescu.

Analysis of Electrical Activation of Nerve and Muscle by TASER CEWs. *American Academy of Forensic Sciences. Annual Meeting* Feb 2006. Proceedings Vol XII C22 pp 142-143.


Kroll MW, Seidl KH, Moulder C, Mouchawar G, Stoeppler C, Becker T, Donges K, Kleeman T, Weise U, Anskey E,  Burnett H, Denman RA.

Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *JACC* February 2006

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *Cornell University Cardiac Electrophysiology Dept.* May 2006.

Boriani G, Kroll MW, Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Branzi A.

Plateau Waveform Shape Allows a Higher Patient Shock Energy Tolerance. *Heart Rhythm* abstract issue 2006

Mark Kroll and Dorin Panescu.

Theoretical Considerations Regarding the Cardiac Safety of Law Enforcement Electronic Control Devices. *Bioelectromagnetic Society* 2006 Conf.

Kroll MW

The History and Future of Defibrillation Waveforms. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Val-Mejias J. E., Gupta M. S., Kroll M. W.

Paradoxical Relationship between Defibrillation Threshold and Shock Pulse Time Constant. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Seidl K., Kroll M.W., Mouchawar G, Becker T., Donges K., Kleemann T., Weise U., Moulder C., Stoeppler C., Umesan C.V., Martin P.T., Anskey E.J., Burnett H., Denman R.A.

Stepped Defibrillation Waveform Is More Efficient than the 50% Tilt Biphasic. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Boriani G, Edvardsson N, Kroll MW., Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Poçi D, Moulder C, Mouchawar G, Branzi A - Bologna, ITA

Plateau Waveform Shape Allows a Higher Patient Shock Energy Tolerance. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Val-Mejias J. E., Gupta M. S., Kroll M. W.

Is There an Optimal Impedance for Internal Defibrillation? Cardiostim 2006 and *Europace* Abstract Issue 2006.

Natarajan S, Henthorn R, Burroughs J, Esberg D, Zweibel S, Ross T, Kroll MW, Gianola D

Prospective Comparison of Fixed Duration "Tuned" Vs. 50/50% Fixed Tilt Defibrillation Waveforms. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Panescu D, Mehra R, Kroll MW, Terry R.

Medical device development: An industry-academia joint venture? *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Dorin Panescu, Ph.D., Mark W. Kroll, Ph.D., Igor R. Efimov, Ph.D. and James D. Sweeney, Ph.D

Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Robert A. Stratbucker, M.D., Ph.D. , Mark W. Kroll, Ph.D. , Wayne McDaniel, Ph.D.  and Dorin Panescu, Ph.D.

Cardiac Current Density Distribution by Electrical Pulses from TASER devices. *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Kroll MW.

Reply to comment on: Benefit of millisecond waveform duration for patients with high defibrillation thresholds. *Heart Rhythm.* 2006 Sep;3(9):1114; author reply 1114. Epub 2006 Jul 8

Michael Gold, MD, PhD, Jesus Val-Mejias, MD, Robert B. Leman MD, Rangarao Tummala, MD, Sanjeev Goyal, MD, Jeffrey Kluger, MD, Mark Kroll, PhD, Ashish Oza, MS.

Effect of SVC Coil Usage and SVC Electrode Spacing on Defibrillation Thresholds. American Heart Association  2006 Scientific Sessions *Circulation* Oct 2006.

Kroll MW.

Scientific Basis for the Cardiac Safety of Conducted Electrical Weapons. 2006 Annual Seminar: Institute for the Prevention of In Custody Death, Las Vegas. 17 Nov. 2006.

Keane D, Aweh N, Hynes B, Sheahan RG, Cripps T, Bashir Y, Zaidi A, Fahy G, Lowe M, Doherty P, Kroll MK.

Achieving Sufficient Defibrillation Safety Margins with Fixed Duration Waveforms and the Use of Multiple Time Constants. ACC March 2007 e-Poster.

Gilman B, Kroll MW.

Electrically Induced Chest Constrictions During Ventricular Fibrillation Produce Blood Flow. JACC March 2007

Mark W. Kroll, PhD, Jeffrey D. Ho, MD,. Dorin Panescu, PhD, Sunnyvale, CA. Igor R. Efimov, PhD, Richard M. Luceri, MD, Patrick J. Tchou, MD, Hugh Calkins, MD.

Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated with Electronic Control Devices: A Cardiovascular Perspective. American Academy of Forensic Science Annual Conference Feb 2007. Pp 284-285

Gilman, BL, Kroll, MW, Wang P, Berry, J, Kroll, K.

Electrically Induced Chest Constrictions Produce Blood Flow During Ventricular Fibrillation Via Thoracic-Only Pump Mechanism. Heart Rhythm Society Annual Scientific Sessions. May 2007

Kroll MW.

Reply to comment on: Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *Heart Rhythm.* 2007

Kroll MW.

Physiology and Pathology of Conducted Energy Weapons. Invited Plenary Address: Bioelectromagnetic Society Annual Meeting Kanazawa, Japan, June 2007.

Gold MR, Val-Mejias J, Leman RB, Kroll MW, Graumann R, Oza A.

