# Exhibit F

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/321339912

# Misunderstanding the Trigger-pull Download

**Technical Report** · August 2017

| CITATIONS | READS |
|---|---|
| 0 | 13 |

1 author:

**Mark W Kroll**
University of Minnesota Twin Cities
**191** PUBLICATIONS   **1,407** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Electrical Weapon Risks View project

Electrocution Risks View project

All content following this page was uploaded by Mark W Kroll on 28 November 2017.

The user has requested enhancement of the downloaded file.

Misunderstanding the Trigger-pull Download
Mark Kroll, PhD, FAIMBE
31 Aug 2017

A common forensic analysis error is to assume that the "TASER" download represents current delivery to the subject. It does not. It represents only an outer bound on the seconds of current delivery. The total time given by the download is typically 2-3 times what the actual total duration of current delivery was. This is theoretically harmless as the total duration of current is essentially irrelevant to diagnostics since electricity does not build up like poison. Thus the most exaggerated figures are the least relevant.

A TASER download printout showing trigger pull times with a total of, say, 100 seconds provides the following information:

1. The times of the trigger pulls (after clock-drift correction).
2. The number of seconds of current delivery was 0-100. I.e. somewhere between 0 and 100 seconds.

As an example, in the tragic death of the methamphetamine addict, Robert Heston, (who attacked his father and father's home) there were a total of 206 seconds of trigger-pulls on the 5 M26™ CEWs and 6 deployed cartridges used to control him.[1] A careful analysis found that the actual duration of current delivery was 5-9 seconds. Here the exaggeration was at least 20:1. In a non-USA case (unnamed here due to confidentially restrictions) there was a total of 154 seconds of trigger-pull duration from 28 trigger pulls. Each CEW had a camera attached and thus the actual duration of current delivery could be determined from an audio analysis.[2] There was a total of only 20 seconds of current delivered.

A US Federal Court ruling included a statement that CEW trigger pull records do not equate to delivered current, quoting the law enforcement defense expert: [3]

> The TASER log shows only device activation; it does not represent that a shock was actually delivered to a body nor does it distinguish between probe deployment and drive stun.

Note: the above does not apply directly to the newer X2 and X26P CEWs as they store detailed information about each pulse and the actual seconds of current delivery can be estimated quite accurately.

***Causes of Current Delivery Exaggeration:***

1. Broken wires or dislodged probes
2. Rounding up to the next second
3. Muzzle contact canting with drive-stuns
4. Inadvertent trigger pulls

### *Broken Wires or Dislodged Probes*

A major reason for multiple or prolonged trigger pulls is that the fragile wires are broken early on in the encounter and the officer continues to pull the trigger, hoping for a response.
 The tiny wires (36 gauge, 127 microns in diameter) are about the diameter of some human hair and are usually quickly broken during any struggle and are typically broken when a subject turns and falls. The tensile strength, of the wires, is weaker (less than 1 kg) than the weakest fishing line (2 kg or 4 lbs breaking test) and are thus very easily snapped. In fact, in some instances prisoners now teach other inmates that they should roll over if they receive a CEW discharge, in order to break the wires.

### *Rounding Up to the Next Second*

The reported trigger-pull durations, in the TASER download reports, are rounded up from the first 1/100 of a second. I.e. if the actual duration was 2.01 seconds then it is reported as 3 seconds. Thus the best estimate of the actual trigger pull is ½ second less than what is reported. Automatic duration trigger pulls of 5 seconds are, in fact, 5.00 seconds and thus there is less risk of an interpretation error there.

### *Muzzle Contact Canting with Drive-stuns*

As seen in Figure 1, a drive-stun application requires that the CEW muzzle be kept nearly perpendicular to the body surface. This can be difficult to do with a moving subject. The typical subject will reflexively pull or roll away from the shock.  On average, a good contact is only made about 30% of the time. If the muzzle is canted up to 20° away from perpendicular, then an arcing connection can still be made.  The typical correction is to subtract 70% from the download times.



**Figure 1. The drive-stun requires that the CEW muzzle be kept nearly perpendicular.**

### *Inadvertent Trigger Pulls*

**Background:**
The inadvertent trigger pull (ITP) has been well studied for firearms discharges.[4,5] According to Heim there appear to be 3 primary causes:[4]

1. sudden loss of balance;
2. contractions in the hand holding the weapon while other limbs are in use, for example during a struggle with a suspect;
3. startle reaction.

