**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO,CHARLES
MRN: E3174503
DOB: ▓▓▓▓▓▓▓ Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

Scan on 6/3/2016 10:11 AM by Scan, Doc Image, MD (below)
@ 05/29/2016 12:04 PM    AMR    a St Francis Hospital Indianapolis    D 2



## AMR CENTRAL INDIANA
### PRE-HOSPITAL CARE REPORT

Case #: 01602622    Unit ID: MD92    Date: 5/29/2016

| SERVICE | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| FROM: | | CALL RECEIVED: | 11:55:00 |
| N MADISON AVENUE & CAMBY STREET | RESPONSE MODE: LIGHTS AND SIREN | DISPATCHED: | 11:56:00 |
| GREENWD, IN 46143 | TRANSPORT MODE: NO LIGHTS AND SIREN | ENROUTE: | 11:57:00 |
| (ROADWAY) | ALS ASSESSMENT: AMR PARAMEDIC | AT SCENE: | 12:01:00 |
| TO: | DISPOSITION: TRANSPORTED - TO HOSPITAL ER/ED | AT PT SIDE: | 12:02:00 |
| ST FRANCIS HOSPITAL INDIANAPOLIS | | TRANSPORT: | 12:14:00 |
| 8111 S. Emerson Ave | | ARRIVAL: | 12:19:00 |
| INDIANAPOLIS, IN 46237 | RESPONSE PRIORITY: 1 | CARE TRANS'D: | 5/29/2016 12:21:00 PM |
| (HOSPITAL - ED) | | AVAILABLE: | 13:19:00 |
| ROOM/DEPT: 12 | RESPONDER(S) ON SCENE: | | |
| DESTINATION DECISION: DIVERSION | LAW ENFORCEMENT, GREENWOOD FIRE DEPT | DEST MILES | 3.7 |
| | | TOTAL MILES: | 3.7 |

**PATIENT DEMOGRAPHICS**

NAME: TODERO, CHARLES
ADDRESS: 660 WOOD DALE TERRACE APT/SUITE # 3

DOB: ▓▓▓▓▓▓▓
AGE: 30
GENDER: MALE

CITY, STATE ZIP: GREENWOOD, IN 46142
ETHNICITY: CAUCASIAN
PHONE: (317)691-6855
CELL PHONE:
SSN: xxx-xx-3870
INSURANCE    POLICY    GROUP
NO INSURANCE AVAILABLE

RESPONSIBLE PARTY: TODERO, CHARLES    NAME OF EMPLOYER: 11
PHONE: (317)691-6855    EMPLOYER PHONE:
HOSPITAL MRN:    SUPERVISOR:
HOSPITAL FIN:    SUPERVISOR PHONE:

**MEDICAL HISTORY**

HISTORY OBTAINED    NOT OBTAINED
FROM:
MEDICAL HISTORY: UNKNOWN
ALLERGIES: UNKNOWN;
ALLERGY DESCRIPTION:
MEDICATIONS: UNKNOWN

**HISTORY OF PRESENT ILLNESS:**

**CHIEF COMPLAINTS**

CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS, CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS, CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS, CHIEF COMPLAINT CATEGORY: PSYCH/BEHAVIORAL CRISIS

Case #: 01602622
PCR: 201605291306220532
Device: EGRWMEDS04

Date of Service: 05/29/2016
Patient: Charles Todero

Page: 1 of 4
Printed: 5/29/2016

816.3954658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00508

**FRANCISCAN ALLIANCE**

ST FRANCIS - INDIANAPOLIS
8111 South Emerson Av
INDIANAPOLIS IN 46237-8601
Legal Medical Record

TODERO, CHARLES
MRN: E3174503
DOB: ▓▓▓▓▓▓ Sex: M
Adm: 5/29/2016, D/C: 5/29/2016

🕐 05/29/2016 12:04 PM   AHR   → St Francis Hospital Indianapolis   D 3

## PHYSICAL FINDINGS

**WEIGHT:** 170 LBS; 77 KG

**PHYSICAL ASSESSMENT**

**BACK:** O
  UPPER BACK
    POSITIVE: PUNCTURE/PIERCING
    REMARKS: TASER BARB IMPALED, UNABLE TO BE REMOVED

**EXTREMITIES:**
  LEFT HAND
    POSITIVE: PUNCTURE/PIERCING
    REMARKS: TASER BARB REMOVED
  RIGHT KNEE
    POSITIVE: ABRASION
  LEFT KNEE
    POSITIVE: ABRASION

