UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN BLACKWELL,<br>RENEE ELLIOT,<br>ELIZABETH LAUT,<br>AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS,<br>CITY OF GREENWOOD,<br><br>Defendants. | No. 1:17-cv-01698-JPH-MJD |

**ENTRY FOR OCTOBER 25, 2019**

On this date, the Court held a telephonic status conference. Plaintiff appeared by counsel, Jonathan Loevy and Scott Drury. Defendant Brian Blackwell appeared by counsel, Caren Pollack. Defendants Renee Elliot, Elizabeth Laut and City of Greenwood appeared by counsel, James Stephenson. The conference was recorded by Court Reporter, Jodie Franzen.

The Court **SCHEDULED** a final pretrial conference on **July 23, 2020 at 1:30 p.m.**; the jury trial to commence on **August 10, 2020, at 9:00 a.m.** in Room 349, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The Court will issue a separate Order with pre-trial deadlines.

Distribution:

Steven E. Art
LOEVY & LOEVY
steve@loevy.com

Scott R. Drury
LOEVY & LOEVY
drury@loevy.com

D. Samuel Heppell
LOEVY & LOEVY
sam@loevy.com

Mark A. Holloway
STEPHENSON MOROW & SEMLER
mholloway@stephlaw.com

Theresa Kleinhaus
LOEVY & LOEVY
tess@loevy.com

Arthur Loevy
LOEVY & LOEVY
arthur@loevy.com

Jonathan I. Loevy
LOEVY & LOEVY
jon@loevy.com

Caren L. Pollack
POLLACK LAW FIRM, P.C.
cpollack@pollacklawpc.com

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
pschneeman@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

3

Zachary J. Stock
POLLACK LAW FIRM PC
zstock@pollacklawpc.com

Lana R. Swingler
POLLACK LAW FIRM PC
lswingler@pollacklawpc.com