UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO as Special Administrator of the ESTATE OF CHARLES TODERO,, <br><br>  Plaintiff, <br><br>  v. <br><br> BRIAN BLACKWELL, <br> RENEE ELLIOT, <br> ELIZABETH LAUT, <br> AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS, <br> CITY OF GREENWOOD, <br><br>  Defendants. | ) ) ) ) ) ) ) ) No. 1:17-cv-01698-JPH-MJD ) ) ) ) ) ) ) ) ) |

**ORDER**

Motions to limit or preclude expert testimony **SHALL BE FILED by February 3, 2020**. Briefing shall follow Local Rule 7-1. The Court will issue additional trial-preparation deadlines before the final pretrial conference.

**SO ORDERED.**

Date: 10/28/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Steven E. Art
LOEVY & LOEVY
steve@loevy.com

Scott R. Drury
LOEVY & LOEVY
drury@loevy.com

D. Samuel Heppell
LOEVY & LOEVY
sam@loevy.com

Mark A. Holloway
STEPHENSON MOROW & SEMLER
mholloway@stephlaw.com

Theresa Kleinhaus
LOEVY & LOEVY
tess@loevy.com

Arthur Loevy
LOEVY & LOEVY
arthur@loevy.com

Jonathan I. Loevy
LOEVY & LOEVY
jon@loevy.com

Caren L. Pollack
POLLACK LAW FIRM, P.C.
cpollack@pollacklawpc.com

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
pschneeman@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Zachary J. Stock
POLLACK LAW FIRM PC
zstock@pollacklawpc.com

Lana R. Swingler
POLLACK LAW FIRM PC
lswingler@pollacklawpc.com