# FIELD DEPUTY REPORT

Owner: Mallory Malczewski　　　　　Charles Todero　　　　　Case Number: MC-16-1209

| Deceased - Name (First, Middle, Last) | | Sex | Time Pronounced | Date of Death |
|---|---|---|---|---|
| Charles Todero | | Male | 11:48 PM | 06/11/2016 |

| Date Notified | | Time Notified | | Time Arrived |
|---|---|---|---|---|
| 06/12/2016 | | 12:22 AM | | 12:45 AM |

| Social Security Number | Age | Date of Birth | Birthplace (City and State or Foreign Country) |
|---|---|---|---|
|  | 30 years, 10 months, 19 days |  | Indiana |

| Marital Status | Surviving Spouse (if wife, give maiden name) | Decedent Usual Occupation | Kind of Business/Industry |
|---|---|---|---|
| Never Married |  | unknown |  |

| Address Line 1 | Address Line 2 |
|---|---|
| 8172 S. Peoga Raod |  |

| City | State | Zip Code | County of Residence | Citizen of What Country? |
|---|---|---|---|---|
| Trafalgar | Indiana | 46181 | Johnson | United States |

| Decedent's Race | Decedent's Ethnicity | Decedent's Education |
|---|---|---|
| White | No, not Spanish/Hispanic/Latino | High School |

| Place of Death? | Place of Death (Addl Info) | Armed Forces Service Member? |
|---|---|---|
| Hospital - Inpatient |  | Inactive |

| Facility Name | City, Town, or Location of Death | County of Death |
|---|---|---|
| ST. FRANCIS HOSPITAL - INDIANAPOLIS | Indianapolis | Marion |

| Father's Name (First, Middle, Last) | Mother's Name (First, Middle, Maiden Surname) |
|---|---|
| unknown | Teresa Todero |

| Informant's Name | Informant's Address |
|---|---|
|  |  |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
|  |  |  |  |

| Next-of-Kin's Name | Next-of-Kin's Address |
|---|---|
| Teresa Todero | 8172 S. Peoga Raod |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| Trafalgar | Indiana | 46181 | Mother |

| Notification Made? | Notified Person's Name | Notified Person's Phone | Notification Time | Notification Date |
|---|---|---|---|---|
| Yes | Teresa Todero |  | 11:48 PM | 06/11/2016 |

| Notified Person's Address Line 1 | Notified Person's Address Line 2 | Notification Made By |
|---|---|---|
| 8172 S. Peoga Raod |  | Hospital Staff |

| Degree of Rigor | Position Found |
|---|---|
| Full Body | Decedent was found lying face up on a hospital bed. |
| Livor Location |  |
| Posterior |  |

| Describe How Deceased Was Dressed |
|---|
| Decedent was observed clad in a hospital gown. |

| Identification Method | Vehicle(s) Towed? |
|---|---|
| Family on Scene | No |

CONFIDENTIAL - PRODUCED
Page PURSUANT TO PROTECTIVE ORDER

TODERO 00266
09/30/2016

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski                    Charles Todero                    Case Number: MC-16-1209

## Injury Information

| Date & Time of Injury | | Place of Injury | | |
|---|---|---|---|---|
| 5/29/2016 11:44 AM | | Roadway | | |
| Address | City | County | State | Zip Code |
| Madison Avenue & Camby Street | Greenwodd | Johnson | Indiana | 46142 |
| Description of How Injury Occurred | | | | |
| Decedent went into cardiac arrest in the back of an ambulance after being tasered by police officers. | | | | |

## On Scene Personnel

| Type | Name | Unit Number | Case Reference # | Phone # |
|---|---|---|---|---|
| Deputy Coroner | Mallory Malczewski | Coroner 15 | G16L11930 | |

## Criteria

| Criteria for Case | Additional Information |
|---|---|
| Undeterminable | |

## Circumstantial

On 6/12/2016 at approximately 12:22 AM, Deputy Coroner Mallory Malczewski was notified via onramp to respond to the ICU at St. Francis Hospital to conduct a death investigation on a W/M/30 who had expired from unknown circumstances after being tasered by police officers.

## Identification and Notification

The decedent was POSITIVELY identified at hospital bedside by his mother, as: Charles Todero, W/M/30, DOB: ██████ residing at: 8172 S. Peoga Road, Trafalgar, IN 46181.

NOTIFICATION

The decedent's NOK, mother Teresa Todero, was notified at time of death pronounced at hospital bedside at approximately 11:48 PM on 6/11/2016.

# FIELD DEPUTY REPORT

Owner: Mallory Malczewski     Charles Todero     Case Number: MC-16-1209

## Past Medical History

\*\*\*At time of on scene investigation, the hospital information management system was not working for routine maintenance. As a result, a complete set of medical records from date of admission could not be obtained. Deputy Malczewski prepared a subpoena for medical records.

