

## Indiana State Police

Incident Report

8620 East 21st Street  Indianapolis, IN 46219

Phone: (317) 899 - 8577 Fax: (317) 899 - 8299

Indianapolis District

| ORI<br>INISP5200 | County<br>MARION | Venue<br>INDIANAPOLIS | Report #<br>16ISPN000286 |
|---|---|---|---|
| Report Date / Time<br>06/22/2016 12:31 Hrs<br>(US/Eastern) | Occurrence Date / Time<br>05/28/2016 12:18 Hrs - 05/28/2016 13:18 Hrs<br>(US/Eastern) | | File Class<br>910-320 |

**Nature of Incident:**  Incidents Against Law Enforcement/Public Safety   **Supplements:** Approved Report (1)

**Summary:**   Dispatched to traffic hazard of a person on the interstate at the 105.2mm.  Transported subject off the interstate.

### Incident Location

**Address:**   105.2MM North I65  Interstate

**City:**   Indianapolis   **County:**   MARION   **State:**   Indiana

**ZIP:**   46227   **Country:**   United States of America

**Township of Occurrence:**   PERRY

Latitude:   39.69161505820463   Longitude:   -86.10482316929783

### Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 910-320 - Traffic Investigation (Non-Criminal Event) | CLOSED- NO ADDITIONAL LEADS TO PURSUE | 05/28/2016 12:18 Hrs |

**Attempted / Completed:**

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | TROOPER (SENIOR) H. KALINA (#ISP6812) | Indianapolis District | 0 |
| Assisting | TROOPER S. RELIFORD (#ISP7712) | Cybercrime & Investigative Technologies | 0 |
| Reporting | TROOPER S. CUNNINGHAM (#ISP7689) | Indianapolis District | 0 |

### Incident Narratives

Title: Original Narrative

Author:  SHANE CUNNINGHAM        Date / Time:  06/22/2016 12:39 Hrs    Supp #:  0

## SCENE PROCESSING:

NONE

## NARRATIVE:

On Saturday May 28th at 1222 hours I Trp. S. Cunningham 7689 responded to a call from Indiana State Police dispatch of a traffic hazard, a man walking on the interstate at I65 at

TODERO 011105

Total: 1 of 3

16ISPN000286 - Indianapolis District - ISP (ISP)

the 105mm.  I encountered the subject, a white male wearing a white t-shirt and white pants walking Southbound in the median at the 104mm of I65, at 12:30 PM.  I stopped and began a conversation with the subject, later identified as Charlie Todero, of Greenwood In.  I asked Todero what he was doing and he stated that he was just walking and talking to his Lord and savior Jesus Christ.  Todero was sweating like crazy and holding a bible, and the way he looked, talked and was behaving there was just something off about him, in my opinion.  After running Todero's ID and it came back ok, I then asked what he was doing out there on the Interstate again.  By this time, I had been joined by two other Troopers at the scene, Sgt. Reliford and M/Trp. Kalina.  I, along with the other Troopers, determined that Todero did not pose a threat to himself and did not warrant an immediate detention, or further action.  After several minutes of questions and no real answers to a solution to what we were going to do with Todero, I made the decision to give him a ride off the Interstate.  He wanted to go to Greenwood area and talk to a Priest or Godly man to discuss the passing of his father a week prior.  I told Todero I would give him a ride, but with his behavior and such out on the Interstate I was going to have to put him in handcuffs as I transported him to his destination.  Todero agreed apprehensively, and would not let go of his bible.  So I walked Todero to my commission with the bible wedged between his legs.  Once in the car and buckled in, I tried to once again have a conversation.  I ask about what he was doing out on the interstate, same reaction and answer as before... just walking and talking to God.  Todero was somewhat calm during the ride to Greenwood, still very agitated but somewhat calm talking to himself and praying out loud.  I dropped Todero off at the Vineyard Church at 512 S Madison Ave in Greenwood.  As I took the handcuffs off and released him from my control, he was still talking to himself, praying out loud, and just acting a little off.  At no time did Todero get combative or resist in any way, or threaten to hurt himself, thus eliminating the need for an Immediate Detention and evaluation.  I dropped Todero off and saw him walking toward the front doors of the church, then I left the area and cleared myself from the run at 1318 hours.  Later that night I happened to drive by the area of the Church and observed Todero walking from the church.  He had his bible in one hand and a visitor's bag from the Church in the other.
It was not until several days later that I learned of his passing and the incident with the Greenwood Police.  I thought it best to inform them of Indiana State Police's dealings with Todero.  They requested an incident report to document my interaction with Todero.


## ADDITIONAL LEADS TO INVESTIGATE:

NONE

## NCIC/IDACS ENTRIES:

NONE

## ATTACHMENTS:

NONE

| Signed:  TROOPER S. CUNNINGHAM (#ISP7689) | Reviewed By: | FIRST SERGEANT W. VANN (#ISP5220) |
|---|---|---|

## Indiana State Police Call Report

| | | | | | |
|---|---|---|---|---|---|
| **Call #:** | 2016-00155520 | **Dispatcher:** | isp9057 | **Call Time:** | 05/28/2016 12:18 Hrs |
| **Received:** | 911 Call | **Event Type:** | PERSON ON INTERSTATE | **Priority:** | High |
| **Caller Name:** | T-MOBILE, USA | **Phone #:** | (314) - 409 - 1532 | **Close Time:** | 05/28/2016 13:18 Hrs |
| | | | | **Disposition:** | |

### Location

**Incident Location:** 105.2 MM I65 NB, INDIANAPOLIS
**Common Place:**
**Caller Location:** 7256 Company Drive - Sector N,FRANKLIN  TWP - M10|39.
**Latitude:** 39.69161505820463
**Longitude:** -86.10482316929783

### Incident Notes

**Notes:** 05/28/2016 12:18:54 : isp9057 : subj running sb in the nb lanes
05/28/2016 12:19:56 : isp9057 : running inside shoulder in and out of traffic
05/28/2016 12:20:30 : isp9057 : w/m appeared to be waving his arms to stop traffic
05/28/2016 12:22:41 : isp8779 : second caller advised subject may poss 10-96
05/28/2016 12:27:28 : isp8779 : sb median now
05/28/2016 12:39:51 : isp8779 : 52-20 transporting subject off the interstate
05/28/2016 13:03:42 : isp8779 : 52-20 dropped subject off at 512 s madison ave
06/22/2016 12:31:45 : isp9057 : noncriminal case: 16ISPN000286

### Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | 7689 | CUNNINGHAM, SHANE | 05/28/2016 12:22 Hrs | 06/22/2016 12:30 Hrs | 06/22/2016 12:31 Hrs |
| N | 7712 | RELIFORD, SHEA | 05/28/2016 12:24 Hrs | 05/28/2016 12:30 Hrs | 05/28/2016 12:40 Hrs |
| N | 6812 | KALINA, HENRY | 05/28/2016 12:22 Hrs | 05/28/2016 12:32 Hrs | 05/28/2016 12:40 Hrs |

### Incidents

| Report # | Supp # | Agency | Reporting Officer(s) |
|---|---|---|---|
| 16ISPN000286 | 0 | Indianapolis District | CUNNINGHAM, SHANE |

TODERO 011107

Total: 3 of 3