# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO, | )<br>)<br>) |
| *Plaintiff*, | ) Case No. 1:17-cv-1698-JPH-MJD<br>)<br>) Judge James Patrick Hanlon |
| v. | )<br>) Magistrate Judge Mark J. Dinsmore |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOTT, ELIZABETH LAUT, and AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS, | )<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION
## TO BAR THE PROPOSED EXPERT TESTIMONY OF DR. GARY VILKE

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Motion to Bar the Proposed Expert Testimony of Dr. Charles Vilke, filed contemporaneously herewith, Plaintiff Teresa Todero, as Special Administrator of the Estate of Charles Todero, respectfully moves this Court, pursuant to Federal Rule of Evidence 702, to bar the proposed expert testimony of Dr. Gary Vilke, an emergency room doctor retained by Defendants Greenwood, Elliott and Laut (collectively, "Defendants") and any and all of his opinions.

WHEREFORE, Plaintiff Teresa Todero, as Special Administrator of the Estate of Charles Todero, respectfully requests that this Court enter an order barring Dr. Gary Vilke from testifying as an expert witness in this matter and barring any and all of his opinions.

Dated: December 7, 2020

RESPECTFULLY SUBMITTED,

**Teresa Todero,**
**as Special Administrator of the**
**Estate of Charles Todero**

BY:   /s/ Sam Heppell
          *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sam Heppell
Scott Drury
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
sam@loevy.com

## CERTIFICATE OF SERVICE

I, Sam Heppell, an attorney, hereby certify that on December 7, 2020, I caused the foregoing Plaintiff's Motion to Bar the Proposed Expert Testimony of Dr. Gary Vilke to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Sam Heppell
*One of Plaintiff's Attorneys*