Aaron took a lot of abuse from Charlie before during and after Chucks funeral. He went to Caterac with his brother Phillip. Hes not back yet

| Brittaney Richardson | Monday, May 30, 2016 at 9:43am CDT |

Which hospital. Are you ok how's Aaron

| Teresa Todero | Monday, May 30, 2016 at 9:33am CDT |

I don't know

| Brittaney Richardson | Monday, May 30, 2016 at 8:02am CDT |

Are you serious whys he acting that way what did he do to himself

| Teresa Todero | Sunday, May 29, 2016 at 9:28pm CDT |

I haven't gone yet I'm angry you have no idea how horrible he has been to me. He stopped me from going to chucks funeral I couldn't say goodbye. All the abuse

| Teresa Todero | Sunday, May 29, 2016 at 9:26pm CDT |

hes in a hosp

| Teresa Todero | Sunday, May 29, 2016 at 9:26pm CDT |

Charlie tried to commit suicide

CONFIDENTIAL - PRODUCED
PURSUANT TO PROECTIVE ORDER

TODERO ESI 0589