UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the Estate of CHARLES TODERO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 1:17-cv-1698-JPH-MJD ) |
| CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOTT and ELIZABETH LAUT, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Come now the City of Greenwood, Renee Elliott and Elizabeth Laut (the Greenwood Defendants), by counsel, and notify the court that the parties have agreed to a settlement of this cause that fully and finally resolves all remaining claims without the need for a trial. On behalf of all parties, the Greenwood Defendants thus request that the court vacate all remaining deadlines and the October 25, 2021, trial setting.

Respectfully submitted,

STEPHENSON MOROW & SEMLER

*s/ James S. Stephenson*
James S. Stephenson
Attorney No. 11434-98
Attorney for defendants,
City of Greenwood, Renee Elliott,
and Elizabeth Laut

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
E-mail: jstephenson@stephlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a copy of this document was filed electronically. Notice of this filing will be sent to the following persons by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>Arthur Loevy
>arthur@loevy.com
>D. Samuel Heppell
>sam@loevy.com
>Jonathan I. Loevy
>jon@loevy.com
>Steven E. Art
>steve@loevy.com
>Scott Drury
>drury@loevy.com
>LOEVY & LOEVY
>311 North Aberdeen, 3rd Floor
>Chicago, IL 60607
>
>Caren L. Pollack
>cpollack@pollacklawpc.com
>Lana R. Swingler
>lswingler@pollacklawpc.com
>POLLACK LAW FIRM, P.C.
>10333 N. Meridian Street
>Suite 111
>Indianapolis, IN  46290

>*s/ James S. Stephenson*
>James S. Stephenson

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
E-mail: jstephenson@stephlaw.com

16-6820/pgs