IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOTT, ELIZABETH LAUT, and AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS,<br><br>*Defendants*. | Case No. 1:17-cv-1698-JPH-MJD<br><br>Judge James Patrick Hanlon<br><br>Magistrate Judge Mark J. Dinsmore<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Teresa Todero, as Special Administrator of the Estate of Charles Todero, and Defendants City of Greenwood, Brian Blackwell, Renee Elliott, and Elizabeth Laut, by their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's orders (Dkts. 317, 319, 321), hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

BY:  /s/ Sam Heppell
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Scott Rauscher
Scott Drury
Sam Heppell
Theresa Kleinhaus
Makeba Rutahindurwa
LOEVY & LOEVY
311 North Aberdeen St.
Chicago, IL 60607
(312) 243-5900

|     |                                                          |
| --- | -------------------------------------------------------- |
| BY: | /s/ James S. Stephenson (with consent)                   |
|     | *Attorney for the Defendants City of*                    |
|     | *Greenwood, Renee Elliott, Elizabeth Laut*               |

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
jstephenson@stephlaw.com

|     |                                        |
| --- | -------------------------------------- |
| BY: | /s/ Caren L. Pollack (with consent)    |
|     | *Attorney for the Defendant Blackwell* |

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Carmel, Indiana 46290
Ph: (317) 660-4880
Fx: (317) 660-4888
cpollack@pollacklawpc.com

## CERTIFICATE OF SERVICE

I, Sam Heppell, an attorney, hereby certify that on January 3, 2022, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Sam Heppell
*One of Plaintiff's Attorneys*