IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TODERO, as Special Administrator of the ESTATE OF CHARLES TODERO,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF GREENWOOD, BRIAN BLACKWELL, RENEE ELLIOTT, ELIZABETH LAUT, and AS-YET UNIDENTIFIED GREENWOOD POLICE OFFICERS,<br><br>*Defendants.* | Case No. 1:17-cv-1698-JPH-MJD |

> The Court acknowledges the Stipulation of Voluntary Dismissal, dkt. 322. JPH, 1/4/2022 Distribution via ECF.

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Teresa Todero, as Special Administrator of the Estate of Charles Todero, and Defendants City of Greenwood, Brian Blackwell, Renee Elliott, and Elizabeth Laut, by their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's orders (Dkts. 317, 319, 321), hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

BY: /s/ Sam Heppell
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Scott Rauscher
Scott Drury
Sam Heppell
Theresa Kleinhaus
Makeba Rutahindurwa
LOEVY & LOEVY
311 North Aberdeen St.
Chicago, IL 60607
(312) 243-5900