Effect of Superior Vena Cava Coil Location and Shock Impedance on Defibrillation Thresholds. Europace June 2007 Lisbon Portugal.

Kroll MW

Physiology and Pathology of Electronic Control Devices. 12th Masters Conference on Advanced Death Investigation. July 24, 2007. St. Louis University, St. Louis, MO.

Kroll MW

Clinical Applications of Defibrillation Research. South Pacific Cardiology Meeting. Hong Kong, August 13, 2007

Kroll MW.

Scientific Basis for the Safety of Conducted Electrical Weapons. 2007 Annual Seminar: Institute for the Prevention of In Custody Death, Las Vegas. 28 Nov. 2007.

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *New York University Cardiac Electrophysiology Dept*. Jan 2008.

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *Brown University Cardiac Electrophysiology Dept*. Feb 2008.

Kroll MW.

Scientific Basis for the TASER Weapon Cardiac Safety. Invited address, Europäische Polizeitrainer-Fachkonferenz in Nurenberg, Germany. March 2008.

Lakkireddy, DJ, Kroll MW, Tchou PJ, et al.

Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture? Heart Rhythm abstract issue May 2008.

Swerdlow CS, Kroll MW, Williams H, Biria M, Lakkireddy, DJ, Tchou PJ.

Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device. Heart Rhythm abstract issue May 2008.

Lakkireddy, DJ, Kroll MW, Swerdlow, CS, Tchou PJ.

Cardiovascular Effects of Conductive Electrical Weapons (TASER®): Is Drive Stun worse than the Barbed Application? Cardiostim June 2008.

Swerdlow CS, Kroll MW, Williams H, Biria M, Lakkireddy, DJ, Tchou PJ.

Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device. Cardiostim June 2008

Mejias JE, Doshi, S, Pittaro, M, Kroll M, Oza, A

Effect Of High Voltage Shock Impedance On The Defibrillation Efficacy Of Different Membrane Time Constant Based Defibrillation Waveforms. Cardiostim June 2008

Doshi, S, Mejias JE, Pittaro M, Reeves R, Boyce,K, Burroughs J, Cakulev I, Kroll M, Oza, A

Efficacy Of Tuned Waveforms Based On Different Membrane Time Constants On Defibrillation Thresholds: Main Results From The Power Trial. Cardiostim June 2008

Mejias JE, Gupta MS, Kroll M,

An Inverse Relationship Between Shock Impedance And DFT In Terms Of Delivered Charge Supports The Membrane Charging Model Of Defibrillation. Cardiostim June 2008

Panescu D, Kroll M, Stratbucker, R.

Theoretical Possibility of Ventricular Fibrillation During Use of TASER Neuromuscular Incapacitation Devices. IEEE EMBC Annual Meeting, Vancouver August 2008.

Kroll M.

Medical Device Development Challenges. IEEE EMBC Annual Meeting, Vancouver August 2008.

Gilman, BL, Brewer, JE, Kroll MW, Ristango G, Wang H, Shijiie S, Weil MH.

Applying the Principles of Functional Stimulation to Electrical CPR. American Heart Association Scientific Sessions 2008.

Kroll MW, Panescu D, Brewer JE, Lakkireddy DJ, Graham MA

Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons. American Academy of Forensic Science Proceedings 2009

Kroll MW

Idea Validation: The Big Company Perspective. Invited address: Johns Hopkins Medical Device Conference. Nov 2008

Kroll MW, Kroll RM, Wood EA, Koepp G, Stein G, Seaburg M, Levine JA.

Diastolic Blood Pressure Is A Strong Predictor Of Activity Energy Expenditure. J American College Cardiology 2009. Abstract issue

Kroll MW, Panescu D, Brewer JE, Lakkireddy DJ, Graham M.

Meta-Analysis Of Fibrillation Risk From TASER® Conducted Electrical Weapons as a Function of Body Mass. Heart Rhythm 2009 Abstract AB20-1.

Cooper J, Kroll MW, Latacha MP, Chen J, Gleva MJ, Faddis MN, Smith TW.

Shock Impedance After Replacing the Superior Vena Cava Coil With an Azygos Defibrillation Lead: Implications for Mechanism of Improved Defibrillation Efficacy. Heart Rhythm 2009 Abstract AB16-3.

Val-Mejias JE, Gupta MS, Kroll MW.

A higher shock impedance (SVC Coil OFF) provides a more efficient defibrillation. Heart Rhythm 2009 Abstract PO04-124.

Val-Mejias JE, Gupta MS, Kroll MW.

How should Defibrillation Threshold be measured and compared? Voltage, Energy, Current or Charge? Heart Rhythm 2009 Abstract PO04-125.

Doshi SK, Val-Mejias JE, Pittaro M, Reeves R, Payne J,  Henthorn R,  Hong M, Zweibel S, Kroll, MW, Graumann R, Oza, AL.

Do similar T-Shock and Rescue Shock Waveforms, When Altered, Affect ULV based DFT Estimations? Heart Rhythm 2009 Abstract PO06-130.

Val-Mejias JE, Doshi SK, Kroll, MW, Oza, AL, Shah S.

Is the Time Constant of the Cardiac Cell Membrane Affected by Progression of Heart Disease? Heart Rhythm 2009 Abstract PO06-142.