Common to every incident, in addition to the weapon being held in a hand, is that all limbs appear to be involved in the resulting sudden movement.[4] Recent work by the Lewinski group found no cases of firearm ITPs involving startle.[6] We have also not seen situations where a startle reaction led to a CEW ITP and thus we will focus on #1 and #2 above. Another potential cause is the *fist* reflex which is natural from birth and can be reinforced by training with closed-hand strikes; this can occur in a high stress confrontational situation."[7,8] The fist reflex may not apply to CEW ITPs and will not be discussed further here.

### *Physiology:*

It has been recognized for over 100 years that muscle contractions in any limb can lead to increased activity in other limbs.[9] This has generally been referred to as *motor overflow* or *overflow activity*.[10,11] This is especially seen in opposite (contralateral) limbs where the phenomenon is referred to as *mirror movement*.[12-15]

When we contract a *single* hand firmly we also *invariably* contract the opposite hand somewhat.[16] Typical male grip strength is 130 ± 16 pounds where 25-42% of this force is exerted by the index finger.[17] Overflow activity can reach a maximum of 25% of the maximum voluntary force of the individual limb.[18] Thus, forces of up to:

$$14 \text{ pounds} = 25\% \cdot 42\% \cdot 130 \text{ lbs.}$$

can be involuntarily exerted by the index finger on the contralateral hand.[4] This is sufficient to overcome the trigger pull (8-12 lbs.) for the 1st round of an uncocked pistol. Even when warned to keep their fingers off of the trigger — and knowing that they were being studied — 21% of officers contacted the trigger for > 1 second in stress simulations.[4] When studied with their index finger already on the trigger, 28% (=7/25) of volunteers gave involuntary trigger pulls of > 14 lbs. when they either pulled with their opposite arm or lost their balance.[4]

The combination of involuntary muscle contraction activity and a finger on the trigger (which was either unconsciously pre-positioned or moved with the involuntary activity) is responsible for many inadvertent firearm discharges by law enforcement officers.[5,6,19]

### *Electrical Weapons:*

With the conducted electrical weapon (CEW), the incidence of ITPs is far greater — than with firearms — for 2 primary reasons:

1. The trigger pull is far less at only 2 lbs. for the popular X26 (X26E). The trigger is thus 4-7 times more sensitive than that of an uncocked pistol. The trigger pull on the newer X2 and X26P models is about 3 lbs.

2. Officers commonly hold the CEW in their dominant hand and try to assist with subject control or lifting with the other hand. They would never do this with a firearm as it is forbidden by weapon retention training.

We have investigated many incidents in which the *majority* of trigger pulls appear to be ITPs. In the typical case the officer is maintaining his grip on the weapon while trying to restrain the subject with the free hand and possibly also the CEW-constrained hand. This can also occur while holstering the weapon if the opposite hand is being engaged in the struggle. Thus, during a physical struggle with the CEW in an officer's hand, the majority of the CEW discharges tend to be mirror movement ITPs which then run the full standard default 5 seconds or until the officer realizes what is happening (from the arcing sound) and turns the weapon OFF (safety ON). In many cases, the arcing sound is not noticed because of the yelling or the focus on a struggle.

Ironically, the situation is both far worse but also far better for the CEW compared to the firearm. While a CEW operator will have far more ITPs, the results are almost always harmless compared to the often fatal consequences of a firearm ITP. Most of the ITPs occur with drive-stuns which are well established as having no deleterious effects outside of short-term minor contact burns.[20-22] Moreover, the inadvertent drive-stun trigger pull is almost always with the weapon far away from the subject as the officer's opposite hand is the one in contact with the subject. For the minority of cases that began as a probe-mode deployment, the connection has usually been broken by the ground struggle. If a full probe connection was still existing, then there would be far less need for manual control and hence a low likelihood of an ITP.

While the popular X26 (aka X26E) weapon only had a trigger pull force of 2 lbs., the newer weapons (X26P and X2) have trigger pulls of 3 lbs. Whether this difference will reduce CEW ITPs remains to be seen as this is still far below the trigger-pull force of the typical pistol.

### *Age and Handedness:*

Shinohara studied the contralateral hand contraction in 10 young (18-32 yo) and 10 old (66-80 yo) right-handed subjects.[16] For young people, the contralateral force was greater when the right (dominant) hand was voluntarily activated. For old people, there was no statistically significant difference between the hands. As seen in Table 1, the strongest mirror index finger force was in older subjects; the weakest was in the right hand of the young subjects. Due to the mechanical restrictions imposed on both hands, the MVC (Maximum Voluntary Contraction) was < 20% of what can be measured on an unrestricted hand and arm.[17] Force is given in newtons (N).