**HEAD:** SYMMETRICAL
**NECK:** NO JVD
**CHEST:** SYMMETRIC WITH BILATERAL CHEST RISE
**ABDOMEN:** SOFT, NON-TENDER
**PELVIS:** STABLE

## IMPRESSION

**PRIMARY IMPRESSION:** BEHAVIORAL / PSYCHIATRIC - PSYCHOTIC EPISODE
**SECONDARY IMPRESSION:** TOXICOLOGICAL - ILLEGAL DRUGS
**Other Impression:** EXCITED DELIRIUM

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE E | V | M | TOTAL | EKG | SP02 | BLOOD GLUCOSE | PAIN SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:08 | NT | 142 | 24 | 4 | 3 | 4 | 11 | Sinus Tachycardia | | | |
| 12:18 | | | | | | | | | | 84 | |
| 12:18 | NT | 30 | 6 | 1 | 1 | 1 | 3 | | | | |
| 12:19 | NT | 0 | 12 | 1 | 1 | 1 | 3 | | | | |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| | 12:02 | LAW ENFORCEMENT | PSYCHIATRIC HOLD STATUS  STATUS: INVOLUNTARY; IS PAPERWORK ATTACHED: FALSE; AGENCY/FACILITY NAME: GREENWOOD POLICE DEPARTMENT |
| | 12:02 | HOWARD, TIFFANY, AMR | PUPILS  LEFT PUPIL SIZE (MM): 5 MM; RIGHT PUPIL SIZE (MM): 5 MM COMMENTS: PATIENT UNCOOPERATIVE WITH ASSESSMENT |
| | 12:02 | GODFREY, IAN, AMR | SKIN ASSESSMENT  NORMAL COLOR: ; DIAPHORETIC MOISTURE: ; WARM TEMPERATURE |
| | 12:08 | GODFREY, IAN, AMR | EKG/ECG  INDICATION: MEDICATION ADMINISTRATION; TYPE: 4 LEAD; CLINICIAN INTERPRETATION: SINUS TACHYCARDIA; ELEVATION: FALSE; DEPRESSION: FALSE  COMMENTS: COMBATIVE, EXCITED DELIRIUM PATIENT |
| | 12:08 | GODFREY, IAN, AMR | VITAL SIGNS - COMMENTS: patient handcuffed and combative, blood pressure attempted without success |
| | | | GLASGOW COMA SCALE  GCS EYES: 4; GCS VERBAL: 3; GCS MOTOR: 4; GCS SCORE: 11  COMMENTS: PATIENT HANDCUFFED AND COMBATIVE, BLOOD PRESSURE ATTEMPTED WITHOUT SUCESS |

Case #: 01602622
PCR: 2016052913082205892
Device: EGRWMED501

Date of Service: 05/29/2016
Patient: Charles Todero

Page: 2 of 4
Printed: 5/29/2016

*81103954658*

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00509

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO, CHARLES<br>MRN: E3174503<br>DOB: ▓▓▓▓ Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