According to hospital staff, the decedent had the following medical history:

Hepatitis C
Marijuana Use

According to hospital staff, the decedent's urinalysis on date of admission showed marijuana in his system. Per hospital staff, following the decedent's admission to the hospital on 5/29/2016, the decedent was found to have tricuspid valve vegetation and endocarditis. Per hospital staff, the decedent's family was adamant he did not have a history of heroin use. Per hospital staff, they do not test for spice or other additional substances. Per hospital staff, the decedent's reported no familial history of cardiac problems.

\*\*At time of report, no admission blood remained at the hospital for testing\*\*

## Social History

An extensive social history is not known at time of report. The decedent's mother could not be reached. According to medical staff, the decedent's family had reported he had a history of marijuana abuse and drank approximately ½ gallon of vodka daily. Per hospital staff, the decedent's family had reported the decedent's father died law month and the decedent had been relying heavily on religion to get through his grief. According to the Johnson Co. Sheriff Dept, the decedent had a previous history of run-in's with their law enforcement agency.

## Physical Exam

The decedent was observed to be a white male lying face up on a hospital bed. The decedent was observed to be covered with a white blanket and clad in a hospital gown. Rigor was beginning to present in the extremities and lividity was posterior. The decedent was observed to have tattoos along both of his arms. The decedent was observed to have the following articles of medical intervention present, including: IV's in both the right and left side of the neck, heart monitor pads, defibrillator pads, IV's in right and left side of groin region, blood pressure cuff around right bicep, pressure wrap around right calf and a fecal tube. The decedent was observed to have a bruise along the inside of his left bicep. The decedent was observed to have a scabbed abrasion on his right knee. The decedent was observed to have six small healing abrasion on the right lower side of his back. Hospital staff identified the marks as being from a taser. The decedent was observed to have

CONFIDENTIAL - PRODUCED
Page 3 of 5 PURSUANT TO PROTECTIVE ORDER                TODERO 00268
                                                        09/30/2016

## FIELD DEPUTY REPORT

Owner: Mallory Malczewski         Charles Todero         Case Number: MC-16-1209

a large imprint of an 'x' across his back from a back board on the hospital bed underneath him.

### Terminal Episode

On 6/12/2016 at approximately 12:22 AM, Deputy Coroner Mallory Malczewski was notified via onramp to respond to the ICU at St. Francis Hospital to conduct a death investigation on a W/M/30 who had expired from unknown circumstances after being tased by police officers. According to the Johnson Co. Sheriff Dept., on 5/29/2016 at approximately 11:44 AM, they received a 911 call for a possible suicidal person who was trying to step out in front of traffic. Per the deputy, officers arrived at the intersection to find the decedent with a bible in his hand claiming to be jesus. Per the deputy, the decedent attempted to step into traffic a second time in what appeared to be a suicide attempt. Per the deputy, the responding officer tasered the decedent in the back but full contact was not made. Per the deputy, the decedent dropped to his knees but continue to no comply with the responding deputy's commands. Per the deputy, the responding deputy tasered the decedent again in the leg in order to gain compliance and eventually was able to get the decedent subdued. Per the deputy, the decedent was loaded into an ambulance and transported from the scene for evaluation.

According to hospital staff, the decedent coded in the ambulance shortly after receiving versed administered through the nose. Per hospital staff, the decedent was resuscitated by EMS workers and had to be intubated in the ER. Per hospital staff, the decedent was transferred to the ICU on 5/29/2016. Per hospital staff, shortly after arrival to the ICU the decedent's liver enzyme count was extremely high they were considering transferring the decedent for a possible transplant. The hospital staff reported the decedent also went into kidney failure and was placed on dialysis. Hospital staff reported the decedent continued to deteriorate but then seemed to improve. Per hospital staff, the decedent was never able to be weaned off of the ventilator and could slightly respond to commands. Per hospital staff, on 6/10/2016 the decedent began to code while on the ventilator throughout the day. Per hospital staff, the decedent's family were given his grim prognosis and they decided to wean him off of life support. Per hospital staff, the decedent was pronounced nonviable on 6/11/2016 at approximately 11:48 PM.

### Disposition

Digital photographs were taken; identification tag placed on decedent; decedent was placed in a labeled transport bag and transported to MCCO via DMS.

## FIELD DEPUTY REPORT

Owner: Mallory Malczewski          Charles Todero          Case Number: MC-16-1209

### Scene Investigation

The decedent was found in room P306 of the Adult ICU at St. Francis Hospital in Indianapolis, IN

### Additional Comments

Johnson Co. Sheriff Deputies will be present at autopsy

Case #: G16L11930

### Medication Information

| Med. Type | Description, if loose | Med. Name | Dosage Units | Amount Prescribed | Amount Remaining | Date on Label |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |  |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER
Page 5 of 5
TODERO 00270
09/30/2016