Kroll, MW

> Implantable devices - Achieve maximum safety at implant. Meeting of European Society of Cardiology (ESC) Working Group on Cardiovascular Pharmacology and Drug Therapy. 19 June 2009.

Kroll, MW

> How do TASER Electronic Control Devices Actually Work? Illinois Science Council Session on: The Body Electric, 29 June 2009.

Kroll, MW

> The Future of Defibrillation Therapy. At "25 Years of ICD-Therapy in Germany." Mannheim, Germany. 25 Sept 2009

Moulder C, Kroll MW.

> Plateau waveform reduces pain with and without pre-pulses. Heart Rhythm Soc., 2010, Heart Rhythm abstract issue, 2010

Kroll MW

> Implantable Defibrillator Transformers and High Voltage Circuits. Invited Faculty Presentation, Heart Rhythm Soc., 2011

Kroll MW

> The Electrophysiologist In Industry. Invited Faculty Presentation, Heart Rhythm Soc., 2012

Swerdlow CD, Kroll MW, Kollman D, Seifert, G

> Transmission Line Testing of ICD Leads, Heart Rhythm Society 2014

Graham MA, Karch SB, Wetli CV, Kroll, MW, Brave MA

> Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. National Association of Medical Examiners 2014

Swerdlow CD, Kroll MW, Kollman D, Seifert G

> High-Frequency Impedance Identifies Chronic Riata Leads with Outer Insulation Breach but Intact Inner Insulation, Heart Rhythm Society 2015

Kroll MW

> The Science of Arrest-Related-Death. International Law Enforcement Educators and Trainers Association. Chicago, USA. April 2015

Brave MA,  Karch S, Kroll MW, Graham MA, Wetli C

> Medical Examiner Collection of Comprehensive, Objective Medical Evidence for CEWs and Their Temporal Relationship to Sudden Arrest. National Institute of Science And Technology. International Forensic Symposium On Error Management. July 2015

Kroll MW

> Pathophysiological Aspects of Electroshock Weapons. Symposium at University of Salzburg, Austria. July 2015.

Kroll MW

> Defibrillation Threshold Testing: Is it Still Relevant? Kansas City Heart Rhythm Symposium. Kansas City, USA. August 2015

Kroll MW

> The Basic Science of Defibrillation. Invited Address, United Kingdom Heart Rhythm Conference, Birmingham UK, Oct 2015

Ross D, Kroll MW, Brave M

> Arrest-Related-Death. International Law Enforcement Educators and Trainers Association. Chicago, USA. April 2016

Kroll MW

> Clinical Applications of Defibrillation Research. Oxford University, April 2016.

Kroll MW

> Real and Imagined Risk of Electrical Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg Austria. Dec 2016.

Brave MA, Kroll, MW, Karch SB, Wetli CV, Graham MA, Kunz SN, Panescu D

> Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. ICFSC 2017: International Conference on Forensic Science and Crime. London, UK Jan 2017. World Academy of Science, Engineering and Technology, International Journal of Law and Political Sciences, 11(1) 2017

Kroll MW

> Optimizing ICD implants for Heart Failure Patients. Japan Heart Failure Annual conference. Feb 2017

Kroll MW

> Electrical weapons and the investigation of arrest-related death. Miami-Dade Police Use of Force in Today's World Conference. June 2017.

Kroll MW

> Ventricular fibrillation risk of short pulses. Did Green and Biegelmeier miss something? IEC TC64MT4 Meeting, Dresden Germany, March 2018.

Kroll MW

Charge not energy: the risk of short pulses from electric cars to electric fences. 3rd International Symposium "Electricity and Safety in the 21st Century" – New Technologies, Applications and Standards. Dresden, Germany (DGUV Congress) on Nov. 5-6, 2018.

**PAPERS AND MEDLINE INDEXED LETTERS:**

Kroll MW; Fulton KW

"Slope Filtered Pointwise Correlation Dimension Algorithm and its Evaluation with Pre-Fibrillation Heart Rate Data," J*ournal of Electro cardiology*, March 1992, Vol 24S

Kroll MW; Anderson KM; Supino CG; Adams TP

"Decline in Defibrillation Thresholds," *Pacing and Cardiovascular Electrophysiology*, Jan. 1993, Vol 16 #1 Pt. II.

Kroll MW

"A Minimal Model for the Monophasic Defibrillation Pulse," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4.

Kroll MW

A Minimal Model of the Single Capacitor Biphasic Defibrillation Waveform. *Pacing and Cardiovascular Electrophysiology*, November 1994 Vol 17 Pt. I.

Hoium H; Brewer JE; Kroll KC; Kroll MW; Kroll KJ

Use of Subthreshold Transcutaneous Stimulation as a Possible Prognostic Test for Ventricular Tachycardia. *European Journal of Biomedical Engineering*, June 1994, Vol 16, # 3/4.

Rist K; Tchou PJ; Mowrey K; Kroll MW; Brewer JE

Small Capacitors Improve the Biphasic Waveform. *Journal of Cardiovascular Electrophysiology*, September 1994.