**Table 1. Shinohara contralateral index finger contractions.**

| Subjects | Hand  | MVC (N) | Involuntary | Involuntary (N) |
|----------|-------|---------|-------------|-----------------|
| Young    | Right | 25.8    | 4.7%        | 1.21            |
| Young    | Left  | 25.5    | 9.1%        | 2.33            |
| Old      | Right | 29.9    | 13.8%       | 4.13            |
| Old      | Left  | 27.6    | 11.4%       | 3.15            |

**References:**
1. *Betty Lou Heston, et al Vs. City Of Salinas et al.,* Case No. C 05-03658 JW (United States District Court Northern District Of California 2007).
2. Kroll M. Significance of Sound During CEW Application. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 15 April 2015:https://www.researchgate.net/publication/275024090_Significance_of_Sound_During_CEW_Application.
3. *Skelly v. Okaloosa County, Fla. Bd. of County Commissioners* (2010).
4. Heim C, Schmidtbleicher D, Niebergall E. The risk of involuntary firearms discharge. *Human Factors: The Journal of the Human Factors and Ergonomics Society.* 2006;48(3):413-421.
5. Heim C, Schmidtbleicher D, Niebergall E. Towards an understanding of involuntary firearms discharges: Possible risks and implications for training. *Policing: An International Journal of Police Strategies & Management.* 2006;29(3):434-450.
6. O'Neill J, O'Neill DA, Lewinski WJ. Toward a taxonomy of the unintentional discharge of firearms in law enforcement. *Applied Ergonomics.* 2017;59:283-292.
7. Demetriou G. To punch or not to punch, That is the question. *The ASLET Journal.* 1994;2(10):46-49.
8. Messina P. Ready when your gun goes "bang". *American Police Beat.* 2000;7(8):35.
9. Sherrington C. *The integrative action of the nervous system.* Yale University Press; 1906.
10. Archontides C, Fazey JA. Inter-limb interactions and constraints in the expression of maximum force: a review, some implications and suggested underlying mechanisms. *J Sports Sci.* 1993;11(2):145-158.
11. Corna S, Galante M, Grasso M, Nardone A, Schieppati M. Unilateral displacement of lower limb evokes bilateral EMG responses in leg and foot muscles in standing humans. *Exp Brain Res.* 1996;109(1):83-91.
12. Armatas CA, Summers JJ, Bradshaw JL. Mirror movements in normal adult subjects. *J Clin Exp Neuropsychol.* 1994;16(3):405-413.
13. Aranyi Z, Rosler KM. Effort-induced mirror movements. A study of transcallosal inhibition in humans. *Exp Brain Res.* 2002;145(1):76-82.
14. Ferbert A, Priori A, Rothwell JC, Day BL, Colebatch JG, Marsden CD. Interhemispheric inhibition of the human motor cortex. *J Physiol.* 1992;453:525-546.
15. Farmer SF, Ingram DA, Stephens JA. Mirror movements studied in a patient with Klippel-Feil syndrome. *J Physiol.* 1990;428:467-484.
16. Shinohara M, Keenan KG, Enoka RM. Contralateral activity in a homologous hand muscle during voluntary contractions is greater in old adults. *J Appl Physiol (1985).* 2003;94(3):966-974.
17. Li ZM, Latash ML, Newell KM, Zatsiorsky VM. Motor redundancy during maximal voluntary contraction in four-finger tasks. *Exp Brain Res.* 1998;122(1):71-78.
18. Kearney RE, Chan CW. Interlimb reflexes evoked in human arm muscles by ankle displacement. *Electroencephalogr Clin Neurophysiol.* 1981;52(1):65-71.
19. Enoka R. Involuntary muscle contractions and the unintentional discharge of a firearm. *Law Enforcement Executive Forum.* 2003;3(2):27-39.
20. Panescu D, Kroll M, Brave M. Current Distribution in Tissues with Conducted Electrical Weapons Operated in Drive-Stun Mode. *Conf Proc IEEE EMBC.* 2016;38.
21. Kroll M. Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 16 April 2015:https://www.researchgate.net/publication/275035976_Conducted_Electrical_Weapon_Drive-Stun_Mode_Skin_Rub_vs_Injection.
22. Ho J, Dawes D. Conducted Electrical Weapon Drive-Stun Wounds. In: Ho J, Dawes D, Kroll M, eds. *Atlas of Conducted Electrical Weapons and Forensic Analysis*. New York City: Springer; 2012.

View publication stats