| 05/29/2016 12:04 PM | AMR | → St Francis Hospital Indianapolis | D 4 |
|---|---|---|---|
| | | VITALS BLOOD PRESSURE NOT TAKEN; PULSE: 142; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 24; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL; DIFFICULTY/CHALLENGES PT HANDCUFFED/COMBATIVE. BP ATTEMPTED UNSUCCESSFUL; DIFFICULTY/CHALLENGES: PT HANDCUFFED/COMBATIVE, BP ATTEMPTED UNSUCCESSFUL; MEAN ARTERIAL PRESSURE 0 COMMENTS: PATIENT HANDCUFFED AND COMBATIVE. BLOOD PRESSURE ATTEMPTED WITHOUT SUCESS | |
| 12:14 | GODFREY, IAN, AMR | MEDICATION ADMINISTRATION HOSPITAL SUPPLIED MEDICATIONS: FALSE; MIDAZOLAM HCL 5MG/ML VIAL (2ML); 5; MG; INTRANASAL; DELTOID-RIGHT; RESULT AFTER: DETERIORATED; WASTED DRUG AMOUNT: 5; NAME OF WITNESS TO DRUG WASTING: DEREK TENNELL; WITNESS TITLE: RN | |
| 12:14 | | FACILITY ACTIVATION TIME ACTIVATED: MAY 29 2016 12:14PM; ACTIVATION METHOD OTHER; COMMENTS: CELL PHONE, ALERTED COMBATIVE PSYCHIATRIC PATIENT | |
| 12:16 | GODFREY, IAN, AMR | BLOOD GLUCOSE BLOOD GLUCOSE READING LEVEL: 64 | |
| 12:18 | GREENWOOD FIRE DEPT | MEDICATION ADMINISTRATION HOSPITAL SUPPLIED MEDICATIONS FALSE; OXYGEN; 15; LPM; BVM/MASK; RESULT AFTER: DETERIORATED | |
| 12:18 | GREENWOOD FIRE DEPT | MEDICATION ADMINISTRATION HOSPITAL SUPPLIED MEDICATIONS: FALSE; OXYGEN; 15; LPM; BVM/MASK; RESULT AFTER: DETERIORATED | |
| 12:18 | GODFREY, IAN, AMR | VITAL SIGNS - | |
| | | GLASGOW COMA SCALE GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3 | |
| | | VITALS BLOOD PRESSURE NOT TAKEN; PULSE: 30; PULSE REGULARITY: REGULAR; PULSE STRENGTH: WEAK; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE 8; RESPIRATORY DEPTH: SHALLOW, RESPIRATORY EFFORT: AGONAL; MEAN ARTERIAL PRESSURE: 0 | |
| 12:19 | GODFREY, IAN, AMR | VITAL SIGNS - | |
| | | GLASGOW COMA SCALE GCS EYES; 1; GCS VERBAL: 1; GCS MOTOR 1; GCS SCORE: 3 | |
| | | VITALS BLOOD PRESSURE NOT TAKEN, PULSE: 0; IS PULSELESS. PULSE REGULARITY; ABSENT; PULSE STRENGTH; ABSENT; PULSE TAKEN AT; CAROTID; RESPIRATORY RATE: 12; RESPIRATORY DEPTH, ABSENT; RESPIRATORY EFFORT: ASSISTED; MEAN ARTERIAL PRESSURE: 0 | |