Brewer JE; Tvedt MA; Adams TP; Kroll MW

Low Voltage Shocks Have a Significantly Higher Tilt of the Internal Electric Field Than Do High Voltage Shocks. *Pacing and Cardiovascular Electrophysiology*,  January 1995, Vol 18, Pt. II

Leonelli FM; Wright H; Latterell ST; Nelson RS; Adams TP; Kroll MW

> "A Long Thin Electrode Is Equivalent to a Short Thick Electrode for Defibrillation in The Right Ventricle." *Pacing Clinical Electrophysiology*, January 1995.

Leonelli FM, Wright H, Brewer JE, Adams TP, Kroll MW

> Woven wire patches are superior to solid disks for subcutaneous electrodes: implications for active can defibrillation. *Pacing Clinical Electrophysiology* January 1995.

Leonelli FM; Kroll MW, Brewer JE

> "Defibrillation Thresholds Are Lower with Smaller Storage Capacitors." *Pacing and Clinical Electrophysiology*, Sept 1995. Vol. 18.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> Dual level sensing significantly improves automatic threshold control for R wave sensing in implantable defibrillators. *Pacing Clinical Electrophysiology* 1996 Dec;19(12 Pt 1)

Yamanouchi Y, Mowrey KA, Nadzam GR, Hills DG, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Large change in voltage at phase reversal improves biphasic defibrillation thresholds. Parallel-series mode switching. *Circulation* 1996 Oct 1;94(7)

Yamanouchi Y, Brewer JE, Mowrey KA, Kroll MW, Donohoo AM, Wilkoff BL, Tchou PJ

> Sawtooth first phase biphasic defibrillation waveform: A comparison with standard waveform in clinical devices *Journal Cardiovascular Electrophysiology* 8 (5) (May 1997)

Swerdlow CD, Brewer JE, Kass RM, Kroll MW

> Application of models of defibrillation to human defibrillation data: implications for optimizing implantable defibrillator capacitance. *Circulation* 1997 Nov 4;96(9):2813-2822

Yamanouchi Y, Mowrey KA, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Optimized first phase tilt in "parallel-series" biphasic waveform. *Journal Cardiovascular Electrophysiology* 1997 Jun;8(6)

Kroll MW, Brewer JE

> Automated external defibrillators: design considerations. *New Horizons in Emergency Medicine* 1997 May;5(2)

Mouchawar GA, Wolsleger WK, Doan PD, Causey JD 3rd, Kroll MW

> Does an SVC electrode further reduce DFT in a hot-can ICD system? *Pacing Clinical Electrophysiology*   1997 Jan;20(1 Pt 2)

Yamanouchi Y, Mowrey KA, Nadzam GR, Hills DG, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Effects of polarity on defibrillation thresholds using a biphasic waveform in a hot can electrode system. *Pacing Clinical Electrophysiology* 1997 Dec;20(12 Pt 1)

Yamanouchi YY, Mowrey KA, Kroll MW, Brewer JE, Donohoo AM, Niebauer MJ, Wilkoff BL, Tchou PJ

> Effects of respiration phase on ventricular defibrillation threshold in a hot can electrode system. *Pacing Clinical Electrophysiology* 1998 Jun;21(6)

Leonelli FM, Wang KE, King C, Brewer J, Donohoo AM, Kroll MW

> Energy steering of biphasic waveforms using a transvenous three electrode system.
>
> *Pacing Clinical Electrophysiology*. 1999 Jun;22(6 Pt 1):849-54.

Mehdirad AA, Love CJ, Stanton MS, Strickberger SA, Duncan JL, Kroll MW

> Preliminary clinical results of a biphasic waveform and an RV lead system.
>
> *Pacing Clinical Electrophysiology*. 1999 Apr;22(4 Pt 1):594-9.

Malik, M., Ryan, S.J., Kroll, M.W. and Hoium, H.H.

> Computer simulation of optimum electrode configuration for the induction of noninvasive Wedensky phenomenon in man. In Computers in Cardiology, 1999: 209-212

Hnatkova, K; Kroll, M. W.; Ryan, S. J.; Munger, T. M.; Samniah, N.; Hegrenaes, L.; Benditt, D. G.; Stanton, M.; Bathen, J.; Rossvoll, O.; Hoium, H. H.; Malik, M.

> Wavelet decomposition of Wedensky modulated electrocardiograms : Differences between patients with ventricular tachycardia and healthy volunteers. Computers in Cardiology. 1999:157-160.

Mouchawar G, Kroll M, Val-Mejias JE, Schwartzman D, McKenzie J, Fitzgerald D, Prater S, Catcher M, Fain E, Syed Z.

> ICD waveform optimization: A randomized, prospective, pair-sampled multimember study. *Pacing Clinical Electrophysiology*. 2000 Nov;23(11 Pt 2):1992-5.

Val-Mejias JE, Brewer, JE, Kroll MW

> Efficient defibrillation with new asymmetric waveform, Cardiostim 2001 Proceedings, *Europace* 2001; 589—594.

Val-Mejias JE, Brewer, JE, Kroll MW

> Capture threshold correlates with defibrillation threshold, Cardiostim 2001 Proceedings, *Europace* 2001; 595—600

Kroll MW

> Waveform Flexibility: The Present and Future Solution for Clinically Effective Defibrillation, Cardiac Arrhythmias 2003. 2004, pp 519-526.