**NARRATIVE**

30 YEAR OLD MALE FOUND SUPINE ON THE GROUND WITH HIS HANDS HANDCUFFED BEHIND HIS BACK AND TASER BARBS IN HIS LEFT HAND AND UPPER BACK. THE PATIENT WAS IN CARE OF GREENWOOD POLICE AND FIRE DEPARTMENTS. THE PATIENT WAS EXTREMELY COMBATIVE AND SCREAMING EXPLETIVES. THE PATIENT WAS FLAILING AND KICKING. PER THE POLICE, THE PATIENT HAD RECEIVED 12-15 5 SECOND TASER STRIKES WHILE THEY DETAINED HIM FOR HIS SAFETY. THE POLICE RECEIVED A CALL FOR A CHECK THE WELFARE DUE TO THE PATIENT WALKING INTO TRAFFIC CLAIMING HE WAS A PROPHET AND THE SECOND COMING OF CHRIST. THE TASER BARB WAS REMOVED FROM THE PATIENT'S LEFT HAND BUT THE BARB WAS UNABLE TO BE SAFELY REMOVED FROM HIS UPPER BACK AND WAS TAPED IN PLACE. THE PATIENT'S SKIN WAS PINK, WARM AND DIAPHORETIC AND HE WAS UNCOOPERATIVE WITH A PUPILLARY AND LUNG SOUND ASSESSMENT. THE PATIENT WAS NOTED TO HAVE RIPPED PANTS AND ABRASIONS TO BOTH KNEES, BUT NO OTHER SIGNS OF TRAUMA. DUE TO HIS KICKING THE PATIENT'S FEET WERE TIED WITH A BLANKET AND HE WAS LIFTED ONTO THE STRETCHER WHERE HE WAS PLACED IN THE LEFT LATERAL POSITION AND SECURED. COMMUNITY SOUTH WAS CONTACTED AND REFUSED THE PATIENT DUE TO PSYCHIATRIC DIVERSION STATUS AND ST. FRANCIS WAS CONTACTED AND ACCEPTED THE PATIENT. THE PATIENT WAS LOADED INTO THE AMBULANCE WHERE HE CONTINUED TO BE COMBATIVE AND ATTEMPT TO THROW HIMSELF OFF OF THE STRETCHER AND HIT HIS HEAD OFF OF THINGS. THE PATIENT CONTINUED TO BE A DANGER TO HIMSELF AND OTHERS. THE CARDIAC MONITOR WAS APPLIED TO THE PATIENT'S SHOULDERS AND FLANK. DUE TO PATIENT'S COMBATIVENESS MULTIPLE ATTEMPTS AT BLOOD PRESSURE AND PULSE OX FAILED. THE PATIENT WAS GIVEN 5MG OF MIDAZOLAM IN HIS RIGHT DELTOID MUSCLE. THE PATIENT CONTINUED TO YELL EXPLETIVES BUT BECAME LESS PHYSICALLY COMBATIVE. WHEN THE PATIENT BECAME SEDATED A BLOOD SUGAR WAS OBTAINED AND AN IV WAS BEING LOOKED FOR WHEN THE ETA TO THE HOSPITAL WAS LESS THAN 1 MINUTE. AT THAT TIME, WITH LESS THAN 1 MINUTE ETA TO THE HOSPITAL THE PATIENT'S HEART RATE DROPPED SHARPLY FROM THE 140S TO THE 30S AND THE PATIENT BEGAN BREATHING AGONALLY. CAROTID PULSE WAS INTACT. BAG VALVE MASK VENTILATIONS WERE BEGUN IMMEDIATELY WITH 15 LITERS PER MINUTE OF OXYGEN ATTACHED. WHILE PREPARING TO PULL THE PATIENT OUT OF THE AMBULANCE, THE PATIENT WENT INTO ASYSTOLE ON THE MONITOR AND PULSE WAS LOST. CPR WAS INITIATED. AN IV HAD NOT BEEN ESTABLISHED AND NO ALS INTERVENTIONS WERE PERFORMED. THE PATIENT WAS BROUGHT INTO THE ER WITH CPR BEING PERFORMED WITH BAG VALVE BAG VENTILATIONS. UPON ARRIVAL IN THE ER CARE WAS TRANSFERRED TO RN AND MD WITH VERBAL REPORT GIVEN. END REPORT./IRG

**FOLLOW-UP-CARE**

| FOLLOW-UP: 1 | FOLLOW-UP-DATE: | FOLLOW-UP-TIME: |
|---|---|---|
| FOLLOW-UP CARE: | | |

Case #: 01602822
PCR: 201605291308220552
Device: EGRWMEDS04

Date of Service: 05/29/2016
Patient: Charles Todero

Page: 3 of 4
Printed: 5/20/2016
8116.3954658

Printed on 7/22/2016  8:23 AM                                                                           Page 41

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER                                                                            TODERO 00510

| FRANCISCAN ALLIANCE | ST FRANCIS - INDIANAPOLIS<br>8111 South Emerson Av<br>INDIANAPOLIS IN 46237-8601<br>Legal Medical Record | TODERO,CHARLES<br>MRN: E3174503<br>DOB: ▆▆▆▆▆▆ Sex: M<br>Adm: 5/29/2016, D/C: 5/29/2016 |
|---|---|---|

| ⊕ 05/29/2016 12:04 PM | AMR | → St Francis Hospital Indianapolis | D 5 |

**RUN COMPLETION**

PRIVACY PRACTICES: THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

Case #: 01503622
PCR: 20160529130622055B2
Device: EGRWMED904

Date of Service: 05/29/2016
Patient: Charles Todero

Page: 4 of 4
Printed: 5/29/2016

8116 39.54658

CONFIDENTIAL - PRODUCED
PURSUANT TO PROTECTIVE ORDER

TODERO 00511