Boriani G, Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Kroll M, Branzi A.

> Mechanisms of Pain Associated with Internal Defibrillation Shocks: Results of a Randomized Study of Shock Waveform, *Heart Rhythm*, July 2005

Denman RA, Umesan C, Martin PT, Forbes RN, Kroll MW, Anskey EJ, Burnett HE.

> Benefit of millisecond waveform durations for patients with high defibrillation thresholds. *Heart Rhythm*. 2006 May;3(5):536-41.

Kroll MW, Efimov IR, Tchou PJ

> Present Understanding of Shock Polarity For Internal Defibrillation: The Obvious and Non-obvious Clinical Implications. *PACE Aug 2006;29 :1-7*

Karlheinz Seidl, Russell A. Denman, J. Christopher  Moulder, Gabriel Mouchawar, Christoph Stoeppler, Torsten Becker, Udo Weise, Emma J. Anskey, Helen E. Burnett, Kroll MW

> Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *Heart Rhythm* December 2006

Keane D, Aweh N, Hynes B, Sheahan RG, Cripps T, Bashir Y, Zaidi A, Fahy G, Lowe M, Doherty P, Kroll MK.

Achieving Sufficient Defibrillation Safety Margins with Fixed Duration Waveforms and the Use of Multiple Time Constants. *PACE* 2007 May;30(5):596-602.

Kroll MW, Calkins H, Luceri RM.

Electronic control devices and the clinical milieu. J Am Coll Cardiol. 2007 Feb 13;49(6):732; author reply 732-3

Natarajan S, Henthorn R, Burroughs J, Esberg D, Zweibel S, Ross T, Kroll MW, Gianola D, Oza A

"Tuned" Defibrillation Waveforms Outperform 50/50% Tilt Defibrillation Waveforms. *PACE* 2007; 30:S139–S142

Boriani, G, Edvardsson N, Biffi, M Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Poci D, Branzi A, and Kroll MW,

Plateau Waveform Shape Allows a Much Higher Shock Energy Tolerance in AF Patients. *J Cardiovascular Electrophysiology* May 14, 2007

Kroll MW, Swerdlow CD

Optimal Waveforms for ICDs. *Journal of Interventional Cardiac Electrophysiology* 2007 Apr;18(3):247-63.

Stratbucker RA, Kroll MW, McDaniel W, Panescu D.

Cardiac Current Density Distribution by Electrical Pulses from TASER devices. Conf Proc IEEE Eng Med Biol Soc. 2006;1:6305-7.

Panescu D, Kroll MW, Efimov IR, Sweeney JD.

Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. Conf Proc IEEE Eng Med Biol Soc. 2006;1:1277-9.

Kroll MW, Luceri RM, Calkins H.

> A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. J Cardiovasc Electrophysiol. 2007 Dec;18(12):E29-30

Kroll MW.

> Crafting the Perfect Shock. Spectrum 2007;44(12):27-30.

Kroll MW.

> Der Perfekte Schock. (German translation of Spectrum article) Polizeitrainer Magazin 2008;11:9-15.

Gold MR, Val-Mejias J, Leman RB, Tummala R, Royal S, Kluger J, Kroll MW, Oza A.

> Optimization of superior vena cava coil position and usage for transvenous defibrillation. Heart Rhythm. 2008 Mar;5(3):394-9.

Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG.

> Sensitive Swine and TASER Electronic Control Devices. Academic and Emergency Medicine 2008; 15(7):695-696.

Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG.

> TASER Electronic Control Devices: Review of a Review. CMAJ epub 2 July 2008. http://www.cmaj.ca/cgi/eletters/178/11/1451

Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG.

> Electronic Control Devices. CMAJ epub July 2008.
>
> http://www.cmaj.ca/cgi/content/full/179/4/342-b

Kroll MW.

    Physiology and Pathology of TASER® Electronic Control Devices. J Forensic and Legal Medicine. 2009;16:173-177.


Panescu D, Kroll MW, Stratbucker RA.

    Theoretical possibility of ventricular fibrillation during use of TASER neuromuscular incapacitation devices. Proceedings EMBC 2008;1:5671-5674


Kroll MW.

    Idiot-Proofing the AED. (Automatic External Defibrillators) Spectrum Nov 2008.


Wang H, Tang W, Tsai M-S, Sun S, Gilman B, Li Y, Castillo C, Kroll, MW, Guan J, Brewer JE, Weil MH

    Transthoracic Application of Electrical CPR for Treatment of Cardiac Arrest. Critical Care Medicine Nov 2008;36(11):S458-S466.


Wang H, Tang W, Tsai M-S, Sun S, Li Y, Gilman B, Kroll, MW, Guan J, Brewer JE, Weil MH

    Coronary Blood Flow Produced By Muscle Contractions Induced By Intracardiac Electrical CPR During Ventricular Fibrillation. PACE 2009;32S1:223-227.


Gold MR, Kroll, MW, Ellenbogen K

    ICD Implant Strategy: Are we Asking the Wrong Question? PACE 2009;32:567-569.


Dawes DM, Ho JD, Kroll MW, Miner JR

    Electrical Characteristics of an Electronic Control Device Under a Physiologic Load: A Brief Report. PACE 2010;33(3):330-336.

Gilman B, Brewer JE, Kroll, MW

> Medical Device Design Process. Conf Proc IEEE Eng Med Biol Soc. 2009;1:5609-12

Vanga SR, Kroll MW, Swerdlow CD, Lakkireddy DJ.

> TASER Conducted Electrical Weapons and Implanted Pacemakers and Defibrillators. Conf Proc IEEE Eng Med Biol Soc. 2009;1:3199-204.

Kroll MW, Carver M, Kroll RM, Hinz AF.

> Cardiac Effects of Varying Pulse Charge and Polarity of TASER® Conducted Electrical Weapons. Conf Proc IEEE Eng Med Biol Soc. 2009;1:3195-8.

Panescu D, Kroll MW, Stratbucker R.

> Medical safety of TASER conducted energy weapon in a hybrid 3-point deployment mode. Conf Proc IEEE Eng Med Biol Soc. 2009;1:3191-4.

Gilman B, Kroll MW, Brewer JE.

> Medium Voltage Therapy for Preventing and Treating Asystole and PEA in ICDs. Conf Proc IEEE Eng Med Biol Soc. 2009;1:4623-5.

Kroll MW

> Four-Terminal Impedance Monitoring of Cardiac Output: An Elegant Clinical Application of A Classical Engineering Trick. Europace 2010;12(5):616-617.

Kroll MW, Schwab, J

> Achieving Low Defibrillation Thresholds at Implant: Pharmacological influences, RV coil polarity and position, SVC coil usage and positioning, pulse width settings, and the azygous vein. J Cardiovascular Pharmacology Epub: Jun 30 2010

Vanga SR, Bommana S, Kroll, MW, Becker S, Lakkireddy D

Impedance Changes on Defibrillation Coils After Superior Vena Cava Isolation in a Patient with Atrial Fibrillation: Lead Damage or Electromechanical Interference? Pacing and Clinical Electrophysiology. 2010 epub doi: 10.1111/j.1540-8159.2010.02927.x


Biria M, Bommana SR, Kroll MW, Lakkireddy DJ

Multi-System Interactions of Conducted Electrical Weapons (CEW) – A Review. Conf Proc IEEE Eng Med Biol Soc. 2010:1266-1270.


Kroll MW, Panescu D, Hinz AF, Lakkireddy D.

A Novel Mechanism for Electrical Currents Inducing Ventricular Fibrillation: The Three-Fold Way to Fibrillation. Conf Proc IEEE Eng Med Biol Soc. 2010:1990-1996.


Kroll MW.

To the Editor-End of the apex era? Heart Rhythm. 2011 Mar;8(3):e9-10


Kong X, Chbat N, Haemmerich D, Kroll M, Panescu D.

Innovative Engineering Solutions. IEEE Pulse. 2011 Jan-Feb;2(1):34-38.


Walcott G, Kroll M, Ideker R.

Ventricular Fibrillation Threshold of Rapid Short Pulses. Conf Proc IEEE Eng Med Biol Soc. 2011: Aug;2011:271-7.


Kroll M, Lakkireddy D, Rahko P, Panescu D.

Ventricular Fibrillation Risk Estimation for Conducted Electrical Weapons: Critical Convolutions. 2011: Aug;2011:255-8.

Kroll MW, Dawes DM, Heegaard WG.

> TASER electronic control devices and eye injuries. Doc Ophthalmol. 2012 Apr;124(2):157-9

Conelius J, DeForge W, Pittaro M, Kroll M.

> Programming of the Individual Phases of the Defibrillation Waveform to Achieve an Adequate Defibrillation Safety Margin: Utilization of a Surrogate Cardiac Membrane Time Constant. EP Lab Digest. 2012 March:26-27.

Kroll M.

> Realities of Biomedical Product Liability Suits and the Role of Junk Science: From Breast Implants to TASER Weapons. IEEE Pulse. 2012 Sep;3(5):27-32.

Kroll M, Walcott GP, Ideker RE, Graham MA, Calkins H, Lakkireddy D, Luceri RM, Panescu D

> The Stability of Electrically Induced Ventricular Fibrillation EMBS Proceedings. 2012; 34:6377-6383.

Kroll M, Fish R, Calkins H, Halperin H, Lakkireddy D, Panescu D.

> Defibrillation Success Rates for Electrically-Induced Fibrillation: Hair of the Dog. EMBS Proceedings. 2012; 34:689-693.

Kroll M, Fish R, Lakkireddy D, Luceri R, Panescu D.

> Essentials of Low-Power Electrocution: Established and Speculated Mechanisms. Conf Proc IEEE Eng Med Biol Soc. 2012; 34:5734-5740.

Doshi SK, Pittaro MD, Reeves R, Boyce K, Payne JP, Kroll MW, et al.

> Efficacy of Tuned Waveforms Based on Different Membrane Time Constants on Defibrillation Thresholds: Primary Results from the POWER Trial. Pacing Clin Electrophysiol 2012. Oct;35(10):1253-61.

Kroll MW

> Response to Irnich letter re Efficacy of Tuned Waveforms. Pacing Clin Electrophysiol 2013 Apr;36(4):535.

Panescu D, Nerheim M, Kroll MW

> Electrical Safety of Conducted Electrical Weapons Relative to Requirements of Relevant Electrical Standards. Conf Proc IEEE Eng Med Biol Soc. 2013. 35: 5342-5347.

Kroll MW.

> Arrest-Related Death: Evidence Collection. ResearchGate [Technical Report]. 2013; 18 May 2013:1-9. Available at: https://www.researchgate.net/publication/262639672_Arrest-Related_Death_Evidence_Collection.

Kroll M, Lakkireddy D, Stone J, Luceri R.

> TASER® electronic control devices and cardiac arrests: Coincidental or causal? Circulation. 2014;129:93-100.

Criscione JC, Kroll MW.

> Incapacitation recovery times from a conductive electrical weapon exposure. Forensic Sci Med Pathol. 2014. 10(2):203-207

Kroll MW, Lakkireddy DR, Stone JR, Luceri RM.

> Response to letter regarding article, "TASER electronic control devices and cardiac arrests: coincidental or causal?" Circulation. 2014 Nov 4;130(19):e168.

Kollmann DT, Swerdlow CD, Kroll MW, Seifert GJ, Lichter PA.

> ICD Lead Failure Detection through High Frequency Impedance. Conf Proc IEEE Eng Med Biol Soc. 2014. 36: 6487-6492.

Panescu D, Kroll MW, Iverson C, Brave MA.

   The Sternum as an Electrical Shield. *Conf Proc IEEE Eng Med Biol Soc.* 2014;36:4464-4470.


Panescu D, Kroll MW, Brave MA.

   Transthoracic Cardiac Stimulation Thresholds for Short Pulses. *Conf Proc IEEE Eng Med Biol Soc.* 2014;36:4471-4474.


Panescu D, Kroll MW, Brave MA.

   Limitations of Animal Electrical Cardiac Safety Models. *Conf Proc IEEE Eng Med Biol Soc.* 2014;36:6483-6486.


Walcott GP, Kroll MW, Ideker RE.

   Ventricular Fibrillation: Are Swine a Sensitive Species? *J Interventional Cardiac Electrophysiology.* 2015. 42(2):83-89.


Irnich W, Kroll MW

   A Novel Model of Electrostimulation Based on the Membrane Capacitance as Electro-Mechanical Transducer for Pore Gating. Pacing and Clinical Electrophysiology. *2015* doi: 10.1111/pace.12573.


MW Kroll

   Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. Technical Note, 2015. DOI:10.13140/RG.2.1.2488.2724


MW Kroll

   Baseball, Poison, and Soup Recipes: The TASER Trio of Popular Myths. Technical Note, pp. 1-3, 1 March 2015 DOI: 10.13140/RG.2.1.3348.4320.

MW Kroll

Significance of Sound During CEW Application, Technical Report, pp. 1-3, 2013. DOI:10.13140/RG.2.1.2262.9925

Dorin Panescu, Mark Kroll, Chris Andrews, Hugh Pratt

Transthoracic Ventricular Fibrillation Charge Thresholds. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37:7208-7213.

Dorin Panescu, Mark Kroll, Michael Brave

Cardiac Fibrillation Risks with TASER Conducted Electrical Weapons. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37:323-329

Daniel Kollmann, Charles Swerdlow, Mark Kroll, Gregory John Seifert, Patrick Lichter, Daniel Hedin, Dorin Panescu

ICD Lead Failure Detection in Chronic Soaked Leads. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37 5667-5671.

Mark W Kroll, Peter E. Perkins, Dorin Panescu

Electric Fence Standards Comport with Human Data and AC Limits. *Conf Proc IEEE Eng Med Biol Soc.* 2015;37:1343-1348

Kroll M. A Brief Primer on Cardiac Arrest Rhythms ResearchGate [Technical Report]. 2015; 30 May 2015:1-9. DOI10.13140/RG.2.2.29179.31527

https://www.researchgate.net/publication/316524318_A_Brief_Primer_on_Cardiac_Arrest_Rhythms.

Kroll MW

Please do not confuse ICD testing with ICD optimization. *Cardiac Rhythm News.* Dec 2015. Invited Paper. http://www.cxvascular.com/crn-features/cardiac-rhythm-news---features/in-the-absence-of-testing-icd-optimisation-should-always-be-done

Pittaro M, DeForge W, Kroll MW

> Defibrillation safety margin testing with a modified upper limit of vulnerability utilizing a single, electrogram derived coupling interval. *Pacing Clin Electrophysiol. 2016; 39(7):652-7*

Mark W. Kroll, Mollie B. Ritter, Richard A. Guilbault, Dorin Panescu

> Infection Risk From Conducted Electrical Weapon Probes. *Journal of Forensic Sciences* 2016: Jul 18. doi: 10.1111/1556-4029

Kroll MW, Luceri RM, Lakireddy D, Calkins H

> Do TASER Electrical Weapons Electrocute? *Canadian Journal of Cardiology.* 2016 doi: 10.1016/j.cjca.2015.12.030

Karch SB, Brave MA, Kroll MW

> On positional asphyxia and death in custody. *Med Sci Law.* 2016 Jan;56(1):74-5.

Kroll MW, Adamec J, Wetli CV, Williams HE

> Fatal traumatic brain injury with electrical weapon falls. *Journal of Forensic and Legal Medicine.* 2016;43:12-19.

Panescu D, Kroll MW, Brave MA

> Current Distribution in Tissues with Conducted Electrical Weapons Operated in Drive-Stun Mode. *Conf Proc IEEE Eng Med Biol Soc.* 2016;38:5241-5245.

Brave MA, Lakireddy DJ, Kroll MW, Panescu D

> Validity of the Small Swine Model for Human Electrical Safety Risks. *Conf Proc IEEE Eng Med Biol Soc.* 2016;38:2343-2348.

Kroll MW

Misunderstanding the Trigger-pull Download. Aug 2016. https://www.researchgate.net/publication/321339912_Misunderstanding_the_Trigger-pull_Download


Kroll MW, Still GK, Neuman TS, Graham MA, Griffin L.

Acute forces required for fatal compression asphyxia: A biomechanical model and historical comparisons. *Medicine, Science, and the Law.* 57(2):61-68.


Griffin LV, Kroll MW.

Rib-cage strength calculator. 2016; https://www.researchgate.net/publication/311518699_Rib-cage_strength_calculator.


Kroll MW, Ritter MB, Williams HE

Fatal and Non-Fatal Burn Injuries with Electrical Weapons and Explosive Fumes. *J Forensic & Legal Medicine.* 2017;50:6-11.


Varma N, Schaerf R, Kalbfleisch S, Pimentel R, Kroll MW, Oza A.

Defibrillation thresholds with right pectoral implantable cardioverter defibrillators and impact of waveform tuning (the Tilt and Tune trial). *Europace.* 2017;19(11):1810-1817.


Kroll MW

Positional, Compression, and Restraint Asphyxia: A Brief Review. Technical Note: DOI: 10.13140/RG.2.2.29179.31527


Panescu D, Kroll MW, Brave MA

New Conducted Electrical Weapons: Finite Element Modeling of Safety Margins. *Conf Proc IEEE Eng Med Biol Soc.* 2017;39: *2170 – 2176.*

Panescu D, Kroll MW, Brave MA

New Conducted Electrical Weapons: Thoracic Cage Shielding Effects. *Conf Proc IEEE Eng Med Biol Soc.* 2017;39: *2191-2196.*


Panescu D, Nerheim M, Kroll MW, Brave MA

New Conducted Electrical Weapons: Electrical Safety Relative to Relevant Standards. *Conf Proc IEEE Eng Med Biol Soc.* 2017;39: *2185 – 2190.*


Luceri RM, Kroll MW, Calkins H, Halperin H.

Commentary on: Gibbons J, Mojica A, Peele M. Human electrical muscular incapacitation and effects on QTc interval. *J Forensic Sciences.* doi: 10.1111/1556-4029.13490. Epub 2017 April 17.


Kroll MW

A new study looks at the cognitive effects of electronic control vs. physical exertion and alcohol. PoliceOne Jan 2018. Invited Review.


Kroll MW, Ritter MB, Kennedy EA, Silverman N, Shinder R, Brave MA, Williams HE.

Eye Injuries from Electrical Weapon Probes: Incidents, Prevalence, and Legal Implications. *J Forensic & Legal Medicine.* 2018 Feb 14;55:52-57. doi: 10.1016/j.jflm.2018.02.013.


Kunz S, Adamec J, Calkins H, Kroll MW.

Adrenergic and Metabolic Effects of Electrical Weapons: Review and Meta-analysis of Human Data. *International J Legal Medicine.* 19 Jan 2018. DOI: 10.1007/s00414-018-1771-2


Kunz S, Adamec J, Calkins H, Kroll MW.

Cardiac and Skeletal Muscle Effects of Electrical Weapons: A Review of Human and Animal Studies. *Forensic Science Med Pathol* 2018 Epublished June 2018.

Kroll MW, Ritter MB, Kennedy EA, Silverman N, Shinder R, Brave MA, Williams HE.

Eye Injuries from Electrical Weapon Probes: Mechanisms & Treatment. *Amer J Emerg Med.* 2018 Epublished: doi.org/10.1016/j.ajem.2018.06.004

*Kroll MW*

Cause-Of-Death Challenges in Arrest-Related Deaths. *PoliceOne* June 2018

Chiles BC, Nerheim MH, Brave MA, Panescu D, Kroll MW.

Electrical Weapon Charge Delivery with Arcing. *Conf Proc IEEE Eng Med Biol Soc.* 2018;40: *In Press*

Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC.

Electrical Weapons and Excited Delirium: Shocks, Stress, and Serum Serotonin. *Forensic Science Medicine & Pathology* 2018 *In Press*

Kroll MW, Ritter MB, Perkins PE, Shams L, Andrews CJ.

Perceived Electrical Shock and Bayesian Inference with Multisensory Stimuli. *Amer J Emergency Medicine* 2018 *In Press*

Kroll MW, Brave MA, Kleist SR, Ritter MB, Ross DL, Karch SB.

Applied Force During Prone Restraint: Is Officer Weight a Factor? *Under Review*